**FORM 26.  Docketing Statement**

**Form 26**
**December 2025**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1584

**Short Case Caption:** Entropic Communications, LLC v. Comcast Cable Communications, LLC

**Filing Party** Entropic Communications, LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable.  Attach additional pages as needed.  An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

(i) The Board's judgment that claims 1-20 of the '362 patent are unpatentable, including any underlying questions of law or fact;
(ii) Any other Board and/or Director finding, determination, judgment, or order on any issue decided adversely to Patent Owner;
(iii) Whether the Board's decision violated the Administrative Procedure Act, including by departing from established USPTO procedure and the Board's and/or Director's practice without reasoned explanation, rendering the decision arbitrary and capricious.

Relief awarded below (if damages, specify):    ☐ None/Not Applicable

The Patent Trial and Appeal Board issued a determination concluding that claims 1-20 of U.S. Patent No. 9,210,362 were shown to be unpatentable.

Briefly describe the judgment/order appealed from:

PTAB Final Written Decision in IPR2024-00432 entered October 6, 2025 (Paper 45) finding that claims 1-20 of U.S. Patent No. 9,210,362 were shown to be unpatentable, as well as all underlying decisions and orders.

| Nature of Judgment (select one:) | Date of Judgment: October 6, 2025 |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type)  _____
☐ Other (explain)  _____

Date: 4/13/2026

Signature: /s/ Parham Hendifar

Name: Parham Hendifar