**FORM 9A. Notice of Related Case Information**                    **Form 9A (p. 1)**
                                                                        **March 2023**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2026-1584

**Short Case Caption** Entropic Communications, LLC v. Comcast Cable Commun

**Filing Party/Entity** Entropic Communications, LLC

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Entropic Communications, LLC v. Cox Communications, Inc. et al,
No. 2-23-cv-01049 (C.D. Cal.)

Entropic Communications, LLC v. Sagemcom Broadband SAS
No. 2-25-cv-00379 (E.D. Tex.)

Entropic Communications, LLC v. Comcast Cable Communications, LLC,
No. 2026-1585 (Fed. Cir.)

Entropic Communications, LLC v. Comcast Cable Communications, LLC,
No. 2026-1586 (Fed. Cir.)

☐    Additional pages attached

**FORM 9A. Notice of Related Case Information**                    Form 9A (p. 2)
                                                                   March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

| |
|---|
| Entropic Communications, LLC |
| CoxCom, LLC |
| Cox Communications California, LLC |
| Cox Communications, Inc. |
| MaxLinear Communications LLC |
| MaxLinear, Inc. |
| Comcast Cable Communications, LLC d/b/a Xfinity |
| Comcast Cable Communications Management, LLC |
| Comcast Corporation |
| Sagemcom Broadband SAS |

☐  Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| |
|---|
| |

☑  Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/13/2026

Signature: /s/ Parham Hendifar

Name: Parham Hendifar

**FORM 9A. Notice of Related Case Information**

<u>**NOTICE OF RELATED CASE INFORMATION — ADDENDUM**</u>

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Bridges IP Consulting: Kenneth H. Bridges

Goldman Ismail Tomaselli Brennan & Baum: Alan E. Littmann, Douglas J. Winnard, Ethan Perbohner, Jennifer M. Hartjes, Katherine P. Kieckhafer, Kurt A. Holtzman, Michael T. Pieja, Shaun Zhang, Xaviere N. Giroud, Madeline Refine Thompson, Meredith R. Aska McBride

K&L Gates: Cassidy Stewart, Cassidy T. Young, Christina N. Goodrich, Connor J. Meggs, Courtney A. Neufeld, Darlene F. Ghavimi, George C. Summerfield, James A. Shimota, Jason A. Engel, Katherine L. Allor, Kyle M. Kantarek, Nathan J. Fuller, Nicholas F. Lenning, Peter E. Soskin, Rachel Berman, Samuel P. Richey, Vincent J. Galluzzo

Olson Stein: David M. Stein

Miller Fair Henry: Andrea L. Fair

Kilpatrick Townsend & Stockton: Andrew N. Saul, April Elizabeth, Abele Isaacson, Christopher S. Leah, Courtney S. Dabbiere, Michael J. Turton, Mitchell G. Stockwell, Rishi Gupta, Sarah Y. Kamran, Sharon R. Smith, Vaibhav P. Kadaba

Walker Stevens Cannom: Bethany Stevens, Hannah L. Cannom

Morrison & Foerster: Alex S. Yap, Bita Rahebi, John R. Lanham, Richard S. J. Hung, Rose S. Lee, Zachary Bailey Quinlan

The Yocca Law Firm: Jared E. Glicksman, Mark W. Yocca, Paul Kim

Davis Polk & Wardwell: Andrei Gribakov Jaffe, Ashok Ramani, Christina Costello, David J. Lisson, Ian Christopher James Hogg, James Y. Park, Kathryn E. Bi, Micah G. Block

Winston & Strawn: Brian E. Ferguson, Claire Dial, Diana H. Leiden, Krishnan Padmanabhan, Louis L. Campbell, Natalie R. Holden, Saranya Raghavan

Perkins Coie: Amanda J. Tessar