NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*

———————————

2026-1584, 2026-1585, 2026-1586

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00432, IPR2024-00435, and IPR2024-00438.

———————————

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for these three appeals.  The revised official caption is reflected in this order.  The certified lists are

2        ENTROPIC COMMUNICATIONS, LLC v. COMCAST CABLE
COMMUNICATIONS, LLC

due no later than May 11, 2026.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 16, 2026
Date