NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

---

2026-1584, 2026-1585, 2026-1586

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00432, IPR2024-00435, and IPR2024-00438.

---

Before STARK, *Circuit Judge*.

**O R D E R**

Upon consideration of Comcast Cable Communications, LLC's notices of non-participation in these appeals from the Patent Trial and Appeal Board,

IT IS ORDERED THAT:

(1) The official caption and short caption are revised as reflected in this order to reflect Comcast's non-participation.

(2) The United States Patent and Trademark Office (PTO) is directed to inform this court within 30 days of the date of entry of this order whether the PTO intends to intervene in these appeals.

2                    IN RE ENTROPIC COMMUNICATIONS, LLC

(3) If the PTO elects to participate as intervenor, its response brief shall be due no later than 40 days from the date of service of the opening brief.

(4) If the PTO elects not to participate, appellant shall file its appendix no later than seven days following the filing of its opening brief or seven days following the PTO's filing of its notice of non-participation, whichever is later, and the appeals shall be deemed ready to be assigned to a merits panel.

(5) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to these appeals.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 16, 2026
     Date

cc:  United States Patent and Trademark Office