NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2026-1584, 2026-1585, 2026-1586

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00432, IPR2024-00435, IPR2024-00438.

---

## O R D E R

Upon notification from the Director of the United States Patent and Trademark Office that he intends to intervene in the above-captioned appeals pursuant to 35 U.S.C. § 143,

2                    ENTROPIC COMMUNICATIONS, LLC v. SQUIRES

IT IS ORDERED THAT:

(1) The Director of the United States Patent and Trademark Office has been added to these appeals as an intervenor.

(2) The revised official caption is reflected in this order.


FOR THE COURT


May 12, 2026                           Jarrett B. Perlow
Date                                   Clerk of Court