Nos. 2026-1584, 2026-1585, 2026-1586

**IN THE**
**UNITED STATES COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00432, IPR2024-00435, IPR2024-00438

# BRIEF FOR APPELLANT

Nathan Nobu Lowenstein
Parham Hendifar
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Boulevard
Santa Monica, California 90405
Telephone: (310) 307-4500
Facsimile: (310) 307-4509

Jason Engel
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121

*Counsel for Patent Owner-Appellant*
*Entropic Communications, LLC*

September 8, 2026

# INDEPENDENT PATENT CLAIMS-AT-ISSUE

## Patent No. 9,210,362

1. A wideband receiver system comprising:
a mixer module configured to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;
a wideband analog-to-digital converter (ADC) module configured to digitize said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;
digital circuitry configured to:
select said plurality of desired television channels from said digitized plurality of frequencies; and
output said selected plurality of television channels to a demodulator as a digital datastream.

11. A method comprising:
in a wideband receiver system:
downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;
digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;
selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and
outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.

## Patent No. 11,381,866

1. A cable television (TV) device comprising:
a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous

band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and

a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels, via a serial interface, without providing any of the plurality of undesired channels.

14. A cable TV device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and

a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the plurality of digital down converters is operable to provide each digital channel output via a serial interface.

27. A cable television (TV) device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and

a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels, and wherein the cable TV device comprises a digital video recorder (DVR).

41. A cable TV device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and

a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the cable TV device comprises a digital video recorder (DVR).

55. A cable television (TV) device comprising:
a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and
a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels, and wherein the cable TV device is operable to configure at least some of the plurality of desired channels as an output for a picture-in-picture display.

69. A cable TV device comprising:
a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and
a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the cable TV device is operable to provide a picture-in-picture display according to the plurality of digital channel outputs.

**<u>Patent No. 11,399,206</u>**

1. A method for receiving a television (TV) signal comprising:
receiving an input signal from a cable network;
digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels;
concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and
providing the plurality of desired channels via a serial interface.

13. A method comprising:
receiving an input signal from a cable network;

digitizing all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels;
digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs; and
providing the plurality of digital channel outputs via a serial interface.

25. A method for receiving a television (TV) signal comprising:
receiving an input signal from a cable network;
digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels;
concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and
providing the plurality of desired channels,
wherein the method is performed by a device comprising a digital video recorder (DVR).

51. A method for receiving a television (TV) signal comprising:
receiving an input signal from a cable network;
digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels;
concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels;
providing the plurality of desired channels; and
configuring at least some of the plurality of desired channels as an output for a picture-in-picture display.

## CERTIFICATE OF INTEREST

Counsel for Appellant Entropic Communications, LLC certifies the following:

**1. The full name of every party or amicus represented by me is:**

Entropic Communications, LLC.

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

None.

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus represented by me are:**

Entropic Holdings LLC.

**4. The names of all law firms and the partners or associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not already listed on the docket for the current case are:**

LOWENSTEIN & WEATHERWAX LLP: Kenneth Weatherwax, Colette Woo.

K&L GATES LLP: Erik J. Halverson, Matthew A. Blair, Kyle M. Kantarek, Nolan R. Hubbard.

**5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are:**

*Entropic Communications, LLC v. Sagemcom Broadband SAS*, No. 2:25-cv-00379 (E.D. Tex.)

*Sagemcom Broadband SAS v. Entropic Communications, LLC*, IPR2026-00263 (P.T.A.B.)

**6. Organizational Victims and Bankruptcy Cases. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).**

None.

Dated: September 8, 2026

*/s/ Parham Hendifar*
Parham Hendifar
*Counsel for Appellant*

# TABLE OF CONTENTS


**Page**

INDEPENDENT PATENT CLAIMS-AT-ISSUE .................................................. i

CERTIFICATE OF INTEREST .................................................. v

TABLE OF CONTENTS .................................................. vii

TABLE OF AUTHORITIES .................................................. x

STATEMENT OF RELATED CASES .................................................. 1

JURISDICTIONAL STATEMENT .................................................. 1

INTRODUCTION .................................................. 2

STATEMENT OF ISSUES ON APPEAL .................................................. 5

STATEMENT OF FACTS AND THE CASE .................................................. 9

A. Technology Background. .................................................. 9

B. The Patents. .................................................. 10

C. Zhang. .................................................. 11

D. The Inter Partes Review Proceedings. .................................................. 13

1. The Petitions. .................................................. 13

2. The Trial Record. .................................................. 14

3. The Final Written Decisions. .................................................. 15

SUMMARY OF THE ARGUMENT .................................................. 16

ARGUMENT .................................................. 20

I. Standard Of Review ........ 20

II. The Board's $C_1$–$C_n$ Mappings Fail ('362 All Claims, '866 All Claims, '206 Claims 1–37, 51–63) ........ 22

A. The Board's Switch From $C_1$–$C_n$ To $D_1$–$D_m$ Is Irreconcilable With The Claims' Antecedent-Basis Requirements (Affects: '362 Claims 1–20, '206 Claims 1–24, And '866 Claims 1–26) ........ 23

B. The Board's Finding That $C_1$–$C_n$ Are A Selected Set Of Desired Channels Cannot Stand (Affects: '362 Claims 1–20; '206 Claims 1–12, 25–37, And 51–63; '866 Claims 1–82). ........ 30

1. The Board's Finding That $C_1$–$C_n$ Are A Selected Set Of Desired Channels Lacks Substantial Evidence ........ 31

2. At Minimum, The Decisions Should Be Vacated Because The Board Failed To Address Material Contrary Evidence ........ 40

III. The Board's Alternative $D_1$–$D_m$ Mapping Also Fails ('362 All Claims, '866 All Claims, '206 Claims 1–37, 51–63). ........ 46

A. Zhang Selects $D_1$–$D_m$ From $C_1$–$C_n$, Not From The Source The Claims Require Even Under Petitioner's Own Construction (Affects: '362 Claims 1–20; '206 Claims 1–12, 25–37, And 51–63) ........ 46

B. Channels $D_1$–$D_m$ Are Not The Outputs Generated By Zhang's Down-Converters ('206 Claims 13–24) ........ 54

C. The Board's Alternative $D_1$–$D_m$ Theory For The '866 Patent Relies On New Claim Mappings Petitioner Never Presented And That Fail In Any Event. ........ 56

1. The Board Replaced Petitioner's Down-Converter Mapping (Affects: '866 Claims 14–26, 41–54, And 69–82) ........ 56

2. The Board's $D_1$–$D_m$ Theory For The DFE Claims Depends On A New Mapping Of The Claimed Selecting That Petitioner Never Presented (Affects: '866 Claims 1–13, 27–40, And 55–68). ........ 59

IV. No Judgment May Be Affirmed On The Decisions' Unanalyzed "Or Would Have Been Obvious" Alternative (All Claims). .......................................... 63

CONCLUSION ........................................................................................ 64

ADDENDUM........................ ......................................................................... 66

CERTIFICATE OF SERVICE.........................................................................284

CERTIFICATE OF COMPLIANCE ...................................................................285

# TABLE OF AUTHORITIES

**PAGE(S)**

**COURT DECISIONS**

*Alacritech, Inc. v. Intel Corp.*,
966 F.3d 1367 (Fed. Cir. 2020) .......... 22, 47

*Atofina v. Great Lakes Chem. Corp.*,
441 F.3d 991 (Fed. Cir. 2006) .......... 30

*Centripetal Networks, LLC v. Palo Alto Networks, Inc.*,
156 F.4th 1368 (Fed. Cir. 2025) .......... 42

*In re Chudik*,
851 F.3d 1365 (Fed. Cir. 2017) .......... 22

*CQV Co. v. Merck Patent GmbH*,
130 F.4th 1344 (Fed. Cir. 2025) .......... 43

*Dell Inc. v. Acceleron, LLC*,
818 F.3d 1293 (Fed. Cir. 2016) .......... 55

*EmeraChem Holdings, LLC v. Volkswagen Grp. of Am., Inc.*,
859 F.3d 1341 (Fed. Cir. 2017) .......... 22

*Ericsson Inc. v. Intellectual Ventures I LLC*,
890 F.3d 1336 (Fed. Cir. 2018) .......... 33

*Ericsson Inc. v. Intellectual Ventures I LLC*,
901 F.3d 1374 (Fed. Cir. 2018) .......... 23

*In re Facebook, Inc.*,
743 F. App'x 998 (Fed. Cir. 2018)
(nonprecedential) .......... 31

*FanDuel, Inc. v. Interactive Games LLC*,
966 F.3d 1334 (Fed. Cir. 2020) .......... 22

*Fed. Express Corp. v. Qualcomm Inc.*,
174 F.4th 910 (Fed. Cir. 2026) .............................................................. 42, 47

*Finjan LLC v. SonicWall, Inc.*,
84 F.4th 963 (Fed. Cir. 2023) ..................................................................... 29

*In re Gartside*,
203 F.3d 1305 (Fed. Cir. 2000)..................................................................... 21

*Google LLC v. EcoFactor, Inc.*,
92 F.4th 1049 (Fed. Cir. 2024) ..................................................................... 21

*In re Hodges*,
882 F.3d 1107 (Fed. Cir. 2018)....................................................................... 2

*Homeland Housewares, LLC v. Whirlpool Corp.*,
865 F.3d 1372 (Fed. Cir. 2017).............................................................. 22, 33

*Honeywell Int'l Inc. v. 3G Licensing, S.A.*,
124 F.4th 1345 (Fed. Cir. 2025) ................................................................... 33

*Infernal Tech., LLC v. Activision Blizzard Inc.*,
No. 2021-2349, 2023 U.S. App. LEXIS 1711 (Fed. Cir. Jan. 24, 2023)
(nonprecedential) .......................................................................................... 28

*Intel Corp. v. Qualcomm Inc.*,
21 F.4th 801 (Fed. Cir. 2021) ....................................................................... 55

*Intelligent Bio-Systems, Inc. v. Illumina Cambridge, Ltd.*,
821 F.3d 1359 (Fed. Cir. 2016)..................................................................... 23

*In re Kahn*,
441 F.3d 977 (Fed. Cir. 2006)....................................................................... 65

*In re Kotzab*,
217 F.3d 1365 (Fed. Cir. 2000).............................................................. 21, 65

*KSR Int'l Co. v. Teleflex Inc.*,
550 U.S. 398 (2007)....................................................................................... 65

*In re Magnum Oil Tools Int'l, Ltd.*,
829 F.3d 1364 (Fed. Cir. 2016)........................................................................ 60

*Microsoft Corp. v. Biscotti, Inc.*,
878 F.3d 1052 (Fed. Cir. 2017)........................................................................ 21

*Microsoft Corp. v. IPA Techs. Inc.*,
2022 U.S.P.Q.2d (BNA) 310, 2022 U.S. App. LEXIS 8711 (Fed. Cir. 2022)
(nonprecedential) ............................................................................................ 23

*Net MoneyIN, Inc. v. VeriSign, Inc.*,
545 F.3d 1359 (Fed. Cir. 2008)........................................................................ 21

*Novartis AG v. Torrent Pharms. Ltd.*,
853 F.3d 1316 (Fed. Cir. 2017)........................................................................ 43

*In re NuVasive, Inc.*,
842 F.3d 1376 (Fed. Cir. 2016)........................................................................ 42

*Process Control Corp. v. HydReclaim Corp.*,
190 F.3d 1350 (Fed. Cir. 1999)........................................................................ 25

*Provisur Techs., Inc. v. Weber, Inc.*,
50 F.4th 117 (Fed. Cir. 2022) .......................................................................... 22

*SIBIA Neurosciences, Inc. v. Cadus Pharm. Corp.*,
225 F.3d 1349 (Fed. Cir. 2000)................................................................. 21, 65

*Summit 6, LLC v. Samsung Elecs. Co.*,
802 F.3d 1283 (Fed. Cir. 2015)........................................................................ 25

*Synopsys, Inc. v. ATopTech, Inc.*,
685 F. App'x 951 (Fed. Cir. 2017) ................................................................... 22

*TQ Delta, LLC v. Cisco Sys., Inc.*,
942 F.3d 1352 (Fed. Cir. 2019)................................................................. 22, 42

*Traxcell Technologies, LLC v. Nokia Solutions & Networks Oy*,
15 F.4th 1136 (Fed. Cir. 2021) ........................................................................ 29

*Univ. of Mass. v. L'Oréal S.A.*,
36 F.4th 1374 (Fed. Cir. 2022) ........................................................................ 25

## STATEMENT OF RELATED CASES

No appeal from this *Inter Partes* Review ("IPR") has previously been before this Court or any other court. The following pending actions will be directly affected by this Court's decision in this appeal: United States Patent and Trademark Office Trial and Appeal Board *inter partes* review proceeding IPR2026-00263; *Entropic Communications, LLC v. Sagemcom Broadband SAS*, No. 2:25-cv-00379 (E.D. Tex.). Appellant is aware of no other cases pending in any court or tribunal that will directly affect or be directly affected by the Federal Circuit's decision in this appeal.

## JURISDICTIONAL STATEMENT

These consolidated appeals arise from three Final Written Decisions (collectively, "Decisions") in *inter partes* review proceedings IPR2024-00432, IPR2024-00435, and IPR2024-00438, concerning U.S. Patent Nos. 9,210,362, 11,381,866, and 11,399,206, respectively (collectively, the "Patents"). The Decisions are appealable under 35 U.S.C. § 319. This Court has jurisdiction under 35 U.S.C. §§ 141(c) & 319 and 28 U.S.C. § 1295(a)(4)(A). The USPTO denied director review of the Decisions on January 26, 2026, and Appellant filed timely notices of appeal in each matter on or before March 30, 2026. 37 C.F.R. § 90.3.

# **INTRODUCTION**

The Board below erred because it tried to fit a square peg into a round hole. In three IPRs, it found every challenged claim of three related patents unpatentable over Zhang, even though Zhang processes multichannel television signals in a materially different way.

The relevant technological background is straightforward. A receiver receives an analog signal carrying multiple channels. An analog-to-digital converter ("ADC") digitizes that input signal. A down-converter, generally using mixers and filters, isolates an individual channel and shifts it to a lower-frequency digital output for processing. A demodulator later recovers the television content carried by the channel so that it can be consumed.

Both the Patents and Zhang begin the same way: they digitize an analog input signal containing multiple channels. From there, however, their approaches diverge.

In the Patents' Figure 2 embodiment, the receiver selects N desired channels, extracts and down-converts those channels, and sends them to a demodulator. Appx156 ('362-Pat., 5:28–37, 5:49–60); Appx5342-5343 ('362-Russ-Decl., ¶ 32); Appx5616-5619 (Oral-Argument-Demonstratives); Appx145 ('362-Pat., Fig. 2).

Zhang, by contrast, demultiplexes the entire digitized input signal band before selecting the desired channels. Zhang's demultiplexer separates the digitized signal into channels $C_1$–$C_n$—which include every channel in the band—using parallel

mixer-and-filter paths that down-convert those channels. Appx1347-1348 (Zhang, ¶¶ 27–28, 30–32). Only after $C_1$–$C_n$ have been produced does a separate selector select the desired subset $D_1$–$D_m$ from them and send $D_1$–$D_m$ to the demodulators. Appx1347-1348 (Zhang, ¶¶ 28–29, 39). Thus, the Patents select and down-convert the desired channels from the digitized input signal. Zhang reverses that order: it indiscriminately down-converts and demultiplexes all channels without any selection, and selects the desired subset only afterward. As both experts and Zhang itself agree, Zhang's architecture of extracting and down-converting all channels is intentional to allow a user to quickly change the desired channel(s) that would be sent to demodulators. Appx1347, Appx1349 (Zhang, ¶¶ 28, 47); Appx5511 (Lett-1st-Depo.-Vol.-II, 8:4–22); Appx5359-5360 ('362-Russ-Decl., ¶ 60).

That difference matters because the claims do not merely require desired channels to emerge somewhere downstream. For example, the '362 selecting claims require the desired channels to be selected from "said digitized plurality of frequencies," and the '206 selecting claims require them to be selected "from the input signal." Zhang does neither: its demultiplexer performs no selection, but instead indiscriminately demultiplexes all channels; its selector selects $D_1$–$D_m$ only later, from the already-separated $C_1$–$C_n$ channels, and sends channels $D_1$–$D_m$ to demodulators.

The appellate issues follow directly from that mismatch. The Board's $C_1$–$C_n$ theory first fails where the claims require the channels selected or generated to be the same channels later output or provided: the Board starts with $C_1$–$C_n$ and finishes with the different $D_1$–$D_m$ subset. That switch cannot be reconciled with the claims' antecedent-basis requirements. *See* Section II.A, *infra*. Independently, the $C_1$–$C_n$ theory depends on treating $C_1$–$C_n$ as the claimed desired channels that are "selected." But Zhang's disclosure, its only numerical embodiment, its prosecution history, and Petitioner's own expert show that $C_1$–$C_n$ include all channels in the band; they are indiscriminately demultiplexed without any "selection." The Board's contrary finding lacks substantial-evidence support; at minimum, the Decisions should be vacated because they did not address material contrary evidence bearing directly on that finding. *See* Section II.B, *infra*.

The Board's alternative $D_1$–$D_m$ theory fares no better. For the '362 and '206 selecting claims, Zhang selects $D_1$–$D_m$ from the already demultiplexed channels $C_1$–$C_n$, not from the "input signal" or the "digitized plurality of frequencies" therein as required by those claims. The Board held that this was enough because $D_1$–$D_m$ are ultimately "based on" the input signal or selected "directly and indirectly from" it. That is an implicit claim construction, reviewed *de novo*, and it reads the claimed source requirement too broadly. *See* Section III.A, *infra*. For the '206 down-converter claims, Zhang's down-converters generate $C_1$–$C_n$; the desired $D_1$–$D_m$

channels arise only later through selector 240 and therefore are not outputs generated by the down-converters. *See* Section III.B, *infra*.

For the '866 patent, the $D_1$–$D_m$ theory required new mappings. The Board expanded the claimed down-converters to include selector 240 and reassigned the DFE's claimed selecting function to selector 240, even though Petitioner had not presented either mapping. The Board could not supply new theories of unpatentability for Petitioner, and those new mappings fail on the merits in any event. *See* Section III.C, *infra*.

Nor do the Decisions' unexplained statements that Zhang also "would have been obvious" provide an independent basis for affirmance. The Board identified no modification to Zhang, no reason to make one, and no explanation of how any modification would cure these deficiencies. *See* Section IV, *infra*.

The Court should therefore reverse the judgments that fail under the correct claim constructions and Zhang's undisputed operation, and reverse or, at minimum, vacate and remand the remaining judgments.

## STATEMENT OF ISSUES ON APPEAL

Patent No. 9,210,362

1. Whether the Board's claim interpretation violated the antecedent basis rule where it mapped "select said plurality of desired television channels" to Zhang

channels $C_1$-$C_n$ but mapped "output ***said*** selected plurality of television channels to a demodulator" to Zhang channels $D_1$-$D_m$ (all claims).

2. Whether substantial evidence supports the Board finding that Zhang's channels $C_1$–$C_n$ disclose or render obvious the claimed "select[ed] said plurality of desired television channels," where Zhang's express disclosure and definition of *n*, its only numerical embodiment, its prosecution history and the testimony of both experts confirm that channels $C_1$–$C_n$ are all the channels in the entire signal band that are indiscriminately demultiplexed without any selection (all claims).

3. Whether the Board's claim interpretation was erroneous where it held that "select [channels] ***from*** said digitized plurality of frequencies" is satisfied by Zhang's channels $D_1$–$D_m$ that are selected "from channels $C_1$–$C_n$," on the ground that $D_1$-$D_m$ are "based on" the digitized plurality of frequencies (all claims).

Patent No. 11,399,206

4. Whether the Board's claim interpretation violated the antecedent basis rule where it mapped "selecting each of the plurality of desired channels" and "generat[ing] a plurality of digital channel outputs" to Zhang's channels $C_1$–$C_n$ but mapped "providing ***the*** plurality of desired channels" and "providing ***the*** plurality of digital channel outputs" to Zhang's channels $D_1$–$D_m$ (claims 1–24).

5. Whether substantial evidence supports the Board finding that Zhang's channels $C_1$–$C_n$ disclose or render obvious the claimed "selecting each of the

plurality of desired channels … without selecting any of the plurality of undesired channels," where Zhang's express disclosure and definition of n, its only numerical embodiment, its prosecution history and the testimony of both experts confirm that channels $C_1$–$C_n$ are all the channels in the entire signal band, both desired and undesired, that are indiscriminately demultiplexed without any selection (claims 1–12, 25–37, and 51–63).

6. Whether the Board's claim interpretation was erroneous where it held that "selecting each of the plurality of desired channels from the input signal" is satisfied by Zhang's channels $D_1$–$D_m$, which selector 240 selects from the already-demultiplexed channels $C_1$–$C_n$, on the ground that $D_1$–$D_m$ are selected "indirectly from" the input signal (claims 1–12, 25–37, and 51–63).

7. Whether the Board erred in holding that Zhang's channels $D_1$–$D_m$ are the claimed "plurality of digital channel outputs" generated by "digitally down converting each desired channel," where Zhang's down-converters generate channels $C_1$–$C_n$, and $D_1$–$D_m$ are produced only afterward by selector 240, which performs no down-conversion (claims 13–24).

<u>Patent No. 11,381,866</u>

8. Whether the Board's claim interpretation violated the antecedent basis rule where it mapped the DFE's "select … each of the plurality of desired channels" and the down-converters' "generate a digital channel output corresponding to each

desired channel" to Zhang's channels $C_1$–$C_n$ but mapped "provide each of the plurality of desired channels" and "provide each digital channel output" to Zhang's channels $D_1$–$D_m$ (claims 1–26).

9. Whether substantial evidence supports the Board finding that Zhang's channels $C_1$–$C_n$ disclose or render obvious the claimed "select … each of the plurality of desired channels" and "digital channel output corresponding to each desired channel," where Zhang's express disclosure and definition of n, its only numerical embodiment, its prosecution history and the testimony of both experts confirm that channels $C_1$–$C_n$ are all the channels in the entire signal band, both desired and undesired, that are indiscriminately demultiplexed without any selection (all claims).

10. Whether the Board erred in holding that Zhang's digital down-converters "***each*** … is operable to generate a digital channel output corresponding to each desired channel" and mapped Zhang's channels $D_1$–$D_m$ to the claimed "desired channels," where Petitioner never mapped "desired channels" to $D_1$–$D_m$, and, on the merits, Zhang's digital down-converters generate $C_1$–$C_n$, and are thus not "each" operable to generate an output corresponding to each desired channel (claims 14–26, 41–54, and 69–82).

11. Whether the Board erred in holding that Zhang's selector 240 performs the DFE's claimed "select[ing] … each of the plurality of desired channels" by

selecting channels $D_1$–$D_m$, where Petitioner never presented that mapping and, on the merits, selector 240 does not perform any selection under the interpretation advanced by Petitioner (claims 1–13, 27–40, and 55–68).

## STATEMENT OF FACTS AND THE CASE

### A. Technology Background.

For transmission, the information is first converted into a baseband signal. Appx9917 ('866-Russ-Decl., ¶¶ 32–33). However, the baseband signal cannot be directly transmitted. It is "up-converted" to a signal at a much higher frequency (the RF signal) to be transmitted. The RF signal can contain multiple RF channels. Appx1348 (Zhang, ¶ 42). Multiple television channels can be modulated on a single RF channel. *Id*.

At the receiver, when the modulated RF signal is received, it requires further processing before the user can watch a television channel contained there. An RF channel should first be "down-converted" to the baseband frequency. Appx9917 ('866-Russ-Decl., ¶¶ 32–33). Sometimes, the down-conversion is performed by a circuit element called a "mixer." *Id*. The information for the specific television channel that the user may wish to watch must subsequently be demodulated from the down-converted RF channel by a "demodulator." Appx6448-6449 ('866-Lett-Decl., ¶ 59); Appx5571 (Lett-2nd-Depo., 76:4–8).

### B. The Patents.

The Patents share a specification and claim priority to the same April 2009 provisional application. Appx154; Appx161-162; Appx182-183. The claims-at-issue recite different aspects of a wideband receiver architecture for processing desired channels. The ’362 selecting claims require circuitry to “select said plurality of desired television channels from said digitized plurality of frequencies” and output them to a demodulator. Appx159 (’362-Pat., cls. 1, 11). The ’206 selecting claims similarly require “concurrently selecting each of the plurality of desired channels from the input signal” and provide them “via a serial interface.” Appx199-201 (’206-Pat., cls. 1). The ’866 digital front end (“DFE”) claims recite a DFE “configured to concurrently select and provide each of the plurality of desired channels.” Appx178-180 (’866-Pat., cls. 1, 27, 55).

The down-converter claims address a different aspect of the architecture. Claim 13 of the ’206 patent requires “digitally down converting each desired channel … to generate a plurality of digital channel outputs,” and to provide “the plurality of digital channel outputs via a serial interface.” Appx200 (’206-Pat., cl. 13). Claim 14 of the ’866 patent requires digital down-converters each “operable to generate a digital channel output corresponding to each desired channel,” and to provide “each digital channel output via a serial interface.” Appx179-181 (’866-Pat., cl. 14).

Figure 2 illustrates this shared architecture. There, the analog input RF signal (yellow) is first digitized by the analog-to-digital converters (yellow). Appx156 ('362-Pat., 5:28–31). The digitized signal then enters a bank of N parallel mixer paths, where N is the number of desired channels (blue). Appx156 ('362-Pat., 5:31–37, 5:49–56). Each path extracts one desired channel from the digitized input signal. The resulting desired channels are then sent to the demodulators. Appx156 ('362-Pat., 5:55–60); Appx5342-5343 ('362-Russ-Decl., ¶ 32).




Appx5618 (Oral-Argument-Demonstratives).

### C. Zhang.

Zhang is the key prior-art reference underlying all three IPRs. Every asserted ground relies on Zhang for the selecting and down-converting limitations. Zhang describes a multi-channel receiver that digitizes a wideband input signal and then processes the resulting channels in two distinct stages.

Zhang's Figure 2 illustrates its approach. ADC 220 first digitizes an "entire signal band with n channels." Appx1347 (Zhang, ¶ 27). Zhang's *n* denotes the number of channels in the entire signal band, including both desired and undesired channels. Appx1347 (Zhang, ¶ 27); Appx5441 (Lett-1st-Depo.-Vol.-I, 78:14–22). Digital channel demultiplexer 230 then indiscriminately separates that digitized signal into its n constituent channels $C_1$–$C_n$ without selecting any channels. Appx1347 (Zhang, ¶ 28). Thus, unlike the Patents' Figure 2, where *N* corresponds to the number of desired channels, Zhang's demultiplexer produces $C_1$–$C_n$ for all the channels across the entire band.




Appx5343-5345 ('362-Russ-Decl., ¶¶ 33–35).

Zhang selects the desired channels only after that demultiplexing has occurred. A separate n×m selector 240 receives $C_1$–$C_n$ and "selects one or more of the RF channels $D_1$ to $D_m$ from" $C_1$–$C_n$. Appx1347 (Zhang, ¶ 28). Zhang then sends the selected channels $D_1$–$D_m$—not $C_1$–$C_n$—to the demodulators. Appx1347-1348 (Zhang, ¶¶ 28–29, 39). Zhang's only numerical embodiment illustrates the distinction: demultiplexer 630 (the Figure 6 counterpart of demultiplexer 230) demultiplexes 35 channels $C_1$–$C_{35}$, which are undisputedly all channels in the digitized input signal; selector 640 selects 20 channels $D_1$–$D_{20}$ from them, and those 20 selected channels are sent to 20 demodulators. Appx1348 (Zhang, ¶¶ 41–42).

### D. The Inter Partes Review Proceedings.

#### 1. The Petitions.

Comcast Cable Communications, LLC ("Petitioner") petitioned for inter partes review of all claims of the three patents. Appx2 ('362-FWD); Appx39 ('866-FWD); Appx88 ('206-FWD). For the selecting and down-converting limitations, the Petitions relied on Zhang alone. Appx15, Appx22 ('362-FWD); Appx50, Appx61-62, Appx70 ('866-FWD); Appx100, Appx114-115, Appx122 ('206-FWD).

The Petitions' mappings varied among the claim families. For the '362 and '206 selecting claims, Petitioner alternatively mapped the claimed desired channels to Zhang's $C_1$–$C_n$ and $D_1$–$D_m$. Appx5882-5883 ('362-Pet.). For the '866 DFE claims Petitioner mapped the claimed selecting to demultiplexer 230 and the claimed

providing to selector 240. Appx10578-10579 ('866-Pet.). For the '866 down-converter claims, Petitioner mapped the claimed digital down-converters to multiplier-and-filter paths within demultiplexer 230 and the claimed serial interface to the serial interface inside Zhang's selector. Appx10583-10587 ('866-Pet.).

2. The Trial Record.

Patent Owner responded that Zhang's demultiplexer 230 does not perform any selection at all; it indiscriminately demultiplexes all channels $C_1$–$C_n$ in the digitized band. Patent Owner relied on Zhang's definition of *n* as the number of channels in an "entire signal band," Zhang's only numerical embodiment, the declaration of Patent Owner's expert, Dr. Russ, the declaration and deposition testimony of Petitioner's expert, Mr. Lett, and the prosecution history of Zhang's European counterpart. Appx6036-6061 ('362-POR); Appx10768-10805 ('866-POR); Appx15601-15624, Appx15636-15644 ('206-POR); Appx6119-6135 ('362-Sur-Reply); Appx10859-10883 ('866-Sur-Reply); Appx15698-15707, Appx15717-15720 ('206-Sur-Reply); Appx5342-5363 ('362-Russ-Decl., ¶¶ 31–68); Appx9916-9943 ('866-Russ-Decl., ¶¶ 31–83); Appx14739-14757, Appx14766-14771 ('206-Russ-Decl., ¶¶ 31–65, 86–97); Appx680-681 ('362-Lett-Decl., ¶ 79); Appx5441 (Lett-1st-Depo.-Vol.-I, 78:14–22); Appx5792 (Lett-'180-Depo., 44:13–17); Appx5388-5389 (Zhang-EPO-Reply). Patent Owner further explained that channels $C_1$–$C_n$ are not the outputs sent to demodulators or provided on a serial interface.

Patent Owner separately addressed Zhang's channels $D_1$–$D_m$. For the '362 and '206 selecting claims, Patent Owner argued that selector 240 selects $D_1$–$D_m$ from the already-demultiplexed channels $C_1$–$C_n$, not from the digitized frequencies or input signal required by those claims. Appx6062-6068 ('362-POR); Appx15625-15633 ('206-POR); Appx6136-6144 ('362-Sur-Reply); Appx15708-15715 ('206-Sur-Reply); Appx5363-5368 ('362-Russ-Decl., ¶¶ 69–77); Appx14757-14765 ('206-Russ-Decl., ¶¶ 66–83). For the down-converter claims, Patent Owner argued that the mapped down-converters generate $C_1$–$C_n$, whereas $D_1$–$D_m$ result only from the later selection performed by selector 240. Appx10773-10792 ('866-POR); Appx15634-15648 ('206-POR); Appx10858-10872 ('866-Sur-Reply); Appx15716-15722 ('206-Sur-Reply); Appx9920-9936 ('866-Russ-Decl., ¶¶ 39–68); Appx14765-14773 ('206-Russ-Decl., ¶¶ 84–101).

3. <u>The Final Written Decisions.</u>

The Board's Decisions found every challenged claim unpatentable. Appx38, Appx85 ('866-FWD); Appx87, Appx136 ('206-FWD); Appx1, Appx36 ('362-FWD). Across the three Decisions, the Board relied on both sets of Zhang channels, $C_1$–$C_n$ and $D_1$–$D_m$.

For the selecting claims, the Board's first theory treated $C_1$–$C_n$ as selected desired channels. The '362 Decision found that demultiplexer 230 can "pick out" desired channels; the '206 Decision found that $C_1$–$C_n$ "may be a set of subscriber-

selected channels"; and the '866 Decision found that $C_1$–$C_n$ "themselves are desired channels." Appx23-25 ('362-FWD); Appx105-107 ('206-FWD); Appx50, Appx55 ('866-FWD). The Board alternatively relied on $D_1$–$D_m$. For the '362 and '206 selecting claims, it held that $D_1$–$D_m$ are selected "from" the digitized frequencies or input signal even though selector 240 selects them from $C_1$–$C_n$, because $D_1$–$D_m$ are ultimately "based on" or obtained "directly and indirectly from" the digitized signal. Appx26-28 ('362-FWD); Appx112-113 ('206-FWD).

For the down-converter claims, the Board's primary theories relied on the down-converters in demultiplexer 230, which generate $C_1$–$C_n$. The Board also adopted alternative $D_1$–$D_m$ theories. For the '206 claims, it held that $D_1$–$D_m$ could be treated as digital channel outputs generated by the down-converters "via Zhang's selector 240." Appx119, Appx121 ('206-FWD). For the '866 claims, it held that "each path across Zhang's demultiplexer 230 and selector 240" generates outputs corresponding to $D_1$–$D_m$. Appx69-70 ('866-FWD).

For the '866 DFE claims, the Board treated selector 240 as both selecting and providing $D_1$–$D_m$. Appx54-55 ('866-FWD).

## SUMMARY OF THE ARGUMENT

The Board's judgments rely on two different sets of Zhang channels—$C_1$–$C_n$ and $D_1$–$D_m$—to satisfy the disputed claim limitations. The precise mappings differ among the claim families, but neither alternative supports the judgments.

*The Board's $C_1$–$C_n$ theory fails for two independent reasons.* First, even if $C_1$–$C_n$ were the claimed desired channels, the mapping fails for '362 claims 1–20, '206 claims 1–24, and '866 claims 1–26 because the Board switches from $C_1$–$C_n$ at the earlier limitation to $D_1$–$D_m$ at a later limitation. For example, '362 claim 1 requires the receiver to "select said plurality of desired television channels" and then "output ***said selected plurality***" to a demodulator. Appx159 ('362-Pat., cl. 1). The Board mapped the selected plurality to $C_1$–$C_n$, but Zhang outputs $D_1$–$D_m$—not $C_1$–$C_n$—to its demodulators. Appx1347-1348 (Zhang, ¶¶ 28–29, 39). Because $D_1$–$D_m$ are merely a subset selected from $C_1$–$C_n$, they cannot stand in for the antecedent $C_1$–$C_n$ plurality as "said selected plurality." *See* Section II.A.

Second, the $C_1$–$C_n$ theory independently fails for all '362 and '866 claims and for '206 claims 1–12, 25–37, and 51–63 because it depends on the factual premise that $C_1$–$C_n$ are the claimed desired channels or are "selected." The record shows otherwise. Zhang defines *n* as all the channels in an "entire signal band," Petitioner's expert agreed that *n* includes both desired and undesired channels, and his declaration described $C_1$–$C_n$ as "all the content channels" while describing $D_1$–$D_m$ as a subscriber-selected "subset." Appx1347 (Zhang, ¶¶ 27–28); Appx5441 (Lett-1st-Depo.-Vol.-I, 78:14–22); Appx680-681 ('362-Lett-Decl., ¶ 79). It is undisputed that Zhang's only numerical embodiment confirms the point: demultiplexer 630 receives an input signal with thirty-five channels $C_1$–$C_{35}$ and demultiplexes all of

them, before selector 640 selects only twenty channels $D_1$–$D_{20}$ to be sent to demodulators. Appx1348 (Zhang, ¶ 42); Appx5792 (Lett-'180-Depo., 44:13–17). Zhang's own applicant during the prosecution of its European counterpart described channels $C_1$–$C_n$ as "all of the RF channels." Appx5388-5389 (Zhang-EPO-Reply). Thus, Zhang channels $C_1$–$C_n$ are not "selected"; they are indiscriminately demultiplexed. They are also not "desired channels"; they are all the channels regardless of whether or not they are desired. The Board's contrary finding is not supported by substantial evidence. At minimum, vacatur is required because the Decisions did not confront this material contrary evidence before adopting the factual premise on which the $C_1$–$C_n$ mapping depends. *See* Section II.B.

*The Board's alternative $D_1$–$D_m$ theory also fails.* For '362 claims 1–20 and '206 claims 1–12, 25–37, and 51–63, Zhang selects $D_1$–$D_m$ from the wrong source. The '362 claims require the desired channels to be selected "from said digitized plurality of frequencies," and the '206 claims require them to be selected "from the input signal." Appx159 ('362-Pat., cls. 1, 11); Appx199-201 ('206-Pat., cls. 1, 25, 51). Zhang says something different: selector 240 selects $D_1$–$D_m$ from $C_1$–$C_n$, after $C_1$–$C_n$ have already been demultiplexed from the digitized signal. Appx1347-1348 (Zhang, ¶¶ 28, 39, 42). The Board nevertheless held that $D_1$–$D_m$ satisfy the claims because they are "based on" the digitized signal and, for the '206 claims, may be selected "directly and indirectly from" it. Appx27-28 ('362-FWD);

Appx112-113 ('206-FWD). That is an implicit claim construction reviewed *de novo*, and it is wrong. Indeed, it contradicts even Petitioner's proposed construction. *See* Section III.A.

For '206 claims 13–24, Petitioner's down-conversion analysis identified Zhang's Figure 3 multiplier-and-filter paths and the $C_1$–$C_n$ outputs those paths generate. Appx15433-15434 ('206-Pet.). The Board nevertheless alternatively treated $D_1$–$D_m$ as the claimed digital channel outputs of the down-conversion process, even though $D_1$–$D_m$ arise only afterward when selector 240 selects among $C_1$–$C_n$. Appx119-122 ('206-FWD). *See* Section III.B.

For the '866 patent, the Board's $D_1$–$D_m$ theories for every challenged claim depend on claim mappings Petitioner never presented. For claims 14–26, 41–54, and 69–82, Petitioner mapped the claimed digital down-converters to multiplier-and-filter paths within demultiplexer 230 that generate $C_1$–$C_n$, and the Reply expressly reaffirmed that mapping. Appx10583-10587 ('866-Pet.); Appx10824 ('866-Reply). The Board instead treated "each path across Zhang's demultiplexer 230 and selector 240" as a claimed down-converter generating outputs corresponding to $D_1$–$D_m$. Appx65, Appx69-70 ('866-FWD). For claims 1–13, 27–40, and 55–68, Petitioner mapped the claimed selecting to demultiplexer 230. Appx10578-10579 ('866-Pet.). The Board instead held that selector 240 performs the claimed selecting. Appx54-55 ('866-FWD). The Board could not invalidate the claims on mappings Petitioner

never presented, and those new mappings independently fail on the merits. *See* Section III.C.

Finally, the Decisions' alternative references to obviousness provide no independent basis for affirmance. The Decisions identify no modification of Zhang, no reason to make one, and no analysis explaining how any modification would supply what the anticipation theories lack. *See* Section IV.

## **ARGUMENT**

### I. STANDARD OF REVIEW

The Board's claim constructions, including implicit constructions, are reviewed *de novo*. *Google LLC v. EcoFactor, Inc.*, 92 F.4th 1049, 1054–56 (Fed. Cir. 2024). A statement by the Board that no claim term requires construction "is not dispositive as to whether claim construction occurred." *Id*.

Anticipation is a question of fact, *Microsoft Corp. v. Biscotti, Inc*., 878 F.3d 1052, 1071 (Fed. Cir. 2017), but a single reference must disclose every limitation "arranged or combined in the same way as in the claim," *Net MoneyIN, Inc. v. VeriSign, Inc.*, 545 F.3d 1359, 1369–71 (Fed. Cir. 2008).

"Whether a claimed invention is unpatentable as obvious under § 103 is a question of law based on underlying findings of fact." *In re Gartside*, 203 F.3d 1305, 1316 (Fed. Cir. 2000). "Even when obviousness is based on a single prior art reference, there must be a showing of a suggestion or motivation to modify the

teachings of that reference." *In re Kotzab*, 217 F.3d 1365, 1370 (Fed. Cir. 2000); *SIBIA Neurosciences, Inc. v. Cadus Pharm. Corp.*, 225 F.3d 1349, 1356 (Fed. Cir. 2000).

The Board's factual findings are reviewed for substantial evidence. That review "requires examination of the record as a whole, taking into account evidence that both justifies and detracts from" the finding. *TQ Delta, LLC v. Cisco Sys., Inc.*, 942 F.3d 1352, 1358 (Fed. Cir. 2019). A finding contrary to "the only permissible factual finding that can be drawn from" the reference itself cannot stand. *In re Hodges*, 882 F.3d 1107, 1113 (Fed. Cir. 2018); *In re Chudik*, 851 F.3d 1365, 1371, 1373–75 (Fed. Cir. 2017) ("[t]hough our review of an anticipation finding is deferential, we have not hesitated to reverse the Board when substantial evidence does not support its findings"); *Synopsys, Inc. v. ATopTech, Inc.*, 685 F. App'x 951, 955–56 (Fed. Cir. 2017) (similar). Expert testimony "that is plainly inconsistent with the record" must be disregarded. *Homeland Housewares, LLC v. Whirlpool Corp.*, 865 F.3d 1372, 1378 (Fed. Cir. 2017).

Whether the Board complied with the APA's procedural requirements is reviewed *de novo*. *FanDuel, Inc. v. Interactive Games LLC*, 966 F.3d 1334, 1339 (Fed. Cir. 2020). It is a violation of the APA for the Final Written Decision to rely on theories or grounds not previously presented during the proceeding. *EmeraChem Holdings, LLC v. Volkswagen Grp. of Am., Inc.*, 859 F.3d 1341, 1348 (Fed. Cir.

2017). The APA also requires the Board to explain the basis for its decision with sufficient clarity to permit meaningful appellate review and to address material arguments and evidence bearing on patentability. *Provisur Techs., Inc. v. Weber, Inc.*, 50 F.4th 117, 123–24 (Fed. Cir. 2022); *Alacritech, Inc. v. Intel Corp.*, 966 F.3d 1367, 1370–71 (Fed. Cir. 2020).

This Court reviews "the Board's judgments concerning what arguments have been adequately presented in a petition and other pleadings for abuse of discretion." *Microsoft Corp. v. IPA Techs. Inc.*, 2022 U.S.P.Q.2d (BNA) 310, 2022 U.S. App. LEXIS 8711, at *6 (Fed. Cir. 2022) (nonprecedential) (citing, *inter alia*, *Ericsson Inc. v. Intellectual Ventures I LLC*, 901 F.3d 1374, 1379 (Fed. Cir. 2018), and *Intelligent Bio-Systems, Inc. v. Illumina Cambridge, Ltd.*, 821 F.3d 1359, 1367 (Fed. Cir. 2016)).

## II. THE BOARD'S $C_1$–$C_N$ MAPPINGS FAIL ('362 ALL CLAIMS, '866 ALL CLAIMS, '206 CLAIMS 1–37, 51–63)

The Board relied on Zhang's channels $C_1$–$C_n$ to satisfy different disputed limitations. Those mappings fail for different reasons depending on the claim. For '362 claims 1–20, '206 claims 1–24, and '866 claims 1–26, the $C_1$–$C_n$ mapping violates the claims' antecedent-basis requirements. *See* Section II.A, *infra*. The $C_1$–$C_n$ mapping also fails for all '362 and '866 claims and '206 claims 1–12, 25–37, and 51–63 because it rests on the factual premise that $C_1$–$C_n$ can serve as the claimed desired channels that are "selected." Zhang instead defines *n* by the "entire signal

band," including desired and undesired channels, that are indiscriminately demultiplexed without any selection, and selects the desired subset $D_1$–$D_m$ only afterward. The Board's contrary finding is unsupported by substantial evidence. *See* Section II.B, *infra*.

### A. The Board's Switch From $C_1$–$C_n$ To $D_1$–$D_m$ Is Irreconcilable With The Claims' Antecedent-Basis Requirements (Affects: '362 Claims 1–20, '206 Claims 1–24, And '866 Claims 1–26).

Each affected claim requires the same identified plurality at the relevant operations. The affected '362 claims, '206 claims, and '866 claims first identify desired channels or digital channel outputs by selecting or generating them, and then require those same channels or outputs to be output or provided to a demodulator or via a serial interface. *See* Appx159 ('362-Pat., cls. 1, 11); Appx199-200 ('206-Pat., cls. 1, 13); Appx178-179 ('866-Pat., cls. 1, 14). The Board's $C_1$–$C_n$ theory violates the antecedent basis of these claims because the Decisions change channel sets between the generated/selected set of channels on the one hand and the provided/output channels on the other.

Claim 1 of the '362 patent requires selecting a plurality of desired channels and then outputting "***said*** selected plurality … to a demodulator." Appx159 ('362-Pat., cl. 1). Likewise, claim 1 of the '206 patent requires "selecting each of the plurality of desired channels" and then providing "***the*** plurality of desired channels via a serial interface." Appx199 ('206-Pat., cl. 1). Claim 14 of the '866 patent

similarly requires "generat[ing] ***a digital channel output*** corresponding to each desired channel," and "to provide ***each digital channel output*** via a serial interface." Appx179 ('866-Pat., cl. 14). In either form, the claims require the same channels or outputs at both operations. *Univ. of Mass. v. L'Oréal S.A.*, 36 F.4th 1374, 1380 (Fed. Cir. 2022); *Summit 6, LLC v. Samsung Elecs. Co.*, 802 F.3d 1283, 1291 (Fed. Cir. 2015); *Process Control Corp. v. HydReclaim Corp.*, 190 F.3d 1350, 1356 (Fed. Cir. 1999).

In the '362 Decision, the Board treated $C_1$–$C_n$ as the claimed selected desired channels, but acknowledged that Zhang outputs $D_1$–$D_m$—not $C_1$–$C_n$—to the demodulators, reasoning that the D channels are nevertheless "the same as" the C channels. Appx23-26 ('362-FWD). The '206 Decision makes the same switch for both claim families addressed here. For the selecting claims, it treated $C_1$–$C_n$ as the desired channels selected in the earlier step, but held that those channels are later provided through selector 240 via a serial interface as claimed "as further channels" $D_1$–$D_m$. Appx105-110 ('206-FWD). For the down-converter claims, it found that demultiplexer 230 generates the claimed digital channel outputs as $C_1$–$C_n$, but again held that those outputs are provided "via a serial interface" through selector 240 "as further channels" $D_1$–$D_m$. Appx117-119 ('206-FWD).

The '866 Decision follows the same pattern. For the DFE claims, the Board tagged $C_1$–$C_n$ as the desired channels identified at demultiplexer 230 while relying

on selector 240 for the claimed providing "via a serial interface," even though selector 240 provides only channels $D_1$–$D_m$. Appx50-55, Appx57-58 ('866-FWD). And for the down-converter claims, it relied on $C_1$–$C_n$ as the outputs generated by the mapped down-converters but on $D_1$–$D_m$ as the channels provided through selector 240 via a serial interface. Appx66, Appx69-70 ('866-FWD). Thus, across every claim family addressed in this Section, the Board relies on channels $C_1$–$C_n$ for the earlier limitation and channels $D_1$–$D_m$ for the later limitation.

The Board did not deny that $C_1$–$C_n$ and $D_1$–$D_m$ occupy these different positions in Zhang. It instead concluded that the switch does not matter. The '362 Decision reasoned that $D_1$–$D_m$ are "from" $C_1$–$C_n$ and therefore are the "same" channels. Appx26 ('362-FWD). The '206 and '866 Decisions similarly reasoned that $C_1$–$C_n$ can satisfy the earlier limitation because they are later provided through selector 240 "as further channels" $D_1$–$D_m$. Appx109, Appx119 ('206-FWD); Appx69 ('866-FWD).

Patent Owner explained that channels $C_1$–$C_n$ enter selector 240 and a different, smaller set of channels $D_1$–$D_m$ emerges and is provided. Appx6061-6062 ('362-POR); Appx6134-6136 ('362-Sur-Reply); Appx10790-10792 ('866-POR); Appx10871-10872 ('866-Sur-Reply); Appx15622-15624, Appx15636-15639 ('206-POR); Appx15707-15708 ('206-Sur-Reply). The question the Board had to answer was how that operation can satisfy claims requiring the later output or providing

limitation to refer back to the same plurality previously selected or generated. It did not.

Nor is the distinction between $C_1$–$C_n$ and $D_1$–$D_m$ merely semantic. The Decisions themselves describe $D_1$–$D_m$ as a "further" set of channels obtained from $C_1$–$C_n$. Appx109, Appx119 ('206-FWD); Appx69 ('866-FWD). Petitioner's own expert describes $D_1$–$D_m$ as a subset of the larger $C_1$–$C_n$ set—not as the same plurality, opining that demultiplexer 230 separates the $C_1$–$C_n$ channels, while selector 240 "selects and forwards only signals for a subset of content channels selected by a subscriber (e.g., channels $D_1$ to $D_m$)" to the demodulators. Appx680-681 ('362-Lett-Decl., ¶ 79). Zhang's only numerical embodiment makes the difference explicit: demultiplexer 630 produces 35 channels $C_1$–$C_{35}$, selector 640 then selects only 20 channels $D_1$–$D_{20}$, and those 20 channels are sent to the demodulators. Appx1348 (Zhang, ¶ 42). Thus, even if an individual D channel carries the same signal as a corresponding C channel, the relevant pluralities are not the same: $C_1$–$C_n$ is an n-channel set and $D_1$–$D_m$ is an m-channel subset.

Two panels of this Court have rejected the precise subset theory the Board adopted here. In *Infernal Technology*, the claim first recited "observer data" and later "said observer data," but the infringement theory mapped the first phrase to a larger data set and the later phrase to a narrower subset. The Court held that theory "misunderstands basic claim construction law": the later phrase had to refer to the

same data set. *Infernal Tech., LLC v. Activision Blizzard Inc.*, No. 2021-2349, 2023 U.S. App. LEXIS 1711, at *4–7 (Fed. Cir. Jan. 24, 2023) (nonprecedential).

*Harris* likewise rejected a construction under which a later reference to previously identified data could encompass only a subset of that data. *Harris Corp. v. Fed. Express Corp.*, 502 F. App'x 957, 963–64 (Fed. Cir. 2013) (nonprecedential). There too, the panel rejected the subset rationale the Board relied upon here:

> Harris nonetheless argues that nothing in this language requires that "all" of the data in the ground data link unit must be transmitted once the plane lands, and accuses FedEx of importing the word "all" into the claim in the absence of support for such an inclusion. We reject this argument for two reasons. First, although the claim does not expressly require that "all" of the accumulated data must be transmitted, it similarly lacks any indication that some subset of the accumulated data should be transmitted, and if so what that subset should be. … Harris's construction would require us to interpret "the . . . data" to mean "a subset of the data sufficient to provide a comprehensive, long-term picture of the flight performance."

*Id.* at 963–64 (rejecting Harris's subset construction).

Those decisions apply binding antecedent-basis principles. In *University of Massachusetts v. L'Oréal S.A.*, this Court explained that a later reference using "the" invokes an antecedent—"for repeating, not departing from" the claim's earlier reference. 36 F.4th at 1380. And in *Predicate Logic, Inc. v. Distributive Software, Inc.*, the Court held that later-recited "said instantiated indexes" had to be the indexes

instantiated in the earlier step and could not be different indexes. 544 F.3d 1298, 1305–06 (Fed. Cir. 2008). *Finjan LLC v. SonicWall, Inc.*, 84 F.4th 963, 974–75 (Fed. Cir. 2023), likewise held that, although "a computer" could encompass one or more computers, later references to "the computer" had to be satisfied by the same one or more computers that satisfied the antecedent limitation. And *Traxcell Technologies, LLC v. Nokia Solutions & Networks Oy*, 15 F.4th 1136, 1143–44 (Fed. Cir. 2021), explained that permitting a different component to perform the later-recited functions would "defy the concept of antecedent basis."

Consequently, the plurality selected or generated at the earlier limitation must be the same plurality output or provided at the later limitation. When the patentees intended to permit use of only a subset of a previously identified plurality, they said so expressly. Claim 51 of the '206 patent and claim 55 of the '866 patent, for example, recite "at least some of the plurality of desired channels." Appx201 ('206-Pat., cl. 51); Appx180 ('866-Pat., cl. 55). The limitations at issue use no such qualifier. They require "said selected plurality," "the plurality," or "each" previously identified channel or output.

The '206 Decision offered one additional answer for claim 13: it reasoned that Zhang's statement that selector 240 may select "one or more" C channels "implies" that $C_1$–$C_n$ and $D_1$–$D_m$ "may be the same set." Appx122 ('206-FWD). But Zhang identifies no such embodiment or even circumstance where that would be so. Again,

its only numerical embodiment has n=35 and m=20, Appx1348 (Zhang, ¶ 42), and Petitioner's expert agreed that Zhang demultiplexes more channels than may be sent to the demodulators so that a subscriber can switch channels quickly. Appx5511 (Lett-1st-Depo.-Vol.-II, 8:14–22). A disclosure encompassing a particular configuration does not necessarily disclose that configuration. *Atofina v. Great Lakes Chem. Corp.*, 441 F.3d 991, 999–1000 (Fed. Cir. 2006). Even if Zhang might by happenstance sometimes select all channels $C_1$–$C_n$ to be sent to demodulators, a possibility not even suggested in Zhang, that would be insufficient. *In re Facebook, Inc.*, 743 F. App'x 998, 1001–02 (Fed. Cir. 2018) (nonprecedential) (reversing the Board's anticipation and obviousness determination because even if the examples in the prior art "happened to result in" the claimed limitation, "[n]othing about [the prior art's] algorithm required" that outcome); *In re Felton*, 484 F.2d 495, 500 (C.C.P.A. 1973) (reversing anticipation and obviousness determinations where "it would be mere happenstance if any structure made according to [the prior art] met the limitations of the claims.").

The $C_1$–$C_n$ theory therefore cannot sustain the affected unpatentability determinations. Whether the claim language permits the Board to use one plurality for selecting or generating and a different subset for providing or outputting is a claim-construction question reviewed *de novo*. Under the claims' antecedent-basis requirements, they do not. And no factual remand is needed to apply that

construction to the Board's $C_1$–$C_n$ mapping: the Decisions themselves identify $C_1$–$C_n$ at the earlier limitation and $D_1$–$D_m$ at the later one, and Zhang expressly describes $D_1$–$D_m$ as selected from $C_1$–$C_n$. The Court should therefore reject the $C_1$–$C_n$ mapping as a basis for the Board's judgments on the claims identified above. The Board's alternative $D_1$–$D_m$ theories are addressed in Section III.

### B. The Board's Finding That $C_1$–$C_n$ Are A Selected Set Of Desired Channels Cannot Stand (Affects: '362 Claims 1–20; '206 Claims 1–12, 25–37, And 51–63; '866 Claims 1–82).

The $C_1$–$C_n$ mapping fails for a second, independent reason: it depends on a factual finding that $C_1$–$C_n$ are a set of desired channels that are "selected." The '362 Decision found that demultiplexer 230 "pick[s] out desired content channels" from the digitized signal to generate $C_1$–$C_n$. Appx23-25 ('362-FWD). The '206 Decision similarly found that $C_1$–$C_n$ "may be a set of subscriber-selected channels," Appx105-107 ('206-FWD), and the '866 Decision found that $C_1$–$C_n$ "themselves are desired channels," Appx55 ('866-FWD). That finding is indispensable to the Board's $C_1$–$C_n$ mappings. For the selecting claims in all three patents, it supplies the claimed plurality of desired channels allegedly selected from the digitized signal. ('362 claims 1–20; '206 claims 1–12, 25–37, 51–63; '866 claims 1–13, 27–40, 55–68). For the '866 down-converter claims (14–26, 41–54, 69–82), it supplies the premise that "each" of Zhang's down-converters in its demultiplexer, which down-convert

all channels $C_1$–$C_n$, "is operable to generate a digital channel output corresponding to each desired channel."

The Board finding that Zhang channels $C_1$–$C_n$ are desired channels and are selected is unsupported by substantial evidence when the record is considered as a whole. *See* Section II.B.1. At minimum, the Decisions should be vacated because the Board did not address material contrary evidence bearing directly on the factual premise of its $C_1$–$C_n$ theory. *See* Section II.B.2.

1. The Board's Finding That $C_1$–$C_n$ Are A Selected Set Of Desired Channels Lacks Substantial Evidence.

Substantial-evidence review is deferential, but it does not require affirmance where the Board's finding cannot reasonably be reconciled with the prior art and the record as a whole. In *In re Hodges*, this Court reversed where the prior-art figure permitted only one factual finding and the Board found the opposite. 882 F.3d at 1112–13 & n.7. *Owens Corning v. Fast Felt Corp.* likewise reversed where the record permitted only "one permissible factual finding." 873 F.3d 896, 903 (Fed. Cir. 2017). Nor can contrary expert testimony supply substantial evidence where the reference itself says otherwise. *Ericsson Inc. v. Intellectual Ventures I LLC*, 890 F.3d 1336, 1346 (Fed. Cir. 2018) ("To contradict a reference, an unsupported opinion is not substantial evidence."); *Homeland Housewares*, 865 F.3d at 1378 ("[W]e must disregard the testimony of an expert that is plainly inconsistent with the record"); *see also Honeywell Int'l Inc. v. 3G Licensing, S.A.*, 124 F.4th 1345, 1358

(Fed. Cir. 2025) (the Court is not required to "uncritically accept expert testimony that is flatly contradicted by the record"). And in *OSI Pharmaceuticals, LLC v. Apotex Inc.*, this Court reversed where the Board drew a "clear inference" from prior-art references that, properly read, did not support that inference. 939 F.3d 1375, 1383–84 (Fed. Cir. 2019).

The dispositive factual question here is straightforward: does Zhang's demultiplexer 230 select a plurality of desired channels as $C_1$–$C_n$, or does it indiscriminately demultiplex all the channels in the digitized band into $C_1$–$C_n$ without any selection? Zhang's text, its only numerical embodiment, Petitioner's own expert testimony and declaration, and Zhang's prosecution history all support the latter reading. The Board reached the opposite conclusion principally from two isolated phrases in Zhang—one stating that $C_1$–$C_n$ "contain" channels selected or used by a subscriber, and another describing the channel handled by an individual demultiplexer path as a "target" or "desired" channel for that path. Neither supports the Board's conclusion that the $C_1$–$C_n$ set as a whole are "selected" desired channels.

Zhang's disclosure is decisively at odds with the Board's conclusion. Zhang defines *n* exactly once: paragraph 27 states that ADC 220 digitizes "an entire signal band with *n* channels." Appx1347 (Zhang, ¶ 27). That is the digitized input signal, and it has "n" channels. Zhang, in the very next paragraph, states that demultiplexer

230 "demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$." Appx1347 (Zhang, ¶ 28); *see also* Appx1337 (Zhang, Abstract).

Petitioner's expert agreed that *n* includes both desired and undesired channels in the entire band. Appx5441 (Lett-1st-Depo.-Vol.-I, 78:14–22) ("It seems to, yes."). Petitioner's expert's declaration reinforces that point. He described $C_1$–$C_n$ as "all the content channels" and $D_1$–$D_m$ as only a "subset":

> demultiplexer 230 (green/purple) then separates signals of ***all the content channels*** in the digital RF signals (***e.g., channels $C_1$ to $C_n$***), while a nxm digital ***selector 240 selects and forwards only signals for a subset of content channels selected by a subscriber (e.g., channels $D_1$ to $D_m$)*** to one or more of demodulators 250(1), 250(2), . . . 250(m) (blue), which may be "shared demodulators" with common functional blocks.

Appx680-681 ('362-Lett-Decl., ¶ 79); *see also* Appx5348-5351 ('362-Russ-Decl., ¶¶ 40–47). In other words, Zhang first identifies *n* as the number of channels in the entire digitized band and then identifies the demultiplexer's outputs as $C_1$–$C_n$. Nothing in that sequence suggests that demultiplexer 230 has discarded the undesired channels or transformed *n* into the number of subscriber-selected channels.

Zhang then identifies the separate component that performs the selection the Board attributed to demultiplexer 230. In the same paragraph, Zhang states that "an n×m digital selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and ***then selects*** one or more of the RF channels $D_1$ to $D_m$ from" those C channels.

Appx1347 (Zhang, ¶ 28). Zhang later repeats the same sequence: selector 500 "***digitally selects one or more RF channels $D_1$ to $D_m$ from the digital RF channels $C_1$ to $C_n$*** and then sends them to appropriate demodulators or output ports." Appx1348 (Zhang, ¶ 39).

Zhang's Figure 2 (annotated) depicts that sequence directly:



Fig. 2

Appx5622 (Oral-Argument-Demonstratives). Figure 2 thus reflects exactly what Zhang's text says: demultiplexer 230 first demultiplexes all channels $C_1$–$C_n$, and selector 240 thereafter selects desired channels $D_1$–$D_m$ from those channels. The remainder of Zhang's disclosure confirms that $C_1$–$C_n$ are the channels of the digitized band, not a desired subset already selected by demultiplexer 230.

Zhang's only numerical embodiment makes this explicit. Figure 6 depicts an input band extending from 540 MHz to 750 MHz—a 210 MHz band—which, using Zhang's exemplary 6 MHz channel spacing, contains thirty-five RF channels. Appx1346, Appx1348 (Zhang, ¶¶ 6, 41–42). Consistent with paragraph 27's use of

*n* for the channels in the entire band, demultiplexer 630 (the Figure 6 counterpart of demultiplexer 230) produces exactly thirty-five channels, $C_1$–$C_{35}$. Appx1348 (Zhang, ¶¶ 41–42). Petitioner's expert expressly agreed that those C channels are all of the channels in the input signal:

> Q. So in Zhang Figure 6, demultiplexer that demultiplexes Channels $C_1$ through $C_{35}$ has ***demultiplexed all the channels—all the RF channels in the input signal; correct?***
>
> A. In this specific example, ***yes***.

Appx5792 (Lett-'180-Depo., 44:13–17).

The contrast with Zhang's selected D channels is equally explicit. In that same embodiment, the thirty-five C channels feed a "35 × 20 Digital Selector," which outputs only twenty channels $D_1$–$D_{20}$ to twenty demodulators. Appx1343, Appx1348 (Zhang, Fig. 6, ¶ 42). Thus, Zhang's only numerical embodiment undisputedly demultiplexes all thirty-five channels $C_1$–$C_{35}$ in the digitized input signal, and the selector later selects desired channels $D_1$–$D_{20}$.

Zhang's prosecution history confirms that channels $C_1$–$C_n$ are all the channels in the input signal. The European claims recited demultiplexer 230 producing channels $C_1$–$C_n$ and selector 240 receiving those channels and selecting $D_1$–$D_m$ from them. Appx5390 (Zhang-EPO-Reply). When the EPO questioned novelty, Zhang's applicant emphasized that "[t]he provision of a selector allows the selection of specific RF channels for demodulation" so that "only the selected channels are later

demodulated," unlike systems that "demodulate ***all of the RF channels***." Appx5388-5389 (Zhang-EPO-Reply). Thus, Zhang's applicant explained that, without its selector that selects channels $D_1$–$D_m$, Zhang would be like its prior art that would output "***all of the RF channels***" (i.e., Zhang's $C_1$–$C_n$) to the demodulator. *See* Appx5350-5352 ('362-Russ-Decl., ¶¶ 45–48).

Against this record, the Board principally relied on two passages in Zhang. First, it relied on paragraph 28's statement that "RF channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber," reasoning that this statement would be unnecessary if $C_1$–$C_n$ included all channels in the band. Appx23-24 ('362-FWD). But "contain" does not mean "consist only of." A set containing both desired and undesired channels necessarily "contain[s]" the channels a subscriber selects or uses. More importantly, the Board's reading cannot be reconciled with the rest of the same paragraph, which immediately states that selector 240 receives $C_1$–$C_n$ and "then selects" $D_1$–$D_m$ from them, and explains that "only the selected channels are later demodulated." Appx1347 (Zhang, ¶ 28). Read as a whole, paragraph 28 distinguishes the $C_1$–$C_n$ channels produced by demultiplexer 230 from the $D_1$–$D_m$ channels subsequently selected for demodulation; it does not identify $C_1$–$C_n$ themselves as the selected set.

Second, the Board relied on paragraph 32 because it refers to each individual one of the channels $C_1$–$C_n$ handled by each demultiplexer path as a "desired RF

channel" or "target RF channel" for its respective path. Appx1348 (Zhang, ¶ 32); Appx23-25 ('362-FWD). But paragraph 32 uses "desired RF channel" interchangeably with "target RF channel" to describe the particular channel that an individual demultiplexer path is configured to isolate. Specifically, the way Zhang extracts channels $C_1$–$C_n$ is by providing n mixer-filter paths, each extracting one of the channels $C_1$–$C_n$. Zhang provides "[o]ne chain … for each RF channel," and those chains collectively output "the separated RF channels $C_1$ to $C_n$." Appx1347-1348 (Zhang, ¶¶ 30–32). In that context, Zhang explains that, for each path, the channel assigned to it for extraction is that path's "target RF channel" or "desired RF channel." Because Zhang provides one such path for each RF channel, every C channel is "desired" in that path-specific sense—it is the channel targeted by its assigned demultiplexer path. That does not change the fact that the $C_1$–$C_n$ output as a whole are all channels in the entire signal band. Appx6052-6056 ('362-POR); Appx6121-6123 ('362-Sur-Reply); Appx5352-5356 ('362-Russ-Decl., ¶¶ 49–57); Appx5639-5648 (Oral-Argument-Demonstratives); Appx9939-9943 ('866-Russ-Decl., ¶¶ 73-83). And the $C_1$–$C_n$ output as a whole is what the Board (and Petitioner) relied on as the claimed "desired channels."

The Board asked why a skilled artisan would "'target' or 'desire' an 'undesired' channel" when generating $C_1$–$C_n$. Appx25 ('362-FWD). Zhang's architecture and Petitioner's own expert answer that question. Zhang demultiplexes

all channels (not just desired channels) so that a user can quickly change its desired channel through the selector. Appx1347 (Zhang, ¶ 28) ("the digital selector 240 renders it much faster than traditional analog channel switching through RF tuners"); *see also* Appx5359-5360 ('362-Russ-Decl., ¶ 60); Appx6039-6040 ('362-POR). Petitioner's expert expressly confirmed this. Appx5511 (Lett-1st-Depo.-Vol.-II, 8:4–22) ("it's there for a quick channel change to the new—to the new desired channel that may be going from an undesired to a desired channel."). Paragraph 32's path-specific "desired" or "target" terminology therefore does not support the Board's inference that $C_1$–$C_n$ are the desired channels selected from the received signal.

For the claims requiring selection of desired channels, that distinction is dispositive. Claims 1 and 11 of the '362 patent require circuitry to "***select*** said plurality of desired television channels" from an input containing both desired and undesired channels. Appx159 ('362-Pat., cls. 1, 11). Claims 1, 25, and 51 of the '206 patent similarly require "***selecting*** each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels," and the '866 DFE claims require the DFE to "concurrently ***select*** and provide each of the plurality of desired channels." Appx199-201 ('206-Pat., cls. 1, 25, 51); Appx178-180 ('866-Pat., cls. 1, 27, 55). Zhang's demultiplexer 230 does not make any selection. It indiscriminately demultiplexes the input signal into all its

constituent channels $C_1$–$C_n$, including desired and undesired channels, without performing any selection, and leaves selector 240 to select $D_1$–$D_m$ from those channels. A circuit that indiscriminately extracts every channel in the band has chosen nothing; it has disassembled the band and left the choosing to the next stage. Accordingly, the Board's $C_1$–$C_n$ mapping cannot satisfy these selecting limitations.

The same factual error defeats the Board's $C_1$–$C_n$ mapping for the '866 down-converter claims. Claims 14, 41, and 69 require "***each*** digital down converter, of the plurality of digital down converters" be operable to generate a digital channel output "corresponding to ***each*** desired channel." Appx179-181 ('866-Pat., cls. 14, 41, 69). Petitioner mapped Zhang's multiplier-and-filter paths in demultiplexer 230 to those down-converters and expressly mapped their $C_1$–$C_n$ outputs to the claimed desired channels. Appx10583-10584, Appx10588, Appx10609 ('866-Pet.). That mapping therefore depends on the same premise addressed above—that $C_1$–$C_n$ are the claimed desired channels and that "each" of the down-converters that down-convert $C_1$–$C_n$ is operable to generate an output corresponding to "each desired channel." Because $C_1$–$C_n$ instead include both desired and undesired channels, Petitioner's $C_1$–$C_n$ mapping cannot establish that the mapped down-converters each generates an output corresponding to each desired channel.

The Board's $C_1$–$C_n$ theory therefore rests on a factual premise the record does not support: that demultiplexer 230 selects a set of desired channels as $C_1$–$C_n$.

Because $C_1$–$C_n$ are all the channels in the entire signal band that are indiscriminately demultiplexed, the $C_1$–$C_n$ mapping cannot satisfy either the selecting limitations identified above or the ’866 down-converter limitations.

2. At Minimum, The Decisions Should Be Vacated Because The Board Failed To Address Material Contrary Evidence.

Even if the Court does not reverse the Board’s $C_1$–$C_n$ finding, the Decisions cannot be affirmed without an explanation addressing the material evidence that contradicts that finding. The APA requires the Board to “fully and particularly set out the bases upon which it reached its decision,” and its analysis must be “clearly disclosed and adequately sustained.” *Provisur*, 50 F.4th at 123 (citations omitted). Where a patent owner “plainly” disputes that the prior art satisfies a limitation, the Board must resolve that dispute in a way that “fairly contemplates and resolves” the arguments presented. *Id.* at 124; *see also Fed. Express Corp. v. Qualcomm Inc.*, 174 F.4th 910, 917–18 (Fed. Cir. 2026) (vacating and remanding where the Board failed to address the patent owner’s arguments and evidence). It is not enough to summarily reject some arguments without explaining why the Board accepted the contrary position. *Alacritech*, 966 F.3d at 1371 (quoting *In re NuVasive, Inc.*, 842 F.3d 1376, 1383 (Fed. Cir. 2016)).

Substantial evidence review imposes a related requirement. The Court examines “the record as a whole, taking into account evidence that both justifies and detracts from” the Board’s finding. *TQ Delta*, 942 F.3d at 1358. The Board

therefore has an obligation to consider specific material evidence placed before it, *Centripetal Networks, LLC v. Palo Alto Networks, Inc.*, 156 F.4th 1368, 1380–81 (Fed. Cir. 2025), and cannot sustain a finding by considering only the evidence favoring it. *CQV Co. v. Merck Patent GmbH*, 130 F.4th 1344, 1348 (Fed. Cir. 2025) (vacating because, "even if the evidence on which the Board did rely supports its conclusion, the Board erred by failing to consider the whole record"). The Board need not address every argument or piece of evidence, *Novartis AG v. Torrent Pharms. Ltd.*, 853 F.3d 1316, 1328 (Fed. Cir. 2017), but it must address evidence bearing on "the crux of the dispute." *Alacritech*, 966 F.3d at 1371.

The Decisions did not do so. Most strikingly, none confronted Petitioner's own expert's concessions on the central factual question. Mr. Lett agreed that Zhang's *n*—the same *n* used in $C_1$–$C_n$—includes both desired and undesired channels. Appx5441 (Lett-1st-Depo.-Vol.-I, 78:14–22). His declaration described $C_1$–$C_n$ as "all the content channels," while describing $D_1$–$D_m$ as only a "subset" selected by a subscriber. Appx680-681 ('362-Lett-Decl., ¶ 79). The '362 Decision agreed that Zhang defines *n* "without any regard to whether the television channel is desired or undesired," Appx18, Appx24 ('362-FWD), but it never reconciled that premise with its finding.

Nor did the Decisions confront Zhang's only numerical embodiment, which independently confirms the point. Figure 6 receives an input signal with thirty-five

channels, $C_1$–$C_{35}$, demultiplexes all of those channels, and only twenty of those channels, $D_1$–$D_m$, are subsequently selected by the ensuing 35 × 20 selector for the demodulators. Appx1343, Appx1348 (Zhang, Fig. 6, ¶¶ 41–42). Petitioner's expert agreed that the Figure 6 demultiplexer "has demultiplexed all the channels—all the RF channels in the input signal." Appx5792 (Lett-'180-Depo., 44:13–17). Thus, the one embodiment in which Zhang supplies actual numbers shows exactly what Patent Owner argued. Yet no Decision discusses that embodiment.

The omitted expert evidence went further. Mr. Lett explained that Zhang demultiplexes more channels than may be sent to the demodulators at one time to facilitate rapid channel changes, and expressly described a demultiplexed channel as potentially going "from an undesired to a desired channel." Appx5511 (Lett-1st-Depo.-Vol.-II, 8:4–22); *accord* Appx1347 (Zhang, ¶ 28). That testimony directly answers the Board's question why Zhang would "'target' or 'desire' an 'undesired' channel": Zhang extracts channels that are not desired because doing so permits them to be selected quickly if the subscriber later wants them. This is consistent with Zhang's architecture because selector 240 can only select channels that were demultiplexed by demultiplexer 230. Zhang discloses no mechanism for the selector to select a channel desired by the user if the channel is not already extracted by the demultiplexer. Appx6126-6127 ('362-Sur-Reply); Appx5635-5636 (Oral-Argument-Demonstratives). Yet the Decisions do not address any of this.

The Decisions never reconciled materially inconsistent accounts from Petitioner's own expert. In the '362 proceeding, Mr. Lett described $C_1$–$C_n$ as "all the content channels" and $D_1$–$D_m$ as a subscriber-selected "subset." Appx680-681 ('362-Lett-Decl., ¶ 79). In the '866 and '206 proceedings, however, he described those same $C_1$–$C_n$ channels as channels "selected by the subscriber (the claimed 'desired channels')." Appx6494-6495 ('866-Lett-Decl., ¶ 126); Appx11260-11261 ('206-Lett-Decl., ¶ 131). Patent Owner placed those accounts side by side before the respective panels. Appx10778-10779 ('866-POR); Appx15643 ('206-POR). Neither Decision addressed the contradiction, even though it concerned the precise factual premise the Board ultimately adopted.

What the Decisions did say does not cure those omissions. The Board relied principally on Zhang's statement that $C_1$–$C_n$ "contain content channels that are selected or used by a subscriber" and paragraph 32's description of the channel targeted by each demultiplexer path as a "desired RF channel" or "target RF channel." Appx23-25 ('362-FWD); *see also* Appx105-107 ('206-FWD); Appx55, Appx66-68 ('866-FWD). But identifying evidence favoring Petitioner's reading (albeit under a tortured, out-of-context analysis that contradicts the entirety of Zhang) is not the same as resolving the contrary evidence. The Decisions never explain how those two phrases can be reconciled with Petitioner's expert's admissions that *n* includes

desired and undesired channels, that $C_1$–$C_n$ are "all the content channels," and that Figure 6 demultiplexes "all the channels."

Indeed, the '362 Decision effectively acknowledged the unresolved conflict. It stated that $C_1$–$C_n$ "may very well" sometimes include both desired and undesired channels, but concluded that Zhang also teaches that $C_1$–$C_n$ "can" be subscriber-selected channels. Appx24-25 ('362-FWD). That conclusion does not identify where Zhang discloses a different configuration in which *n* no longer corresponds to all the channels in the entire band, or explain how it squares with Zhang's only numerical embodiment in its Figure 6, where all thirty-five input channels become $C_1$–$C_{35}$ before only twenty are selected as $D_1$–$D_{20}$. A statement that Zhang "can" operate differently does not resolve the record evidence showing how Zhang actually defines *n* and implements $C_1$–$C_n$. Petitioner's expert also admitted that he had not relied on any modification of Zhang. Appx5579 (Lett-2nd-Depo., 106:9–13).

The treatment of Zhang's prosecution history suffers from the same problem. The Decisions acknowledged Patent Owner's reliance on Zhang's applicant's explanation that the provision of the selector is what makes Zhang "unlike systems which demodulate all of the RF channels," which confirms that $C_1$–$C_n$ (the output of the demultiplexer before the selector) are "all of the RF channels"; yet, the Decisions discounted that evidence without addressing its implication. Appx5388-5390 (Zhang-EPO-Reply); Appx24-25 ('362-FWD); Appx67-68 ('866-FWD).

That is the problem *Alacritech* and *NuVasive* identify. The Board did not merely omit discussion of cumulative evidence; it adopted Petitioner's answer to the dispositive factual question without explaining how that answer survives material evidence pointing the other way. Rejecting Patent Owner's conclusion while leaving those evidentiary conflicts unresolved does not permit the Court to determine whether the Board "followed a proper path." *Alacritech*, 966 F.3d at 1371.

The omitted evidence was therefore not collateral. It went directly to the factual premise that sustains the Board's $C_1$–$C_n$ theory across the affected claims: whether demultiplexer 230 itself produces a set of desired channels or instead produces $C_1$–$C_n$ as all channels in the digitized signal band before selector 240 makes the channel selection. If the latter is true, the $C_1$–$C_n$ mapping fails for the reasons explained above.

At a minimum, the Court cannot fill that gap itself. Where the Board has not explained how it reconciled material contrary evidence with a dispositive factual finding, the proper course is vacatur and remand, not affirmance based on reasoning the Board never supplied. *See Fed. Express*, 174 F.4th at 917–18; *CQV*, 130 F.4th at 1348; *Alacritech*, 966 F.3d at 1371. The Court should therefore reject the $C_1$–$C_n$ finding under Section II.B.1 or, at minimum, vacate the affected unpatentability determinations and remand for consideration of the full record.

## III. THE BOARD'S ALTERNATIVE $D_1$–$D_M$ MAPPING ALSO FAILS ('362 ALL CLAIMS, '866 ALL CLAIMS, '206 CLAIMS 1–37, 51–63).

The Board's alternative theory treats the outputs $D_1$–$D_m$ of Zhang's selector 240 as the claimed plurality of desired channels. Appx26-28 ('362-FWD); Appx107-108, Appx112, Appx119, Appx121 ('206-FWD); Appx54-55, Appx69-70 ('866-FWD). Patent Owner does not dispute that Zhang channels $D_1$–$D_m$ are desired channels. But they do not disclose the claimed "desired channels" for reasons that depend on the specific categories of claims and are discussed below.

### A. Zhang Selects $D_1$–$D_m$ From $C_1$–$C_n$, Not From The Source The Claims Require Even Under Petitioner's Own Construction (Affects: '362 Claims 1–20; '206 Claims 1–12, 25–37, And 51–63)

The Board's $D_1$–$D_m$ mapping for the '362 and '206 selecting claims can succeed only if $D_1$–$D_m$ satisfy the claims' selecting limitation. They do not. Those claims require the desired channels to be selected from a specified source, and identify that source by antecedent. In the '362 claims, the desired channels must be selected from "***said*** digitized plurality of frequencies," which is the "plurality of frequencies" that the mixer module down-converts in limitation 1[b] and the ADC digitizes in limitation 1[c]. Appx159 ('362-Pat., cl. 1). In the '206 claims 1–12, 25–37, 51–63, the desired channels must be selected from "***the*** input signal," which is the signal received in step 1[b] and digitized in step 1[c]. Appx199 ('206-Pat., cl. 1). For both families, the Petition mapped the "digitized plurality of frequencies" and "the input signal" to the input into Zhang's demultiplexer 230, and the Board

adopted that mapping. Appx5876, Appx5878 ('362-Pet.); Appx15423-15425 ('206-Pet.); Appx27-29 ('362-FWD); Appx112-114 ('206-FWD); *see also* Appx6062-6064 ('362-POR); Appx15625-15626 ('206-POR).

The source signal from which the claimed selecting must be made as identified by the Petition and adopted by the Board is shown schematically below in yellow:




Appx15627 ('206-POR).

Zhang, however, does not select $D_1$–$D_m$ from the input signal to Zhang's demultiplexer 230 (yellow signal). Demultiplexer 230 first processes the digitized signal (yellow) into separate channels $C_1$–$C_n$. Only afterward does selector 240 receive $C_1$–$C_n$ and "select[] one or more of the RF channels $D_1$ to $D_m$ ***from***" those C channels, not from the digitized input signal to the demultiplexer 230. Appx1347 (Zhang, ¶ 28) (emphasis added); *see also* Appx1348 (Zhang, ¶¶ 39, 42). Thus, for the '362 claims, channels $D_1$-$D_m$ are not selected "from" the "plurality of frequencies"

entering the demultiplexer. Petitioner's expert agreed. Appx4906-4907 ('362-Lett-Reply-Decl., ¶ 28) ("[t]he 'entire band' of frequencies that is present at the input is not present at the demultiplexer outputs."); Appx14303 ('206-Lett-Reply-Decl., ¶ 28); Appx6137 ('362-Sur-Reply); Appx15708-15709 ('206-Sur-Reply). For the '362 claims, then, "said digitized plurality of frequencies" never reaches selector 240; for the '206 claims, $D_1$-$D_m$ are selected from demultiplexed channels $C_1$–$C_n$ rather than from the "input signal" Petitioner identified for steps 1[b] and 1[c].

Zhang's Figure 2 shows the sequence:



Fig. 2

Appx5622 (Oral-Argument-Demonstratives). Thus, under the Board's own mapping, the claimed source is the signal entering demultiplexer 230 (yellow), while Zhang expressly identifies $C_1$–$C_n$ (red) as the source from which $D_1$–$D_m$ (blue) are selected.

Petitioner's own interpretation of the claim language confirms the same distinction. Petitioner argued that "[s]election is simply extracting a channel from

the plurality of frequencies in the digitized RF signal." Appx6103 ('362-Reply). And Mr. Lett agreed that, under that interpretation, Zhang's selector 240 "does not" perform that selection; rather, "[t]he selection is done by [Demultiplexer] 230." Appx5573 (Lett-2nd-Depo., 82:16–18). Petitioner thus understood "select … from" to identify the source on which the selection operation is performed—not merely the ultimate provenance of the selected channels.

The Board reached the opposite result only by adopting a materially broader understanding of "select … from" that is contrary to Petitioner's own proposed construction, and to the plain meaning in light of the specification. The Board found that $D_1$–$D_m$ satisfy the claims because they are "***based on***" $C_1$–$C_n$, which are "based on" the ADC signal, and because demultiplexer 230 and selector 240 may be considered together as the circuitry performing the claimed selection. Appx27-29 ('362-FWD); Appx112-114 ('206-FWD). The '206 Decision similarly accepted Petitioner's position that "from the input signal" encompasses selection "directly and indirectly from" that signal. Appx113 ('206-FWD).

Whether that undisputed sequence satisfies the claim language is a claim-construction question reviewed *de novo*. The Board's construction is too broad. Patent Owner does not contend that "from" invariably requires a direct physical connection or that a single circuit element must perform the claimed selection. The relevant phrase is "***select … from***." In that phrase, "from" identifies the source on

which the selection is made. A signal may be derived from, traceable to, or "based on" an earlier signal despite intervening processing. But that does not mean that every later selection in the processing chain is a selection "from" that earlier signal. Otherwise, the identity of the source specified in the claim would cease to matter: any selection occurring anywhere within circuitry ultimately fed by that source would qualify.

Ordinary examples illustrate the distinction. It is perfectly natural to say that a desktop computer receives power "from" a power plant even though the electricity passes through transmission lines, substations, transformers, and building wiring before reaching the computer. In that usage, "from" identifies the ultimate source or provenance of the power. But "select … ***from***" describes a different relationship. Suppose a grocery store receives a bin of oranges grown at the Smith Farm. A shopper who selects three oranges from that bin has selected the oranges ***from the bin***, even though the oranges themselves came from Smith Farm. Likewise, if cards are dealt from a deck into a hand and a player then selects one card from the hand, the player has selected the card ***from the hand***, not from the deck, even though the card originated in the deck. In each example, provenance is distinct from the source on which the selection is performed. The same distinction applies here. $D_1$–$D_m$ ultimately originate in the digitized signal, just as the oranges originate at Smith Farm and the card originates in the deck. But Zhang does not select $D_1$–$D_m$ from

that earlier source. It first produces $C_1$–$C_n$ and then expressly selects $D_1$–$D_m$ ***from $C_1$–$C_n$***.

The specification confirms that ordinary meaning. In the common Figure 2 embodiment, the digitized multichannel signal is supplied to a bank of *N* complex mixers, each of which extracts one desired channel ***from that digitized signal***. Appx156 ('362-Pat., 5:49–58). The resulting desired channels are then filtered and sent to the demodulators. *Id.* Figure 2 illustrates that sequence:




Appx5618 (Oral-Argument-Demonstratives); Appx145 ('362-Pat., Fig. 2).

The point is not that the claims are limited to the Figure 2 embodiment. It is that the specification uses the claimed relationship in precisely its ordinary sense: the multichannel digitized signal—like the grocery-store bin and the player's hand—is the source on which the channel-selection operation is performed. Nothing in the specification suggests that selecting desired channels from a later set of already-

separated channels constitutes selecting those channels "from" the earlier digitized signal merely because the later channels originated there.

Petitioner's related "black box" rationale illustrates the problem with the Board's construction. Petitioner drew a boundary around demultiplexer 230 and selector 240 and argued that, because the digitized RF signal enters that combined circuitry and $D_1$–$D_m$ emerge from it, "[i]t necessarily follows" that the circuitry selects $D_1$–$D_m$ "from the digitized plurality of frequencies." Appx6087 ('362-Reply); *see also* Appx15666-15667 ('206-Reply). But identifying the input and ultimate output of a circuit does not establish every relationship recited between them. Zhang can receive the digitized signal, produce $C_1$–$C_n$ from it, select $D_1$–$D_m$ from $C_1$–$C_n$, and ultimately output $D_1$–$D_m$ without ever selecting $D_1$–$D_m$ "from" the digitized signal. Indeed, that is precisely the sequence Zhang discloses. Combining the two components within a larger circuit does not change either operation or create a selection that Zhang never discloses.

Accepting Petitioner's rationale would also deprive the claimed source limitation of meaningful effect. On that reasoning, once the digitized signal enters circuitry, any later selection of channels within that circuitry may be treated as selection "from" the digitized signal so long as the selected channels ultimately derive from it. But the '362 claims do not merely require selecting desired channels; they require selecting them "***from said digitized plurality of frequencies***." Appx159

('362-Pat., cls. 1, 11). The '206 claims likewise require selecting the desired channels "***from the input signal***." Appx199-201 ('206-Pat., cls. 1, 25, 51). Those words must impose a constraint beyond requiring that the selected channels ultimately be traceable to an upstream input. Treating the endpoints of Petitioner's larger circuit as sufficient would effectively read that constraint out of the selecting limitation. *See Intel Corp. v. Qualcomm Inc.*, 21 F.4th 801, 810 (Fed. Cir. 2021); *Dell Inc. v. Acceleron, LLC*, 818 F.3d 1293, 1300 (Fed. Cir. 2016).

The claims' structure reinforces the same point. The '362 claims separately require the circuitry to "select" the desired channels from the digitized plurality and then "output said selected plurality" to a demodulator. Appx159 ('362-Pat., cls. 1, 11). The '206 claims likewise separately require "selecting" the desired channels from the input signal and then "providing" those channels via a serial interface. Appx199-201 ('206-Pat., cl. 1). The Board's combined-circuit rationale effectively infers the claimed selection from the fact that the specified source enters the circuitry and $D_1$–$D_m$ ultimately emerge from it. But the claims separately require both the selection and the subsequent output or providing of what was selected. Identifying the endpoints of Zhang's circuitry cannot substitute for showing that the intervening selection itself bears the relationship the claims require.

The Board's reliance on the specification's stated objective does not save that construction. The '362 Decision reasoned that Petitioner's reading is "consistent

with the stated objective of the '362 patent because channel selection at the demodulator is still avoided," and the '206 Decision relied on the same rationale. Appx29 ('362-FWD); Appx112-113 ('206-FWD). But that mistakes a claimed result for the claimed way of achieving it. The claims do not merely require a receiver architecture that avoids channel selection at the demodulator. They require a particular selection operation: the desired channels must be selected "from said digitized plurality of frequencies" or "from the input signal." A prior-art system does not satisfy that limitation merely because it achieves one objective of the invention through a different sequence of operations. Here, Zhang avoids selection at the demodulator by first producing $C_1$–$C_n$ and then selecting $D_1$–$D_m$ from those channels. That does not make $D_1$–$D_m$ selected from the different source the claims expressly identify.

Because Zhang's operation is undisputed, no factual issue remains for the Board to resolve under the correct construction. Accordingly, the Board's alternative $D_1$–$D_m$ theory cannot sustain the judgments as to '362 claims 1–20 and '206 claims 1–12, 25–37, and 51–63 and should be reversed.

### B. Channels $D_1$–$D_m$ Are Not The Outputs Generated By Zhang's Down-Converters ('206 Claims 13–24)

Claim 13 of the '206 patent requires "digitally down converting each desired channel … to generate a plurality of digital channel outputs." Appx200 ('206-Pat., cl. 13). Thus, the claimed digital channel outputs must be generated by the down-

converting operation. For that operation, Petitioner relied on Zhang's Figure 3 paths containing complex multipliers 320 and filters 330, and the Board adopted that mapping. Appx15433 ('206-Pet.); Appx117-119 ('206-FWD). Yet the Decision alternatively treated $D_1$–$D_m$ as the claimed digital channel outputs, reasoning that those outputs are generated "via Zhang's selector 240." Appx119, Appx121 ('206-FWD). That theory fails because selector 240 does not down-convert any channels or generate $D_1$–$D_m$ by down-converting them.

Zhang is explicit about what the mapped down-converters generate. The Figure 3 circuitry "outputs the separated RF channels $C_1$ to $C_n$." Appx1348 (Zhang, ¶ 32). Each down-conversion path generates one C channel, and together the paths generate $C_1$–$C_n$. Appx1347-1348 (Zhang, ¶¶ 30–32); Appx14772-14773 ('206-Russ-Decl., ¶¶ 99–101). Only afterward does selector 240 receive those already-generated channels and "select[] one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." Appx1347-1348 (Zhang, ¶¶ 28, 39, 42). Petitioner's expert likewise described selector 240 as "just a switch." Appx5805-5806 (Lett-'180-Depo., 57:25–58:5). It performs no down-conversion.

The fact that $D_1$–$D_m$ emerge downstream of the selector therefore does not satisfy the claim. The claim does not merely require digital channel outputs somewhere downstream of the down-converters; it requires those outputs to be generated ***by digitally down-converting each desired channel***. Zhang's down-

converters generate $C_1$–$C_n$. Selector 240 then selects among those outputs to produce $D_1$–$D_m$. The later $D_1$–$D_m$ channel set therefore cannot serve as the "digital channel outputs" generated by the claimed down-converting operation.

### C. The Board's Alternative $D_1$–$D_m$ Theory For The '866 Patent Relies On New Claim Mappings Petitioner Never Presented And That Fail In Any Event.

For all the '866 claims, the Board's alternative $D_1$–$D_m$ theory rests on a claim mapping that Petitioner did not present in its briefing. In each instance, the Board supplied a new mapping to make $D_1$–$D_m$ satisfy the claims after Petitioner had relied on a different mapping. The Board could not invalidate the claims on theories Petitioner never presented and Patent Owner had no fair opportunity to meet. And the Board's new mappings independently fail on the merits. Accordingly, the alternative $D_1$–$D_m$ theory cannot sustain the Board's unpatentability determinations for any challenged claim of the '866 patent.

#### 1. <u>The Board Replaced Petitioner's Down-Converter Mapping (Affects: '866 Claims 14–26, 41–54, And 69–82)</u>

The '866 patent's down-converter claims require "***each*** digital down converter" to "generate a digital channel output corresponding to ***each*** desired channel." Appx179-181 ('866-Pat., cls. 14, 41, 69). The Petition mapped the claimed down-converters to the multiplier-and-filter paths within demultiplexer 230, which generate $C_1$–$C_n$, and the Reply expressly reaffirmed that mapping. Appx10583-10587 ('866-Pet.); Appx10824 ('866-Reply). Thus, if $D_1$–$D_m$ are the

claimed desired channels, Petitioner identified no claimed set of down-converters where "***each*** down converter" generates an output corresponding to "each desired channel." At most, some of the identified down-converters may correspond to subsequently selected channels.

The Board resolved that mismatch by changing Petitioner's mapping. It treated "each of the signal paths across Zhang's demultiplexer 230 and selector 240" as the claimed digital down-converters and, on that expanded mapping, concluded that those down-converters generate $D_1$–$D_m$. Appx65, Appx69-70 ('866-FWD). The Decision relied on the Petition's claim-1 mapping of demultiplexer 230 and part of selector 240 to the claimed DFE, and on the Petition's statement that the down-converters are "included in" that DFE circuit. *Id*. But neither passage maps selector 240 as part of each claimed digital down-converter. To the contrary, the Petition's claim-14 mapping identifies the multiplier-and-filter paths within demultiplexer 230 as the down-converters and $C_1$–$C_n$ as the outputs they generate. Appx10583-10585 ('866-Pet.). Petitioner's Reply subsequently expressly confirmed that "Zhang's demultiplexer 230, which generates $C_1$–$C_n$ as down converted digital channel outputs, meets element [14C]." Appx10838 ('866-Reply). But the Board replaced Petitioner's conscious claim-14 mapping with a new one: each down-converter now extended through selector 240 and supposedly generated $D_1$–$D_m$ rather than $C_1$–$C_n$.

That change exceeded the Board's authority. The Board "must base its decision on arguments that were advanced by a party, and to which the opposing party was given a chance to respond," and may not "adopt arguments on behalf of petitioners that could have been, but were not, raised by the petitioner during an IPR." *In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1381 (Fed. Cir. 2016). *EmeraChem Holdings, LLC v. Volkswagen Grp. of Am.*, Inc. likewise held that discussion of a prior-art disclosure in one context did not provide notice of the Board's materially different use of that disclosure to establish another claim limitation. 859 F.3d 1341, 1348–51 (Fed. Cir. 2017). And *M & K Holdings, Inc. v. Samsung Electronics Co*. vacated where the Board "deviated impermissibly" from the petition's theory, emphasizing that the Board's alternative was "not inherent" in the petitioner's theory because the petitioner's own position contradicted it. 985 F.3d 1376, 1385–86 (Fed. Cir. 2021). So too here. After Patent Owner identified the $C_1$–$C_n$/$D_1$–$D_m$ mismatch, Petitioner expressly reaffirmed that the claimed down-converters were the paths within demultiplexer 230 that generate $C_1$–$C_n$. The Board's contrary $D_1$–$D_m$ mapping was therefore not an elaboration of Petitioner's theory; it contradicted the mapping Petitioner actually presented and defended.

The Board's new mapping independently fails on the merits. Limitation 14C requires "***each*** digital down converter" to be "operable to generate a digital channel output corresponding to ***each*** desired channel." Appx179 ('866-Pat., cl. 14)

(emphasis added). Under the Board's alternative theory, the desired channels are $D_1$–$D_m$. But Zhang's down-conversion paths generate $C_1$–$C_n$, and selector 240 only afterward selects some of those C channels to become $D_1$–$D_m$. Appx1347-1348 (Zhang, ¶¶ 28, 30–32, 39). Thus, "each" of Zhang's down-converters is not operable to generate an output corresponding to each desired channel. At most, ***some*** of Zhang's multipliers 320(1)-(n) may in retrospect happen to have corresponded to a subsequently selected desired channel. Furthermore, until and unless a selection is subsequently made by selector 240, it is not known which of Zhang's down-converters happened to down-convert the later-to-be desired channel.

The same defect reaches claims 41 and 69 and their dependents. The Decision expressly relied on its claim-14 analysis for the corresponding digital-down-converter limitations of those claims. Appx72, Appx76-77 ('866-FWD). The Board's alternative $D_1$–$D_m$ theory therefore cannot sustain the unpatentability determinations for claims 14–26, 41–54, and 69–82.

2. The Board's $D_1$–$D_m$ Theory For The DFE Claims Depends On A New Mapping Of The Claimed Selecting That Petitioner Never Presented (Affects: '866 Claims 1–13, 27–40, And 55–68).

The same problem infects the Board's $D_1$–$D_m$ theory for the '866 digital front end claims. When Petitioner's original mapping failed, the Board held the claims unpatentable based on a different mapping that Petitioner had never presented in its briefing.

Claims 1, 27, and 55 require the DFE to "select and provide each of the plurality of desired channels." Appx178-180 ('866-Pat., cls. 1, 27, 55). Petitioner mapped the claimed "selecting" to Zhang's demultiplexer 230, and the claimed "providing" to Zhang's selector 240. Appx10827 ('866-Reply) ("Zhang's demultiplexer 230 receives a digitized version of the multi-channel RF signal from ADC 220 and selects from this signal a number 'n' of desired channels $C_1$-$C_n$"); Appx6484-6486 ('866-Lett-Decl., ¶¶ 110–111); Appx10578-10579 ('866-Pet.) ("[s]elector 240 further provides the desired channels …."). Petitioner's mapping was a conscious choice because the claim requires that the digital front end that performs the selection be "coupled to the wideband ADC." Zhang's selector is not connected to its ADC; Zhang's demultiplexer is. Thus, Petitioner's mapping sought to avoid a potential dispute regarding the "coupled to" limitation.[1] Yet, once the Board alternatively treated $D_1$–$D_m$ as the claimed desired channels, Petitioner's mapping no longer supplied the claimed selecting of those channels. The Board cured that defect by holding that selector 240 itself performs both the claimed selecting and providing of $D_1$–$D_m$. Appx54-55 ('866-FWD). That was a new claim mapping, not one Petitioner had presented in its briefing.

---

[1] Patent Owner does not take a position on the meaning of "coupled to," but only explains Petitioner's conscious choice.

The Reply did not cure that deficiency. Although it emphasized that demultiplexer 230 and selector 240 together constitute the claimed DFE, Appx10825, Appx10839-10841 ('866-Reply), it continued to identify $C_1$–$C_n$ as the channels selected for purposes of the claim. It argued that demultiplexer 230 "selects from [the digitized RF] signal a number 'n' of desired channels $C_1$–$C_n$," and later explained that demultiplexer 230 outputs $C_1$–$C_n$ while "[s]elector 240 further outputs some or all of $C_1$–$C_n$ as digital channel outputs $D_1$–$D_m$." Appx10827-10828, Appx10838-10839 ('866-Reply). Patent Owner accordingly explained in its Sur-Reply that Petitioner relied on "Demultiplexer 230—not Selector 240—for 'select[ing] … each of the plurality of desired channels.'" Appx10873 ('866-Sur-Reply).

The Decision's citations do not show that Petitioner ever made that mapping. It held that "Zhang's selector 240 (which Petitioner identifies as part of the recited DFE) selects and provides RF channels $D_1$–$D_m$." Appx54-55 ('866-FWD). But the Petition passage the Decision cited says only that selector 240 "provides" the desired channels, and the cited Reply passage says only that the output of the combined circuit "provides $D_1$–$D_m$." Appx10579 ('866-Pet.); Appx10825 ('866-Reply). Neither maps selector 240's selection of $D_1$–$D_m$ to the claimed selecting. The fact that Zhang itself describes selector 240 as selecting $D_1$–$D_m$ establishes what selector

240 does; it does not establish that Petitioner relied on that operation to satisfy the claimed selecting. The Board made that claim mapping for Petitioner.

That was impermissible. As explained above, the Board must decide the case on the theories Petitioner actually presented; it cannot cure a deficient mapping by assigning a claim function to a different operation in the reference. *See* Section III.C.1, *supra* (collecting cases). The error is especially clear here because Patent Owner challenged the $C_1$–$C_n$ selecting theory, yet the Reply still defended demultiplexer 230 and $C_1$–$C_n$ as satisfying the claimed selecting. Appx10827-10838 ('866-Reply). Petitioner did not respond by mapping selector 240's selection of $D_1$–$D_m$ to that claim requirement.

The Board's new mapping independently fails on the merits. In its Reply, Petitioner argued that the claimed selecting means "extracting a channel from the plurality of frequencies in the digitized RF signal." Appx10836-10837 ('866-Reply). Selector 240 does not perform that operation. Zhang states that selector 240 receives the already-extracted $C_1$–$C_n$ channels and selects $D_1$–$D_m$ from those channels. Appx1347-1348 (Zhang, ¶¶ 28, 39). And Petitioner's own expert expressly confirmed the distinction. Asked whether selector 240 performs selection "in the context that we've been talking about," Mr. Lett answered that "it does not. The selection is done by box 230." Appx5573 (Lett-2nd-Depo., 82:16–18). He explained that the relevant selection is choosing channels from the input "swath of

frequencies," and "[t]hat's exactly what 230 does." *Id.* at 83:1–8. Thus, under Petitioner's own understanding of the claimed operation, selector 240 does not perform the selecting that the Board newly assigned to it.

Accordingly, neither of the Board's alternatives works. If $C_1$–$C_n$ are the desired channels, Petitioner's selecting theory fails for the reasons explained in Section II. If $D_1$–$D_m$ are the desired channels, the Board had to supply a new mapping of the claimed selecting to selector 240—and that mapping fails even under Petitioner's own definition of "select." The Board's $D_1$–$D_m$ theory therefore cannot sustain the unpatentability determinations for claims 1–13, 27–40, and 55–68.

## IV. NO JUDGMENT MAY BE AFFIRMED ON THE DECISIONS' UNANALYZED "OR WOULD HAVE BEEN OBVIOUS" ALTERNATIVE (ALL CLAIMS).

Each Decision concludes that the claims are "anticipated by Zhang or would have been obvious" over Zhang, without differentiating claim, ground, or theory. Appx30 ('362-FWD); Appx95, Appx124, Appx135 ('206-FWD); Appx46, Appx73 ('866-FWD). But "[e]ven when obviousness is based on a single prior art reference, there must be a showing of a suggestion or motivation to modify the teachings of that reference." *In re Kotzab*, 217 F.3d 1365, 1370 (Fed. Cir. 2000); *SIBIA Neurosciences, Inc. v. Cadus Pharm. Corp.*, 225 F.3d 1349, 1356 (Fed. Cir. 2000); *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 418 (2007) (*quoting In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006)).

Petitioner's expert admitted at deposition that he had not "relied on any modification to Zhang's embodiments" for the relevant Zhang grounds. Appx5579 (Lett-2nd-Depo., 106:9–13). Similarly, no Decision proposes a modification of Zhang that would select the desired channels from the digitized input signal, or would generate $D_1$-$D_m$ by down-conversion, or would extract less than all channels $C_1$-$C_n$ from the input signal; none identifies a motivation; none finds a reasonable expectation of success. Accordingly, no judgment may be affirmed on the § 103 alternative.

## **CONCLUSION**

For the foregoing reasons, the Court should reverse or, at minimum, vacate and remand the Board's determinations that claims 1–20 of the '362 patent, claims 1–82 of the '866 patent, and claims 1–37 and 51–63 of the '206 patent are unpatentable.

Date: September 8, 2026

Respectfully submitted,

*/s/ Parham Hendifar*
Parham Hendifar

Nathan Nobu Lowenstein
Parham Hendifar
LOWENSTEIN & WEATHERWAX LLP
1016 Pico Boulevard
Santa Monica, California 90405
Telephone: (310) 307-4500

Facsimile: (310) 307-4509

Jason Engel
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121

*Counsel for Patent Owner-Appellant*
*Entropic Communications LLC*

# ADDENDUM

# TABLE OF CONTENTS


| | Page(s) |
|---|---|
| **DECISIONS** | |
| Final Written Decision in IPR2024-00432, Paper No. 45 (Oct. 6, 2025) | Appx1-Appx37 |
| Final Written Decision in IPR2024-00435, Paper No. 45 (Sept. 29, 2025) | Appx38-Appx86 |
| Final Written Decision in IPR2024-00438, Paper No. 46 (Oct. 1, 2025) | Appx87-Appx137 |
| Order Denying Request for Director Review in IPR2024-00432, IPR2024-00435, IPR2024-00438, Paper No. 48 (Jan. 26, 2026) | Appx138-Appx141 |
| **PATENTS-IN-SUIT** | |
| U.S. Patent No. 9,210,362 ("Reddy") (Exhibit 1001) | Appx142-Appx160 |
| U.S. Patent No. 11,381,866 ("Reddy") (Exhibit 1001) | Appx161-Appx181 |
| U.S. Patent No. 11,399,206 ("Reddy") (Exhibit 1001) | Appx182-Appx202 |

Trials@uspto.gov
571-272-7822

Paper 45
Date: October 6, 2025

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

COMCAST CABLE COMMUNICATIONS, LLC,
Petitioner,

v.

ENTROPIC COMMUNICATIONS, LLC,
Patent Owner.

---

IPR2024-00432
Patent 9,210,362 B2

---

Before MICHELLE N. WORMMEESTER, JON M. JURGOVAN, and FREDERICK C. LANEY, *Administrative Patent Judges*.

LANEY, *Administrative Patent Judge*.

JUDGMENT
Final Written Decision
Determining All Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*

# I. INTRODUCTION

Comcast Cable Communications, LLC (“Petitioner”) filed a Petition (Paper 2, “Pet.”) requesting *inter partes* review of claims 1–20 of U.S. Patent No. 9,210,362 B2 (Ex. 1001, “the ’362 patent”). Entropic Communications, LLC (“Patent Owner”) filed a Preliminary Response (Paper 10). Pursuant to 35 U.S.C. § 314, we instituted an *inter partes* review of all challenged claims based on all asserted challenges in the Petition. Paper 13 (“Inst. Dec.”). Thereafter, Patent Owner filed a Response (Paper 24, “PO Resp.”) to the Petition, Petitioner filed a Reply (Paper 28, “Pet. Reply”), and Patent Owner filed a Sur-reply (Paper 33, “PO Sur-reply”). On July 18, 2025, we conducted an oral hearing. A copy of the transcript (Paper 42) is in the record.

We have jurisdiction under 35 U.S.C. § 6(b). This Final Written Decision is issued pursuant to 35 U.S.C. § 318(a). For the reasons that follow, we determine that Petitioner has shown by a preponderance of the evidence that claims 1–20 of the ’362 patent are unpatentable.

# II. BACKGROUND

## *A. Related Proceedings*

The parties identify various federal district court cases and petitions for *inter partes* review. *See* Pet. viii–ix; Paper 4, 1–4 (Patent Owner’s Mandatory Notices); Paper 22, 1 (Patent Owner’s Third Updated Mandatory Notices).

## *B. The ’362 Patent*

The ’362 patent, titled “Wideband Tuner Architecture,” relates to “wideband receiver systems and methods having a wideband receiver that is capable of receiving multiple radio frequency channels located in a broad

radio frequency spectrum." Ex. 1001, code (54), 1:15–18.

The '362 patent states that "[r]eceivers used to down-convert and selectively filter TV channels are referred to as tuners, and tuners designed to concurrently receive several TV channels are referred to as wideband tuners." Ex. 1001, 1:24–27. The '362 patent notes that "[i]n certain applications such as DVR and picture-in-picture, the receiver system may have to concurrently receive several desired channels that may or may not be contiguous," and that "[t]he wideband receiver requirement poses a trade-off to the system to limit either the dynamic range of the wideband tuner or reduce the bandwidth covered by the tuner so that fewer channels may be received and processed by the demodulator." *Id.* at 1:38–45. According to the '362 patent, a wide bandwidth receiver may involve "very expensive digital processing circuitry such as very high-speed analog to digital conversion and high-speed processor in the demodulator." *Id.* at 2:20–23. The '362 patent states that "[i]t is desirable to have wideband receiver systems that can increase the dynamic range without requiring expensive data conversion, filtering and channel selection at the demodulator." *Id.* at 2:24–27.

Figure 2, reproduced below, shows "a schematic block diagram of a wideband receiver system 200." Ex. 1001, 4:16–17.




FIG. 2

As shown in Figure 2, "[w]ideband receiver system 200 includes a radio front end 210 and a digital front end 230." Ex. 1001, 4:18–19. The '362 patent states that "[r]adio front end 210 may be a single very wideband tuner receiver that captures the desired swath of channels located in non-contiguous portions of the spectrum having a frequency bandwidth BW1 120." *Id.* at 4:19–22. The '362 patent indicates that each of mixers 211 and 221 "multiplies (mixes) an amplified RF signal 203 with a respective first oscillator frequency signal 205 and a second oscillator frequency signal 207 to generate an in-phase signal 212 and a quadrature signal 222 that have a phase shift of 90° degree between them." *Id.* at 4:41–46. The '362 patent indicates further that "[i]n-phase signal 212 and quadrature signal 222 are further amplified and filtered by respective amplifiers V1 213, V2 223 and filters F1 215, F2 225 to generate a filtered in-phase signal 216 and a filtered quadrature signal 226." *Id.* at 4:64–67.

The ’362 patent states that “ADC1 218 generates a digital signal I 232 that is a digital representation of the analog filtered signal 216; ADC2 228 generates a digital signal Q 242 that is a digital representation of the analog filtered signal 226.” *Id.* at 5:28–31.

In addition, the ’362 patent states that “[d]igital signals I 232 and Q 242 are . . . applied to a bank of N complex mixers 250,” and “[e]ach of the N complex mixers 250 receives the digital signals I 232 and Q 242 from ADCs 218 and 228 to extract a different one of the desired channels and frequency-shifts the extracted signals to the baseband frequency.” Ex. 1001, 5:31–32, 5:49–52. The ’362 patent states further that “[e]ach of the frequency shifted desired channels 252 is filtered by an associated filter module (identified as 260a to 260n).” *Id.* at 5:52–54. The ’362 patent states that in an embodiment, “each of the filtered signals 260a to 260n may be sent directly to an associated demodulator (identified as 270a to 270n) for extracting the original information transmitted in the associated desired channel,” and that in another embodiment, “each of the filtered signals 262a to 262n is further decimated before providing to a demodulator.” *Id.* at 5:55–60. The ’362 patent further states that “baseband channels . . . sent as a serial or parallel digital data stream to a demodulator using a serial or parallel data interface according to commonly known methods.” *Id.* at 6:55–58.

### *C. Illustrative Claim*

Petitioner challenges claims 1–20 of the ’362 patent. Claims 1 and 11 are independent. Claim 1 is reproduced below, which has been annotated using the same designations as the parties for each element.

[1A] A method for receiving a television (TV) signal comprising:

[1B] a mixer module configured to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;

[1C] a wideband analog-to-digital converter (ADC) module configured to digitize said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;

[1D] *digital circuitry configured to:*
*select said plurality of desired television channels from said digitized plurality of frequencies; and output said selected plurality of television channels to a demodulator as a digital datastream*.

Ex. 1001, 11:52–65 (emphasis added to highlight the limitation at the center of the dispute between the parties).

*D. Asserted Grounds*

Petitioner asserts the following eight grounds challenging the patentability of claims 1–20 in the ’362 patent. Pet. 18, 23–77. We instituted *inter partes* review on each challenge. Inst. Dec. 20.

| Claim(s) Challenged | 35 U.S.C. § | Reference(s)/Basis |
|---|---|---|
| 1–3, 8, 9, 11–13, 18, 19 | 102[1] | Zhang[2] |
| 1–3, 8, 9, 11–13, 18, 19 | 103(a) | Zhang |
| 2, 3, 12, 13 | 103(a) | Zhang, Panday[3] |

[1] The Leahy-Smith America Invents Act (“AIA”), Pub. L. No. 112-29, 125 Stat. 284 (2011), amended 35 U.S.C. §§ 102 and 103, effective March 16, 2013. Because the application from which the ’206 patent issued claims priority to an application filed before this date, the pre-AIA versions of §§ 102 and 103 apply.

[2] Zhang et al., U.S. Publ’n No. 2003/0056221 A1, published Mar. 20, 2003 (Ex. 1013).

[3] Pandey et al., U.S. Patent No. 7,237,214 B1, issued June 26, 2007

| Claim(s) Challenged | 35 U.S.C. § | Reference(s)/Basis |
|---|---|---|
| 4–6, 14–16[4] | 103(a) | Zhang, Mirabbasi[5] |
| 7, 17 | 103(a) | Zhang, Mirabbasi, Karabinis[6] |
| 10, 20 | 103(a) | Zhang, Jensen[7] |
| 2, 3 | 103(a) | Zhang, Mirabbasi, Pandey |
| 10 | 103(a) | Zhang, Mirabbasi, Jensen |

In support of its challenges, Petitioner relies on a Declaration of David B. Lett (Ex. 1002) and a Reply Declaration of David B. Lett (Ex. 1078). Patent Owner relies on a Declaration of Samuel H. Russ, Ph.D. (Ex. 2009). Transcripts of the depositions of Mr. Lett (Ex. 2018, Ex. 2019, Ex. 2021) and Dr. Russ (Ex. 1079) also are in the record.

## III. DISCUSSION

As shown in the asserted grounds table above, each of Petitioner's challenges to the patentability of claims 1–20 depends on Zhang, either alone or as combined with Pandey, Mirabbasi, Karabinis, and/or Jensen. *See* Pet. 18, 23–77. In all of the grounds, through independent claims 1 and 11, Petitioner relies exclusively on Zhang to disclose or suggest the recited elements of limitation 1D. *Id.* at 28–36, 42; *see also id.* 23–77. Rather than

(Ex. 1014).

[4] In the grounds chart Petitioner provides on page 18 of the Petition, Petitioner identifies claims 1–6, 8, 9, and 14–16 for this ground. But in the body of the Petition, at pages 48–60, Petitioner only addresses claims 4–6 and 14–16. Therefore, we view the grounds chart as having a typographical error.

[5] Mirabbasi et al., Classical and Modern Receiver Architectures, in IEEE Communications Magazine, 132–139, Nov. 2000 Vol. 38 No. 11 (Ex. 1018).

[6] Karabinis, U.S. Publ'n No. 2006/0233147 A1, published Oct. 19, 2006 (Ex. 1020).

[7] Jensen et al., U.S. Publ'n No. 2007/0027943 A1, published Feb. 1, 2007 (Ex. 1026).

addressing each of the asserted grounds individually, Patent Owner addresses all of the grounds collectively and only disputes whether Petitioner has demonstrated sufficiently that Zhang discloses or suggests limitation 1D in independent claim 1, which also applies to the corresponding limitation found in independent claim 11. *See* PO Resp. 7–35; PO Sur-reply 2–28. Notably, Patent Owner does not present any other arguments disputing Petitioner's contentions that Zhang, either alone or as combined with Pandey, Mirabbasi, Karabinis, and/or Jensen, show claims 1–20 are unpatentable. *See id.* For the reasons discussed below, Petitioner's contentions are persuasive and supported by a preponderance of the evidence.

### *A. Claim Construction*

In an *inter partes* review proceeding, we construe a claim of a patent "using the same claim construction standard that would be used to construe the claim in a civil action under 35 U.S.C. 282(b)." *See* 37 C.F.R. § 42.100(b). That standard involves construing claims in accordance with the ordinary and customary meaning of such claims as would have been understood by a person of ordinary skill in the art ("POSITA") and the prosecution history pertaining to the patent. *See id.*; *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312–14 (Fed. Cir. 2005) (en banc).

Petitioner asserts that "[a]ll claim terms herein should be given their ordinary and customary meaning to a POSITA." Pet. 21. Although Petitioner proposes corresponding structure for the term "digital circuitry" recited in claim 1, it does so only "[t]o the extent" that term "is construed to be a means-plus-function term under 35 U.S.C. 112, paragraph 6." *Id.* at 22. But Petitioner does not argue or suggest that "digital circuitry" *should be*

construed as a means-plus-function term; nor does Petitioner make an argument to overcome the presumption that 35 U.S.C. § 112, paragraph 6, does not apply. *See id.* Patent Owner does not address claim construction. *See generally* PO Resp. Because neither party actually argues "digital circuitry" is a means-plus-function term, the presumption holds and we determine that no claim term requires express interpretation to resolve any controversy in this proceeding. *See Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

### *B. Asserted Challenges Based on Zhang Alone*

Petitioner asserts that claims 1–3, 8, 9, 11–13, 18, and 19 of the '362 patent are anticipated by Zhang. Pet. 23–42. Petitioner also asserts that these claims would have been obvious over Zhang. *Id.* As noted above, Patent Owner only disputes whether Zhang discloses or suggests the subject matter of limitation 1D. PO Resp. 1–35. As explained below, Petitioner has demonstrated by a preponderance of the evidence that claims 1–3, 8, 9, 11–13, 18, and 19 are anticipated by Zhang or would have been obvious over Zhang.

Before addressing the parties' arguments, however, we first provide an overview of Zhang.

#### *1. Overview of Zhang*

Zhang relates to "digital multi-channel demodulation circuits." Ex. 1013, code (57). Zhang indicates these circuits may be employed in "advanced wide-band frontends for digital set-top boxes, PVRs, home gateways and home media centers." *Id.* ¶ 45. Zhang further teaches "a digital selector that receives . . . separate RF channels and selects one or more RF channels, and a plurality of demodulators that receive one or more of the RF channels from

the digital selector and demodulate one or more of the RF channels." *Id.* ¶ 11.

Figure 2, reproduced below, shows a "a simplified high-level block diagram of an exemplary multi-channel demodulator 200." Ex. 1013 ¶ 23.




Fig. 2

As shown in Figure 2, demodulator 200 includes a "frequency-block down-converter 210 [that] receives one or more multi-channel analog RF signals" and "shifts the multi-channel analog RF signal to a lower frequency band." *Id.* ¶¶ 23, 25. Demodulator 200 further includes an ADC 220 that "converts the down-converted multi-channel analog RF signal to a multi-channel digital RF signal." *Id.* ¶ 27. Demodulator 200 further includes a "digital channel demultiplexer 230 [that] demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$" and a "digital selector 240 [that] receives the demultiplexed digital RF channels $C_1$ to $C_n$, and then selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." *Id.* ¶ 28. According to Zhang, "[t]he m selected RF channels are then fed into respective demodulators 250(1), 250(2), . . . 250(m)." *Id.* ¶ 29.

Figure 3, reproduced below, shows a "simplified high-level schematic

diagram of a digital tuner 300, which . . . can be used to implement digital channel demultiplexer 230." Ex. 1013 ¶ 30.




Fig. 3

As shown in Figure 3, "[d]igital tuner 300 includes a bank of n numeric control oscillators (NCOs) 310(1 . . . n), complex multipliers 320(1 . . . n), and low-pass filters (LPFs) 330(1 . . . n)." Ex. 1013 ¶ 30. Zhang further discloses

> Numeric oscillator 310(1) generates a frequency, or "target" frequency, that matches the characteristic frequency of a desired RF channel, or "target" RF channel. The output of NCO 310(1) is multiplied by all the RF channels received at complex multiplier 320(1). When [a] multi-channel RF signal is multiplied with the output of NCO 310(1), the frequency of target RF channel signal is shifted to a desired channel. In some embodiments of the present invention, the target RF channel is shifted to a baseband, i.e., centered at DC. LPFS 330(1 . . . n) receive all RF channels and each filters out all RF channels except for its target RF channel. Thus, only the target RF channel passes. Accordingly, separate RF channels exit digital tuner 300, i.e., the multi-channel RF signal is demultiplexed. Digital tuner circuit 300 then outputs the

> separated RF channels $C_1$ to $C_n$, each RF channel being centered at baseband.

*Id.* ¶ 32.

### *2. Independent Claim 1*

Claim 1 is directed to a "wideband receiver system" that has recited configurations for its "mixer module," "wideband analog-to-digital converter (ADC) module," and "digital circuitry." Petitioner designates the preamble as limitation 1A and the configured components as limitations 1B through 1D, respectively. We address these elements, starting with Petitioner's arguments and then turning to the parties' dispute.

#### *a. Limitation 1A: "wideband receiver system"*

Claim 1 recites as its preamble "[a] wideband receiver system." Petitioner asserts that "Zhang describes 'a wide-band receiver' for use in digital set-top boxes, PVRs, and home media centers," which is demonstrated by "Zhang's multi-channel demodulator 200 . . . [that] receives an RF signal in a frequency band that carries multiple RF channels, with each channel having data streams modulated on a carrier signal." Pet. 23 (citing Ex. 1013 ¶¶ 23, 24, 41–47, Figs. 2, 6–8; Ex. 1001, 1:24–27; Ex. 1002 ¶¶ 34, 98–100).

Patent Owner does not specifically dispute Petitioner's contentions regarding the preamble. *See generally* PO Resp. And even if the preamble is limiting, we are persuaded by Petitioner's argument and evidence that Zhang teaches the subject matter of the preamble.

#### *b. Limitation 1B: "mixer module"*

Claim 1 recites "a mixer module configured to downconvert a plurality of frequencies that comprises a plurality of desired television

channels and a plurality of undesired television channels." For this component, Petitioner provides an annotated version of Figure 2 of Zhang, which is reproduced below. Pet. 25.




Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang discloses the claimed 'mixer module,' for example, frequency block down converter 210 (**red**)," which "multiplies (i.e. mixes) an incoming RF signal with a reference signal to downconvert the RF signal to a lower frequency band." Pet. 25 (citing Ex. 1013 ¶ 25; Ex. 1002 ¶¶ 65–66, 101–102). According to Petitioner, "[t]he RF signal includes multiple RF carrier signals that each includes one or more TV content channels from a TV system." *Id.* (quoting Ex. 1013 ¶¶ 5, 23–25, 29, 41, claims 13, 27–30, 33; Ex. 1002 ¶¶ 103–104).

Patent Owner does not specifically dispute Petitioner's contentions regarding claim element 1B. *See generally* PO Resp. Based on Petitioner's argument and evidence, we find that Zhang teaches the recited mixer module of limitation 1B.

*c. Limitation 1C: "wideband ADC module"*

Claim 1 recites "a wideband analog-to-digital converter (ADC) module configured to digitize said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels." For this component, Petitioner provides another annotated version of Figure 2 of Zhang, reproduced below. Pet. 27.



Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang discloses the claimed 'wideband analog-to-digital converter (ADC) module' as ADC 220 (gold)." Pet. 27 (citing Ex. 1002 ¶¶ 108–110). Petitioner contends that "ADC 220 receives the down-converted multi-channel analog RF signal including desired and undesired channels, and converts the 'entire signal band'" and that the "ADC is 'wideband' because it digitizes several channels within the frequency block concurrently." Pet. 27 (citing Ex. 1013, code (57) ¶¶ 10, 25, 27–28, 31–32, 34, 41–42, claims 1, 2, 4, 7, 28, 34, 36, 37; Ex. 1002 ¶¶ 108–109).

Patent Owner does not specifically dispute Petitioner's contentions regarding claim element 1C. *See* PO Resp. Based on Petitioner's arguments

and evidence, we find that Zhang teaches the recited wideband ADC module of limitation 1C.

*d. Limitation 1D: "digital circuitry"*

Claim 1 further recites:

> digital circuitry configured to: select said plurality of desired television channels from said digitized plurality of frequencies; and output said selected plurality of television channels to a demodulator as a digital datastream.

For this component, Petitioner provides yet another annotated version of Figure 2 of Zhang, reproduced below. Pet. 29.




Fig. 2

**Ex. 1013, Fig. 2 (annotated)**

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang teaches the claimed 'digital circuitry' as Digital Channel Demultiplexer 230, either alone, or in combination with all or part of Digital Selector 240 (**purple**)," which "are implemented with 'standard process CMOS,' a well-known type of digital logic integrated circuit." Pet. 28–29 (citing Ex. 1013 ¶¶ 44, 48; Ex. 1016, pp. 17–19; Ex. 1002 ¶¶ 111–125). Looking first to Digital Channel Demultiplexer 230 alone, Petitioner asserts that "Digital Channel Demultiplexer 230 receives the multi-channel digital RF signal

from ADC 220 and selects from this signal a number ‘n’ of desired channels C1 - Cn (**green**), each at a unique ‘target’ RF channel” and highlights that Zhang states that the “RF channels C1 to Cn contain content channels that are selected or used by a subscriber.” *Id.* at 29 (citing Ex. 1013 ¶¶ 28, 30–32, 42, claims 1, 2, 10, 11, 13, 17, 21, 23, 27, 28, 30, 33, 34, 36–41, Figs. 2, 3; Ex. 1002, ¶¶ 113–114). Petitioner contends that “[e]ach of the desired channels is output by Digital Channel Demultiplexer 230 as a parallel digital data stream on parallel paths C1 to Cn (green) to ‘one or more’ shared demodulators 250(1)-250(m) via Bus Selector 240.” *Id.* at 31 (citing 1013 ¶¶ 29, 32, Figs. 2, 3, claims 2–5, 9; Ex. 1001, 6:55–58, Fig. 2; Ex. 1002, ¶¶ 117–118, 121).

Petitioner asserts that “Zhang uses the same technique described in the ’362 patent for selection and outputting of desired channels C1 – Cn” and provides annotated versions of Figure 3 from Zhang and Figure 2 from the ’362 patent, reproduced below, to illustrate this point. Pet. 29.




Ex. 1013, Fig. 3 (annotated)




Ex. 1001, Fig. 2 (annotated)

The figure on the left is a simplified high-level schematic diagram of a digital tuner in accordance with Zhang’s teachings (Ex. 1013 ¶ 17) and, on the right, is a schematic block diagram of a wideband receiver system in accordance with the ’362 patent’s teachings (Ex. 1001, 3:56–57). Petitioner represents that the technique illustrated by both figures for selecting desired

channels as follows: "first using a bank of complex mixers (purple) to frequency-shift a digitized version of the downconverted wideband signal so that each mixer outputs a different desired channel shifted to baseband (0 Hz), and then using low pass filters (green) to filter out the undesired channels so that only the desired channels remain. *Id.* at 29–30 (citing 1001, 2:51–55, 5:49–6:54, Fig. 2; Ex. 1013 ¶¶ 27, 30–32, Fig. 3; Ex. 1002 ¶¶ 113–116).

Turning to Digital Channel Demultiplexer 230 in combination with Digital Selector 240, Petitioner notes that "Digital Selector 240 selects channels $D_1$–$D_m$ (which comprise any or all of channels $C_1$–$C_n$) to output as a digital data stream to 'one or more' demodulators 250(1)–250(m)." Pet. 31 (citing Ex. 1013 ¶¶ 28, 29, 38, 39, 47, Fig. 3, claims 2–4; Ex. 1002 ¶ 119). Petitioner explains, "[f]or m=n, all of the selected channels are concurrently output to one or more demodulators, and for m<n, the user may output some or all n channels to the demodulator, just not concurrently," and "[b]y switching through the demultiplexed channels $C_1$–$C_n$ selected by the user, Digital Selector 240 provides the subscriber with fast channel search capabilities." *Id.* (citing Ex. 1013 ¶¶ 5, 28, 29, 38, 39, 47, claims 2–4, 9, 30–32; Ex. 1002 ¶ 119).

Patent Owner makes several arguments regarding claim element 1D, which we will address below.

*e. The Parties' Dispute*

As noted above, Patent Owner disputes Petitioner's contentions regarding limitation 1D. Generally, Patent Owner's position is that "[t]hough both Zhang and the '362 patent involve a digitized RF input signal, and, ultimately, output desired RF channels, the method by which

they achieve this result is critically different." PO Resp. 3. That critical difference, according to Patent Owner, is that "the '362 patent ***only*** selects desired channels from the digitized input RF signal without selecting any undesired channels," whereas "Zhang blindly extracts ***all*** channels, ***both*** desired ***and*** undesired, from the digitized input RF signal, and only later selects the desired channels from the extracted channels." *Id.* at 3. Patent Owner cites Dr. Russ's declaration testimony that "Zhang digitizes an input signal . . . , consisting of 'n' desired and undesired channels, in the analog to digital converter 220," then "extracts from the digitized RF input signal ***all*** channels $C_1$–$C_n$ in the entire signal band, ***both*** desired ***and*** undesired, in the Digital Channel DeMux 230 . . . without making any selection," and then uses the selector 240 to "select[] the desired channels and output[] them to demodulators." *Id.* at 4–5 (quoting Ex. 2009 ¶¶ 33–35).

Patent Owner supports its position that demultiplexer 230 does not select the desired television channels from the digitized plurality of frequencies in two ways. First, Patent Owner indicates that Zhang teaches that "ADC 220 is a high-speed ADC so that an entire signal band with n channels can be converted" and, subsequently, demultiplexer 230 receives those converted n channels from the ADC 220 and demultiplexes them into channels $C_1$–$C_n$. PO Resp. 11–12 (Ex. 1013 ¶ 27; Ex. 2009 ¶ 41). Patent Owner contends that it is "undisputed" that "the number of channels 'n' includes both desired and undesired channels." *Id.* (citing Ex. 2018, 78:14–22). Patent Owner concludes, "because 'n' in Zhang denotes the total number of channels, both desired and undesired, the demultiplexed channels $C_1$ to $C_n$, therefore, also encompass all channels in the 'entire signal band,' both desired and undesired, without any 'selection' of desired channels." *Id.*

at 12 (citing Ex. 2009 ¶¶ 42–43). This conclusion is confirmed, according to Patent Owner, by Zhang's explanation "that after channels $C_1$–$C_n$ are extracted from the input RF signal, a module actually called a selector, an n×m ***Selector*** 240, selects the desired channel $D_1$–$D_m$ from the total channels $C_1$–$C_n$." *Id.* at 12–13 (citing Ex. 1013 ¶¶ 28, 39, 42).

The second way Patent Owner supports the assertion that demultiplexer 230 does not select the desired television channels is by referencing Zhang's prosecution history. *See* PO Resp. 15–16 (citing Ex. 2012, 2–3; Ex. 2009 ¶¶ 45–47). In particular, Patent Owner highlights that, during prosecution before the European Patent Office, Zhang distinguished prior art systems that "demodulate all of the RF channels" because the demodulator of the claimed invention only received selected digital RF channels from the selector. Ex. 2012, 2–3; *see also* PO Resp. 15–16 (Ex. 2009 ¶¶ 45–47). Patent Owner asserts that "Zhang's prosecution history further confirms its express disclosures in its specification that channels $C_1$–$C_n$ contain all channels, both desired and undesired, and that its Digital Channel Demultiplexer 230 does not perform any 'select[ion].'" PO Resp. 16.

Patent Owner argues that Petitioner's contentions are inconsistent with Zhang's disclosure, as well as being internally inconsistent. PO Resp. 16–29. Patent Owner asserts that Petitioner's contentions are inconsistent with Zhang's teaching that "the number of complex multipliers 320 (1…n) is the same number 'n' as the number of all channels, both desired and undesired, in the entire signal band." PO Resp. 17. Patent Owner asserts that Zhang's use of the phrase "target channel" in its discussion of its Figure 3 "is simply the specific one of the n channels (consisting of both

desired and undesired channels) that a particular mixer path is responsible for extracting." *Id.* at 19–20; *see also id.* at 20–22 (citing Ex. 2009 ¶¶ 54–57). And Patent Owner asserts that Petitioner's reliance on Zhang's statement that "RF channels $C_1$ to $C_n$ contain channels that are selected or used by a subscriber" is misplaced because "[t]hose portions of Zhang do not state that channels $C_1$ to $C_n$ contain 'only' desired channels." *Id.* at 25. Instead, Patent Owner posits, that representation in Zhang is properly understood as suggesting "channels $C_1$ to $C_n$ contain all potentially desirable channels from which actual desired channels D1 to Dm can be selected." *Id.* (citing Ex. 1013 ¶ 28; Ex. 2009 ¶ 60).

Patent Owner argues that Petitioner's contentions are internally inconsistent, "to the extent Petitioner's mapping relies on Zhang's channels $C_1$-$C_n$ as the claimed 'plurality of desired channels'" because "that mapping contradicts Petitioner's reliance on channels $D_1$-$D_m$ as 'the plurality of desired channels' output on data bus 1." PO Resp. 29 (citing Ex. 2009 ¶ 68). As Figure 5 of Zhang clearly illustrates, Patent Owner states, "what is 'output' on Data Bus 1 in the selector 240 are channels $D_1$–$D_m$ . . . , not channels $C_1$–$C_n$." *Id.* at 28 (citing Ex. 2009 ¶ 67).

Lastly, Patent Owner argues that Petitioner's reliance on channels $D_1$–$D_m$ as the claimed "plurality of desired television channels" fails "because channels $D_1$–$D_m$ are not selected 'from' the same 'plurality of frequencies' down converted and digitized," as recited in limitations 1B and 1C. PO Resp. 29. Patent Owner emphasizes that limitation 1D "requires circuitry to select 'said plurality of desired television channels ***from said digitized plurality of frequencies***,'" which refers to the "plurality of frequencies" that were downconverted and digitized in limitations 1B and

1C. *Id.* at 30. Patent Owner explains that because the digitized input signal received by digital channel demultiplexer 203 includes many frequency ranges that have been extracted and do not exist in channels $C_1$–$C_n$ of Zhang, "Channels $C_1$–$C_n$, from which channels $D_1$–$D_m$ are selected, are not the same 'plurality of frequencies' digitized by Zhang in its analog-digital converter 220 (which, in Zhang's implementation is the entire input)." *Id.* at 32–33 (citing Ex. 2009 ¶¶ 74–75). Patent Owner argues that "[i]f claim 1 of the '362 patent were read so broadly as to cover the selection of Zhang's channels $D_1$–$D_m$, then the language of the claim requiring that these channels be selected 'from the input signal' would be rendered superfluous." *Id.* at 34–35.

Petitioner counters that channels $C_1$–$C_n$ and channels $D_1$–$D_m$ independently teach the recited desired channels. Pet. Reply 5. Regarding channels $C_1$–$C_n$, Petitioner contends Zhang does not mandate that $C_1$–$C_n$ include all channels. *Id.* at 5–6. Petitioner asserts "Zhang calls each of $C_1$–$C_n$ a 'desired channel,' and the selected number 'n' of them is a variable disclosed as being less than the number of channels in the digitized input signal." *Id.* at 6 (citing Ex. 1013 ¶¶ 28, 30, 32–33, 42). As to channels $D_1$–$D_m$, Petitioner reiterates the combination of demultiplexer 230 with all or part of the selector 240 comprise the "digital circuitry" that "selects the desired channels from the digitized plurality of frequencies," "$D_1$–$D_m$ are undisputedly the desired channels output by this circuitry," and the "input of this circuitry is undisputedly the digitized plurality of frequencies coming from the ADCs." *Id.* at 6. Patent Owner characterizes Petitioner's reply as "doubling down on the Petition's errors, continuing to inconsistently rely on both channels $C_1$–$C_n$ and $D_1$–$D_m$ as the claimed 'plurality of desired

television channels' that must be 'selected' by the claimed digital circuitry 'from said digitized plurality of frequencies.'" PO Sur-reply 1.

After studying the full record created by the parties, we find Petitioner's evidence and reasoning supports persuasively that Zhang's digital channel demultiplexer 230, either alone or with digital selector 240, discloses to a skilled artisan the "digital circuitry" limitation 1D recites. Pet. 28–36; Pet. Reply 2–26.

Starting with the undisputed facts, digital channel demultiplexer 230 and digital selector 240 disclosed by Zhang is "digital circuitry," which is configured to receive a plurality of frequencies comprising a plurality of desired/undesired television channels from ADC 220 and to output the desired television channels to demodulators 250 as a digital datastream. Tr. 71:14–17 (PO Counsel: "There is no dispute that in both Zhang and the patent, an RF signal that has both desired and undesired channel comes in and what's sent to demodulators are desired channels. Nobody is disputing that."), 134:3–5 (PO Counsel: "The issue is not whether the black box 230-plus-240 is the digital circuitry. It is. The issue is not whether or not that overall circuitry selects channels. At some level, it does."). In other words, Zhang teaches digital circuitry that is (1) capable of receiving a plurality of frequencies including desired/undesired television channels and (2) capable of distinguishing between the desired/undesired channels to output the desired television channels to a demodulator. We find these uncontested facts to be highly probative of Petitioner's contention that, to a skilled artisan, Zhang suggests that its digital circuitry is capable of selecting the desired television channels from a digitized plurality of frequencies that include both desired/undesired television channels. This is because Zhang's

digital circuitry is able to take what is input originally as a digitized plurality of frequencies having both desired/undesired television channels and, using those frequencies, pick out the desired television channels that are subsequently output to a demodulator. Zhang teaches that "because *only the selected channels* are later demodulated" the disclosed digital circuitry is "much faster than traditional analog channel switching through RF tuners" and it "dissipates less heat because fewer resources are required when demodulating *only the selected RF channels*." Ex. 1013 ¶ 28 (emphasis added).

Turning now to the disputed evidence from Zhang, we are persuaded that the evidence favors more heavily Petitioner's contention that Zhang's digital channel demultiplexer 230, either alone or with digital selector 240, discloses to a skilled artisan the "digital circuitry" that limitation 1D recites. First, channel demultiplexer 230 alone, is described by Zhang as being able to demultiplex the multi-channel digital RF signal received from ADC 220 into separate digital RF channels $C_1$–$C_n$. Ex. 1013 ¶ 28. Zhang states expressly that those "RF channels $C_1$–$C_n$ contain content channels *that are selected or used by a subscriber*." *Id.* We agree with Petitioner that this evidence discloses, or at least strongly suggests, to a skilled artisan that the configuration of channel demultiplexer 230 allows it to pick out desired content channels from the multi-channel digital RF signal received from ADC 220 to generate RF channels $C_1$–$C_n$.

In addition, Zhang teaches an embodiment of channel demultiplexer 230 that generates RF channels $C_1$–$C_n$ by using a numerical oscillator (NOC) 310 to generate a "target" frequency "that matches the characteristics frequency of *a desired RF channel, or 'target' RF channel*" and by using a

low-pass filter (LPF) that "filters out all RF channels *except for its target RF channel*" so that "only the target RF channel passes." Ex. 1013 ¶ 32. Here, again, we agree with Petitioner that this evidence discloses, or at least strongly suggests, to a skilled artisan that the configuration of channel demultiplexer 230 allows it to pick out desired content channels from the multi-channel digital RF signal received from ADC 220 to generate RF channels $C_1$–$C_n$.

Patent Owner's contrary arguments do not significantly diminish the weight of Petitioner's evidence. The fact that Zhang describes ADC 220 as "a high-speed ADC so that an entire signal band with n channels can be converted" offers little, if any, support to the notion that Zhang's channel demultiplexer 230 only extracts indiscriminately all channels across the entire signal band. Although we agree with Patent Owner that the above description by Zhang of the ADC characterizes "n" as representing a variable number of channels that may be in an entire signal band, without any regard to whether the television channel is desired or undesired, we disagree with Patent Owner that this provides significant evidence that channel demultiplexer 230 only discloses indiscriminately generating RF channels $C_1$–$C_n$ without regard to whether the channel is a desired or undesired television channel. If Patent Owner were correct, it would not be necessary for Zhang to state, "RF channels $C_1$ to $C_n$ *contain content channels that are selected or used by a subscriber*" (Ex. 1013 ¶ 28 (emphasis added)) because a skilled artisan would recognize that to be the case already.

We disagree also with Patent Owner that Zhang's prosecution history provides significant evidence that channel demultiplexer 230

indiscriminately generates RF channels $C_1$–$C_n$ without regard to whether the channel is a desired or undesired television channel. *See* PO Resp. 15–16. Although the related prosecution history refers to the recited selector as allowing specific RF channels to be selected for demodulation (Ex. 1012, 2–3), when viewed in context, it is apparent that Zhang was distinguishing the prior art based on the recited claims outputting selected or desired RF channels to a demodulator rather than all of the desired and undesired channels. There is no indication Zhang is representing that RF channels $C_1$–$C_n$ necessarily include both desired and undesired channels. It may very well be the case that sometimes the RF channels $C_1$–$C_n$ include both desired and undesired channels, but that does not undermine Petitioner's evidence that Zhang also clearly teaches to a skilled artisan RF channels $C_1$–$C_n$ can also be content channels that are selected or used by a subscriber.

Further unavailing is Patent Owner's attempt to diminish the significance of Zhang's teaching that RF channels $C_1$–$C_n$ may be generated using NOC 310 to generate a "target" frequency "that matches the characteristics frequency of *a desired RF channel, or 'target' RF channel*" and a low-pass filter (LPF) that "filters out all RF channels *except for its target RF channel*" so that "only the target RF channel passes." Ex. 1013 ¶ 32. Patent Owner dismisses this clear teaching as simply "coincidental." PO Sur-reply 6. But we do not agree. Zhang expressly states "RF channels $C_1$ to $C_n$ *contain content channels that are selected or used by a subscriber*" (Ex. 1013 ¶ 28 (emphasis added)) and neither Patent Owner nor its declarant explains why a skilled artisan would "target" or "desire" an "undesired" channel when separating out the channels from the entire signal band to create RF channels $C_1$–$C_n$.

Finally, regarding the alleged inconsistencies caused by mapping Zhang's channels $C_1$-$C_n$ and, in the alternative, channels $D_1$-$D_m$ to the claimed "plurality of desired channels" because what is output on data bus 1 from selector 240 are RF channels $D_1$–$D_m$, not RF channels $C_1$–$C_n$ (PO Resp. 28), we are not convinced an actual inconsistency does exist because Zhang makes clear that RF channels $D_1$–$D_m$ "are from the RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 42; *see also id.* ¶ 28 ("selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and then selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$"). And as such, although Zhang refers to outputting RF channels $D_1$–$D_m$ on data bus 1, a skilled artisan would readily recognize that the output channels are the same as the selected RF channels $C_1$–$C_n$ (*see* Ex. 1081, 60:13–15 ("C1 is the exact same thing as D1. C2 is the exact same as D2. And so on an so forth."). Accordingly, Petitioner's reliance on RF channels $C_1$–$C_n$ as the recited desired channels is persuasive.

As to Petitioner's theory that channels $D_1$–$D_m$ teach the recited desired channels, we consider Figures 2, 3, and 5 of Zhang, which show selector 240 selects channels $D_1$ to $D_m$ (e.g., desired channels) from channels $C_1$ to $C_n$ and provides selected channels $D_1$ to $D_m$ via a serial interface in selector 240 (e.g., selector 500). Ex. 1013, Figs. 2, 3, 5. Patent Owner acknowledges Zhang teaches that "[t]he output channels $C_1$–$C_n$ of the digital channel demultiplexer 230 . . . is then fed into the selector 240 . . . , which selects channels $D_1$–$D_m$ from the input channels $C_1$–$C_n$." PO Resp. 32 (citing Ex. 2009 ¶¶ 74–75; Ex. 1013 ¶ 28). Accordingly, Petitioner's reliance on channels $D_1$–$D_m$ as the recited desired channels also is persuasive.

Patent Owner further argues that, "[t]o the extent Petitioner relies on channels $D_1$–$D_m$ as the claimed 'plurality of desired channels,' that reliance also fails to disclose or render obvious the claims because channels $D_1$–$D_m$ are not selected 'from' the same 'plurality of frequencies'" that Petitioner relies on for limitations 1B and 1C. PO Resp. 29; *see also id.* at 29–35.

Petitioner counters that "the digital circuitry [for performing step 1D] is demultiplexer 230, in combination with all or part of selector 240," which means "the input to the relied-upon digital circuitry (i.e., the input to demultiplexer 230) is the digitized plurality of frequencies output by the ADCs, *not* the individual channels $C_1$–$C_n$" and "[t]he output of the relied-upon circuit is $D_1$–$D_m$, which are the desired channels." Pet. Reply 8. According to Petitioner, "[i]t necessarily follows that the relied-upon digital circuitry is selecting the desired channels ($D_1$–$D_m$) 'from the digitized plurality of frequencies.'" *Id.* To illustrate, Petitioner provides a figure based on Figures 2, 3, and 5 of Zhang, reproduced below. *Id.* at 10.




**Pet., 30**
**(Ex. 1013, Fig. 3, annotated)**

**Pet., 33**
**(Ex. 1013, Fig. 5, annotated)**

Petitioner's figure combines annotated versions of Figures 2, 3, and 5 of Zhang. *Id.* As discussed above, Figure 2 of Zhang shows multi-channel demodulator 200 with demultiplexer 230 and selector 240; Figure 3 of Zhang shows digital tuner 300 that can be used to implement demultiplexer 230; and Figure 5 of Zhang shows selector 500 that can be used to implement digital selector 240. Ex. 1013 ¶¶ 23, 30, 38. Petitioner asserts that its composite figure shows "the input to the relied-upon digital circuitry (coming from the bottom left side of the figure) is not the individual channels $C_1$–$C_n$ output by demultiplexer 230, but rather the recited digitized plurality of frequencies." Pet. Reply 9.

We agree with Petitioner. Limitation 1D recites "select said plurality of desired television channels from said digitized plurality of frequencies." Petitioner contends Zhang's demultiplexer 230 and selector 240 *together* perform the step of claim element 1D. Petitioner identifies the signal provided by Zhang's ADC 220 as the recited digitized plurality of frequencies and Zhang's channels $D_1$–$D_m$ as the recited digitized plurality of frequencies. Pet. 29, 31–32. As Petitioner's composite figure shows, channels $D_1$–$D_m$ are selected from the signal provided by ADC 220. Pet. Reply 9; *see also* Ex. 1013, Figs. 2, 3, 5.

Patent Owner contends that Zhang's channels $D_1$–$D_m$ are selected from channels $C_1$–$C_n$ and *not* the plurality of frequencies provided by ADC 220. PO Resp. 29. But channels $D_1$–$D_m$ are based on channels $C_1$–$C_n$, which are based on the signal provided by ADC 220. It, therefore, necessarily follows that channels $D_1$–$D_m$ also are based on the same plurality of frequencies provided by ADC 220. In other words, the channels $D_1$–$D_m$, which are picked from channels $C_1$–$C_n$, are the same channels in both

groups, and Patent Owner does not dispute channels $C_1$–$C_n$ are based on the plurality of frequencies provided by ADC 220. Petitioner correctly contends, "[n]othing in the claim language prevents the recited selection from being performed by a digital multiplexer 230 that selects individual channels from the incoming wideband digitized signal in combination with a digital selector 240 that passes certain of those signals along to a demodulator." Pet. Reply 9. This understanding is consistent with the stated objective of the '362 patent because channel selection at the demodulator is still avoided. *See* Ex. 1001, 2:24–27 ("It is desirable to have wideband receiver systems that can increase the dynamic range without requiring . . . channel selection at the demodulator").

In view of the foregoing, we find that Zhang teaches all the limitations of claim 1.

### *3. Independent Claim 11*

Claim 11 is directed to a "method" and recites "the required functionality . . . performed by identical structural elements" in claim 1. Pet. 42. Thus, according to Petitioner, "claim 11 is directed to substantially identical subject matter as claim 1 and is anticipated and rendered obvious by Zhang for the same reasons discussed above with respect to claim 1." *Id.* Patent Owner agrees that "[i]ndependent claim 11 recites corresponding method steps to claim 1." PO Resp. 1; *see id.* at 7, 8 n.2.

Therefore, based on Petitioner's argument and evidence, and for the reasons given above as to claim 1, we find that Zhang teaches the similarly recited elements of claim 11.

*4. Dependent Claims*

Each of claims 2, 3, 8, 9, 12, 13, 18, and 19 depends from either independent claim 1 or 11. Petitioner contends that Zhang teaches the limitations recited in these dependent claims. Pet. 36–42 (citing Ex. 1013 ¶¶ 29–34, 38–39, Figs. 2, 3, 5, claims 21, 22, 37–40). Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 75–77, 126–140, 152–157).

Patent Owner does not specifically dispute Petitioner's contentions regarding the dependent claims. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 36–42), we find that Zhang teaches the limitations of the dependent claims.

*5. Summary*

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1–3, 8, 9, 11–13, 18, and 19 are anticipated by Zhang or would have been obvious in view of Zhang.

*C. Asserted Challenge Based on Zhang and Pandey*

Each of claims 2, 3, 12, and 13 of the '362 patent depends from either independent claim 1 or 11. Petitioner asserts that these dependent claims would have been obvious over Zhang and Pandey. Pet. 43–47. Petitioner relies on Pandey for teaching "specific serial and parallel interfaces when implementing a digital circuit design (e.g., such as Zhang's digital circuitry) on a FGPA or ASIC chip" and contends that "[i]t would have been obvious to apply Pandey's dedicated (i.e., parallel) and/or time-multiplexed (i.e., serial) interconnection to the interconnection between Zhang's demultiplexer 230, digital selector 240, and/or demodulators 250" to optimize the real

estate needed for implementing the digital portion of Zhang on a single chip. *Id.* at 43–46 (citing Ex. 1013 ¶¶ 29, 37–39, 44, 47–48; Ex. 1014, code (57), 1:15–2:12, 2:4–12, 2:64–3:5, 5:50–53, 6:10–15, 6:44–53, 7:13–19, 10:24–53, 10:58–11:5, 11:6–19, 13:33–14:7, 29:44–3:9, 30:31–31:15, 31:15–22, 31:56–63, 32:12–15, Fig. 37–39; Ex. 1057 ¶¶ 2–4, 6, 19–20, 23–27, Figs. 3, 4B, 5, 6, 7). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 126–136, 159–166).

Patent Owner does not specifically dispute Petitioner's contentions regarding the claims 2, 3, 12, and 13. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 43–47), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Pandey teaches the limitations of these dependent claims and that Petitioner's proffered reasoning for combining Zhang and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 2, 3, 12, and 13 would have been obvious over Zhang and Pandey.

### *D. Asserted Challenge Based on Zhang and Mirabbasi*

Each of claims 4–6 and 14–16 depend from either independent claim 1 or 11. Petitioner asserts that "it would have been obvious to implement Zhang's converter 210, ADC 220 and digital multiplexer 230 using the well-known structures in Mirabbasi to teach and render obvious claims 4–6 and 14–16." Pet. 50. Petitioner relies on Mirabbasi for teaching various ways known to configure wideband ADC converters, mixer modules, and complex mixers, which Petitioner asserts can be incorporated into Zhang's system to

provide a way to implement and improve Zhang's wideband receiver system. *Id.* at 49–60 (citing Ex. 1013 ¶¶ 5, 12, 23–32, 41, 48, Figs. 2, 3, claims 13, 27, 33; Ex. 1018, 4–11, 137–138, Figs. 1, 2, 3, 10; Ex. 1025, pp. 272, 274–275, 279–280; Ex. 1034, 35–36, 54–63, Fig. 3.29a, 3.3; Ex. 1001, 4:42–43, 6:7–27, 9:17–22, Fig. 3). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 66, 167–190).

Patent Owner does not specifically dispute Petitioner's contentions regarding the claims 4–6 and 14–16. *See generally* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 49–60), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Mirabbasi teaches the limitations of theses dependent claims and that Petitioner's proffered reasoning for combining Zhang and Mirabbasi support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 4–6 and 14–16 would have been obvious over Zhang and Mirabbasi.

*E. Asserted Challenge Based on Zhang, Mirabbasi, and Karabinis*

Claim 7 depends from independent claim 1 via dependent claims 5 and 6; claim 17 depends from independent claim 11 via dependent claims 15 and 16. Petitioner asserts that dependent claims 7 and 17 would have been obvious over Zhang, Mirabbasi, and Karabinis. Pet. 60–68. Petitioner relies on Karabinis to teach a known way for outputting Zhang-Mirabbasi's desired channels for demodulation, "which is to shift the frequencies of the desired channels (e.g., D1-Dm) into a contiguous frequency band 422 (the claimed 'continuous frequency spectrum') using a plurality of frequency

translators 420, and summing the shifted channels with a summer." *Id.* at 65–66 (citing Ex. 1020 ¶¶ 17, 18, 42–44, 49, Figs. 4, 5, 7, claims 8, 9, 27, 28; Ex. 1002 ¶ 200). Petitioner contends that a skilled artisan would have considered it obvious to modify the Zhang-Mirabbasi receiver according to Karabinis to output the desired channels in a contiguous frequency spectrum because Karabinis was a known option to provide the channels for demodulation and permit the benefit of receiving all of the desired channels simultaneously over a single bus. *Id.* at 66–67 (citing Ex. 1002 ¶ 201).

Patent Owner does not specifically dispute Petitioner's contentions regarding claims 7 and 17. *See generally* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 60–68), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Mirabbasi, we find that Petitioner's proposed combination of Zhang, Mirabbasi, and Karabinis teaches the limitations of dependent claims 7 and 17 and that Petitioner's proffered reasoning for combining Zhang, Mirabbasi, and Karabinis support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 7 and 17 would have been obvious over Zhang, Mirabbasi, and Karabinis.

### *F. Asserted Challenge Based on Zhang and Jensen*

Each of claims 10 and 20 depend from either independent claim 1 or 11. Petitioner asserts that, in view of Jensen's teachings, it would have been obvious to a skilled artisan to "included a decimator circuit in the Zhang's Channel Demultiplexer 230 or Digital Selector 240, either as a separate component following the low pass filters 330 or as part of the filters themselves (e.g., using channel-select decimation filters as low pass filters

330), to reduce the sampled data of the digital signals and thereby reduce power consumption and/or complexity in subsequent processing (e.g., in demodulators 250)." Pet. 71 (citing Ex. 1013 ¶¶ 29–32, Fig. 3; Ex. 1026 ¶ 7; Ex. 1002 ¶ 209). Petitioner relies on Jensen to teach decimation "was commonly performed to reduce a sampling rate of a digital signal." *Id.* at 69 (citing Ex. 1026 ¶¶ 7, 27; Ex. 1002 ¶ 206).

Patent Owner does not specifically dispute Petitioner's contentions regarding the claims 10 and 20. *See generally* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 68–72), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Jensen teaches the limitations of dependent claims 10 and 20, as well as, Petitioner's proffered reasoning for combining Zhang and Jensen support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 10 and 20 would have been obvious over Zhang and Jensen.

### *G. Remaining Grounds*

Petitioner's remaining grounds (i.e., claims 2 and 3 are obvious in view of Zhang, Mirabbasi, and Pandey; claim 10 is obvious in view of Zhang, Mirabbasi, and Jensen) are contingent upon the term "digital circuitry" being construed as means-plus-function limitation. *See* Pet. 72. However, neither party actually argues that 35 U.S.C. § 112, paragraph 6, applies to that term, moreover, neither party attempts to overcome the presumption that the term is not a means-plus-function limitation. The term

"digital circuitry," therefore, has not been construed as such. As a result, Petitioner's remaining grounds are moot.

## IV. CONCLUSION

For the reasons given, Petitioner has demonstrated by a preponderance of the evidence that claims 1–20 of the '362 patent are unpatentable as follows.

| Claim(s) | 35 U.S.C. § | Reference(s)/ Basis | Claim(s) Shown Unpatentable | Claim(s) Not Shown Unpatentable |
|---|---|---|---|---|
| 1–3, 8, 9, 11–13, 18, 19 | 102 | Zhang | 1–3, 8, 9, 11–13, 18, 19 | |
| 1–3, 8, 9, 11–13, 18, 19 | 103(a) | Zhang | 1–3, 8, 9, 11–13, 18, 19 | |
| 2, 3, 12, 13 | 103(a) | Zhang, Pandey | 2, 3, 12, 13 | |
| 4–6, 14–16 | 103(a) | Zhang, Mirabbasi | 4–6, 14–16 | |
| 7, 17 | 103(a) | Zhang, Mirabbasi, Karabinis | 7, 17 | |
| 10, 20 | 103(a) | Zhang, Jensen | 10, 20 | |
| 2, 3[8] | 103(a) | Zhang, Mirabbasi, Pandey | | |
| 10[9] | 103(a) | Zhang, Mirabbasi, Jensen | | |
| **Overall Outcome** | | | 1–20 | |

[8] This ground has been rendered moot because the term "digital circuitry" has not been shown to be a means-plus-function limitation.
[9] This ground has been rendered moot because the term "digital circuitry" has not been shown to be a means-plus-function limitation.

## V. ORDER

In consideration of the foregoing, it is hereby

ORDERED that claims 1–20 of the ’362 patent have been shown to be unpatentable[10]; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

---

[10] Should Patent Owner wish to pursue amendment of the challenged claims in a reissue or reexamination proceeding subsequent to the issuance of this Decision, we draw Patent Owner's attention to the April 2019 Notice Regarding Options for Amendments by Patent Owner Through Reissue or Reexamination During a Pending AIA Trial Proceeding. *See* 84 Fed. Reg. 16,654 (Apr. 22, 2019). If Patent Owner chooses to file a reissue application or a request for reexamination of the challenged patent, we remind Patent Owner of its continuing obligation to notify the Board of any such related matters in updated mandatory notices. *See* 37 C.F.R. §§ 42.8(a)(3), (b)(2).

FOR PETITIONER:

Frederic Meeker
Michael S. Cuviello
Harry W. Porter
Paul T. Qualey
Joshua L. Davenport
BANNER & WITCOFF, LTD.
fmeeker@bannerwitcoff.com
mcuviello@bannerwitcoff.com
wporter@bannerwitcoff.com
pqualey@bannerwitcoff.com
jdavenport@bannerwitcoff.com

FOR PATENT OWNER:

Jason A. Engel
Erik J. Halverson
Kyle M. Kantarek
Nolan R. Hubbard
K&L GATES LLP
jason.engel.ptab@klgates.com
erik.halverson@klgates.com
kyle.kantarek@klgates.com
nolan.hubbard@klgates.com

Kenneth J. Weatherwax
Parham Hendifar
Nathan Lowenstein
LOWENSTEIN & WEATHERWAX LLP
weatherwax@lowensteinweatherwax.com
hendifar@lowensteinweatherwax.com
lowenstein@lowensteinweatherwax.com

Trials@uspto.gov
571-272-7822

Paper 45
Date: September 29, 2025

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

COMCAST CABLE COMMUNICATIONS, LLC,
Petitioner,

v.

ENTROPIC COMMUNICATIONS, LLC,
Patent Owner.

IPR2024-00435
Patent 11,381,866 B2

Before MICHELLE N. WORMMEESTER, JON M. JURGOVAN, and FREDERICK C. LANEY, *Administrative Patent Judges*.

WORMMEESTER, *Administrative Patent Judge*.

JUDGMENT
Final Written Decision
Determining All Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*

# I. INTRODUCTION

Comcast Cable Communications, LLC ("Petitioner") filed a Petition (Paper 2, "Pet.") requesting *inter partes* review of claims 1–82 of U.S. Patent No. 11,381,866 B2 (Ex. 1001, "the '866 patent"). Entropic Communications, LLC ("Patent Owner") filed a Preliminary Response (Paper 10). Pursuant to 35 U.S.C. § 314, we instituted an *inter partes* review of all challenged claims based on all asserted challenges in the Petition. Paper 13 ("Inst. Dec."). Thereafter, Patent Owner filed a Response (Paper 23, "PO Resp.") to the Petition, Petitioner filed a Reply (Paper 28, "Pet. Reply"), and Patent Owner filed a Sur-reply (Paper 33, "PO Sur-reply"). On July 18, 2025, we conducted an oral hearing. A copy of the transcript (Paper 42) is in the record.

We have jurisdiction under 35 U.S.C. § 6(b). This Final Written Decision is issued pursuant to 35 U.S.C. § 318(a). For the reasons that follow, we determine that Petitioner has shown by a preponderance of the evidence that claims 1–82 of the '866 patent are unpatentable.

# II. BACKGROUND

## *A. Related Proceedings*

The parties identify various federal district court cases and petitions for *inter partes* review. *See* Pet. vii–viii; Paper 4, 1–4 (Patent Owner's Mandatory Notices); Paper 27, 1–2 (Patent Owner's Third Updated Mandatory Notices).

*B. The ’866 Patent*

The ’866 patent describes “wideband receiver systems that are capable of receiving multiple desired television channels that extend over multiple non-contiguous portions of the broad frequency spectrum and grouping them into a contiguous, or substantially-contiguous, frequency spectrum.” Ex. 1001, 1:29–34. To illustrate one embodiment, Figure 2 of the ’866 patent is reproduced below.




FIG. 2

Figure 2 is a block diagram of wideband receiver system 200 that includes radio front end 210, analog-to-digital convertors 218 (ADC1) and 228 (ADC2), and digital front end 230. *Id.* at 4:35–38, 5:33–35, Fig. 2. System 200 receives and processes channels 110, which are located in a radio frequency (RF) spectrum with frequency bandwidth 120 (BW1). *Id.* at 2:13–15, 4:38–42. There are ten available channels in bandwidth 120,

where each channel occupies 8 MHz of bandwidth for a total of 80 MHz. *Id.* at 4:42–45. Of these available channels, there are four desired channels with respective carrier frequencies $f_{rf1}$, $f_{rf2}$, $f_{rf3}$, and $f_{rf4}$ that are located in noncontiguous portions of bandwidth 120. *Id.* at 4:47–51.

Radio front end 210 is a wideband tuner receiver that includes low noise amplifier 202 (LNA), mixers 211 (M1) and 221 (M2), amplifiers 213 (V1) and 223 (V2), as well as filters 215 (F1) and 225 (F2). Ex. 1001, 4:38–5:32. Digital front end 230 includes N complex mixers 250, where N is the number of desired channels located in the noncontiguous portions of bandwidth 120. *Id.* at 5:51–55, Fig. 2. In Figure 2, N represents four desired RF channels. *Id.* at 5:63–65. Digital front end 230 also includes filter modules 260a–260n and demodulators 270a–270n. *Id.* at 6:6–12, Fig. 2.

In operation, radio front end 210's low noise amplifier 202 receives RF input signal 102, which includes the four desired RF channels. Ex. 1001, 4:45–51. Mixers 211 and 221 multiply (mix) amplified RF signal 203 with respective first oscillator frequency signal 205 and second oscillator frequency signal 207 to generate in-phase signal 212 and quadrature signal 222, which have a phase shift of ninety degrees between them. *Id.* at 4:61–66. Signals 212 and 222 are further amplified by respective amplifiers 213 and 223 to generate signals 214 and 224, which are then filtered by respective filters 215 and 225 to generate filtered in-phase signal 216 and filtered quadrature signal 226. *Id.* at 5:17–20, Fig. 2.

After being processed in radio front end 210, filtered signals 216 and 226 are digitized for further processing in digital front end 230. Ex. 1001, 5:20–24. ADC1 218 generates digital in-phase signal 232 (I), which is a

digital representation of analog filtered signal 216, and ADC2 228 generates digital quadrature signal 242 (Q), which is a digital representation of analog filtered signal 226. *Id.* at 5:48–51.

In digital front end 230, each complex mixer 250 receives digital signals 232 and 242 from ADC1 218 and ADC2 228 to extract a different desired channel, and then frequency-shifts (downshifts) the extracted signal to the baseband frequency. Ex. 1001, 6:3–6, 6:53–56. Frequency-shifted channels 252a–252n are filtered by associated filter modules 260a–260n. *Id.* at 6:6–8. Next, filtered channels 262a–262n are decimated and sent to associated demodulators 270a–270n that extract the original information transmitted in each desired channel. *Id.* at 6:8–14. The decimated baseband channels may be sent as a serial or parallel digital data stream to a demodulator using a serial or parallel data interface. *Id.* at 7:10–14, Fig. 2.

According to the ’866 patent, its approach “eliminates the need of expensive data conversion, filtering and channel selection on the demodulator side,” and “removes undesired channels from the signal path at an early stage, thus reliev[ing] the large dynamic range requirement in the demodulator.” Ex. 1001, 7:14–19.

### *C. Illustrative Claims*

Petitioner challenges claims 1–82 of the ’866 patent. Claims 1, 14, 27, 41, 55, and 69 are independent. Claims 1 and 14 are reproduced below.

1. A cable television (TV) device comprising:

   a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and

a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels, via a serial interface, without providing any of the plurality of undesired channels.

14. A cable TV device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and

a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the plurality of digital down converters is operable to provide each digital channel output via serial interface.

Ex. 1001, 12:15–25, 13:11–24.

### *D. Asserted Challenges to Unpatentability*

Petitioner asserts the following eight challenges to claims 1–82 of the ’866 patent. Pet. 10–12, 19–80. We instituted *inter partes* review on each challenge. Inst. Dec. 31–32.

| Claim(s) Challenged | 35 U.S.C. § | Reference(s)/Basis |
| --- | --- | --- |
| 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, 54 | 102[1] | Zhang[2] |
| 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, 54 | 103(a) | Zhang |
| 9–12, 22–25, 27, 29–33, 35–41, 43–47, 49–55, 57–61, 63–69, 71–75, 77–82 | 103(a) | Zhang, Reisman[3] |
| 2–6, 15–19, 28–32, 42–46 | 103(a) | Zhang, Jackson[4] |
| 28–32, 42–46, 56–60, 70–74 | 103(a) | Zhang, Reisman, Jackson |
| 1, 3–9, 11, 13, 14, 16–22, 24, 26, 34–36, 48–50 | 103(a) | Zhang, Pandey[5] |
| 9–12, 22–25, 34–36, 48–50, 62–64, 76–78 | 103(a) | Zhang, Reisman, Pandey |
| 2–6, 15–19 | 103(a) | Zhang, Pandey, Jackson |

In support of its challenges, Petitioner relies on a Declaration of David B. Lett (Ex. 1002) and a Reply Declaration of David B. Lett (Ex. 1078). Patent Owner relies on a Declaration of Samuel H. Russ, Ph.D. (Ex. 2009).

[1] The Leahy-Smith America Invents Act ("AIA"), Pub. L. No. 112-29, 125 Stat. 284 (2011), amended 35 U.S.C. §§ 102 and 103, effective March 16, 2013. Because the application from which the '866 patent issued claims priority to an application filed before this date, the pre-AIA versions of §§ 102 and 103 apply.

[2] Zhang et al., U.S. Publ'n No. 2003/0056221 A1, published Mar. 20, 2003 (Ex. 1013).

[3] Reisman, U.S. Publ'n No. 2003/0229900 A1, published Dec. 11, 2003 (Ex. 1052).

[4] Jackson et al., U.S. Publ'n No. 2009/0113504 A1, published Apr. 30, 2009 (Ex. 1057).

[5] Pandey et al., U.S. Patent No. 7,237,214 B1, issued June 26, 2007 (Ex. 1014).

Transcripts of the depositions of Mr. Lett (Ex. 2018, Ex. 2019, Ex. 2021) and Dr. Russ (Ex. 1079) also are in the record.

## III. DISCUSSION

### *A. Claim Construction*

In an *inter partes* review proceeding, we construe a claim of a patent "using the same claim construction standard that would be used to construe the claim in a civil action under 35 U.S.C. 282(b)." *See* 37 C.F.R. § 42.100(b). That standard involves construing claims in accordance with the ordinary and customary meaning of such claims as would have been understood by a person of ordinary skill in the art ("POSITA") and the prosecution history pertaining to the patent. *See id.*; *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312–14 (Fed. Cir. 2005) (en banc).

Petitioner asserts that "[a]ll claim terms herein should be given their ordinary and customary meaning to a POSITA." Pet. 16. Patent Owner does not respond. *See* PO Resp. For purposes of this Decision, we determine that no claim term requires express interpretation to resolve any controversy in this proceeding. *See Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

### *B. Asserted Challenges Based on Zhang Alone*

Petitioner asserts that claims 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, and 54 of the '866 patent are anticipated by Zhang. Pet. 19–49. Petitioner also asserts that these claims would have been obvious over Zhang. *Id.* Patent Owner disputes certain aspects of Petitioner's analysis. PO Resp. 4–45. For the reasons explained

below, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, and 54 are anticipated by Zhang or would have been obvious over Zhang.

Before addressing the parties' arguments, we provide an overview of Zhang.

### 1. *Overview of Zhang*

Zhang describes demodulator circuits in broadband communications. Ex. 1013 ¶ 4. To illustrate one embodiment, Figure 2 of Zhang is reproduced below.



Fig. 2

Figure 2 is a diagram of multi-channel demodulator 200. *Id.* ¶ 23. Frequency-block down-converter 210 receives a multi-channel analog RF signal that can come from any of various sources such as satellite systems, terrestrial TV systems, and cable systems. *Id.* Down-converter 210 downshifts the multi-channel analog RF signal to a lower frequency band. *Id.* ¶ 25. Analog-to-digital converter 220 then converts the down-converted multi-channel analog RF signal to a multi-channel digital RF signal. *Id.*

¶ 27. Digital channel demultiplexer 230 demultiplexes the digital RF signal into separate digital RF channels $C_1$ to $C_n$. *Id.* ¶ 28. Digital selector 240 receives the demultiplexed digital RF channels and selects one or more of RF channels $D_1$ to $D_m$ from one or more of digital RF channels $C_1$ to $C_n$. *Id.* The m selected RF channels are fed into respective demodulators 250(1) to 250(m), where they are demodulated. *Id.* ¶ 29. The selected RF channels $D_1$ to $D_m$ then feed into digital transport interface 260. *Id.*

We turn now to the claims, starting with independent claims 1, 14, 27, and 41.

### *2. Independent Claim 1*

Claim 1 is directed to a "cable television (TV) device" comprising a "wideband analog-to-digital converter (ADC)" and a "digital frontend (DFE)." Petitioner designates the preamble as element 1A and the recited limitations as elements 1B and 1C. We address these elements, beginning with Petitioner's arguments and then turning to the parties' dispute.

#### *a. Element 1A: "cable television (TV) device"*

Claim 1 recites as its preamble "[a] cable television (TV) device." Petitioner asserts that "Zhang describes an RF receiver, for example in a [set-top box], receiving digital video channels over a cable system and having DOCSIS return channel, which the '866 patent concedes is a protocol for 'cable networks that carry TV programs.'" Pet. 20 (citing Ex. 1013 ¶¶ 5–6, 23–25, 29, 41, 45–47; Ex. 1001, 9:4–8).

Patent Owner does not specifically dispute Petitioner's contentions regarding the preamble. *See* PO Resp. Although we do not determine

whether the preamble is limiting, we are persuaded by Petitioner's argument and evidence that Zhang teaches the subject matter of the preamble.

*b. Element 1B: "wideband analog-to-digital converter (ADC)"*

Claim 1 further recites "a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels." For this limitation, Petitioner provides an annotated version of Figure 2 of Zhang, reproduced below. Pet. 21.




Fig. 2

**Ex. 1013, Fig. 2 (annotated)**

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner contends "Zhang discloses the claimed 'wideband analog-to-digital converter' as ADC 220 (**gold**), which digitizes a multi-channel analog RF signal received from Frequency Block Downconverter 210 (**red**)." Pet. 21 (citing Ex. 1013, code (57), ¶¶ 10, 25, 27, 31, 34, 44–45).

Petitioner further contends "Zhang's ADC is wideband because the digitized multi-channel RF signal includes several channels," and "the

channels form a contiguous band of frequencies because (like the ’866 patent) they are spaced next to each other within a frequency band with a precise frequency spacing (e.g., 6 MHz) that is a fraction of the multi-channel RF signal bandwidth (e.g., 540–750 MHz divided into 35 channels).” Pet. 21–22 (citing Ex. 1001, 1:24–27, 2:50–59; Ex. 1013 ¶¶ 6, 10, 24–25, 27, 41–42, 47). Petitioner adds, “Zhang further discloses that in alternate variations, ‘RF channels need not be contiguous,’ teaching that in the embodiments otherwise described, the RF channels are contiguous.” *Id.* at 22 (quoting Ex. 1013 ¶ 48).

Lastly, Petitioner contends “[t]he digitized multi-channel RF signal includes target RF channels that are selected and demodulated in subsequent stages (claimed ‘desired channels’), and undesired RF channels that are filtered out (claimed ‘undesired channels’).” Pet. 22 (citing Ex. 1013 ¶¶ 5, 10–12, 27–29, 31–32, 35–36, 41–42).

Patent Owner does not specifically dispute Petitioner’s contentions regarding claim element 1B. *See* PO Resp. Nonetheless, the burden remains on Petitioner to demonstrate unpatentability. *See Dynamic Drinkware, LLC v. Nat’l Graphics, Inc.*, 800 F.3d 1375, 1378 (Fed. Cir. 2015). Based on Petitioner’s argument and evidence, we find that Zhang teaches the recited wideband analog-to-digital converter of claim element 1B. *See* Pet. 21–22.

#### *c. Element 1C: “digital frontend (DFE)”*

Claim 1 further recites “a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels, via a serial interface, without providing any of the plurality of undesired channels.” For this

limitation, Petitioner provides another annotated version of Figure 2 of Zhang, reproduced below. Pet. 23.




**Ex. 1013, Fig. 2 (annotated)**

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner contends "Zhang teaches the claimed 'digital frontend (DFE)' as Digital Channel Demultiplexer 230 and a portion of Digital Selector 240 (**purple**) . . . , which are coupled to ADC 220." Pet. 22–23 (citing Ex. 1013 ¶ 28).

Petitioner asserts that Zhang's "demultiplexer 230 . . . includ[es] multiple signal paths for concurrently selecting and providing a plurality of desired channels $C_1$–$C_n$ (**light blue**)." Pet. 23 (citing Ex. 1013 ¶¶ 30–34, Fig. 3). Petitioner further asserts that "[e]ach path receives the multi-channel digital RF signal from ADC 220 and operates concurrently to select one respective desired channel," and that "selector 240 provides 'm' channels $D_1$–$D_m$ selected from any or all of channels $C_1$–$C_n$ (**light blue**) for demodulation." *Id.* at 23–24 (citing Ex. 1013 ¶¶ 5, 28, 31, 38–39, 47); *see also* Ex. 1013 ¶ 28 (explaining that "digital channel demultiplexer 230 . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$" and "selector 240 receives the demultiplexed digital RF

channels $C_1$ to $C_n$ and then selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$"). In this way, according to Petitioner, Zhang's "[d]emultiplexer 230 and selector 240 output only user selected channels (either all or a subset of the user selected 'C' channels) and filter out all other channels from the digitized multi-channel RF signal." *Id.* at 24 (citing Ex. 1013 ¶¶ 28, 32, 39, 47).

Petitioner adds, "Selector 240 further provides the desired channels 'via a serial interface.'" Pet. 24. To illustrate, Petitioner provides an annotated version of Figure 5 of Zhang, reproduced below. *Id.* at 25.




**Ex. 1013, Fig. 5 (annotated)**

Figure 5 of Zhang, as annotated by Petitioner, is a diagram of n×m digital selector 500, which may be used to implement digital selector 240 of Figure 2. *See* Ex. 1013 ¶ 38. Petitioner asserts that "[s]elector 240 with 'one' bus (e.g., Data bus 1) receives channels $C_1$ to $C_n$ from

demultiplexer 230 (represented by green blocks with different patterns) and sends them across the bus 'with the use of time division multiplexing.'" Pet. 25 (citing Ex. 1013 ¶¶ 38–39). According to Petitioner, "[a] POSITA would have understood that this sends different channels sequentially (serially) in different time divisions over a single data path as shown, and that such a path is a 'serial interface.'" *Id.* Petitioner relies on the declaration testimony of Mr. Lett to support its position. *Id.* at 24–26 (citing Ex. 1002 ¶¶ 112–116).

Under an alternative theory, Petitioner contends that, "[t]o the extent Zhang does not disclose a serial interface, implementing Zhang's circuitry to output the selected channels via a serial interface was obvious in light of the POSITA's general knowledge, creativity, and common sense as one of two common design choices that were well-known in integrated circuits at the time." Pet. 26–27. Petitioner relies on the declaration testimony of Mr. Lett to support this position. *Id.* (citing Ex. 1002 ¶¶ 117–119).

Patent Owner makes several arguments regarding claim element 1C, which we address below.

*d. The Parties' Dispute*

Patent Owner argues "the '866 patent outputs desired channels by selecting and down converting only the desired channels from the digitized input RF signal," whereas "Zhang does not select, down convert or extract only the desired channels from the digitized RF input signal." PO Resp. 5–6. According to Patent Owner, "Zhang down converts and extracts ***all*** channels, ***both*** desired and undesired, from the digitized input RF signal, and only later selects the desired channels from the extracted channels." *Id.* at 4;

*see also id.* at 7 (quoting Ex. 2009 ¶¶ 35–37 ("Unlike the '866 patent, however, Zhang's method . . . down converts and extracts from the digitized RF input signal ***all*** channels $C_1$–$C_n$, ***both*** desired ***and*** undesired, in the Digital Channel DeMux 230. . . . Once both desired and undesired channels $C_1$–$C_n$ are down converted and extracted from the digitized input signal, the digital channel selector 240 . . . selects the desired channels and outputs them to demodulators.")).

Petitioner counters that claim 1 "allow[s] for the selection of undesired channels" and "requires only that undesired channels not be 'provid[ed]' to the demodulator." Pet. Reply 5–6; *see also id.* at 16 ("While element [1C] excludes 'providing' undesired channels, no such limitation appears with respect to 'selecting' undesired channels.")). Petitioner further emphasizes that its "Petition asserted that Zhang's digital demultiplexer 230 in combination with part of digital selector 240 is '*a digital frontend (DFE) coupled to the wideband ADC*,'" where "[t]he input of the relied-upon combined digital circuit is undisputedly coupled to Zhang's ADC 220, and the output provides $D_1$ to $D_m$, which are undisputedly desired channels." *Id.* at 6.

We agree with Petitioner. Claim 1 recites "the DFE is configured to concurrently select and provide each of the plurality of desired channels . . . without providing any of the plurality of undesired channels." The claim expressly covers both selecting desired channels and providing desired channels. By reciting "without providing any of the plurality of undesired channels," the claim expressly excludes *providing* undesired channels; it does not exclude *selecting* undesired channels. Thus, the claim covers selecting both desired and undesired channels.

Even if claim 1 were to exclude selecting undesired channels, Petitioner's showing for claim element 1C is persuasive. Petitioner identifies Zhang's digital channel demultiplexer 230 and digital selector 240 *together* as the recited DFE. Pet. 22–23. As Petitioner points out, Zhang teaches "digital channel demultiplexer 230 . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28, Fig. 2 (cited by Pet. 23–24). Zhang further teaches "digital selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and then *selects one or more of the RF channels $D_1$ to $D_m$* from one or more of the digital RF channels $C_1$ to $C_n$" and that "the *selected RF channels $D_1$ to $D_m$ then feed* into a digital transport interface 260." *Id.* ¶¶ 28–29 (emphases added), Fig. 2. In other words, Zhang's selector 240 (which Petitioner identifies as part of the recited DFE) selects and provides RF channels $D_1$–$D_m$ (which Petitioner also identifies as the recited desired channels). *See* Pet. 24 ("Selector 240 further provides the desired channels."); Pet. Reply 6 ("[T]he output provides $D_1$–$D_m$, which are undisputedly desired channels."); Ex. 1013 ¶ 28. Patent Owner does not dispute this aspect of Petitioner's analysis, acknowledging Zhang's "[s]elector 240 selects desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$." PO Resp. 33 (annotation of Figure 2 of Zhang).

Patent Owner further argues "Zhang's Demultiplexer 230 does not 'select' any desired channels; rather, it demultiplexes all channels, both desired and undesired, without performing any selection." PO Resp. 31. Patent Owner reiterates its position that "channels $C_1$–$C_n$ encompass all channels in the entire signal band, both desired and undesired." *Id.* at 32–34 (citing Ex. 2009 ¶¶ 78–82).

Petitioner counters that "Zhang calls each of $C_1$–$C_n$ a 'desired channel,' and the selected number 'n' of them is a variable disclosed as being less than the number of channels in the digitized input signal." Pet. Reply 5 (citing Ex. 1013 ¶¶ 28, 30, 32–33, 42).

We agree with Petitioner. Zhang teaches that "RF channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber." Ex. 1013 ¶ 28. The fact that channels $C_1$–$C_n$ contain content channels that are "selected" or "used" implies that channels $C_1$–$C_n$ themselves are desired channels, not both desired and undesired channels. Indeed, as Petitioner points out, Zhang refers to each of channels $C_1$–$C_n$ as a "desired" channel:

> Numeric oscillator 310(1) generates a frequency, or "target" frequency, that matches the characteristic frequency of *a desired RF channel, or "target" RF channel*. . . . Thus, *only the target RF channel passes*. Digital tuner circuit 300 then outputs the *separated RF channels $C_1$ to $C_n$* . . . .

*Id.* ¶ 32 (emphases added) (cited by Pet. Reply 5).

Even if channels $C_1$–$C_n$ were to include both desired and undesired channels, however, Patent Owner's argument still fails. As explained above, claim 1 does not exclude selecting undesired channels; it only excludes providing undesired channels. Moreover, Zhang's selector 240 (which Petitioner identifies as part of the recited DFE) both selects and provides RF channels $D_1$–$D_m$ (which Petitioner also identifies as the recited desired channels). *See* Pet. 24; Ex. 1013 ¶ 28. Again, Patent Owner does not dispute this aspect of Petitioner's analysis. PO Resp. 33 (annotation of Figure 2 of Zhang ("Selector 240 selects desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$.")).

Patent Owner further argues "Petitioner . . . fails to show why Zhang's Selector 240 discloses a 'digital front end (DFE)' as claimed." PO Resp. 35. Patent Owner contends the Petition "confirms that Zhang's 'Digital Channel Demultiplexer 230' alone, not Zhang's Selector 240, corresponds to the claimed 'digital front end (DFE).'" *Id.* To illustrate its position, Patent Owner directs us to a figure from the Petition, reproduced below. *Id.* at 36 (citing Pet. 7).



The figure from the Petition compares annotated versions of Zhang's Figure 2 and the '866 patent's Figure 6. Pet. 6–7. Patent Owner asserts "Petitioner has mapped Zhang's Selector 240 (upper figure) using the color orange to the arrow titled 'serial or parallel data interface to demodulator' that is output from the digital front end 230 in the '866 patent (dotted box in the lower figure)," effectively "mapp[ing] Zhang's selector 240 to the ***output*** of the '866 patent's digital front end (DFE)." PO Resp. 36–37; *see also id.* at 37–38 (citing Ex. 2018, 145:16–147:13 (Lett Deposition)). According to Patent Owner, "if Zhang's selector 240 maps to the ***output*** of the digital front end, it cannot be the front-end itself." *Id.* at 38.

Petitioner counters that "[t]he Petition identified Zhang's demultiplexer 230 combined with selector 240 for teaching the 'DFE' and 'serial interface' in element [1C]." Pet. Reply 20 (citing Pet. 22–26). Petitioner asserts that "Zhang's demultiplexer 230 and selector 240 . . . together . . . perform the DFE function of 'select and provide each of the plurality of desired channels, via a serial interface, without providing any of the plurality of undesired channels.'" *Id.* Petitioner adds, "Nothing in the claim language excludes the DFE from including Zhang's demultiplexer 230 and selector 240, or any other digital circuit that performed the functions recited in element [1C]." *Id.* at 22.

We agree with Petitioner. As discussed above, Petitioner identifies Zhang's demultiplexer 230 and selector 240 together as the recited DFE because they together are (1) "coupled to the wideband ADC" and (2) "configured to concurrently select and provide each of the plurality of desired channels," (3) "via a serial interface," (4) "without providing any of the plurality of undesired channels," as recited. Pet. 22–24. For the recited

serial interface, Petitioner relies specifically on Zhang's selector 240. *Id.* at 24 ("Selector 240 further provides the desired channels 'via a serial interface' as recited in Element [1C]."). To demonstrate this mapping, Petitioner uses the color orange in its comparison figure to match Zhang's selector 240 to the '866 patent's *serial interface*. *See id.* at 6 ("Zhang discloses the same cable TV device as the '866 patent. This includes . . . providing a plurality of desired channels via a serial interface (**orange**) (Element [1C])."); *id.* at 7 (comparison figure). Accordingly, Patent Owner's argument that Petitioner's comparison figure is mapping Zhang's selector 240 to the output of the '866 patent's digital frontend fails.

Patent Owner further argues that Petitioner's declarant Mr. Lett "opined that the claim requires the acts of 'select[ing] and provid[ing]' to occur 'concurrently,'" and that Petitioner "fails to show that the claims are disclosed or obvious under the construction proposed by its own expert." PO Resp. 42–44 (citing Ex. 2019, 76:9–77:5 (Lett Deposition)). Patent Owner asserts that Zhang's "channel demultiplexer 230 and selector 240 process the data sequentially, not concurrently." *Id.* at 43. Patent Owner asserts in particular, "Zhang explains that the digital channel demultiplexer 230 'demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$,'" and "the selector 240 then 'receives' the demultiplexed channels $C_1$–$C_n$, and selects channels $D_1$–$D_m$ from the received channels." *Id.* at 43–44 (citing Ex. 1013 ¶ 28, Fig. 2).

Petitioner counters that Patent Owner "distorts an out-of-context deposition response by Petitioner's expert to argue that *Petitioner's* claim construction position is that the claim excludes providing data some time after it has been selected," which Petitioner contends is "a construction the

Petition and its expert did not adopt" and "[Patent Owner] also does not ask the Board to adopt." Pet. Reply 23. Petitioner further contends "the Petition described how Zhang's Figure 3, like the '866 patent's Figure 2, includes multiple parallel signal paths for 'concurrently selecting and providing a plurality of desired channels $C_1$–$C_n$.'" *Id.* at 22 (citing Pet. 23–24). In particular, "Zhang's demultiplexer 230 concurrently selects and then provides each 'C' channel with every other 'C' channel." *Id.* at 22–23. Petitioner adds that construing "concurrently" to exclude any delay as a signal travels from input to output would be improper "because it is contrary to element [1C]'s requirement that 'concurrently select and provide' be 'via a serial interface'" and "this delay [is] inherent in all circuits." *Id.* at 24 (citing Ex. 1079, 77:6–79:24 (Lett Reply Declaration)).

We agree with Petitioner. Nowhere in the Petition does Petitioner propose construing "concurrently" to exclude sequentially processing data. *See* Pet. In connection with the claim term "concurrently," Petitioner provides an annotated version of Figure 2 of Zhang in its Petition, reproduced below. *Id.* at 23.




**Ex. 1013, Fig. 2 (annotated)**

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that Zhang's "[d]igital tuner 300 (an embodiment of demultiplexer 230) . . . includ[es] multiple signal paths for concurrently selecting and providing a plurality of desired channels $C_1$–$C_n$ (**light blue**)." Pet. 23 (citing Ex. 1013, Fig. 3). Petitioner explains that "[e]ach path receives the multi-channel digital RF signal from ADC 220 and operates concurrently to select one respective desired channel," and that "selector 240 provides 'm' channels $D_1$–$D_m$ selected from any or all of channels $C_1$–$C_n$ . . . for demodulation by one or more demodulators." *Id.* at 24. Petitioner appears to argue in the Petition that processing data along Zhang's parallel paths at the same time satisfies "concurrently." Patent Owner does not dispute Petitioner's position in this regard.

In its Reply, Petitioner further contends that, "even with the signal propagation delay [(i.e., sequential processing)], Zhang, like the '866 patent, performs the 'selecting' concurrently with the 'providing' because the desired channels are digital data *streams*, for example, as shown in the Petition passing through the serial interface." Pet. Reply 25 (citing Pet. 23–26; Ex. 1078 ¶ 31). Petitioner asserts that "when a channel is first selected, there is a time lapse to when the channel starts streaming from the output; however, after that, the channel continues to stream and, thus it is concurrently being selected and provided." *Id.* (citing Ex. 1078 ¶ 31; Ex. 1079, 78:16–25, 81:4–11). In other words, "some data in the channel streams into the input of Zhang's demultiplexer 230 concurrently with other data in the channel streaming out of output from the serial interface of selector 240." *Id.* (citing Ex. 1078 ¶ 31).

Based on the record before us, we find that Zhang teaches the recited DFE of claim element 1C. *See* Pet. 22–27.

In view of the foregoing, we find that Zhang teaches all the limitations of claim 1.

### *3. Independent Claim 14*

Claim 14 is directed to a "cable TV device" comprising a "wideband analog-to-digital converter (ADC)" and a "plurality of digital down converters." Petitioner designates the preamble as element 14A and the recited limitations as elements 14B through 14D.

Elements 14A and 14B are similar to elements 1A and 1B. For elements 14A and 14B, Petitioner relies on the same analysis discussed above with respect to elements 1A and 1B. Pet. 28. Patent Owner does not dispute Petitioner's contentions regarding elements 14A or 14B. *See* PO Resp. Based on Petitioner's argument and evidence, and for the reasons given above as to elements 1A and 1B, we find that Zhang teaches elements 14A and 14B. *See* Pet. 20–22.

We turn now to claim elements 14C and 14D, starting with Petitioner's arguments and then turning to the parties' dispute.

#### *a. Element 14C: "plurality of digital down converters"*

Claim 14 recites "a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels."

For this limitation, Petitioner cross-references its discussion regarding claim element 1C and contends "a POSITA would have understood 'a plurality of digital down converters' to be included in the DFE digital circuit illustrated in [Zhang's] Figure 2." Pet. 28. As discussed above, Petitioner identifies Zhang's demultiplexer 230 and selector 240 together as the DFE recited in claim 1. *Id.* at 22.

Petitioner further provides an annotated version of Figure 3 of Zhang, reproduced below. Pet. 29.




**Ex. 1013, Fig. 3 (annotated)**

Figure 3 of Zhang, as annotated by Petitioner, is a diagram of digital tuner 300, which may be used to implement demultiplexer 230 of Figure 2 of Zhang. *See* Ex. 1013 ¶ 30. Referring to Figure 3, Petitioner asserts that "Zhang's demultiplexer 230 . . . includ[es] a plurality of signal paths, each with a complex multiplier (**purple**) and filter 330 (**green**) that are coupled to ADC 220 (claimed 'wideband ADC') and operable to generate 'target' channels $C_1$–$C_n$ (**light blue**) selected by the subscriber (claimed 'desired channels')." Pet. 29 (citing Ex. 1013 ¶¶ 12, 28, 30–32, Fig. 3). According

to Petitioner, "[e]ach path in Zhang is one of a 'plurality of digital down converters . . . operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels' as recited in Element [14C]." *Id.*

Patent Owner makes several arguments regarding claim element 14C, which we will address below.

*b. Element 14D: "serial interface"*

In connection with claim element 14C, claim 14 further recites "the plurality of digital down converters is operable to provide each digital channel output via a serial interface." For this limitation, Petitioner provides an annotated version of Figure 2 of Zhang, reproduced below. Pet. 31.




Fig. 2

**Ex. 1013, Fig. 2 (annotated)**

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang's demultiplexer 230 . . . provides channels $C_1$–$C_n$ (**light blue**) (which include each claimed 'digital channel output') via a selector 240 as channels $D_1$–$D_m$ to one or more demodulators 250." Pet. 30 (citing Ex. 1013 ¶¶ 5, 28, 38–39, 47). Relying on its discussion regarding claim element 1C, Petitioner adds

that "[e]mbodiments of selector 240 use a serial interface." *Id.* at 30–31 (citing Ex. 1002 ¶¶ 113–119; Ex. 1013 ¶¶ 38–39, Fig. 5).

Under an alternative theory, Petitioner contends that, "[t]o the extent Patent Owner argues that Zhang does not expressly disclose the claimed 'serial interface,' implementing Zhang's demultiplexer 230 to provide each digital channel output via a serial interface was obvious as one of two common and predictable design choices . . . used by POSITAs as described above for Element [1C]." Pet. 32.

Patent Owner does not specifically dispute Petitioner's contentions regarding claim element 14D. *See* PO Resp. Based on Petitioner's argument and evidence, and for the reasons given above as to claim element 1C, we find that Zhang teaches the recited serial interface of claim element 14D. *See* Pet. 30–32.

*c. The Parties' Dispute*

As noted above, Patent Owner disputes Petitioner's analysis for claim element 14C. Patent Owner argues in particular "the plurality of digital down converters relied upon by Petitioner in Zhang down convert both desired and undesired channels, and thus are not '***each***' 'operable to generate a digital channel output ***corresponding to each desired channel***.'" PO Resp. 10; *see also id.* at 12–28 (arguing that "channels $C_1$–$C_n$ are all channels in the entire signal band, both desired and undesired" (capitalization and emphasis omitted)).

Patent Owner's argument is unavailing. We consider Petitioner's annotated version of Figure 2 of Zhang, reproduced below. Pet. 23, 31.




Fig. 2

**Ex. 1013, Fig. 2 (annotated)**

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner identifies each of the signal paths across Zhang's demultiplexer 230 and selector 240 as the recited plurality of digital down converters. Pet. 22 (as to claim 1, asserting "Zhang teaches the claimed 'digital frontend (DFE)' as Digital Channel Demultiplexer 230 and a portion of Digital Selector 240"); *id.* at 28 (as to claim 14, asserting "a POSITA would have understood 'a plurality of digital down converters' to be included in the DFE digital circuit illustrated in [Zhang's] Figure 2").

As discussed above with respect to claim 1 (*see supra* Part III.B.2.d), Zhang teaches that "RF channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber." Ex. 1013 ¶ 28. Petitioner points out that Zhang even refers explicitly to each of selected or used channels $C_1$–$C_n$ as a "*desired* RF channel." *Id.* ¶ 32 (emphasis added) ("[O]scillator 310(1) generates a frequency . . . that matches the characteristic frequency of a desired RF channel."). In this way, channels $C_1$–$C_n$ satisfy the recited desired channels.

Turning back to Petitioner's annotated version of Zhang's Figure 2, reproduced above, we find that each signal path across demultiplexer 230 and selector 240 (which Petitioner identifies as the recited digital down converters) generates a digital channel output (see outputs of demultiplexer 230) corresponding to each channel $C_1$–$C_n$ (which Petitioner identifies as the recited desired channels). *See* Pet. 23, 28–29.

We note Patent Owner's contention that Zhang's reference to "an entire signal band with n channels" means channels $C_1$–$C_n$ include both desired and undesired channels. PO Resp. 12 (citing Ex. 1013 ¶ 27); *id.* at 18 ("[I]t is undisputed that the number 'n' is the number of both desired and undesired channels in the 'entire signal band.'"); *id.* at 20. As noted above, however, Zhang explains that "RF channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber." Ex. 1013 ¶ 28; *see also id.* ¶ 42 ("A demultiplexer . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$. . . . *The exact number will depend on the specific application*." (emphasis added)); *id.* ¶ 30 ("Digital tuner 300 includes a bank of n numeric control oscillators . . . , complex multipliers . . . , and low-pass filters . . . . One chain of each of these elements is used for each RF channel. *The exact number of these elements will depend on the number of RF channels to be demultiplexed*." (emphasis added)). Zhang then characterizes each of channels $C_1$–$C_n$ as a "desired RF channel." *Id.* ¶ 32 ("Numeric oscillator 310(1) generates a frequency . . . that matches the characteristic frequency of a desired RF channel."); *id.* (LPFs 330(1 . . . n) receive all RF channels and each filters out all RF channels except for its target RF channel. Thus, only the target RF channel passes."). In the context of Zhang's full disclosure, the reference to "an

entire signal band with n channels" appears to be a reference to a signal band that *includes* the selected (or used) n channels. That is, the signal band could also include unselected (or unused) channels. This reading is further supported by claim 8 of Zhang, which recites "the ADC converts an entire signal band, the signal band including the multichannel analog RF signal." *Id.*, claim 8 (cited by Pet. 21–22).

We also note Patent Owner's contention that Zhang's prosecution history reveals "the applicant explained that it is the selector that distinguished Zhang from its prior art, where all of the channels were demodulated." PO Resp. 15–16; *see also id.* at 20–21 ("[I]f Zhang's Figure 3 down converted and output only desired channels, there would have been no need for the subsequent channel selector 240 to select desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$." (quoting Ex. 2009 ¶ 57 (Declaration of Dr. Russ))). Distinguishing Zhang from the prior art based on Zhang's selector, however, does not mean Zhang's channels $C_1$–$C_n$ include both desired and undesired channels. Zhang explains that "channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber," and that "selector 240 . . . selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28. In other words, channels $C_1$–$C_n$ may be a set of subscriber-selected channels while channels $D_1$–$D_m$ may be a further set of subscriber-selected channels that are a subset of channels $C_1$–$C_n$. Being able to select a subset of channels translates to systems that are faster and dissipate less heat because fewer resources are needed to demodulate only the selected subset of channels. *See id.*

Patent Owner further argues "Petitioner's assertion that Zhang's channels $C_1$–$C_n$ disclose the claimed 'desired channels' . . . is also inconsistent with Petitioner's mapping of Zhang to other limitations," namely claim element 14D. PO Resp. 26–27. To illustrate its position, Patent Owner provides an annotated version of Figure 5 of Zhang, reproduced below. *Id.* at 27.




Fig. 5

Figure 5 of Zhang, as annotated by Patent Owner, is a diagram of selector 500, which may be used to implement selector 240 of Figure 2. *See* Ex. 1013 ¶ 38. Patent Owner asserts "what is 'provided' on Data Bus 1 in the selector 240 are channels $D_1$–$D_m$ (blue) shown on the right-hand side output of Data bus 1, not channels $C_1$–$C_n$ (red)." PO Resp. 27. According to Patent Owner, to the extent that Petitioner relies on channels $C_1$–$C_n$ as the desired channels for claim element 14C, "that mapping contradicts

Petitioner's mapping for limitation 14[d], where Petitioner must rely on channels $D_1$–$D_m$ as 'the plurality of desired channels' output by down converters via a serial bus." *Id.* at 28.

We disagree with Patent Owner's position that "Petitioner must rely on channels $D_1$–$D_m$ as 'the plurality of desired channels' output by down converters via a serial bus." *See* PO Resp. 28. Claim 14D recites "the plurality of digital down converters is operable to provide each digital channel output [corresponding to each desired channel] via a serial interface." As shown in Figures 2, 3, and 5 of Zhang, each path across demultiplexer 230 and selector 240 (i.e., "digital down converters") provides a digital channel output (e.g., outputs for channels $C_1$–$C_n$) corresponding to a desired channel (e.g., channels $C_1$–$C_n$) that is then provided via a serial interface in selector 240 (e.g., selector 500) as further channels (e.g., channels $D_1$–$D_m$). Ex. 1013, Figs. 2, 3, 5. Patent Owner does not appear to dispute that Zhang operates in this way. *See* PO Resp. 27 (annotation acknowledging Zhang's "Figure 5 'selects one or more RF channels $D_1$ to $D_m$ from the digital RF channels $C_1$ to $C_n$ and then sends them to appropriate demodulators or output ports . . . through different data buses.'" (quoting Ex. 1013 ¶ 39)). Accordingly, Petitioner's reliance on channels $C_1$–$C_n$ as the recited desired channels is persuasive.

Even if Petitioner must rely on channels $D_1$–$D_m$ as the recited desired channels in claim element 14D, Patent Owner's argument that Petitioner's mapping is inconsistent still fails. Claim element 14C recites "each digital down converter . . . is operable to generate a digital channel output corresponding to each desired channel." Claim element 14D adds "the

plurality of digital down converters is operable to provide each digital channel output via a serial interface."

As discussed above, Petitioner relies on its discussion of claim element 1C as part of its analysis for claim element 14C. Pet. 28. In that discussion, Petitioner points to where Zhang teaches that "demultiplexer 230 . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$," and that "selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and then selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28, Fig. 2 (cited by Pet. 23–24). Petitioner asserts that "[s]elector 240 further provides the desired channels 'via a serial interface.'" Pet. 24–26 (citing Ex. 1013 ¶¶ 38–39, Fig. 5; Ex. 1002 ¶¶ 112–116). Thus, each path across Zhang's demultiplexer 230 and selector 240 (i.e., "digital down converters") generates a digital channel output (e.g., outputs for channels $D_1$–$D_m$) corresponding to each desired channel (e.g., channels $D_1$–$D_m$) and provides each digital output via a serial interface in selector 240 (e.g., selector 500). *See* Pet. 24 ("Selector 240 further provides the desired channels."); Pet. Reply 6 ("[T]he output provides $D_1$–$D_m$, which are undisputedly desired channels."); Ex. 1013 ¶ 28, Figs. 2, 3, 5. As noted above, Patent Owner acknowledges Zhang's "[s]elector 240 selects desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$." PO Resp. 33 (annotated Figure 2 of Zhang). Accordingly, Petitioner's reliance on channels $D_1$–$D_m$ as the recited desired channels also is persuasive.

Based on the record before us, and for the reasons given above with respect to claim element 1C, we find that Zhang teaches the recited plurality of digital down converters of claim element 14C. *See* Pet. 28–30.

In view of the foregoing, we find that Zhang teaches all the limitations of claim 14.

### *4. Independent Claim 27*

Claim 27 is directed to a "cable television (TV) device" and recites similar limitations as claim 1. For example, claim 27 recites a "wideband analog-to-digital converter (ADC)" and a "digital frontend (DFE)." For these similarly recited limitations, Petitioner relies on its discussion of claim 1. Pet. 32–33. Patent Owner likewise relies on its arguments regarding claim 1. *See* PO Resp. 28. Based on Petitioner's argument and evidence, and for the reasons given above as to claim 1, we find that Zhang teaches the similarly recited limitations of claim 27.

Claim 27 adds that "the cable TV device comprises a digital video recorder (DVR)." For this limitation, Petitioner asserts "Zhang's cable TV device may be integrated as a wide-band front-end of a 'set-top box/PVR/home media server.'" Pet. 33 (citing Ex. 1013 ¶ 45, Fig. 8). According to Petitioner, "[a] POSITA would have understood that 'PVR' stands for 'personal video recorder,' which is an alternate name for 'DVR' or 'digital video recorder' for recording content received by a STB." *Id.* Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 139–140).

Patent Owner does not specifically dispute Petitioner's contentions regarding this additional limitation of claim 27. *See* PO Resp. Based on Petitioner's argument and evidence, we find that Zhang teaches the recited DVR of claim 27. *See* Pet. 33.

In view of the foregoing, we find that Zhang teaches all the limitations of claim 27.

*5. Independent Claim 41*

Claim 41 is directed to a "cable TV device" and recites similar limitations as claims 14 and 27. For example, claim 41 recites a "wideband analog-to-digital converter (ADC)," a "plurality of digital down converters," and a "digital video recorder (DVR)." For these similarly recited limitations, Petitioner relies on its discussion of claims 14 and 27. Pet. 33–34. Patent Owner relies on its arguments regarding claim 14. *See* PO Resp. 28. Based on Petitioner's argument and evidence, and for the reasons given above as to claims 14 and 27, we find that Zhang teaches all the limitations of claim 41.

*6. Dependent Claims*

Each of claims 3–7, 9, 11, 13, 16–20, 22, 24, 26, 29–33, 35–37, 40, 43–47, 49–51, and 54 depends from independent claims 1, 14, 27, or 41. Petitioner contends that Zhang teaches the limitations recited in these dependent claims. Pet. 34–49 (citing Ex. 1013 ¶¶ 5–7, 11–12, 24–25, 28–34, 38–39, 41–48, Figs. 2, 3, 5). Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 65–67, 72, 74–76, 78–79, 115–118, 145–184).

Patent Owner does not specifically dispute Petitioner's contentions regarding the dependent claims. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 34–49), we find that Zhang teaches the limitations of the dependent claims.

*7. Summary*

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, and 54 are anticipated by Zhang or would have been obvious over Zhang.

*C. Asserted Challenge Based on Zhang and Reisman*

Petitioner asserts that claims 9–12, 23–25, 27, 29–33, 35–41, 43–47, 49–55, 57–61, 63–69, 71–75, and 77–82 of the ’866 patent would have been obvious over Zhang and Reisman. Pet. 49–59. Patent Owner disputes certain aspects of Petitioner’s analysis. PO Resp. 4–45. For the reasons explained below, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 9–12, 23–25, 27, 29–33, 35–41, 43–47, 49–55, 57–61, 63–69, 71–75, and 77–82 would have been obvious over Zhang and Reisman.

We provided an overview of Zhang above. *See supra* Part III.B.1. Before addressing the claims, we additionally provide an overview of Reisman.

*1. Overview of Reisman*

Reisman describes “interactive television” (ITV), where the TV includes a set-top box (STB). Ex. 1052 ¶¶ 2, 43, 98. Reisman explains that ITV may include interactivity with the TV through a digital video recorder (DVR), which also is known as a personal video recorder (PVR). *Id.* ¶¶ 48, 60. Additionally, Reisman explains that ITV may include a featured called

picture-in-picture (PIP), where a region of the TV screen presents a reduced scale video image. *Id.* ¶ 121.

*2. Independent Claims 27 and 41*

As discussed above, we determine that Petitioner has shown by a preponderance of the evidence that claims 27 and 41 are anticipated by Zhang or would have been obvious over Zhang.

Under an alternative theory, Petitioner contends that, "[t]o the extent Patent Owner argues that Zhang's PVR is not a 'DVR' as recited in Elements [27D] and [41D], Reisman discloses this feature." Pet. 50. Petitioner asserts that "Reisman teaches that STBs in a cable system may include a digital video recorder (DVR)." *Id.* (citing Exc. 1052 ¶¶ 5, 43, 48, 60, 73, 98, 112, 118, 191, 197, 212, 281–285, 296, 546). According to Petitioner, an ordinarily skilled artisan "would have been motivated [to] include Reisman's DVR in Zhang's STB to provide a more feature-filled and individualized user experience, which in the proposed combination still includes Zhang's wideband front-end receiver components cited for Elements [27A]–[27C] and [41A]–[41C]." *Id.* Petitioner explains that "Reisman's DVR improves user experience by allowing time-shifted and on-demand view, and enabling, e.g., fast-forwarding, rewinding, and pausing of live programming." *Id.* (citing Ex. 1052 ¶¶ 191, 197, 212, 284–285, 546, 758); *see also id.* at 50–51 (asserting that the proposed combination "merely applies a known technique of integrating a DVR into a STB . . . to a known STB . . . that was ready for improvement to yield a predictable result" and that an ordinarily skilled artisan "would have had a reasonable expectation of success").

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Based on Petitioner's argument and evidence (*see* Pet. 50–51), we find Petitioner's proposed combination of Zhang and Reisman teaches all the limitations of claims 27 and 41. We also find that Petitioner's proffered reasoning for combining Zhang and Reisman supports a legal conclusion of obviousness. *See In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006) ("[T]here must be some articulated reasoning with some rational underpinning to support the legal conclusion of obviousness.").

### *3. Independent Claim 55*

Claim 55 is directed to a "cable television (TV) device" and recites similar limitations as claim 1. For example, claim 55 recites a "wideband analog-to-digital converter (ADC)" and a "digital frontend (DFE)." For these similarly recited limitations, Petitioner relies on its discussion of claim 1. Pet. 51. Patent Owner likewise relies on its arguments regarding claim 1. *See* PO Resp. 28. Based on Petitioner's argument and evidence, and for the reasons given above as to claim 1, we find that Zhang teaches the similarly recited limitations of claim 55.

Claim 55 adds that "the cable TV device is operable to configure at least some of the plurality of desired channels as an output for a picture-in-picture display." For this limitation, Petitioner asserts that "Reisman teaches that STBs in a cable system include a 'picture-in-picture display.'" Pet. 52 (citing Ex. 1052 ¶¶ 73, 98, 118, 120–121, 187, 278, 291, 378, 534, 537, 546, Fig. 3). Petitioner contends that "[a] POSITA would have been motivated to include Reisman's 'picture-in-picture display' capability in Zhang's STB, which in the proposed combination still has the wideband front-end receiver

components cited for Elements [55A]–[55C] . . . to allow a user to view different content simultaneously." *Id.* Petitioner explains that Reisman's "'picture-in-picture' beneficially displays a program in a PIP window while simultaneously providing, e.g., navigation options and interactive content in other windows," and "enables 'multitasking,' by displaying, e.g., two TV programs, and swapping them between full screen and a smaller PIP window." *Id.* at 52–53 (citing Ex. 1052 ¶¶ 61, 63, 378, 546); *see also id.* at 53 (asserting that the proposed combination "represents the obvious application of a known technique . . . to a known device . . . that was ready for improvement to yield a predic[t]able result" and that an ordinarily skilled artisan "would have had a reasonable expectation of success").

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Based on Petitioner's argument and evidence (*see* Pet. 52–53), and for the reasons given above with respect to claim 1, we find Petitioner's proposed combination of Zhang and Reisman teaches all the limitations of claim 55. We also find that Petitioner's proffered reasoning for combining Zhang and Reisman supports a legal conclusion of obviousness.

*4. Independent Claim 69*

Claim 69 is directed to a "cable TV device" and recites similar limitations as claims 14 and 55. For example, claim 69 recites a "wideband analog-to-digital converter (ADC)," a "plurality of digital down converters," and a "picture-in-picture display." For these similarly recited limitations, Petitioner relies on its discussion of claims 14 and 55. Pet. 54. Patent Owner relies on its arguments regarding claim 14. *See* PO Resp. 9. Based

on Petitioner's argument and evidence, and for the reasons given above as to claims 14 and 55, we find the proposed combination of Zhang and Reisman teaches all the limitations of claim 69 and that Petitioner's proffered reasoning for combining Zhang and Reisman supports a legal conclusion of obviousness.

*8. Dependent Claims*

Each of claims 9–12, 23–25, 29–33, 35–40, 43–47, 49–54, 57–61, 63–68, 71–75, and 77–82 depends from independent claims 1, 14, 27, 41, 55, or 69. Petitioner contends that its proposed combination of Zhang and Reisman teaches the limitations recited in the dependent claims. Pet. 54–59 (citing Ex. 1013 ¶ 47; Ex. 1052 ¶¶ 8, 52, 63, 73, 86–89, 90, 98, 120–121, 125, 149, 235, 304, 484, 643–645, Fig. 1). Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 150–184, 194–198, 200–220).

Patent Owner does not specifically dispute Petitioner's contentions regarding the claims 9–12, 23–25, 29–33, 35–40, 43–47, 49–54, 57–61, 63–68, 71–75, and 77–82. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 54–59), we find that Zhang teaches the limitations of these dependent claims.

*9. Summary*

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 9–12, 23–25, 27, 29–33, 35–41, 43–47, 49–55, 57–61, 63–69, 71–75, and 77–82 would have been obvious over Zhang and Reisman.

*D. Asserted Challenge Based on Zhang and Jackson*

Each of claims 2–6, 15–19, 28–32, and 42–46 depends from independent claims 1, 14, 27, or 41. Petitioner asserts that these dependent claims would have been obvious over Zhang and Jackson. Pet. 59–71. Petitioner relies on Jackson for teaching various components, including its input connector, amplifiers, filters, complex mixer, and demodulator, which Petitioner asserts can be incorporated into Zhang's system to provide a way to implement and improve Zhang's receiver. *Id.* (citing Ex. 1013 ¶¶ 5–6, 12, 15, 23, 25–32, 38–39, 45, 47–48, Figs. 2, 3; Ex. 1057 ¶¶ 2–4, 6, 19–20, 23–27, Figs. 3, 4B, 5, 6, 7). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 64–67, 225–250).

Patent Owner does not specifically dispute Petitioner's contentions regarding claims 2–6, 15–19, 28–32, and 42–46. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 59–71), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Jackson teaches the limitations of these dependent claims and that Petitioner's proffered reasoning for combining Zhang and Jackson support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 2–6, 15–19, 28–32, and 42–46 would have been obvious over Zhang and Jackson.

*E. Asserted Challenge Based on Zhang, Reisman, and Jackson*

Each of claims 28–32, 42–46, 56–60, and 70–74 depends from independent claims 27, 41, 55, or 69. Petitioner asserts that these dependent

claims would have been obvious over Zhang, Reisman, and Jackson. Pet. 59–71. Petitioner relies on Jackson for teaching various components, including its input connector, amplifiers, filters, complex mixer, and demodulator, which Petitioner asserts can be incorporated into Zhang's system to provide a way to implement and improve Zhang's receiver. *Id.* (citing Ex. 1013 ¶¶ 5–6, 12, 15, 23, 25–32, 38–39, 45, 47–48, Figs. 2, 3; Ex. 1057 ¶¶ 2–4, 6, 19–20, 23–27, Figs. 3, 4B, 5, 6, 7). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 64–67, 225–250).

Patent Owner does not specifically dispute Petitioner's contentions regarding claims 28–32, 42–46, 56–60, and 70–74. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 59–71), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Reisman, we find that Petitioner's proposed combination of Zhang, Reisman, and Jackson teaches the limitations of these dependent claims and that Petitioner's proffered reasoning for combining Zhang, Reisman, and Jackson support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 28–32, 42–46, 56–60, and 70–74 would have been obvious over Zhang, Reisman, and Jackson.

### *F. Asserted Challenge Based on Zhang and Pandey*

Petitioner asserts that claims 1, 3–9, 11, 13, 14, 16–22, 24, 26, 34–36, and 48–50 would have been obvious over Zhang and Pandey. Pet. 72–79. Petitioner cross-references its discussion of Zhang's teaching of the serial

interface of claims 1, 14, 36, 50, 64, and 78 as well as the parallel interface of claims 35, 49, 63, and 77. *Id.* at 72. Petitioner further relies on Pandey for also teaching serial and parallel interfaces, which Petitioner says can be incorporated into Zhang's system to provide a way to implement Zhang's digital circuit. *Id.* at 72–79 (citing Ex. 1013 ¶¶ 28–30, 37, 40, 42, 44, 47–48, Fig. 2; Ex. 1014, code (57), 1:15–2:38, 2:64–3:27, 5:50–53, 6:10–15, 6:44–53, 7:13–19, 10:24–53, 10:58–11:19, 13:33–14:7, 29:44–30:9, 30:31–31:12, 31:15–22, 31:56–63, 32:7–15, Figs. 2–3, 37–39). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 252–262).

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 72–79), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Pandey teaches the limitations of claims 1, 3–9, 11, 13, 14, 16–22, 24, 26, 34–36, and 48–50 and that Petitioner's proffered reasoning for combining Zhang and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1, 3–9, 11, 13, 14, 16–22, 24, 26, 34–36, and 48–50 would have been obvious over Zhang and Pandey.

*G. Asserted Challenge Based on Zhang, Reisman, and Pandey*

Each of claims 9–12, 22–25, 34–36, 48–50, 62–64, and 76–78 depends from independent claims 1, 14, 27, 41, 55, and 69. Petitioner

asserts that these dependent claims would have been obvious over Zhang, Reisman, and Pandey. Pet. 72–79. Petitioner cross-references its discussion of Zhang's teaching of the serial interface of claims 1, 14, 36, 50, 64, and 78 as well as the parallel interface of claims 35, 49, 63, and 77. *Id.* at 72. Petitioner further relies on Pandey for also teaching serial and parallel interfaces, which Petitioner says can be incorporated into Zhang's system to provide a way to implement Zhang's digital circuit. *Id.* at 72–79 (citing Ex. 1013 ¶¶ 28–30, 37, 40, 42, 44, 47–48, Fig. 2; Ex. 1014, code (57), 1:15–2:38, 2:64–3:27, 5:50–53, 6:10–15, 6:44–53, 7:13–19, 10:24–53, 10:58–11:19, 13:33–14:7, 29:44–30:9, 30:31–31:12, 31:15–22, 31:56–63, 32:7–15, Figs. 2–3, 37–39). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 252–262).

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 72–79), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Reisman, we find that Petitioner's proposed combination of Zhang, Reisman, and Pandey teaches the limitations of claims 9–12, 22–25, 34–36, 48–50, 62–64, and 76–78 and that Petitioner's proffered reasoning for combining Zhang, Reisman, and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 9–12, 22–25, 34–36, 48–50, 62–64, and 76–78 would have been obvious over Zhang, Reisman, and Pandey.

*H. Asserted Challenge Based on Zhang, Jackson, and Pandey*

Each of claims 2–6 and 15–19 depends from independent claims 1 or 14. Petitioner asserts that these dependent claims would have been obvious over Zhang, Jackson, and Pandey. Pet. 79–80. Petitioner cross-references its discussion regarding its challenge based on Zhang and Jackson as well as its challenge based on Zhang and Pandey. *Id.* at 79 (citing Ex. 1002 ¶ 263–264).

Patent Owner does not specifically dispute Petitioner's contentions for this challenge. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 79–80), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Jackson as well as its challenge based on Zhang and Pandey, we find that Petitioner's proposed combination of Zhang, Jackson, and Pandey teaches the limitations of claims 2–6 and 15–19 and that Petitioner's proffered reasoning for combining Zhang, Jackson, and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 2–6 and 15–19 would have been obvious over Zhang, Jackson, and Pandey.

## IV. CONCLUSION

For the reasons given, Petitioner has demonstrated by a preponderance of the evidence that claims 1–82 of the ’866 patent are unpatentable as follows.[6]

[6] Should Patent Owner wish to pursue amendment of the challenged claims in a reissue or reexamination proceeding subsequent to the issuance of this Decision, we draw Patent Owner’s attention to the April 2019 Notice Regarding Options for Amendments by Patent Owner Through Reissue or Reexamination During a Pending AIA Trial Proceeding. *See* 84 Fed. Reg. 16,654 (Apr. 22, 2019). If Patent Owner chooses to file a reissue application or a request for reexamination of the challenged patent, we remind Patent Owner of its continuing obligation to notify the Board of any such related matters in updated mandatory notices. *See* 37 C.F.R. §§ 42.8(a)(3), (b)(2).

| Claim(s) | 35 U.S.C. § | Reference(s)/ Basis | Claim(s) Shown Unpatentable | Claim(s) Not Shown Unpatentable |
|---|---|---|---|---|
| 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, 54 | 102 | Zhang | 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, 54 | |
| 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, 54 | 103(a) | Zhang | 1, 3–7, 9, 11, 13, 14, 16–20, 22, 24, 26, 27, 29–33, 35–37, 40, 41, 43–47, 49–51, 54 | |
| 9–12, 22–25, 27, 29–33, 35–41, 43–47, 49–55, 57–61, 63–69, 71–75, 77–82 | 103(a) | Zhang, Reisman | 9–12, 22–25, 27, 29–33, 35–41, 43–47, 49–55, 57–61, 63–69, 71–75, 77–82 | |
| 2–6, 15–19, 28–32, 42–46 | 103(a) | Zhang, Jackson | 2–6, 15–19, 28–32, 42–46 | |
| 28–32, 42–46, 56–60, 70–74 | 103(a) | Zhang, Reisman, Jackson | 28–32, 42–46, 56–60, 70–74 | |
| 1, 3–9, 11, 13, 14, 16–22, 24, 26, 34–36, 48–50 | 103(a) | Zhang, Pandey | 1, 3–9, 11, 13, 14, 16–22, 24, 26, 34–36, 48–50 | |
| 9–12, 22–25, 34–36, 48–50, 62–64, 76–78 | 103(a) | Zhang, Reisman, Pandey | 9–12, 22–25, 34–36, 48–50, 62–64, 76–78 | |
| 2–6, 15–19 | 103(a) | Zhang, Pandey, Jackson | 2–6, 15–19 | |
| **Overall Outcome** | | | 1–82 | |

## V. ORDER

In consideration of the foregoing, it is hereby

ORDERED that claims 1–82 of the ’866 patent have been shown to be unpatentable; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

FOR PETITIONER:

Frederic Meeker
Michael S. Cuviello
Harry W. Porter
Paul T. Qualey
Joshua L. Davenport
Craig W. Kronenthal
BANNER & WITCOFF, LTD.
fmeeker@bannerwitcoff.com
mcuviello@bannerwitcoff.com
wporter@bannerwitcoff.com
pqualey@bannerwitcoff.com
jdavenport@bannerwitcoff.com
ckronenthal@bannerwitcoff.com

FOR PATENT OWNER:

Jason A. Engel
Erik J. Halverson
Kyle M. Kantarek
Nolan R. Hubbard
Matthew A. Blair
K&L GATES LLP
jason.engel.ptab@klgates.com
erik.halverson@klgates.com
kyle.kantarek@klgates.com

nolan.hubbard@klgates.com
matthew.blair@klgates.com

Kenneth J. Weatherwax
Parham Hendifar
Nathan Lowenstein
Colette Woo
Kenneth Wang
LOWENSTEIN & WEATHERWAX LLP
weatherwax@lowensteinweatherwax.com
hendifar@lowensteinweatherwax.com
lowenstein@lowensteinweatherwax.com
woo@lowensteinweatherwax.com
wang@lowensteinweatherwax.com

Trials@uspto.gov
571-272-7822

Paper 46
Date: October 1, 2025

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

COMCAST CABLE COMMUNICATIONS, LLC,
Petitioner,

v.

ENTROPIC COMMUNICATIONS, LLC,
Patent Owner.

---

IPR2024-00438
Patent 11,399,206 B2

---

Before MICHELLE N. WORMMEESTER, JON M. JURGOVAN, and FREDERICK C. LANEY, *Administrative Patent Judges*.

WORMMEESTER, *Administrative Patent Judge*.

JUDGMENT
Final Written Decision
Determining All Challenged Claims Unpatentable
*35 U.S.C. § 318(a)*

# I. INTRODUCTION

Comcast Cable Communications, LLC ("Petitioner") filed a Petition (Paper 2, "Pet.") requesting *inter partes* review of claims 1–76 of U.S. Patent No. 11,399,206 B2 (Ex. 1001, "the '206 patent"). Entropic Communications, LLC ("Patent Owner") filed a Preliminary Response (Paper 10). Pursuant to 35 U.S.C. § 314, we instituted an *inter partes* review of all challenged claims based on all asserted challenges in the Petition. Paper 14 ("Inst. Dec."). Thereafter, Patent Owner filed a Response (Paper 24, "PO Resp.") to the Petition, Petitioner filed a Reply (Paper 29, "Pet. Reply"), and Patent Owner filed a Sur-reply (Paper 34, "PO Sur-reply"). On July 18, 2025, we conducted an oral hearing. A copy of the transcript (Paper 43) is in the record.

We have jurisdiction under 35 U.S.C. § 6(b). This Final Written Decision is issued pursuant to 35 U.S.C. § 318(a). For the reasons that follow, we determine that Petitioner has shown by a preponderance of the evidence that claims 1–76 of the '206 patent are unpatentable.

# II. BACKGROUND

## *A. Related Proceedings*

The parties identify various federal district court cases and petitions for *inter partes* review. *See* Pet. viii–ix; Paper 4, 1–4 (Patent Owner's Mandatory Notices); Paper 28, 1–2 (Patent Owner's Third Updated Mandatory Notices).

*B. The ’206 Patent*

The ’206 patent describes “wideband receiver systems that are capable of receiving multiple desired television channels that extend over multiple non-contiguous portions of the broad frequency spectrum and grouping them into a contiguous, or substantially-contiguous, frequency spectrum.” Ex. 1001, 1:30–35. To illustrate one exemplary embodiment, Figure 2 of the ’206 patent is reproduced below.




FIG. 2

Figure 2 is a block diagram of wideband receiver system 200 that includes radio front end 210, analog-to-digital convertors 218 (ADC1) and 228 (ADC2), and digital front end 230. *Id.* at 4:35–38, 5:33–35, Fig. 2. System 200 receives and processes channels 110, which are located in a radio frequency (RF) spectrum with frequency bandwidth 120 (BW1). *Id.* at 2:13–15, 4:39–42. There are ten available channels in bandwidth 120, where each channel occupies 8 MHz of bandwidth for a total of 80 MHz. *Id.*

at 4:42–45. Of these available channels, there are four desired channels with respective carrier frequencies $f_{rf1}$, $f_{rf2}$, $f_{rf3}$, and $f_{rf4}$ that are located in noncontiguous portions of bandwidth 120. *Id.* at 4:47–51.

Radio front end 210 is a wideband tuner receiver that includes low noise amplifier 202 (LNA), mixers 211 (M1) and 221 (M2), amplifiers 213 (V1) and 223 (V2), as well as filters 215 (F1) and 225 (F2). Ex. 1001, 4:39–5:32. Digital front end 230 includes N complex mixers 250, where N is the number of desired channels located in the noncontiguous portions of bandwidth 120. *Id.* at 5:51–55, Fig. 2. In Figure 2's example, N represents four desired RF channels. *Id.* at 5:63–65. Digital front end 230 also includes filter modules 260a–260n and demodulators 270a–270n. *Id.* at 6:6–12, Fig. 2.

In operation, radio front end 210's low noise amplifier 202 receives RF input signal 102, which includes the four desired RF channels. Ex. 1001, 4:45–51. Mixers 211 and 221 multiply (mix) amplified RF signal 203 with respective first oscillator frequency signal 205 and second oscillator frequency signal 207 to generate in-phase signal 212 and quadrature signal 222, which have a phase shift of ninety degrees between them. *Id.* at 4:61–66. Signals 212 and 222 are further amplified by respective amplifiers 213 and 223 to generate signals 214 and 224, which are then filtered by respective filters 215 and 225 to generate filtered in-phase signal 216 and filtered quadrature signal 226. *Id.* at 5:17–20, Fig. 2.

After being processed in radio front end 210, filtered signals 216 and 226 are digitized for further processing in digital front end 230. Ex. 1001, 5:20–24. ADC1 218 generates digital in-phase signal 232 (I), which is a digital representation of analog filtered signal 216, and ADC2 228 generates

digital quadrature signal 242 (Q), which is a digital representation of analog filtered signal 226. *Id.* at 5:48–51.

In digital front end 230, each complex mixer 250 receives digital signals 232 and 242 from ADC1 218 and ADC2 228 to extract a different desired channel, and then frequency-shifts (downshifts) the extracted signal to the baseband frequency. Ex. 1001, 6:3–6, 6:53–56. Frequency-shifted channels 252a–252n are filtered by associated filter modules 260a–260n. *Id.* at 6:6–8. Next, filtered channels 262a–262n are decimated and sent to associated demodulators 270a–270n that extract the original information transmitted in each desired channel. *Id.* at 6:8–14. The decimated baseband channels may be sent as a serial or parallel digital data stream to a demodulator using a serial or parallel data interface. *Id.* at 7:10–14, Fig. 2.

According to the ’206 patent, its approach “eliminates the need of expensive data conversion, filtering and channel selection on the demodulator side,” and “removes undesired channels from the signal path at an early stage, thus reliev[ing] the large dynamic range requirement in the demodulator.” Ex. 1001, 7:14–19.

*C. Illustrative Claims*

Petitioner challenges claims 1–76 of the ’206 patent. Claims 1, 13, 25, 38, 51, and 64 are independent. Claims 1 and 13 are reproduced below.

> 1. A method for receiving a television (TV) signal comprising:
>
> receiving an input signal from a cable network;
>
> digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the

received channels comprise a plurality of desired channels and a plurality of undesired channels;

concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and

providing the plurality of desired channels via a serial interface.

13. A method comprising:

receiving an input signal from a cable network;

digitizing all received channels in the input signal via wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels;

digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs; and

providing the plurality of digital channel outputs via a serial interface.

Ex. 1001, 12:15–28, 13:5–15.

### *D. Asserted Challenges to Unpatentability*

Petitioner asserts the following eight challenges to claims 1–76 of the ’206 patent. Pet. 12–13, 19–75. We instituted *inter partes* review on each challenge. Inst. Dec. 34.

| Claim(s) Challenged | 35 U.S.C. § | Reference(s)/Basis |
|---|---|---|
| 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, 46–48 | 102[1] | Zhang[2] |
| 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, 46–48 | 103(a) | Zhang |
| 9–12, 21–25, 27–31, 33–38, 40–44, 46–51, 53–57, 59–64, 66–70, 72–76 | 103(a) | Zhang, Reisman[3] |
| 2–6, 14–18, 26–30, 39–43 | 103(a) | Zhang, Jackson[4] |
| 26–30, 39–43, 52–56, 65–69 | 103(a) | Zhang, Reisman, Jackson |
| 1, 3–9, 11, 13, 15–21, 23, 32–34, 45–47 | 103(a) | Zhang, Pandey[5] |
| 9–12, 21–24, 32–34, 45–47, 58–60, 71–73 | 103(a) | Zhang, Reisman, Pandey |
| 2–6, 14–18 | 103(a) | Zhang, Pandey, Jackson |

In support of its challenges, Petitioner relies on a Declaration of David B. Lett (Ex. 1002) and a Reply Declaration of David B. Lett (Ex. 1078). Patent Owner relies on a Declaration of Samuel H. Russ, Ph.D. (Ex. 2009).

---

[1] The Leahy-Smith America Invents Act ("AIA"), Pub. L. No. 112-29, 125 Stat. 284 (2011), amended 35 U.S.C. §§ 102 and 103, effective March 16, 2013. Because the application from which the '206 patent issued claims priority to an application filed before this date, the pre-AIA versions of §§ 102 and 103 apply.

[2] Zhang et al., U.S. Publ'n No. 2003/0056221 A1, published Mar. 20, 2003 (Ex. 1013).

[3] Reisman, U.S. Publ'n No. 2003/0229900 A1, published Dec. 11, 2003 (Ex. 1052).

[4] Jackson et al., U.S. Publ'n No. 2009/0113504 A1, published Apr. 30, 2009 (Ex. 1057).

[5] Pandey et al., U.S. Patent No. 7,237,214 B1, issued June 26, 2007 (Ex. 1014).

Transcripts of the depositions of Mr. Lett (Ex. 2018, Ex. 2019, Ex. 2021) and Dr. Russ (Ex. 1079) also are in the record.

## III. DISCUSSION

### *A. Claim Construction*

In an *inter partes* review proceeding, we construe a claim of a patent "using the same claim construction standard that would be used to construe the claim in a civil action under 35 U.S.C. 282(b)." *See* 37 C.F.R. § 42.100(b). That standard involves construing claims in accordance with the ordinary and customary meaning of such claims as would have been understood by a person of ordinary skill in the art ("POSITA") and the prosecution history pertaining to the patent. *See id.*; *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312–14 (Fed. Cir. 2005) (en banc).

Petitioner asserts that "[a]ll claim terms herein should be given their ordinary and customary meaning to a POSITA." Pet. 18. Patent Owner does not respond. *See* PO Resp. For purposes of this Decision, we determine that no claim term requires express interpretation to resolve any controversy in this proceeding. *See Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

### *B. Asserted Challenges Based on Zhang Alone*

Petitioner asserts that claims 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, and 46–48 of the '206 patent are anticipated by Zhang. Pet. 19–45. Petitioner also asserts that these claims would have been obvious over Zhang. *Id.* Patent Owner disputes certain aspects of Petitioner's analysis. PO Resp. 3–50. For the reasons explained below, we

determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, and 46–48 are anticipated by Zhang or would have been obvious over Zhang.

Before addressing the parties' arguments, we provide an overview of Zhang.

### *1. Overview of Zhang*

Zhang describes demodulator circuits in broadband communications. Ex. 1013 ¶ 4. To illustrate one embodiment, Figure 2 of Zhang is reproduced below.




Fig. 2

Figure 2 is a diagram of multi-channel demodulator 200. *Id.* ¶ 23. Frequency-block down-converter 210 receives a multi-channel analog RF signal that can come from any of various sources such as satellite systems, terrestrial TV systems, and cable systems. *Id.* Down-converter 210 downshifts the multi-channel analog RF signal to a lower frequency band. *Id.* ¶ 25. Analog-to-digital converter 220 then converts the down-converted multi-channel analog RF signal to a multi-channel digital RF signal. *Id.*

¶ 27. Digital channel demultiplexer 230 demultiplexes the digital RF signal into separate digital RF channels $C_1$ to $C_n$. *Id.* ¶ 28. Digital selector 240 receives the demultiplexed digital RF channels and selects one or more of RF channels $D_1$ to $D_m$ from one or more of digital RF channels $C_1$ to $C_n$. *Id.* The m selected RF channels are fed into respective demodulators 250(1) to 250(m), where they are demodulated. *Id.* ¶ 29. The selected RF channels $D_1$ to $D_m$ then feed into digital transport interface 260. *Id.*

We turn now to the claims, starting with independent claims 1, 13, 25, and 38.

*2. Independent Claim 1*

Claim 1 is directed to a "method for receiving a television (TV) signal" and recites various steps including a "receiving" step, a "digitizing" step, a "concurrently selecting" step, and a "providing" step. Petitioner designates the preamble as element 1A and the recited steps as elements 1B through 1E. We address these elements, starting with Petitioner's arguments and then turning to the parties' dispute.

*a. Element 1A: "method for receiving a television (TV) signal"*

Claim 1 recites as its preamble "[a] method for receiving a television (TV) signal." Petitioner asserts that "Zhang describes an RF receiver, for example in a set-top box, that receives digital video channels over a cable system and that incorporates a DOCSIS return channel, which the '206 patent concedes is a protocol for 'cable networks that carry TV programs.'" Pet. 19–20 (citing Ex. 1013 ¶¶ 5–6, 23–25, 29, 41, 45–47; Ex. 1001, 9:4–8).

Patent Owner does not specifically dispute Petitioner's contentions regarding the preamble. *See* PO Resp. Although we do not determine whether the preamble is limiting, we are persuaded by Petitioner's argument and evidence that Zhang teaches the subject matter of the preamble.

*b. Element 1B: "receiving" step*

Claim 1 recites "receiving an input signal from a cable network." For this step, Petitioner provides an annotated version of Figure 2 of Zhang, which is reproduced below. Pet. 20.




Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang discloses receiving a 'multi-channel analog RF signal' (the claimed 'input signal') from a cable system with a frequency block down converter 210 (**red**)." Pet. 20 (citing Ex. 1013 ¶¶ 5–6, 23–24, 41, 45–47). According to Petitioner, "[t]he multi-channel analog RF signal is 'an RF signal in a given frequency band that carries multiple RF channels.'" *Id.* (quoting Ex. 1013 ¶ 24).

Patent Owner does not specifically dispute Petitioner's contentions regarding claim element 1B. *See* PO Resp. Based on Petitioner's argument and evidence, we find that Zhang teaches the recited receiving step of claim element 1B. *See* Pet. 20. For example, Zhang teaches its "frequency-block down-converter 210 receives one or more multi-channel analog RF signals which can be sourced by a variety of systems such as satellite systems, terrestrial TV systems, cable systems, etc." Ex. 1013 ¶ 23 (cited by Pet. 20).

*c. Element 1C: "digitizing" step*

Claim 1 further recites "digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels." For this step, Petitioner provides another annotated version of Figure 2 of Zhang, reproduced below. Pet. 22.




Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang's

Frequency Block Down Converter 210 'shifts the multi-channel analog RF signal to a lower frequency band,' which is then digitized by Zhang's ADC 220 (**gold**)." Pet. 21 (citing Ex. 1013 ¶¶ 10, 23–25, 27, 31, 34, 42, 44).

Petitioner contends that "Zhang's ADC is 'wideband' because the digitized multi-channel RF signal includes several channels, and the channels form 'a contiguous band of frequencies' because . . . they are spaced next to each other within a frequency band with a 'precise frequency spacing' (e.g., 6MHz) that is a fraction of the total bandwidth of the multi-channel RF signal (e.g., 540-750 MHz divided into 35 channels)." Pet. 21 (citing Ex. 1013 ¶¶ 6, 10, 24–25, 27, 41–42, 47). Petitioner adds, "Zhang expressly discloses that in alternate variations of its system, 'RF channels need not be contiguous,' teaching that in the embodiment otherwise described, the RF channels are 'a contiguous band of frequencies.'" *Id.* at 22 (quoting Ex. 1013 ¶ 48).

Petitioner further contends that Zhang's "ADC 220 . . . 'converts an entire signal band . . . including the multi-channel analog RF signal,'" which, according to Petitioner, means "the digitized frequency band 'comprises all received channels that exist in the input signal.'" Pet. 23 (quoting Ex. 1013, claim 8).

Lastly, Petitioner contends that Zhang's "digitized multi-channel RF signal includes 'target' RF channels that are selected and demodulated in subsequent stages (claimed 'desired channels'), and undesired RF channels are filtered out (claimed 'undesired channels')." Pet. 23 (citing Ex. 1013 ¶¶ 5, 10–12, 27–29, 31–32, 35–36, 41–42, claim 37).

Patent Owner does not specifically dispute Petitioner's contentions regarding claim element 1C. *See* PO Resp. Based on Petitioner's arguments

and evidence, we find that Zhang teaches the recited digitizing step of claim element 1C.

*d. Element 1D: "concurrently selecting" step*

Claim 1 further recites "concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels." For this step, Petitioner provides yet another annotated version of Figure 2 of Zhang, reproduced below. Pet. 24.




Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that Zhang's "multi-channel digital RF signal is input to Demultiplexer 230 and a portion of Digital Selector 240 (collectively **purple**) . . . , which perform Element [1D]." Pet. 23.

To illustrate, Petitioner also provides an annotated version of Figure 3 of Zhang, which is reproduced below. Pet. 25.




Fig. 3

Figure 3 of Zhang, as annotated by Petitioner, is a diagram of digital tuner 300, which may be used to implement demultiplexer 230 of Figure 2 of Zhang. *See* Ex. 1013 ¶ 30. Petitioner asserts that Zhang's "[d]igital tuner 300 . . . includes a plurality of signal paths for concurrently selecting a plurality of desired channels $C_1 - C_n$ (**light blue**)," where "each path includes a complex multiplier 320 (**purple**) followed by a [low pass filter] 330 (**green**)." Pet. 24 (citing Ex. 1013 ¶¶ 30–34). Petitioner further asserts that each "complex multiplier 320 first downconverts (shifts) the multi-channel RF signal frequency so that a different 'target channel' selected by the subscriber within the signal is centered at baseband (0 Hz), and then low pass filter 330 filters out all undesired channels, so that one of the 'n' target digital channels $C_1$–$C_n$ (**light blue**) is output." *Id.* at 25 (citing Ex. 1013 ¶¶ 28, 31–37). In addition, Petitioner asserts that "[s]elector 240 provides 'm' channels $D_1$–$D_m$ selected from any or all of the channels $C_1$–$C_n$ (**light blue**) for demodulation by one or more demodulators." *Id.* at 25–26 (citing Ex. 1013 ¶¶ 5, 28, 38–39, 47). According to Petitioner, Zhang's "Demultiplexer 230 and Selector 240 output only user selected channels

(either all or a subset of the user selected 'C' channels) and filter out all other channels from the digitized multi-channel RF signal." *Id.* at 26 (citing Ex. 1013 ¶¶ 28, 39, 47).

Patent Owner makes several arguments regarding claim element 1D, which we will address below.

### *e. Element 1E: "providing" step*

Lastly, claim 1 recites "providing the plurality of desired channels via a serial interface." For this step, Petitioner provides an annotated version of Figure 5 of Zhang, reproduced below. Pet. 27.




**Ex. 1013, Fig. 5 (annotated)**

Figure 5 of Zhang, as annotated by Petitioner, is a diagram of digital selector 500, which may be used to implement digital selector 240 of Figure 2 of Zhang. *See* Ex. 1013 ¶ 38. Petitioner asserts "[s]elector 240 may have only a single bus (e.g., Data bus 1) that receives channels $C_1 – C_n$ from the Channel Demultiplexer 230 (represented by green blocks with

different patterns) and sends them across the bus 'with the use of time division multiplexing.'" Pet. 26 (citing Ex. 1013 ¶¶ 38–39). According to Petitioner, "[a] POSITA would have understood that this sends different channels sequentially (serially) in different time divisions over a single data path as shown, and that such a path is a 'serial interface.'" *Id.* at 27. Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* at 26–28 (citing Ex. 1002 ¶¶ 115–119).

Under an alternative theory, Petitioner contends that, "[t]o the extent Zhang does not disclose a serial interface, implementing Zhang's circuitry to output the selected channels via a serial interface would have been obvious in light of the POSITA's general knowledge, creativity, and common sense as one of two common design choices that were well known and used by POSITAs in integrated circuit designs at the time." Pet. 28. Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* at 28–29 (citing Ex. 1002 ¶¶ 117, 120–121).

Patent Owner does not specifically dispute Petitioner's contentions regarding claim element 1E. *See* PO Resp. Based on Petitioner's arguments and evidence, we find that Zhang teaches the recited providing step of claim element 1E.

*f. The Parties' Dispute*

As discussed above, Patent Owner disputes Petitioner's analysis for claim element 1D. Patent Owner argues in particular "the '206 patent ***only*** selects desired channels from the digitized input RF signal without selecting any undesired channels," whereas "Zhang performs no selection from the digitized input signal." PO Resp. 3; *see also id.* at 3–7. According to Patent

Owner, Zhang "blindly extracts ***all*** channels, ***both*** desired ***and*** undesired, from the digitized input RF signal without performing any selection" and "only later selects the desired channels from the extracted channels." *Id.* at 3. Patent Owner cites Dr. Russ's declaration testimony that "Zhang digitizes an input signal . . . , consisting of 'n' desired and undesired channels, in the analog to digital converter 220," then "extracts from the digitized RF input signal ***all*** channels $C_1$–$C_n$, ***both*** desired ***and*** undesired, in the Digital Channel DeMux 230 . . . without making any selection," and then uses the selector 240 to "select[] the desired channels and output[] them to demodulators." *Id.* at 5–6 (quoting Ex. 2009 ¶¶ 33–35).

Petitioner counters that channels $C_1$–$C_n$ and channels $D_1$–$D_m$ independently teach the recited desired channels. Pet. Reply 4; *see also* PO Resp. 8–9 ("The Petition first appears to argue that Zhang's channels $C_1$–$C_n$ constitute the claimed 'plurality of desired channels.' . . . Subsequently, however, Petitioner appears to suggest that Zhang's channels $D_1$–$D_m$ may be the claimed 'desired channels.'"). Regarding channels $C_1$–$C_n$, Petitioner contends "Zhang does not mandate that $C_1$–$C_n$ include all channels." Pet. Reply 6. Petitioner asserts "Zhang calls each of $C_1$–$C_n$ a 'desired channel,' and the selected number 'n' of them is a variable disclosed as being less than the number of channels in the digitized input signal." *Id.* at 6 (citing Ex. 1013 ¶¶ 28, 30, 32–33, 42). As to channels $D_1$–$D_m$, Petitioner reiterates the "Petition's arguments, which identify a combination of demultiplexer 230 with all or part of the selector 240 for performing the 'selecting . . . from the input signal,'" where the "combined circuitry outputs $D_1$ to $D_m$, which are undisputedly desired channels . . . , and the

input of this circuitry is undisputedly the input signal comprising the plurality of desired channels from the ADCs." *Id.* at 6–7.

We agree with Petitioner. Starting with its argument that Zhang's channels $C_1$ to $C_n$ teach the recited desired channels, we consider Zhang's teaching that its "channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber." Ex. 1013 ¶ 28 (cited by Pet. 25). The fact that channels $C_1$–$C_n$ contain content channels that are "selected" or "used" implies that channels $C_1$–$C_n$ themselves are desired channels, not both desired and undesired channels. Indeed, as Petitioner points out, Zhang refers to each of channels $C_1$–$C_n$ as a "desired" channel:

> Numeric oscillator 310(1) generates a frequency, or "target" frequency, that matches the characteristic frequency of *a desired RF channel, or "target" RF channel*. . . . Thus, *only the target RF channel passes*. Digital tuner circuit 300 then outputs the *separated RF channels $C_1$ to $C_n$* . . . .

*Id.* ¶ 32 (emphases added) (cited by Pet. Reply 5).

We note Patent Owner's contention that Zhang's reference to "an entire signal band with n channels" means channels $C_1$–$C_n$ include both desired and undesired channels. PO Resp. 11 (citing Ex. 1013 ¶ 27); *id.* at 17 ("[I]n Zhang, the number of complex multipliers 320 (1 . . . n) is the same number 'n' as the number of all channels, both desired and undesired, in the entire signal band."); *id.* at 18 ("Zhang is clear that the number 'n' in its disclosure denotes both desired and undesired in 'entire signal band.'"); *see also id.* at 16–24 (asserting "Petitioner's arguments are inconsistent with Zhang" (capitalization and emphasis omitted)). As noted above, however, Zhang explains that "channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber." Ex. 1013 ¶ 28; *see also id.* ¶ 42 ("A

demultiplexer . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$. . . . *The exact number will depend on the specific application*." (emphasis added)); *id.* ¶ 30 ("Digital tuner 300 includes a bank of n numeric control oscillators . . . , complex multipliers . . . , and low-pass filters . . . . One chain of each of these elements is used for each RF channel. *The exact number of these elements will depend on the number of RF channels to be demultiplexed*." (emphasis added)). Zhang then characterizes each of channels $C_1$–$C_n$ as a "desired RF channel." *Id.* ¶ 32 ("Numeric oscillator 310(1) generates a frequency . . . that matches the characteristic frequency of a desired RF channel."); *id.* ("LPFs 330(1 . . . n) receive all RF channels and each filters out all RF channels except for its target RF channel. Thus, only the target RF channel passes."). In the context of Zhang's full disclosure, the reference to "an entire signal band with n channels" appears to be a reference to a signal band that *includes* the selected (or used) n channels. That is, the signal band could also include unselected (or unused) channels. This reading is further supported by claim 8 of Zhang, which recites "the ADC converts an entire signal band, the signal band including the multichannel analog RF signal." *Id.*, claim 8 (cited by Pet. 23).

We also note Patent Owner's contention that Zhang's prosecution history reveals "the applicant explained that it is the selector that distinguished Zhang from its prior art, where all of the channels were demodulated." PO Resp. 14–15; *see also id.* at 17 ("[I]f Zhang's Figure 3 down converted and output only desired channels, there would have been no need for the subsequent channel selector 240 to select desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$." (quoting Ex. 2009 ¶ 57)). Distinguishing Zhang

from the prior art based on Zhang's selector, however, does not mean Zhang's channels $C_1$–$C_n$ include both desired and undesired channels. Zhang explains that "channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber," and that "selector 240 . . . selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28. In other words, channels $C_1$–$C_n$ may be a set of subscriber-selected channels while channels $D_1$–$D_m$ may be a further set of subscriber-selected channels that are a subset of channels $C_1$–$C_n$. Being able to select a subset of channels translates to systems that are faster and dissipate less heat because fewer resources are needed to demodulate only the selected subset of channels. *See id.*

Even if Zhang's channels $C_1$–$C_n$ were to include both desired and undesired channels, however, Patent Owner's argument still fails. Turning to Petitioner's contention that Zhang's channels $D_1$ to $D_m$ teach the recited desired channels, we note Petitioner identifies Zhang's demultiplexer 230 and digital selector 240 *together* as the circuitry that performs the recited concurrently selecting step of claim element 1D. Pet. 23–24. As Petitioner points out, Zhang teaches "demultiplexer 230 . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28, Fig. 2 (cited by Pet. 23–24). Zhang further teaches "selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and then *selects one or more of the RF channels $D_1$ to $D_m$* from one or more of the digital RF channels $C_1$ to $C_n$." *Id.* ¶ 28 (emphasis added), Fig. 2. In other words, Zhang's selector 240 (which Petitioner identifies as part of the circuitry that performs the recited concurrently selecting step) selects channels $D_1$–$D_m$ (which Petitioner identifies as the recited desired channels)

from channels $C_1$–$C_n$. *See* Pet. 26 ("Demultiplexer 230 and Selector 240 output only user selected channels (either all or a subset of the user selected 'C' channels)."); Pet. Reply 6 ("This combined circuitry outputs $D_1$–$D_m$, which are undisputedly desired channels."); Ex. 1013 ¶ 28. Patent Owner does not dispute this aspect of Petitioner's analysis, acknowledging Zhang's "[s]elector 240 selects desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$." PO Resp. 13 (annotated Figure 2 of Zhang).

Patent Owner further argues "Petitioner's assertion that Zhang's channels $C_1$–$C_n$ disclose the claimed 'desired channels' . . . is also inconsistent with Petitioner's mapping of Zhang to other claim limitations," namely the providing step of claim element 1E. PO Resp. 24–25. To illustrate its position, Patent Owner provides an annotated version of Figure 5 of Zhang, reproduced below. *Id.* at 25.




Fig. 5

Figure 5 of Zhang, as annotated by Patent Owner, is a diagram of selector 500, which may be used to implement selector 240 of Figure 2 of Zhang. *See* Ex. 1013 ¶ 38. Patent Owner asserts "what is 'provided' on Zhang's Data Bus 1 in the selector 240 are channels $D_1$–$D_m$ (blue) shown on the right-hand side output of data bus 1, not channels $C_1$–$C_n$ (red)." PO Resp. 26. According to Patent Owner, to the extent Petitioner relies on channels $C_1$–$C_n$ as the desired channels for claim element 1D, "that mapping contradicts Petitioner's mapping for limitation [1E], which relies on channels $D_1$–$D_m$ as 'the plurality of desired channels' provided on a 'serial interface.'" *Id.* at 26.

We disagree with Patent Owner. Claim element 1E recites "providing the plurality of desired channels via a serial interface." As discussed above, Petitioner contends that Zhang's channels $C_1$–$C_n$ and channels $D_1$–$D_m$ independently (as well as collectively) teach the recited desired channels. Pet. 24, 26; Pet. Reply 4. Zhang teaches that its "demultiplexer 230 . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$," and that its "selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and then selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28, Figs. 2, 3, 5.

As to Petitioner's theory that channels $C_1$–$C_n$ teach the recited desired channels, we consider Figures 2, 3, and 5 of Zhang, which show selector 240 receives channels $C_1$–$C_n$ (e.g., desired channels) that are then provided via a serial interface in selector 240 (e.g., selector 500) as further channels $D_1$–$D_m$. Ex. 1013, Figs. 2, 3, 5. Patent Owner does not appear to dispute that Zhang operates in this way. *See* PO Resp. 25 (annotation acknowledging Zhang's

"Figure 5 'selects one or more RF channels $D_1$ to $D_m$ from the digital RF channels $C_1$ to $C_n$ and then sends them to appropriate demodulators or output ports . . . through different data buses.'" (quoting Ex. 1013 ¶ 39)). Accordingly, Petitioner's reliance on channels $C_1$–$C_n$ as the recited desired channels is persuasive.

As to Petitioner's theory that channels $D_1$–$D_m$ teach the recited desired channels, we again consider Figures 2, 3, and 5 of Zhang, which show selector 240 selects channels $D_1$ to $D_m$ (e.g., desired channels) from channels $C_1$ to $C_n$ and provides selected channels $D_1$ to $D_m$ via a serial interface in selector 240 (e.g., selector 500). Ex. 1013, Figs. 2, 3, 5. As noted above, Patent Owner acknowledges Zhang's "[s]elector 240 selects desired channels $D_1$–$D_m$ from channels $C_1$–$C_n$." PO Resp. 13 (annotated Figure 2 of Zhang). Accordingly, Petitioner's reliance on channels $D_1$–$D_m$ as the recited desired channels also is persuasive.

Patent Owner further argues that, "[t]o the extent Petitioner relies on channels $D_1$–$D_m$ as the claimed 'plurality of desired channels,' that reliance also fails to disclose or render obvious the claims because channels $D_1$–$D_m$ are not selected 'from the input signal.'" PO Resp. 27; *see also id.* at 27–36.

Petitioner counters that "the digital circuitry [for performing step 1D] is demultiplexer 230, in combination with all or part of selector 240," which means "the input to the relied-upon digital circuitry (i.e., the input to demultiplexer 230) is the input signal including the desired channels from the ADCs, *not* the individual channels $C_1$–$C_n$" and "[t]he output of the relied-upon circuit is $D_1$–$D_m$, which are the desired channels." Pet. Reply 8–9. According to Petitioner, the relied-upon circuit is selecting desired channels $D_1$–$D_m$ "from the input signal." *Id.* at 9. To illustrate, Petitioner

provides a figure based on Figures 2, 3, and 5 of Zhang, reproduced below. *Id.*




Petitioner's figure combines annotated versions of Figures 2, 3, and 5 of Zhang. *Id.* As discussed above, Figure 2 of Zhang shows multi-channel demodulator 200 with demultiplexer 230 and selector 240; Figure 3 of Zhang shows digital tuner 300 that can be used to implement demultiplexer 230; and Figure 5 of Zhang shows selector 500 that can be used to implement digital selector 240. Ex. 1013 ¶¶ 23, 30, 38. Petitioner asserts that its composite figure shows "the input to the relied-upon circuit (coming from the bottom left side of the figure) is not the individual channels $C_1$–$C_n$ output by demultiplexer 230, but rather the recited input signal." Pet. Reply 9.

We agree with Petitioner. Claim element 1D recites "concurrently selecting each of the plurality of desired channels from the input signal

without selecting any of the plurality of undesired channels." Petitioner contends Zhang's demultiplexer 230 and selector 240 *together* perform the step of claim element 1D. Petitioner identifies the signal provided by Zhang's ADC 220 as the recited input signal and Zhang's channels $D_1$–$D_m$ as the recited desired channels. Pet. 20–21, 23, 25–26. As Petitioner's composite figure shows, channels $D_1$–$D_m$ are selected from the signal provided by ADC 220. Pet. Reply 9; *see also* Ex. 1013, Figs. 2, 3, 5.

Patent Owner contends that Zhang's channels $D_1$–$D_m$ are selected from channels $C_1$–$C_n$ and *not* the signal provided by ADC 220. PO Resp. 28. But channels $D_1$–$D_m$ are based on channels $C_1$–$C_n$, which are based on the signal provided by ADC 220. It, therefore, necessarily follows that channels $D_1$–$D_m$ also are based on the signal provided by ADC 220. In other words, the channels $D_1$–$D_m$, which are picked from channels $C_1$–$C_n$, are the same channels in both groups, and Patent Owner does not dispute channels $C_1$–$C_n$ are based on the signal provided by ADC 220. *See* Ex. 2023, 60:8–19 (Mr. Lett's deposition testimony from a related case ("[L]et's make C equals to D. . . . C1 is the exact same thing as D1. C2 is the exact same as D2. And so on and so forth. All of those are selected from the input frequencies.")). Petitioner correctly contends, "[n]othing in the claim language prevents the recited 'selecting' . . . from being performed by a digital multiplexer 230 that selects and down converts individual channels from the incoming signal from the ADC in combination with a digital selector 240 that passes certain of those signals along to a demodulator." Pet. Reply 9–10. This understanding is consistent with the stated objective of the '206 patent because channel selection at the demodulator is still avoided. *See* Ex. 1001, 2:38–41 ("It is desirable to have

wideband receiver systems that can increase the dynamic range without requiring . . . channel selection at the demodulator.”).

We note Patent Owner’s contention based on the doctrine of claim differentiation. Patent Owner asserts “claim 1 of [a related patent] recites a ‘digital front end’ that is configured to ‘concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels,’ but does not expressly recite that the selection must be ‘from the input signal.’” PO Resp. 34. Patent Owner further asserts that, “[i]f claim 1 of the ‘206 patent were read so broadly as to cover the selection of Zhang’s channels $D_1$–$D_m$, then the language of the claim requiring that these channels be selected ‘from the input signal’ would be rendered superfluous.” *Id.* at 35.

It is not clear how the selection of desired channels “from the input signal” in the ’206 patent and the selection of desired channels as recited in the related patent are meaningfully different. *See* Pet. Reply 14 (“[T]he language ‘from the input signal’ is not rendered superfluous if read according to its ordinary meaning to include ‘directly and indirectly from’ as opposed to just ‘directly’ from.”). Indeed, the Federal Circuit has recognized that “two claims with different terminology can define the exact same subject matter.” *Curtiss-Wright Flow Control Corp. v. Velan, Inc.*, 438 F.3d 1374, 1380 (Fed. Cir. 2006); *see also Hormone Res. Foundation v. Genentech, Inc.*, 904 F.2d 1558, 1567 n.15 (Fed. Cir. 1990) (“It is not unusual that separate claims may define the invention using different terminology, especially where (as here) independent claims are involved.”). For this reason, we are “cautioned that ‘[c]laim differentiation is a guide, not

a rigid rule.'" *Curtiss-Wright*, 438 F.3d at 1381 (quoting *Laitrim Corp. v. Rexnord, Inc.*, 939 F.2d 1533, 1538 (Fed. Cir. 1991)).

Based on the record before us, we find that Zhang teaches the recited concurrently selecting step of claim element 1D. *See* Pet. 23–26.

In view of the foregoing, we find that Zhang teaches all the limitations of claim 1.

### *3. Independent Claim 13*

Claim 13 is directed to a "method" and recites various limitations. Petitioner designates the preamble as element 13A and the recited limitations as elements 13B through 13E.

Claim elements 13A, 13B, 13C, and 13E are similar to claim elements 1A, 1B, 1C, and 1E. For these similarly recited elements, Petitioner relies primarily on its analysis for claim 1. Pet. 29–30, 33. Patent Owner does not dispute Petitioner's contentions regarding elements 13A, 13B, 13C, or 13E. *See* PO Resp. Based on Petitioner's argument and evidence, and for the reasons given above as to claim 1, we find that Zhang teaches the similarly recited elements of claim 13.

We turn now to claim element 13D, starting with Petitioner's arguments and then turning to the parties' dispute.

#### *a. Element 13D: "digitally down converting" step*

Claim 13 recites "digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs." For this step, Petitioner provides an annotated version of Figure 2 of Zhang, reproduced below. Pet. 31.




Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner asserts that "Zhang's Demultiplexer 230 and Digital Selector 240 (collectively **purple**) perform Element [13D]." Pet. 30.

To illustrate, Petitioner also provides an annotated version of Figure 3 of Zhang, which is reproduced below. Pet. 32.




Fig. 3

Figure 3 of Zhang, as annotated by Petitioner, is a diagram of digital tuner 300, which may be used to implement demultiplexer 230 of Figure 2 of Zhang. *See* Ex. 1013 ¶ 30. Referring to Figure 3, Petitioner asserts

Zhang's "demultiplexer 230 . . . includ[es] a plurality of signal paths for downconverting (i.e., shifting to a lower frequency) a plurality of desired channels $C_1 – C_n$ (**light blue**)," where "each path includes a complex multiplier 320 (**purple**) followed by a low pass filter 330 (**green**)." Pet. 31 (citing Ex. 1013 ¶¶ 30–34, Fig. 3). Petitioner further asserts each "complex multiplier 320 first downconverts (shifts) the frequency of the multi-channel RF signal so that a different 'target channel' selected by the subscriber within the signal is centered at baseband (0 Hz), and then low pass filter 330 filters out all undesired channels, so that one of the 'n' target digital channels $C_1–C_n$ (**light blue**) is output." *Id.* (citing Ex. 1013 ¶ 28). In addition, Petitioner asserts "[s]elector 240 provides 'm' channels $D_1$ - $D_m$ which can be any or all of channels $C_1$ - $C_n$ (**light blue**) for demodulation by one or more demodulators." *Id.* at 32 (citing Ex. 1013 ¶¶ 28, 30–31, 38–39, 42, 47). According to Petitioner, Zhang's "Demultiplexer 230 and Digital Selector 240 thus perform[] the . . . step of 'digitally down converting . . . to generate a plurality of digital channel outputs' where the 'outputs' are $C_1$ – $C_n$ (**light blue**) (or $D_1 – D_m$)." *Id.* at 32 (citing Ex. 1013 ¶¶ 28, 30–31, 38–39, 42, 47). Petitioner relies on the declaration testimony of Mr. Lett. *Id.* at 30–32 (citing Ex. 1002 ¶¶ 129–134).

Patent Owner makes several arguments regarding claim element 13D, which we address below.

### *b. The Parties' Dispute*

Patent Owner argues Petitioner's reliance on channels $C_1–C_n$ as the recited plurality of digital channel "is based on the misapprehension that channels $C_1–C_n$ are the claimed 'desired channels.'" PO Resp. 43. Patent

Owner reiterates its position that "channels $C_1$–$C_n$ contain both desired and undesired channels." *Id.*; *see also id.*at 43–47.

Patent Owner's argument is unavailing. Claim element 13D recites "digitally down converting each desired channel . . . to generate a plurality of digital channel outputs." We consider Petitioner's annotated version of Figure 2 of Zhang, reproduced below. Pet. 31.



Fig. 2

Figure 2 of Zhang, as annotated by Petitioner, is a diagram of multi-channel demodulator 200. *See* Ex. 1013 ¶ 23. Petitioner identifies Zhang's demultiplexer 230 and selector 240 together as the circuitry that performs the recited digitally down converting step of claim element 13D. Pet. 30.

As discussed above with respect to claim 1, Zhang teaches that "RF channels $C_1$ to $C_n$ contain content channels that are selected or used by a subscriber." Ex. 1013 ¶ 28. Petitioner points out Zhang even refers explicitly to each of selected or used channels $C_1$–$C_n$ as a "*desired* RF channel." *Id.* ¶ 32 (emphasis added) ("[O]scillator 310(1) generates a frequency . . . that matches the characteristic frequency of a desired RF channel."). In this way, channels $C_1$–$C_n$ satisfy the recited desired channels.

Turning back to Petitioner's annotated version of Zhang's Figure 2, reproduced above, we find that demultiplexer 230 (which Petitioner identifies as part of the circuitry that performs the digitally down converting step of element 13D) digitally down converts channels $C_1$–$C_n$ (which Petitioner identifies as the recited desired channels) to generate digital channel outputs (outputs of demultiplexer 230 for channels $C_1$–$C_n$). *See* Pet. 31.

Patent Owner further argues Petitioner's reliance on channels $C_1$–$C_n$ as the recited plurality of digital channel outputs "contradicts Petitioner's mapping for limitation [13E], where Petitioner relies on Zhang's channels $D_1$–$D_m$ as the claimed 'plurality of digital channel outputs.'" PO Resp. 38. Patent Owner asserts "the 'plurality of digital channel outputs' that are provided 'via a serial interface' in limitation [13E] in Zhang are channels $D_1$–$D_m$, not channels $C_1$–$C_n$." *Id.* at 39; *see also id.* at 39–41. To illustrate its position, Patent Owner provides an annotated version of Figure 5 of Zhang, reproduced below. *Id.* at 41.




Fig. 5

Figure 5 of Zhang, as annotated by Patent Owner, is a diagram of selector 500, which may be used to implement selector 240 of Figure 2. *See* Ex. 1013 ¶ 38. Patent Owner asserts "what is 'provided' on data bus 1 in the selector 240 [are] channels $D_1$–$D_m$ shown on the right-hand side output of data bus 1, not channels $C_1$–$C_n$." PO Resp. 40.

We disagree with Patent Owner. Claim element 13E recites "providing the plurality of digital channel outputs via a serial interface." Petitioner contends Zhang's demultiplexer 230 and selector 240 together perform this step. *See* Pet. 33 (asserting the recited digital channel outputs "are disclosed in Zhang as outputs $C_1$–$C_n$/$D_1$–$D_m$"). As shown in Figures 2, 3, and 5 of Zhang, demultiplexer 230 provides digital channel outputs (e.g., outputs for channels $C_1$–$C_n$) that are then provided via a serial interface in selector 240 (e.g., selector 500) as further channels (e.g., channels $D_1$–$D_m$). Ex. 1013, Figs. 2, 3, 5. Patent Owner does not appear to dispute that Zhang operates in this way. *See* PO Resp. 41 ("[A]s Zhang's own Figure 5 shows, the channels 'provided' on data buses (such as Data Bus 1) are channels $D_1$–$D_m$ selected from channels $C_1$–$C_n$."). Accordingly, Petitioner's reliance on channels $C_1$–$C_n$ as the recited digital channel outputs is persuasive.

Even if Petitioner were to rely on channels $D_1$–$D_m$ as the recited digital channel outputs in claim element 13E, Patent Owner's argument that Petitioner's mapping is inconsistent still fails. Claim element 13D recites "digitally down converting each desired channel . . . to generate a plurality of digital channel outputs." Claim element 13E adds "providing the plurality of digital channel outputs via a serial interface."

As discussed above, Petitioner contends Zhang's demultiplexer 230 and selector 240 together perform these steps. Pet. 30, 33. As part of its

analysis for claim element 13D, Petitioner cites to where Zhang teaches "demultiplexer 230 . . . demultiplexes the multi-channel digital RF signal into separate digital RF channels $C_1$ to $C_n$," and "selector 240 receives the demultiplexed digital RF channels $C_1$ to $C_n$ and then selects one or more of the RF channels $D_1$ to $D_m$ from one or more of the digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28, Fig. 2 (cited by Pet. 31–32). In other words, channels $D_1$–$D_m$ may be a subset of channels $C_1$–$C_n$. For claim element 13E, Petitioner cross-references its discussion of claim element 1E in which Petitioner asserts "[s]elector 240 . . . further provides the desired channels 'via a serial interface.'" Pet. 26, 33.

Thus, Zhang's demultiplexer 230 down converts channels $C_1$–$C_n$ (which include channels $D_1$–$D_m$ as a subset) so that Zhang's selector 240 can generate digital channel outputs (e.g., outputs for channels $D_1$–$D_m$) and provide them via a serial interface in selector 240 (e.g., selector 500). Ex. 1013 ¶ 28, Figs. 2, 3, 5. Patent Owner acknowledges "selector 500 digitally selects one or more RF channels $D_1$ to $D_m$ from the digital RF channels $C_1$ to $C_n$ and then sends them to appropriate demodulators or output ports." PO Resp. 49 (quoting Ex. 1013 ¶ 39). Accordingly, Petitioner's reliance on channels $D_1$–$D_m$ as the recited digital channel outputs also is persuasive.

We note Patent Owner's contention that "it is the output $C_1$–$C_n$, not $D_1$–$D_m$, that is 'generated' by digital down conversion in Zhang." PO Resp. 48. According to Patent Owner, "the output $D_1$–$D_m$ is generated by selecting desired channels from the already down converted channels $C_1$–$C_n$." *Id.*

Petitioner counters that it relies on Zhang's demultiplexer 230 and selector 240 *together* to perform the steps recited in claim elements 13D and 13E. Pet. Reply 8–9; Pet. 30, 33. Under that theory, Petitioner asserts "[t]he output of the relied-upon circuit is $D_1$–$D_m$, which are the . . . digital channel outputs," and "[i]t necessarily follows that this relied-upon circuit is . . . down converting the . . . desired channels/digital channel outputs ($D_1$–$D_m$)." Pet. Reply 9.

We agree with Petitioner. The relied-upon circuit (i.e., Zhang's demultiplexer 230 and selector 240) down converts desired channels (e.g., channels $D_1$–$D_m$, which are a subset of channels $C_1$–$C_n$) via Zhang's demultiplexer 230 to generate digital channel outputs (e.g., outputs for channels $D_1$–$D_m$) via Zhang's selector 240 and provide the digital channel outputs via a serial interface in selector 240 (e.g., selector 500). Ex. 1013 ¶ 28, Figs. 2, 3, 5.

We also note Patent Owner's further contention that, "[t]o the extent Petitioner's argument rests on the theoretical happenstance that sometimes all channels $C_1$–$C_n$ may subsequently be selected, and by happenstance channels $C_1$–$C_n$ and channels $D_1$–$D_m$ would happen to be the same set (*i.e.*, n would happen to equal m), that argument fails" because "Petitioner does not point to any disclosure in Zhang that teaches or suggests that all extracted channels $C_1$–$C_n$ could be the desired channels $D_1$–$D_m$." PO Resp. 41–42. Patent Owner adds that "the theoretical happenstance that all extracted channels $C_1$–$C_n$ could be the desired channels $D_1$–$D_m$ cannot disclose the claimed method." *Id.* at 42.

Patent Owner's contention is unavailing. As discussed above, Petitioner's analysis for claim element 13D holds water where channels $D_1$–

$D_m$ are a subset of channels $C_1$–$C_n$. Moreover, contrary to Patent Owner's position, Zhang does contemplate selecting all channels $C_1$–$C_n$ so that channels $C_1$–$C_n$ and channels $D_1$–$D_m$ are the same set. As Petitioner points out, Zhang teaches its "selector 240 . . . selects *one or more* of the RF channels $D_1$ to $D_m$ from *one or more* of the digital RF channels $C_1$ to $C_n$." Ex. 1013 ¶ 28 (emphases added) (cited by Pet. 32). This teaching implies channels $C_1$–$C_n$ and channels $D_1$–$D_m$ may be the same set. In that case, Petitioner's reliance on either channels $C_1$–$C_n$ or channels $D_1$–$D_m$ as the recited digital channel outputs also is persuasive. *See* Ex. 2023, 60:8–19 (Mr. Lett's deposition testimony from a related case ("[L]et's make C equals to D. . . . C1 is the exact same thing as D1. C2 is the exact same as D2. And so on and so forth. All of those are selected from the input frequencies. In other words, Zhang's digital selector can be configured as -- to just pass through all the Cs.")).

Based on the record before us, we find that Zhang teaches the recited digitally down converting step of claim element 13D. *See* Pet. 30–32.

In view of the foregoing, we find that Zhang teaches all the limitations of claim 13.

### 4. *Independent Claim 25*

Claim 25 is directed to a "method for receiving a television (TV) signal" and recites similar limitations as claim 1. For example, claim 25 recites a "receiving" step, a "digitizing" step, a "concurrently selecting" step, and a "providing" step. For these similarly recited limitations, Petitioner relies primarily on its analysis for claim 1. Pet. 33. Patent Owner likewise relies on its arguments regarding claim 1. *See* PO Resp. 8. Based on

Petitioner's argument and evidence, and for the reasons given above as to claim 1, we find that Zhang teaches the similarly recited limitations of claim 25.

Claim 25 adds that "the method is performed by a device comprising a digital video reorder (DVR)." For this limitation, Petitioner asserts "Zhang discloses that its cable TV device may be integrated as a wide-band front-end of a 'set-top box/PVR/home media server.'" Pet. 33 (citing Ex. 1013 ¶ 45, Fig. 8). According to Petitioner, "[a] POSITA would have understood that 'PVR' stands for 'personal video recorder,' which is an alternate name for 'DVR' or 'digital video recorder' for recording audio and video content received by a STB." *Id.* at 33–34. Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 137–140).

Patent Owner does not specifically dispute Petitioner's contentions regarding this additional limitation of claim 25. *See* PO Resp. Based on Petitioner's argument and evidence, we find that Zhang teaches the recited DVR of claim element 25F. *See* Pet. 33–34.

In view of the foregoing, we find that Zhang teaches all the limitations of claim 25.

### 5. *Independent Claim 38*

Claim 38 is directed to a "method" and recites similar limitations as claims 1, 13 and 25. For example, claim 38 recites a "receiving" step, a "digitizing" step, a "digitally down converting" step, and a "digital video recorder (DVR)." For these similarly recited limitations, Petitioner relies on its analysis for claims 1, 13, and 25. Pet. 34. Patent Owner relies on its arguments regarding claim 13. *See* PO Resp. 36. Based on Petitioner's

argument and evidence, and for the reasons given above as to claims 1, 13, and 25, we find that Zhang teaches all the limitations of claim 38.

*6. Dependent Claims*

Each of claims 3–7, 9, 11, 15–19, 21, 23, 27–31, 33–35, 40–44, and 46–48 depends from independent claims 1, 13, 25, or 38. Petitioner contends that Zhang teaches the limitations recited in these dependent claims. Pet. 35–45 (citing Ex. 1013 ¶¶ 5–7, 11–12, 23–24, 28–34, 38–39, 41–48, Figs. 2, 3, 5). Petitioner relies on the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 60–65, 71–73, 115–121, 135–136, 145–149, 150–172).

Patent Owner does not specifically dispute Petitioner's contentions regarding the dependent claims. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 35–45), we find that Zhang teaches the limitations of the dependent claims.

*7. Summary*

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, and 46–48 are anticipated by Zhang or would have been obvious over Zhang.

*C. Asserted Challenge Based on Zhang and Reisman*

Petitioner asserts that claims 9–12, 21–25, 27–31, 33–38, 40–44, 46–51, 53–57, 59–64, 66–70, and 72–76 of the '206 patent would have been obvious over Zhang and Reisman. Pet. 45–56. Patent Owner disputes

certain aspects of Petitioner's analysis. PO Resp. 3–50. For the reasons explained below, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 9–12, 21–25, 27–31, 33–38, 40–44, 46–51, 53–57, 59–64, 66–70, and 72–76 would have been obvious over Zhang and Reisman.

We provided an overview of Zhang above. *See supra* Part III.B.1. Before addressing the claims, we additionally provide an overview of Reisman.

*1. Overview of Reisman*

Reisman describes "interactive television" (ITV), where the TV includes a set-top box (STB). Ex. 1052 ¶¶ 2, 43, 98. Reisman explains that ITV may include interactivity with the TV through a digital video recorder (DVR), which also is known as a personal video recorder (PVR). *Id.* ¶¶ 48, 60. Additionally, Reisman explains that ITV may include a featured called picture-in-picture (PIP), where a region of the TV screen presents a reduced scale video image. *Id.* ¶ 121.

*2. Independent Claims 25 and 38*

As discussed above, we determine that Petitioner has shown by a preponderance of the evidence that claims 25 and 38 are anticipated by Zhang or would have been obvious over Zhang.

Under an alternative theory, Petitioner contends that, "[t]o the extent Patent Owner argues that Zhang's PVR is not a 'DVR' as recited in Elements [25D] and [38D], Reisman discloses this feature." Pet. 45. Petitioner asserts that "Reisman teaches that advanced STBs in a cable

system may include a digital video recorder (DVR)." *Id.* at 45–46 (citing Ex. 1052 ¶¶ 5, 43, 48, 60, 73, 98, 112, 118, 191, 197, 212, 281–285, 296, 546). According to Petitioner, "[a] POSITA would have been motivated to include Reisman's DVR in Zhang's STB to provide a more feature-filled and individualized user experience, which in the proposed combination still includes Zhang's wideband front-end receiver components cited for performing Elements [25A]–[25E]." *Id.* at 46. Petitioner explains that "Reisman's DVR improves user experience and flexibility by allowing time-shifted and on-demand viewing, and enabling replay and trick-play (fast forwarding, rewinding, and pausing) of live programming." *Id.* (citing Ex. 1052 ¶¶ 191, 197, 212, 284); *see also id.* at 46–47 (asserting that "[a]dding Reisman's DVR to Zhang's system would have been nothing more [than] applying a known technique of integrating a DVR into a set-top box . . . to a known STB . . . that was ready for improvement to yield a predictable result" and that "[a] POSITA would have had a reasonable expectation of success").

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Based on Petitioner's argument and evidence (*see* Pet. 45–47), we find Petitioner's proposed combination of Zhang and Reisman teaches all the limitations of claims 25 and 38. We also find that Petitioner's proffered reasoning for combining Zhang and Reisman supports a legal conclusion of obviousness. *See In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006) ("[T]here must be some articulated reasoning with some rational underpinning to support the legal conclusion of obviousness.").

*3. Independent Claim 51*

Claim 51 is directed to a "method for receiving a television (TV) signal" and recites similar limitations as claim 1. For example, claim 51 recites a "receiving" step, a "digitizing" step, a "concurrently selecting" step, and a "providing" step. For these similarly recited limitations, Petitioner relies on its analysis for claim 1. Pet. 47. Patent Owner likewise relies on its arguments regarding claim 1. *See* PO Resp. 8. Based on Petitioner's argument and evidence, and for the reasons given above as to claim 1, we find that Zhang teaches the similarly recited limitations of claim 51.

Claim 51 adds the step of "configuring at least some of the plurality of desired channels as an output for a picture-in-picture display." For this limitation, Petitioner asserts that "Reisman teaches that [] advanced set-top boxes in a cable system include a 'picture-in-picture display' output for television programming." Pet. 47–48 (citing Ex. 1052 ¶¶ 73, 98, 118, 120–121, 187, 278, 291, 378, 534, 537, 546, Fig. 3). Petitioner contends that "[a] POSITA would have been motivated to include Reisman's 'picture-in-picture display' capability in Zhang's set-top box, which in the proposed combination still has the wideband front-end receiver components cited for performing Elements [51A]–[51E], to allow a user to view different content simultaneously." *Id.* at 48. Petitioner explains that Reisman's "'picture-in-picture' beneficially displays a program in a PIP window while simultaneously providing, e.g., navigation options and interactive content in other windows," and "enables 'multitasking,' by displaying, e.g., two TV programs, and swapping them between full screen and a smaller PIP window." *Id.* (citing Ex. 1052 ¶¶ 61, 63, 121, 278, 378, 546, Fig. 3); *see also id.* at 48–49 (asserting that "modifying Zhang with Reisman would

have been nothing more than the obvious application of a known technique . . . to a known device . . . that was ready for improvement to yield a predic[t]able result" and that "[a] POSITA would have had a reasonable expectation of success").

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Based on Petitioner's argument and evidence (*see* Pet. 47–49), and for the reasons given above with respect to claim 1, we find Petitioner's proposed combination of Zhang and Reisman teaches all the limitations of claim 55. We also find that Petitioner's proffered reasoning for combining Zhang and Reisman supports a legal conclusion of obviousness.

*4. Independent Claim 64*

Claim 64 is directed to a "method" and recites similar limitations as claims 1, 13, and 51. For example, claim 64 recites a "receiving" step, a "digitizing" step, a "digitally down converting" step, and a "picture-in-picture display." For these similarly recited limitations, Petitioner relies on its discussion of claims 1, 13, and 51. Pet. 50. Patent Owner relies on its arguments regarding claim 13. *See* PO Resp. 36. Based on Petitioner's argument and evidence (*see* Pet. 50), and for the reasons given above as to claims 1, 13, and 51, we find that the proposed combination of Zhang and Reisman teaches all the limitations of claim 64, and that Petitioner's proffered reasoning for combining Zhang and Reisman supports a legal conclusion of obviousness.

*8. Dependent Claims*

Each of claims 9–12, 21–24, 27–31, 33–37, 40–44, 46–50, 53–57, 59–63, 66–70, and 72–76 depends from independent claims 1, 13, 25, 38, 51, or 64. Petitioner contends that its proposed combination of Zhang and Reisman teaches the limitations recited in the dependent claims. Pet. 51–56 (citing Ex. 1013 ¶ 47; Ex. 1052 ¶¶ 8, 24, 63, 73, 86–90, 98, 125, 187, 189, 209, 235, 643–645, Fig. 1). Petitioner relies on the declaration testimony of Mr. Lett. *Id.* (citing Ex. 1002 ¶¶ 145–147, 191–207).

Patent Owner does not specifically dispute Petitioner's contentions regarding the claims 9–12, 21–24, 27–31, 33–37, 40–44, 46–50, 53–57, 59–63, 66–70, and 72–76. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 51–56), we find that Zhang teaches the limitations of these dependent claims.

*9. Summary*

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 9–12, 21–25, 27–31, 33–38, 40–44, 46–51, 53–57, 59–64, 66–70, and 72–76 would have been obvious over Zhang and Reisman.

*D. Asserted Challenge Based on Zhang and Jackson*

Each of claims 2–6, 14–18, 26–30, and 39–43 depends from independent claims 1, 13, 25, or 38. Petitioner asserts that these dependent claims would have been obvious over Zhang and Jackson. Pet. 56–69. Petitioner relies on Jackson for teaching various components, including its input connector, amplifiers, filters, complex mixer, and demodulator, which Petitioner asserts can be incorporated into Zhang's system to provide a way

to implement and improve Zhang's receiver. *Id.* (citing Ex. 1013 ¶¶ 5–6, 12, 15, 23, 25–32, 38–39, 45, 47–48, Figs. 2, 3; Ex. 1057 ¶¶ 2–4, 6, 19–20, 23–27, Figs. 3, 4B, 5, 6, 7). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 62–64, 208–236).

Patent Owner does not specifically dispute Petitioner's contentions regarding the claims 2–6, 14–18, 26–30, and 39–43. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 56–69), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Jackson teaches the limitations of theses dependent claims and that Petitioner's proffered reasoning for combining Zhang and Jackson support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 2–6, 15–19, 28–32, and 42–46 would have been obvious over Zhang and Jackson.

*E. Asserted Challenge Based on Zhang, Reisman, and Jackson*

Each of claims 26–30, 39–43, 52–56, and 65–69 depends from independent claims 25, 38, 51, or 64. Petitioner asserts that these dependent claims would have been obvious over Zhang, Reisman, and Jackson. Pet. 56–69. Petitioner relies on Jackson for teaching various components, including its input connector, amplifiers, filters, complex mixer, and demodulator, which Petitioner asserts can be incorporated into Zhang's system to provide a way to implement and improve Zhang's receiver. *Id.* (citing Ex. 1013 ¶¶ 5–6, 12, 15, 23, 25–32, 38–39, 45, 47–48, Figs. 2, 3; Ex. 1057 ¶¶ 2–4, 6, 19–20, 23–27, Figs. 3, 4B, 5, 6, 7). Petitioner cites the

declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 62–64, 208–236).

Patent Owner does not specifically dispute Petitioner's contentions regarding claims 26–30, 39–43, 52–56, and 65–69. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 56–69), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Reisman, we find that Petitioner's proposed combination of Zhang, Reisman, and Jackson teaches the limitations of these dependent claims and that Petitioner's proffered reasoning for combining Zhang, Reisman, and Jackson support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 26–30, 39–43, 52–56, and 65–69 would have been obvious over Zhang, Reisman, and Jackson.

### *F. Asserted Challenge Based on Zhang and Pandey*

Petitioner asserts that claims 1, 3–9, 11, 13, 15–21, 23, 32–34, and 45–47 would have been obvious over Zhang and Pandey. Pet. 69–75. Petitioner cross-references its discussion of Zhang's teaching of the serial interface of claims 1, 13, 34, 47, 60, and 73 as well as the parallel interface of claims 33, 46, 59, and 72. *Id.* at 69. Petitioner further relies on Pandey for also teaching serial and parallel interfaces, which Petitioner says can be incorporated into Zhang's system to provide a way to implement Zhang's digital circuit. *Id.* at 69–75 (citing Ex. 1013 ¶¶ 28–30, 37, 40, 42, 44, 47–48, Fig. 2; Ex. 1014, code (57), 1:15–2:38, 2:64–3:5, 5:50–53, 6:10–15, 6:44–53, 7:13–19, 10:24–53, 10:58–11:19, 13:33–14:7, 29:44–30:9, 30:31–31:12,

31:15–22, 31:56–63, 32:7–15, Figs. 2–3, 37–39). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 237–248).

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 69–75), and for the reasons given above with respect to Petitioner's challenges based on Zhang alone, we find that Petitioner's proposed combination of Zhang and Pandey teaches the limitations of claims 1, 3–9, 11, 13, 15–21, 23, 32–34, and 45–47 and that Petitioner's proffered reasoning for combining Zhang and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 1, 3–9, 11, 13, 15–21, 23, 32–34, and 45–47 would have been obvious over Zhang and Pandey.

### *G. Asserted Challenge Based on Zhang, Reisman, and Pandey*

Each of claims 9–12, 21–24, 32–34, 45–47, 58–60, 71–73 depends from independent claims 1, 13, 25, 38, 51, and 64. Petitioner asserts that these dependent claims would have been obvious over Zhang, Reisman, and Pandey. Pet. 69–75. Petitioner cross-references its discussion of Zhang's teaching of the serial interface of claims 1, 13, 34, 47, 60, and 73 as well as the parallel interface of claims 33, 46, 59, and 72. *Id.* at 69. Petitioner further relies on Pandey for also teaching serial and parallel interfaces, which Petitioner says can be incorporated into Zhang's system to provide a way to implement Zhang's digital circuit. *Id.* at 69–75 (citing Ex. 1013

¶¶ 28–30, 37, 40, 42, 44, 47–48, Fig. 2; Ex. 1014, code (57), 1:15–2:38, 2:64–3:5, 5:50–53, 6:10–15, 6:44–53, 7:13–19, 10:24–53, 10:58–11:19, 13:33–14:7, 29:44–30:9, 30:31–31:12, 31:15–22, 31:56–63, 32:7–15, Figs. 2–3, 37–39). Petitioner cites the declaration testimony of Mr. Lett as support. *Id.* (citing Ex. 1002 ¶¶ 237–248).

Patent Owner does not specifically dispute Petitioner's contentions in this regard. *See* PO Resp. Having reviewed Petitioner's argument and evidence (*see* Pet. 69–75), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Reisman, we find that Petitioner's proposed combination of Zhang, Reisman, and Pandey teaches the limitations of claims 9–12, 21–24, 32–34, 45–47, 58–60, 71–73 and that Petitioner's proffered reasoning for combining Zhang, Reisman, and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 9–12, 21–24, 32–34, 45–47, 58–60, 71–73 would have been obvious over Zhang, Reisman, and Pandey.

### *H. Asserted Challenge Based on Zhang, Jackson, and Pandey*

Each of claims 2–6 and 14–18 depends from independent claims 1 or 13. Petitioner asserts that these dependent claims would have been obvious over Zhang, Jackson, and Pandey. Pet. 75. Petitioner cross-references its discussion regarding its challenge based on Zhang and Jackson as well as its challenge based on Zhang and Pandey. *Id.* (citing Ex. 1002 ¶ 249).

Patent Owner does not specifically dispute Petitioner's contentions for this challenge. *See* PO Resp. Having reviewed Petitioner's argument and

evidence (*see* Pet. 75), and for the reasons given above with respect to Petitioner's challenge based on Zhang and Jackson as well as its challenge based on Zhang and Pandey, we find that Petitioner's proposed combination of Zhang, Jackson, and Pandey teaches the limitations of claims 2–6 and 14–18 and that Petitioner's proffered reasoning for combining Zhang, Jackson, and Pandey support a legal conclusion of obviousness.

In view of the foregoing, we determine that Petitioner has demonstrated by a preponderance of the evidence that claims 2–6 and 14–18 would have been obvious over Zhang, Jackson, and Pandey.

## IV. CONCLUSION

For the reasons given, Petitioner has demonstrated by a preponderance of the evidence that claims 1–76 of the '206 patent are unpatentable as follows.[6]

[6] Should Patent Owner wish to pursue amendment of the challenged claims in a reissue or reexamination proceeding subsequent to the issuance of this Decision, we draw Patent Owner's attention to the April 2019 Notice Regarding Options for Amendments by Patent Owner Through Reissue or Reexamination During a Pending AIA Trial Proceeding. *See* 84 Fed. Reg. 16,654 (Apr. 22, 2019). If Patent Owner chooses to file a reissue application or a request for reexamination of the challenged patent, we remind Patent Owner of its continuing obligation to notify the Board of any such related matters in updated mandatory notices. *See* 37 C.F.R. §§ 42.8(a)(3), (b)(2).

| Claims | 35 U.S.C. § | Reference(s)/ Basis | Claims Shown Unpatentable | Claims Not shown Unpatentable |
|---|---|---|---|---|
| 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, 46–48 | 102 | Zhang | 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, 46–48 | |
| 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, 46–48 | 103(a) | Zhang | 1, 3–7, 9, 11, 13, 15–19, 21, 23, 25, 27–31, 33–35, 38, 40–44, 46–48 | |
| 9–12, 21–25, 27–31, 33–38, 40–44, 46–51, 53–57, 59–64, 66–70, 72–76 | 103(a) | Zhang, Reisman | 9–12, 21–25, 27–31, 33–38, 40–44, 46–51, 53–57, 59–64, 66–70, 72–76 | |
| 2–6, 14–18, 26–30, 39–43 | 103(a) | Zhang, Jackson | 2–6, 14–18, 26–30, 39–43 | |
| 26–30, 39–43, 52–56, 65–69 | 103(a) | Zhang, Reisman, Jackson | 26–30, 39–43, 52–56, 65–69 | |
| 1, 3–9, 11, 13, 15–21, 23, 32–34, 45–47 | 103(a) | Zhang, Pandey | 1, 3–9, 11, 13, 15–21, 23, 32–34, 45–47 | |
| 9–12, 21–24, 32–34, 45–47, 58–60, 71–73 | 103(a) | Zhang, Reisman, Pandey | 9–12, 21–24, 32–34, 45–47, 58–60, 71–73 | |
| 2–6, 14–18 | 103(a) | Zhang, Pandey, Jackson | 2–6, 14–18 | |
| **Overall Outcome** | | | 1–76 | |

## V. ORDER

In consideration of the foregoing, it is hereby

ORDERED that claims 1–76 of the ’206 patent have been shown to be unpatentable; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

PETITIONER:

Frederic Meeker
Michael S. Cuviello
Harry W. Porter
Paul T. Qualey
Joshua L. Davenport
BANNER & WITCOFF, LTD.
fmeeker@bannerwitcoff.com
mcuviello@bannerwitcoff.com
wporter@bannerwitcoff.com
pqualey@bannerwitcoff.com
jdavenport@bannerwitcoff.com

PATENT OWNER:

Jason A. Engel
Erik J. Halverson
Kyle M. Kantarek
Nolan R. Hubbard
K&L GATES LLP
jason.engel.ptab@klgates.com
erik.halverson@klgates.com
kyle.kantarek@klgates.com
nolan.hubbard@klgates.com

Kenneth J. Weatherwax

Parham Hendifar
Nathan Lowenstein
LOWENSTEIN & WEATHERWAX LLP
weatherwax@lowensteinweatherwax.com
hendifar@lowensteinweatherwax.com
lowenstein@lowensteinweatherwax.com

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

---

COMCAST CABLE COMMUNICATIONS, LLC,
Petitioner,

v.

ENTROPIC COMMUNICATIONS, LLC,
Patent Owner.

---

IPR2024-00432 (Patent 9,210,362 B2)
IPR2024-00435 (Patent 11,381,866 B2)
IPR2024-00438 (Patent 11,399,206 B2)[1]

---

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.*

ORDER

[1] This order applies to each of the above-listed proceedings.

The Office received a request for Director Review of the Final Written Decision in each of the above-captioned cases and an authorized response to each request. *See* Papers 46, 47.[2]

Having considered the requests and responses, it is:

ORDERED that the requests for Director Review are denied.

[2] Citations are to the record in IPR2024-00432. The parties filed similar papers in IPR2024-00435 and IPR2024-00438.

FOR PETITIONER:

Frederic M. Meeker
Michael S. Cuviello
H. Wayne Porter
Paul T. Qualey
Joshua L. Davenport
Craig W. Kronenthal
BANNER & WITCOFF, LTD.
fmeeker@bannerwitcoff.com
mcuviello@bannerwitcoff.com
wporter@bannerwitcoff.com
pqualey@bannerwitcoff.com
jdavenport@bannerwitcoff.com
ckronenthal@bannerwitcoff.com

FOR PATENT OWNER:

Jason A. Engel
Erik J. Halverson
Kyle M. Kantarek
Nolan R. Hubbard
Matthew A. Blair
K&L GATES LLP
jason.engel.ptab@klgates.com
erik.halverson@klgates.com
kyle.kantarek@klgates.com
nolan.hubbard@klgates.com
matthew.blair@klgates.com

Kenneth J. Weatherwax
Parham Hendifar
Nathan Lowenstein
Colette Woo
Kenneth Wang
LOWENSTEIN & WEATHERWAX LLP
weatherwax@lowensteinweatherwax.com
hendifar@lowensteinweatherwax.com
lowenstein@lowensteinweatherwax.com

woo@lowensteinweatherwax.com
wang@lowensteinweatherwax.com

US009210362B2

(12) **United States Patent**
**Reddy et al.**

(10) **Patent No.: US 9,210,362 B2**
(45) **Date of Patent: *Dec. 8, 2015**

(54) **WIDEBAND TUNER ARCHITECTURE**

(71) Applicant: **MaxLinear, Inc.**, Carlsbad, CA (US)

(72) Inventors: **Madhukar Reddy**, Carlsbad, CA (US); **Curtis Ling**, Carlsbad, CA (US); **Tim Gallagher**, Carlsbad, CA (US)

(73) Assignee: **MaxLinear, Inc.**, Carlsbad, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/614,543**

(22) Filed: **Feb. 5, 2015**

(65) **Prior Publication Data**

US 2015/0156535 A1 Jun. 4, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/962,871, filed on Aug. 8, 2013, which is a continuation of application No. 12/762,900, filed on Apr. 19, 2010, now Pat. No. 8,526,898.

(60) Provisional application No. 61/170,526, filed on Apr. 17, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| ***H04B 1/16*** | (2006.01) |
| ***H04N 5/50*** | (2006.01) |
| ***H04B 1/00*** | (2006.01) |

(Continued)

(52) **U.S. Cl.**

CPC ............... ***H04N 5/50*** (2013.01); ***H04B 1/0014*** (2013.01); ***H04N 21/4263*** (2013.01); ***H04N 21/4383*** (2013.01); ***H04N 21/454*** (2013.01); ***H04N 21/6193*** (2013.01)

(58) **Field of Classification Search**

USPC ......... 455/131, 140, 207, 214, 313, 315, 323, 455/324, 325, 334

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,280,636 A * | 1/1994 | Kelley et al. | .................. | 455/131 |
| 6,906,498 B2 | 6/2005 | Breuch et al. | | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2087623 A2 | 8/2009 |

OTHER PUBLICATIONS

Jeffrey A. Weldon, et al. A 1.75-GHz Highly Integrated Narrow-Band CMOS Transmitter With Harmonic-Rejection Mixers, IEEE Journal of Solid-State Circuits, Dec. 2001, pp. 2003-2015, vol. 36, No. 12, Seattle, Washington.

*Primary Examiner* — Blane J Jackson

(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

A wideband receiver system comprises a mixer module, a wideband analog-to-digital converter (ADC) module, and digital circuitry. The mixer module is configured to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels. The wideband ADC module is configured to digitize the swatch of frequencies comprising the plurality of desired television channels and the plurality of undesired television channels. The digital circuitry is configured to select the desired plurality of television channels from the digitized plurality of frequencies, and output the selected plurality of television channels to a demodulator as a digital datastream.

**20 Claims, 10 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| ***H04N 21/426*** | (2011.01) |
| ***H04N 21/438*** | (2011.01) |
| ***H04N 21/454*** | (2011.01) |
| ***H04N 21/61*** | (2011.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| 6,992,855 | B2 | 1/2006 | Ehrlich | |
| 7,095,454 | B2 | 8/2006 | Waight et al. | |
| 7,167,694 | B2 | 1/2007 | Khoini-Poorfard et al. | |
| 7,362,178 | B2 | 4/2008 | Montemayor et al. | |
| 7,373,125 | B2 | 5/2008 | Godambe et al. | |
| 7,421,259 | B2 | 9/2008 | Gomez et al. | |
| 7,599,673 | B2 * | 10/2009 | Maxim et al. | 455/179.1 |
| 8,285,240 | B2 | 10/2012 | Seendripu et al. | |
| 8,300,681 | B2 | 10/2012 | Petrovic et al. | |
| 8,374,568 | B2 | 2/2013 | Seendripu et al. | |
| 8,374,569 | B2 | 2/2013 | Seendripu et al. | |
| 8,374,570 | B2 | 2/2013 | Seendripu et al. | |
| 8,526,898 | B2 * | 9/2013 | Reddy et al. | 455/207 |
| 8,577,319 | B2 | 11/2013 | Ling et al. | |
| 8,666,350 | B2 | 3/2014 | Vauhkonen | |
| 8,909,187 | B2 | 12/2014 | Seendripu et al. | |
| 9,059,672 | B2 | 6/2015 | Ling et al. | |
| 2005/0040909 | A1 | 2/2005 | Waight et al. | |
| 2007/0042742 | A1 | 2/2007 | Kim et al. | |
| 2007/0111661 | A1 | 5/2007 | Bargroff et al. | |

* cited by examiner




FIG. 1 (Prior Art)


200
RF Input 102
210
Radio Front End
LNA
202
203
M1
211
M2
221
90°
P1
205
206
207
212
222
V1
213
V2
223
214
224
215
F1
F2
225
S1
Synthesizer
216
226
ADC1
ADC2
218
228
232
242
I
Q
230
Digital Front End DFE
Bank of N x complex mixers
250
252a-252n
N freq.-shifted desired channels in the baseband
260a
260n
260
262a-262n
270a
270n
270
272a-272n
N filtered and decimated baseband channels
Serial or parallel data interface to demodulator
I, Q signals
290
0
BW1/2
110
130
$f_{rf1}$
$f_{rf2}$
$f_{rfc}$
$f_{rf3}$
$f_{rf4}$
$BW_1$ = 80 MHz
120

FIG. 2


$I_i$/M
$Q_i$/M
350
decimator
332
$I_i$
342
$Q_i$
330
$CF_i$
340
318
328
300
316
317
327
326
315
325
sin ( $w_{ci}$ t )
cos ( $w_{ci}$ t )
314
324
313
323
312
322
311
$BF_i$
321
BXi
232
242
I
Q

FIG. 3


400
RF input signal 102
LNA1
403
M1
411
M2
421
90°
P1
412
422
V1
V2
413
423
406
405
Synthesizer
S1
414
424
F1
F2
415
425
416
426
ADC1
ADC2
418
428
Radio Front End
410
431
I
441
Q
Digital Front End DFE
BX1
BXN
Bank of N x complex mixers, channel filters, and decimators
432
434
430
438a to 438n
N filtered and decimated channels (baseband I/Q) RCi
Tiled Upconversion
UX1
UXN
452a
452n
454a
454n
Bank of N x complex up-mixers and channel filters
452
454
450
N upconverted IF signals IFi
470
DAC
Summing DAC
IF output
475
fcif~16MHz
BW2 = 32MHz
frf1
frf2
frfc
frf3
frf4
BW1 = 80 MHz

FIG. 4


500
I
501
510
512
UMI_i
515
516
530
532
IF_i
cos ( w_ui t )
sin ( w_ui t )
505
506
Q
502
520
522
UMQ_i
525
526
UX_i

FIG. 5


600
Tuner1
Tuner2
Synthesizer
Digital Front End DFE
Upconversion
Bank of N x complex mixers, channel filters, and decimators
Bank of L x complex mixers, channel filters, and decimators
Bank of N x complex up-mixers and channel filters
Bank of L x complex up-mixers and channel filters
Summing DAC
IF output
RF Input
ADC1
ADC2
ADC3
ADC4
BW = 80 MHz
BW₂ = 32 MHz


FIG. 6



Id2
731
741
Qd2
732A
M1 with NCO1
732L
$M_L$ with $NCO_L$
Bank of L complex mixers
732
I-732A
Q-732A
I-732L
Q-732L
FIR filter
FIR filter
FIR filter
FIR filter
decimator
decimator
decimator
decimator
I-732A/M
Q-732A/M
I-732L/M
Q-732L/M
Bank of channels filters and decimators
734


FIG. 7


Contiguous L desired
channels in the IF band
808A
808B
808L
Fif
Sub-portion of the IF
band 686 (FIG. 6)
I-732A/M
Q-732A/M
806
807
UP-MIXER
UM-A
Channel A
Filter
LP-A
808A
I-732L/M
Q-732L/M
816
817
UP-MIXER
UM-L
Channel L
Filter
LP-L
808L
754
752
Bank of L channel
filters
Bank of L complex
up-mixers

FIG. 8


900
610
tuner1
620
ADC
720
tuner2
730
ADC
912
922
910
Crossbar
switch
924
930
DFE
950
Up-
conversion
970
Summing
DAC

FIG. 9


1000
610
tuner1
620
ADC
630
DFE
1010
1012
1022
Crossbar
switch
1024
1026
650
Up-
converter
670
Summing
DAC
720
tuner2
730
ADC
740
DFE
760
Up-
converter

FIG. 10

# WIDEBAND TUNER ARCHITECTURE

## PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 13/962,871 filed on Aug. 8, 2013, which is a continuation of U.S. patent application Ser. No. 12/762,900 filed on Apr. 19, 2010 (now U.S. Pat. No. 8,526,898), which claims the benefit of priority to U.S. provisional application 61/170,526 filed Apr. 17, 2009. Each of the above referenced documents is hereby incorporated by reference in its entirety.

## BACKGROUND

This invention relates to wideband receiver systems and methods having a wideband receiver that is capable of receiving multiple radio frequency channels located in a broad radio frequency spectrum. In particular, the invention relates to wideband receiver systems that are capable of receiving multiple desired television channels that extend over multiple non-contiguous portions of the broad frequency spectrum and grouping them into a contiguous, or substantially-contiguous, frequency spectrum.

Receivers used to down-convert and selectively filter TV channels are referred to as tuners, and tuners designed to concurrently receive several TV channels are referred to as wideband tuners. Existing tuners for these applications down-convert a swath of channels to an intermediate frequency, which are then sent to a demodulator. Because the swath of channels is not contiguous, this swath includes the desired channels as well as undesired channels. The demodulator employs a high-speed data converter to capture this swath of desired and undesired channels in the digital domain and subsequently filters out the desired channels.

In general, television channels broadcasted over the air or over cable networks are distributed across a broad frequency spectrum. That is, the channel frequencies may not be adjacent to each other. In certain applications such as DVR and picture-in-picture, the receiver system may have to concurrently receive several desired channels that may or may not be contiguous. The wideband receiver requirement poses a trade-off to the system to limit either the dynamic range of the wideband tuner or reduce the bandwidth covered by the tuner so that fewer channels may be received and processed by the demodulator.

FIG. **1** shows a conventional wideband tuner **100**. Tuner **100** may be a direct conversion tuner and includes a low noise amplifier LNA1 having an input terminal coupled to a radio frequency (RF) input signal **102** and an output terminal coupled to a mixer M1. The RF signal may include one or more television channels receiving from a cable network via an RF connector or wirelessly via an antenna. The RF input signal may include the VHF and UHF television channels in a terrestrial television broadcasting system or the CATV channels in cable networks. In order to receive all broadcasted channels present in the RF input signal, LNA1 must necessarily have a wide tuning range, high linearity, and low noise. Mixer M1 is coupled to a synthesizer S1 that can generate an oscillator frequency located around the center of the RF signal. Mixer M1 frequency down-converts the received RF input signal to a more convenient intermediate frequency (IF) band. Tuner **100** includes an amplifier V1 having a programmable gain for amplifying the IF signal, which is then bandpass filtered by a filter F1 before outputting to a demodulator.

In general, the RF signal includes multiple desired channels that are located in non-contiguous portions of a radio frequency spectrum. As shown in FIG. **1**, the swath of channels **110** occupies a bandwidth BW1 **120** at an RF center frequency $f_{rfc}$ **130**. Synthesizer S1 may be tuned to a frequency around the center frequency $f_{rfc}$ **130** for mixing channels **110** to an intermediate frequency $f_{ifc}$ **160**, the frequency down-mixed channels **140** are amplified by amplifier V1 and then filtered by F1 to produce a swath of channels **170** centered around frequency $f_{ifc}$ **160**. In an exemplary application shown in FIG. **1**, bandwidth BW1 contains 10 channels. In the case where channels are TV channels that are spaced at either 6 MHz or 8 MHz in most parts of the world, bandwidth BW1 **120** would span from 60-80 MHz, i.e., the down-converted bandwidth at the intermediate frequency would require a bandwidth equal to at least BW1, or at least 80 MHz when such architecture is used. It is noted that in other applications where the desired RF channels are located in the low band such as channels numbers 2 to 6 (VHF in the terrestrial TV broadcast or CATV) and in the high band such as channels numbers 14 to 83 of the UHF TV broadcast or channel numbers 63-158 of the CATV's ultra band, the bandwidth BW1 can be 800 MHz or higher. This wide bandwidth of 800 MHz would require a very expensive digital processing circuitry such as very high-speed analog to digital conversion and high-speed processor in the demodulator.

It is desirable to have wideband receiver systems that can increase the dynamic range without requiring expensive data conversion, filtering and channel selection at the demodulator.



## BRIEF SUMMARY

An embodiment of the present invention includes a wideband receiver system that is configured to concurrently receive multiple radio frequency (RF) channels including a number of desired channels that are located in non-contiguous portions of a frequency spectrum and group the desired channels in a contiguous or substantially-contiguous frequency band at an intermediate frequency spectrum, where the term "substantially-contiguous" includes spacing the desired channels close to each other (e.g. as a fraction of the total system bandwidth, or relative to a channel bandwidth) but with a spacing that can be variable to accommodate the needs of overall system. The term "contiguous" heretofore encompasses "substantially-contiguous." The term "spacing" is referred to as the frequency difference between adjacent channels. The system includes a wideband receiver having a complex mixer module for down-shifting the multiple RF channels and transforming them to an in-phase signal and a quadrature signal in the baseband or low intermediate frequency (IF) band. The system further includes a wideband analog-to-digital converter module that digitizes the in-phase and quadrature signals. The digital in-phase and quadrature signals are provided to a digital frontend module that contains a bank of complex mixers that frequency-shift the number of desired channels to a baseband where the desired channels are individually filtered.

The digital frontend module may also include a decimator module that decimates the desired RF channels by a factor M before demodulating them to a digital data stream.

In certain embodiments of the present invention, the wideband receiver system additionally includes an up-converter module having multiple complex up-mixers, each of the complex up-mixers is configured to frequency up-shift each one of the desired RF channels to a sub-portion of an IF spectrum, wherein all sub-portions of the desired channels are adjacent to each another and form a contiguous frequency band in the IF spectrum. The act of frequency shifting the desired channels to the IF spectrum allows the wideband receiver system

to directly interface with commercially available demodulators. Allowing the spacing of the desired channels in the contiguous spectrum to be variable allows a system to optimize placement of these desired channels for the purposes of avoiding sensitive portions of the spectrum which may either be vulnerable to spurious signals and interference; or which may generate interference directly or as a harmonic product, to other systems.

In another embodiment of the present invention, a multi-tuner receiver system having two or more tuners is provided to receive multiple desired RF channels that extend over several non-contiguous sub-portions of a broad frequency spectrum and group them into a contiguous frequency spectrum. The multi-tuner system includes at least a first tuner that processes a first sub-portion of the broad frequency spectrum into a first in-phase signal and a first quadrature signal and a second tuner that processes a second sub-portion of the broad frequency spectrum into a second in-phase signal and a second quadrature signal. The multi-tuner receiver system further includes a first analog-to-digital converter module that digitizes the first in-phase and quadrature signals and a second analog-to-digital converter module that digitizes the second in-phase and quadrature signals. In addition, the multi-tuner system includes a first digital frontend module having a first number of complex mixers corresponding to a first number of the desired RF channels located in the first sub-portion of the broad frequency spectrum and a second digital frontend module having a second number of complex mixers corresponding to a second number of the desired RF channels located in the second sub-portion of the broad frequency spectrum. The first digital frontend module frequency shifts the first number of the desired RF channels to a first plurality of baseband signals and the second digital frontend module frequency shifts the second number of the desired RF channels to a second plurality of baseband signals.

The multi-tuner system further includes a first up-converter module having a plurality of N complex mixers, wherein N is an integer value equal to the number of desired channel. The first up-converter module frequency up-shifts the first plurality of the baseband signals to a first portion of an intermediate frequency. In addition, the multi-tuner system includes a second up-converter module that frequency up-shifts the second plurality of the baseband signals to a second portion of an intermediate frequency. The first and the second portions of the intermediate frequency are non-overlapping and located adjacent to each other to form a contiguous intermediate frequency (IF) band. The multi-tuner system further includes a digital-to-analog converter that converts the contiguous IF band to an analog waveform signal.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a conventional wideband tuner;

FIG. **2** is a schematic block diagram of a wideband receiver system according to an embodiment of the present invention;

FIG. **3** is a simplified circuit diagram of a complex down-mixer according to an embodiment of the present invention;

FIG. **4** is a simplified schematic block diagram of a wideband receiver system according to another embodiment of the present invention;

FIG. **5** is a simplified circuit diagram of a complex up-mixer according to an embodiment of the present invention;

FIG. **6** is a simplified schematic block diagram of a wideband multi-tuner receiver system according to an embodiment of the present invention;

FIG. **7** is a block diagram illustrating an exemplary digital front end according to an embodiment of the present invention in more detail;

FIG. **8** is a block diagram illustrating an exemplary tiled up-converter module according to an embodiment of the present invention in more detail;

FIG. **9** is a simplified block diagram of a wideband multi-tuner receiver system **900** according to an embodiment of the present invention; and

FIG. **10** is a simplified block diagram of a wideband multi-tuner receiver system **1000** according to another embodiment of the present invention.

## DETAILED DESCRIPTION

FIG. **2** is a schematic block diagram of a wideband receiver system **200** according to an embodiment of the present invention. Wideband receiver system **200** includes a radio front end **210** and a digital front end **230**. Radio front end **210** may be a single very wide-band tuner receiver that captures the desired swath of channels located in non-contiguous portions of the spectrum having a frequency bandwidth BW1 **120**. In this example, the number of available channels in BW1 **120** is assumed to be 10 with each channel occupying an 8 MHz bandwidth for a total of 80 MHz. Radio front end **210** is shown as including a low noise amplifier LNA **202** having an input terminal configured to receive an RF input signal **102**. In the example shown, RF signal **102** includes four desired RF channels having the respective carrier frequency $f_{rf1}$, $f_{rf2}$, $f_{rf3}$, and $f_{rf4}$ that are located in non-contiguous portions of the wide frequency spectrum BW1. It is understood, however, that spectrum BW1 **120** may have any other number of desired frequencies that are not contiguous. LNA **202** has a very low noise figure and very high linearity and a wide tuning range (i.e., very high IIP2 and IIP3 intercept points) to maximize a signal-to-noise-and distortion ratio (SNDR) at the amplifier output. LNA **202** may have a programmable gain to amplify RF signal **102** to adequate voltage levels for mixers M1 **211** and M2 **221**.

Mixers M1 **211** and M2 **221** may be conventional mixers formed using, for example, differential Gilbert cells. Each of the mixers **211** and **221** multiplies (mixes) an amplified RF signal **203** with a respective first oscillator frequency signal **205** and a second oscillator frequency signal **207** to generate an in-phase signal **212** and a quadrature signal **222** that have a phase shift of 90° degree between them. Mixers **211** and **221** are identical so that the amplitude of the in-phase signal **212** and quadrature signal **222** are the same. The first and second oscillator frequencies **205** and **207** are identical and have a 90° degree phase shift generated through a 90° degree phase shifter P1 **206**. Synthesizer S1 may be a single local oscillator operable to generate the oscillator frequency **205** for converting the receive RF signal **102** to a zero-IF or low-IF band. Synthesizer S1 can be a coarse (large step) phase locked loop. Synthesizer S1 can also be programmable to cover the wideband frequency of the analog and digital terrestrial broadcast and/or the cable television system. The RF signal **102** may have relatively uniform signal strength in a cable network. However, its signal strength may extend in several orders of magnitude in a terrestrial broadcast system, thus, LNA **202** and/or mixers M1 **211**, M2 **221** are required to have a relatively high dynamic range to handle the large variations in the signal strength.

In-phase signal **212** and quadrature signal **222** are further amplified and filtered by respective amplifiers V1 **213**, V2 **223** and filters F1 **215**, F2 **225** to generate a filtered in-phase signal **216** and a filtered quadrature signal **226**. Filters F1 **215**

and F2 **225** may be passive or active low-pass filters to filter out any unwanted frequency components of the signals **214** and **224** before digitizing them for further processing in digital front end **230**. It is understood that the in-phase path **216** and the quadrature path **226** must have the same amplitude spectrum and maintain a fixed phase relationship, i.e., amplifiers V1 **213**, V2 **223** and filters F1 **215**, F2 **225** must be substantially identical. Because the two paths **216** and **226** are in quadrature, the spectral components from both positive and negative frequencies can be overlaid so that the bandwidth (cutoff frequency) of filters F1 **215** and F2 **225** can be one half of the BW1 bandwidth **120**.

Analog-to-digital converters ADC1 **218** and ADC2 **228** are high-speed (i.e., high sampling rate) converters to maximize the dynamic range. In an exemplary application, radio front end **210** operates as a nominal zero-IF down-mixer so that signals **216** and **226** have a nominal bandwidth **290** equal to one half of the RF signal bandwidth BW1 thanks to the complex down-mixer architecture. In other embodiment, radio front end **210** operates as a low-IF down-mixer so that the nominal bandwidth **290** of signals **216** and **226** is greater than one half of the bandwidth BW1. In practice, the sampling rate of ADC1 **218** and ADC2 **228** is chosen to be higher than the Nyquist sampling requirement, i.e., the filtered analog quadrature signals **216** and **226** may be over-sampled in order to reduce or avoid aliasing of undesired signals into the digitized I and Q signals.

ADC1 **218** generates a digital signal I **232** that is a digital representation of the analog filtered signal **216**; ADC2 **228** generates a digital signal Q **242** that is a digital representation of the analog filtered signal **226**. Digital signals I **232** and Q **242** are then applied to a bank of N complex mixers **250**, wherein N is an integer value corresponding to the number of desired RF channels located in the non-contiguous portions of the frequency spectrum BW1. It is understood that the number N can be any integer value. In one embodiment, N can be equal to the number of all available channels that exist in the licensed frequency spectrum to provide system flexibility. In other embodiments, N can be equal to the number of all receivable channels within a geographic area. In yet another embodiment, N can be an integer value less than the number of receivable channels with the geographic area to reduce system costs. In the exemplary embodiment shown in FIG. **2**, the number of desired channels is 4. That is, each of the 4 complex mixers **250** mixes in-phase and quadrature signals **232** and **242** with an associated frequency to generate a corresponding baseband, which is then individually filtered, decimated and provided to an associated demodulator.

Each of the N complex mixers **250** receives the digital signals I **232** and Q **242** from ADCs **218** and **228** to extract a different one of the desired channels and frequency-shifts the extracted signals to the baseband frequency. Each of the frequency shifted desired channels **252** is filtered by an associated filter module (identified as **260***a* to **260***n*). In an embodiment, each of the filtered signals **260***a* to **260***n* may be sent directly to an associated demodulator (identified as **270***a* to **270***n*) for extracting the original information transmitted in the associated desired channel. In another embodiment, each of the filtered signals **262***a* to **262***n* is further decimated before providing to a demodulator. A path of digital front end **230** is described in more detail below.

FIG. **3** is a simplified circuit diagram of one of the signal paths **272***a* to **272***n* of digital front end **230** shown in FIG. **2** according to an embodiment of the present invention. In an embodiment, digital signal I **232** may be further filtered by a filter **311** to obtain a filtered signal **312**. Similarly, digital signal Q **242** may be further filtered by a filter **321** to obtain a filtered signal **322**. Thus, digital signals **312** and **322** only contain low-frequency components with undesired high-frequency components being eliminated by respective filters **311** and **321**. It is noted that filtered signals **312** and **322** are interposed between the respective ADCs **218**, **228** and the bank of N complex mixers **250**.

Mixer **300**, which represents one of the N complex mixers **250**, includes four multipliers **313**, **315**, **323**, and **325**. Multipliers **313** and **315** multiply the filtered signal **312** with respective $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals and generate respective products **314** and **316**. Similarly, multipliers **323** and **325** multiply the filtered Q signal **322** with respective $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals and generate respective products **324** and **326**. An adder **317** sums the products **314** and **326** to generate a frequency-shifted signal I **318**. An adder **327** sums the products **324** and **316** to generate a frequency-shifted signal Q **328**. Basically, complex mixer **300** causes a frequency shift of the filtered components **312** and **322** to respective baseband signals **318** and **328** in the digital domain according to the operation:

$$Y(t)=X(t)*e^{-j\omega_c t} \quad (1)$$

or taken the Fourier transform, we obtain:

$$Y(\omega)=X(\omega-\omega_c) \quad (2)$$

Multipliers **313**, **315**, **323**, and **325** are identical digital multipliers. In an embodiment, a numerically controlled oscillator with quadrature output generates the $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals. Numerically controlled oscillators (NCO) can be implemented using a phase accumulator and a look-up table. NCOs are known to those of skill in the art and will not be described herein. The frequency $\omega_{ci}$ is so chosen that each one of the desired channels embedded in the digital signals I **232** and Q **242** will be downshifted to the baseband. In the given example shown in FIG. **2**, the bank of N complex mixers will have four complex mixers, each one of the N (i.e., four) complex mixers is coupled to an individual NCO having a distinct frequency $\omega_{ci}$ so that when mixing the filtered digital I and Q signals **312** and **322** with that frequency, each one of the complex mixers will generate the signals I (**318**) and Q (**328**) of a corresponding one of the desired channels at the baseband.

In an embodiment, baseband signals **318** and **328** are further individually filtered by respective filters **330** and **340** that are identified as one of the filters **260***a-n* in FIG. **2**. Filters **330** and **340** may be band-pass or low-pass filters having a narrow bandwidth equal to the bandwidth of a desired channel. In certain embodiments, filters **330** and **340** can be analog passive or active low-pass or complex band-pass filters such as polyphase filters. In another embodiment, filters **330** and **340** can be digital low-pass filters, such as finite impulse response (FIR) filters to eliminate high frequency components that may be aliased back to the baseband signals Ii (**332**) and Qi (**342**) when decimated by subsequent decimator **350**.

The reduced sampling rate of the N desired baseband channels will be sent as a serial or parallel digital data stream to a demodulator using a serial or parallel data interface according to commonly known methods, as shown in FIG. **2**. This approach provides several advantages over conventional tuner architectures. First, it eliminates the need of expensive data conversion, filtering and channel selection on the demodulator side. Second, it removes undesired channels from the signal path at an early stage, thus relieves the large dynamic range requirement in the demodulator.

FIG. **4** shows a simplified schematic block diagram of a wideband receiver system **400** according to another embodiment of the present invention. Wideband receiver system **400**

includes a radio front end **410**, a digital front end **430**, a tiled up-conversion module **450**, and a summing digital-to-analog converter module DAC **470**. Radio front end **410** includes a low noise amplifier LNA1 that receives an RF input signal **102** and provides an amplified RF signal **403** to mixers M1 **411** and M2 **421**. Mixer M1 **411** is coupled to an oscillator frequency **405** of a synthesizer S1 whereas mixer M2 **421** is coupled with the oscillator frequency **405** via a phase shifter P1 **406** that generates a 90° degree phase-shift to the oscillator frequency **405**. Mixers M1 **411** and M2 **421** generate respective in-phase signal **412** and quadrature signal **422** that are further amplified by respective amplifiers V1 **413** and V2 **423**. The amplified in-phase and quadrature signals **414**, **424** are then filtered by filters F1 **415** and F2 **425** to eliminate undesired frequency components that would be aliased back to the in-phase and quadrature signals when digitally sampled by subsequent analog-to-digital converters ADC1 **418** and ADC2 **428**. Digital signals I **422** and Q **442** at the input of digital front end **430** are digital representations of the filtered analog in-phase and quadrature signals **416**, **426** before the ADCs. Digital front end **430** include a bank of N complex mixers **432** comprising **432***a* to **432***n* identical mixers, where N is an integer value corresponding to the number of the desired channels located in non-contiguous portions of the frequency spectrum. Each of the N complex mixers **432***a* to **432***n* frequency down-converts signals I **432** and Q **442** to an associated baseband. Each of the frequency down-converted I and Q signals are coupled to respective low-pass, band-pass, or decimating filters **434**. In this regard, the radio front end **410** and the digital front end **430** are similar to respective radio front end **210** and digital front end **230** of FIG. **2** that have been described in detail above.

In an alternative embodiment of the present invention, the N filtered and decimated channels **438***a* to **438***n* (where indices a to n correspond to the associated number of desired channels) are not provided to a demodulator for demodulation. Instead, the N filtered and decimated channels **438***a* to **438***n* are further frequency up-converted to an intermediate frequency (IF) spectrum. In order to achieve that, the N filtered and decimated channels are coupled to a tiled up-conversion module **450** that includes a bank of N complex up-mixers, where N is an integer value correspond to the number of desired received channels. The N complex up-mixers include identical digital mixers **452***a* to **452***n* that will be described further in detail below with reference to FIG. **5**. The N up-shifted channels are then filtered by a subsequent bank of channel filters **454** that, in an embodiment, comprises N individual finite impulse response (FIR) filters. The N filtered channels are then digitally combined and converted to the analog domain by a summing digital-to-analog converter module DAC **470**. The N up-shifted channels are adjacent to each other and form a contiguous or substantially-contiguous set of channels **475** in the IF spectrum centered around $f_{if}$ as illustrated in FIG. **4**. In an embodiment, the spectra of the mixed products are spaced in such a way so as to avoid overlap with known frequency bands containing potential or actual interferers. In another embodiment, the spectra of the mixed products are spaced in such a way so as to avoid overlap with frequency bands that might introduce interference to other systems. In general, because the bandwidth $BW_2$ is substantially lower than $BW_1$, the IF frequency $f_{if}$ can be set proportionally lower, e.g., typically about 16 MHz to accommodate the spectrum of BW2 of up to 32 MHz (corresponding to the total bandwidth of the four desired channels, each having a bandwidth of 8 MHz in this example).

The up-conversion approach of FIG. **4** provides several advantages over conventional tuner architectures. First, it allows the demodulator to operate the data converter at a lower data rate and with lower resolution (fewer bits) due to the fact that the contiguous channels have a narrower bandwidth. Second, the up-conversion approach provides full compatibility with existing demodulators that require an analog IF signal. Third, it removes undesired channels from the signal path at an early stage, thus relieves the requirement of a high dynamic range requirement of the demodulator's analog-to-digital converter and the demodulator itself.



FIG. **5** shows a simplified exemplary circuit diagram of a complex up-mixer **500** according to an embodiment of the present invention. Up-mixer **500** is one of the N complex up-mixers **452***a* to **452***n* in tiled up-conversion module **450** shown in FIG. **4**. Up-mixer **500** includes filter **510** and **520** configured to eliminate unwanted frequency components present in respective input signals I **501** and Q **502**. Filtered signals **512** and **522** are provided to up-mixers UMI **515** and UMQ **525** that multiply the filtered signals **512** and **522** with respective $\cos(\omega_u t)$ and $\sin(\omega_u t)$. The products **516** and **526** are summed in an adder **530** to generate an IF signal **532** according to the following equation:

$$IF(t)=I(t)*\cos(\omega_u t)+Q(t)*\sin(\omega_u t) \quad (3)$$

Up-mixers UMI **515** and UMQ **525** are identical digital multipliers that multiply the respective filtered signal **512** and **522** with a cosine function **505** and a sine function **506** that can be generated from a NCO using a digital phase accumulator and a look-up table.

As described above, TV channels are grouped into multiple frequency bands in North America. For example, channels 2 through 6 are grouped in VHF-low band (aka band I in Europe), channels 7 through 13 in VHF-high band (band III), and channels 14 through 69 in UHF band (bands IV and V). In order to receive such a wide frequency spectrum, the low noise amplifier and mixer must have very low noise, wide tuning range and high linearity as described above in the wideband receiver systems **200** and **400**. However, a wideband receiver having a single tuner with high sensitivity may have a high power consumption. For certain applications, it may be advantageous to use multiple tuners that are optimized for a given frequency band, such as a dedicated tuner for the low VHF band, another dedicated tuner for the high VHF band and the UHF band, and yet other dedicated tuners for receiving the digital video broadcasting (DVB) via satellite (DVB-S), via cable (DVB-C), or terrestrial digital video broadcasting (DVB-T). The multi-tuner approach may also be advantageously applied to cable networks that carry TV programs on an 88 MHz to 860 MHz according to the Data Over Cable Service Interface Specification (DOCSIS) protocol.

FIG. **6** shows a simplified schematic block diagram of a wideband multi-tuner receiver system **600** according to an embodiment of the present invention. In an embodiment, multi-tuner system **600** includes low noise amplifier A1 **602** for receiving an RF input signal **601**. Amplifier A1 **602** is coupled to at least a tuner1 **610** and a tuner2 **720**. In another embodiment, multi-tuner system **600** may not include amplifier **602** so that RF input signal **601** can be received directly at each tuner **610** and **720**.

Tuner1 **610** includes an amplifying filter AF1 **613** that filters and amplifies a first portion BWtuner1 **604** of a broad frequency spectrum **608** that contains a first plurality of RF channels **606** including desired channels **607** having respective channel frequencies $f_{rf1}$ and $f_{rf2}$. The first portion of the broad frequency spectrum BWtuner1 **604** is then frequency down-converted to a low-IF or zero-IF in-phase signal I1 **612** and a quadrature signal Q1 **622** through respective mixer M1

611 and M2 621. Signals I1 612 and Q1 622 are further amplified and low-pass filtered before applying to respective analog-to-digital converters ADC1 618 and ADC2 628 that convert analog signals Ia1 616 and Qa1 626 to respective digital in-phase signal Id1 631 and digital quadrature signal Qd1 641. Because tuner1 610 only covers a portion BWtuner1 604 of the entire frequency spectrum 608 having fewer channels, the ADC1 618 and ADC2 628 can be slower-speed analog-to-digital converters with a large number of bits, i.e., large dynamic range.

Digital signals Id1 631 and Qd1 641 are then provided to a digital front end DFE 630 that includes a first bank of N complex mixers 632 and channel and decimating filters 634. The first bank of N complex filters 632 has N identical complex mixers, where N is an integer value equal to the number of desired channels located in the first portion BWtuner1 604 of the broad frequency spectrum 608. In an embodiment, each one of the first bank of N complex mixers includes four digital mixers that multiply digital stream Id1 631 and Qd1 641 with respective digitized cosine function and sine function to generate the sum and difference frequency components, as shown in FIG. 3. The digitized cosine and sine frequency, i.e., the mixer frequency is so chosen so that when mixing signals Id1 631 and Qd1 641 will move them to a baseband or a low-IF band. In an embodiment, channel and decimating filters have similar structures as filters 330 and 340 and demodulator 350 as shown in FIG. 3. That is, channel and decimating filters include digital low-pass filters 330 and 340 that eliminates unwanted high frequency components of the baseband signals I and Q prior to applying them to a decimator 350 (FIG. 3) that reduces the sample frequency without any loss of information since Id1 631 and Qd1 641 are sampled at a much higher frequency by the respective ADC1 618 and ADC2 628.

The decimated desired channels are then provided to an up-converter module 650 that includes a bank of N up-mixers. The bank of N up-mixers includes N identical up-mixers whose structure is shown in FIG. 5. In an embodiment, N is an integer value equal to the number of desired channels present in BWtuner1 604. Each one of the up-mixer frequency-shifts the baseband signals I and Q of each one of the desired channels to an appropriate portion of the intermediate frequency band according to Equation (3). In other words, the bank of N up-mixers is "frequency multiplexing" the desired channels onto a first portion 682 of an IF band 686.

Similarly, tuner2 720 includes an amplifying filter AF2 713 that is configured to receive a second portion BWtuner2 704 of the broad frequency spectrum 608. The second portion 704 contains a second plurality of RF channels 706 including a second number of desired channels. In the exemplary illustration of FIG. 6, the second portion 704 has a frequency bandwidth of BWtuner2 that contains desired channels 707 having respective channel frequencies $f_{rf3}$ and $f_{rf4}$. Tuner2 720 includes elements such as mixers M3 711, M4 721, amplifiers V3 714, V4 724, filters F3 715, F4 725 and analog-to-digital converters ADC3 731 and ADC4 741 that are substantially the same as the like-named elements of the signal path of tuner1 610. Thus, redundant description is omitted herein.

Digital in-phase signal Id2 731 and digital quadrature signal Qd2 741 are then provided to digital front end 740. Digital front end 740 includes a bank of L complex filters, where L is an integer value equal to the number of desired channels in the second portion BWtuner2 704 of the broad frequency spectrum 608. Each one of the bank of L complex filters is a digital complex mixer configured to transform the signals Id2 731 and Qd2 741 to baseband signals that are further filtered by individual digital low-pass filters such as FIR filters before decimated by a subsequent decimator. The elements of digital front end 740 are substantially similar to those described in digital front end 630. Thus, redundant description is omitted herein.

The decimated baseband I and Q channels are further provided to a subsequent up-conversion module 760 that performs a function substantially similar to that of the up-conversion module 650 already described above. The outputs of up-conversion module 650 and 760 can be tiled to generate a contiguous set of IF frequencies 682, 684 centered at $f_{if}$ 686. In an embodiment, the outputs of up-conversion module 650 and 760 are digitally summed and converted to an analog signal by summing DAC 670. In another embodiment, the up-conversion modules 650 and 760 and the digital summing function 672 can be performed using an inverse discrete Fourier transform or an inverse Fast Fourier transform operation.

The multi-tuner architecture provides the flexibility that multiple commercially available tuners can be used without the need of designing a wideband tuner. For example, a tuner designed for a terrestrial broadcast digital TV can be used together with a tuner dedicated to receiving a cable signal and/or a tuner for receiving a satellite broadcast signal. The multi-tuner receiver system provides an additional advantage that other tuners can be added quickly to the system to accommodate any future applications. Additionally, the multi-tuner architecture allows the use of slower speed (i.e., lower cost) analog-to-digital converters with a larger number of bits for achieving large dynamic range.

FIG. 7 shows a block diagram of an exemplary digital front end of the invention in more detail. In an embodiment, in-phase signal Id2 731 and quadrature signal Qd2 741 at the output of respective ADC converters 718 and 728 are provided to each of the L complex mixers 732 comprising mixers 732A to 732L. A more detailed description of each of L complex mixers is shown in FIG. 3. Mixer 732A multiplies Id2 731 and Qd2 741 with a cosine signal and a sine signal that are generated from an NCO1 and produces an I-732A signal and a Q-732A signal that are further individually filtered by an FIR filter before decimating. The bank of L complex mixers corresponds to the block 732 in FIG. 6; and the set of FIR filters and decimator corresponds to the block 734 in FIG. 6. Each decimated pair of I-732*i*/M in the baseband, where the index "i" is from A to L, is further provided to a subsequent up-mixer for frequency-shifting to an intermediate frequency as shown in FIG. 8.

FIG. 8 shows an exemplary embodiment of a bank of L complex up-mixers according to the present invention. Each decimated pair of complex signals I-732*i*/M and Q-732*i*/M is provided to an associated complex up-mixer, whose frequency is so chosen that when mixing with the pair of complex signals I-732*i*/M and Q-732*i*/M will generate an associated channel at a predetermined sub-portion of the intermediate frequency band 686 (FIG. 6). A more detailed schematic block of one of the L up-mixers is described above together with FIG. 5.

FIG. 9 is a simplified block diagram of a wideband multi-tuner receiver system 900 according to an embodiment of the present invention. In an embodiment, system 900 includes a crossbar switch 910 having at least an input terminal 912 configured to receive signals from an analog-to-digital converter (ADC) 912 and an input terminal 922 configured to receive signals from an ADC 922. Crossbar switch 910 also includes an output terminal 924 that is coupled to a digital front end 930. In an embodiment, input terminals 912 and 922 of crossbar switch 910 have P inputs, where P is an integer value that is equal to the total number of desired channels received by tuner1 610 and tuner2 720. Output terminal 924

of crossbar switch **910** have Q outputs, where Q is an integer value that is equal to the total number of desired channels received by tuned **610** and tuner2 **720**.

In an embodiment, digital front end **930** may include a bank of R complex mixers that frequency shifts the received channels to a baseband. Digital front end **930** may combine digital front end **630** and **740** shown in FIG. **6**. Similarly, a tiled up-conversion module **950** may include up-converter modules **650** and **760** of FIG. **6**.

System **900** further includes a summing DAC that operates similarly as summing DAC **470** and **670** that have been described in detail in relation with respective FIG. **4** and FIG. **6** above. Thus, redundant description is omitted herein.

FIG. **10** is a simplified block diagram of a wideband multi-tuner receiver system **1000** according to another embodiment of the present invention. System **1000** includes at least tuner1 **610** coupled with digital front end **630** through an analog-to-digital converter **620** and tuner2 **720** coupled with digital front end **740** through an analog-to-digital converter **730**. System **1000** further includes a crossbar switch **1010** that is interposed between digital front ends **630**, **740** and up-conversion modules **650**, **760**. Crossbar switch **1010** includes an input terminal **1012** having S inputs coupled with DFE **630** and an input terminal **1022** having T inputs coupled with DFE **740**. In an embodiment, S is an integer value equal to the number of desired channels processed in DFE **630** and T is an integer value equal to the number of desired channels processed in DFE **740**. Crossbar switch **1010** further includes an output terminal **1024** having U outputs coupled with up-converter module **650** and an output terminal **1024** having V outputs coupled with up-converter module **760**. In an embodiment, the total number of the outputs U and V is equal to the sum of the inputs S and T. Thus, crossbar switch **1010** allows the routing of any channel from either DFE **630** or DFE **740** to up-converters **650** or **760**. It is understood that system **1000** is not as flexible as system **900** because DFE **630** and DFE **740** are already pre-assigned to respective tuner1 (**610**) and tuner2 (**720**). However, this pre-assigned arrangement allows a simpler implementation of crossbar switch **1010** that operates at lower speeds.

While several embodiments in accordance with the present invention have been described, it is to be understood that the above description is intended to be illustrative and not restrictive. Many embodiments will be apparent to those of skill in the art upon reviewing the above description. The scope of the invention should, therefore, be determined not with reference to the above description, but instead should be determined with reference to the appended claims along with their full scope of equivalents.

What is claimed is:

**1**. A wideband receiver system comprising:
- a mixer module configured to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;
- a wideband analog-to-digital converter (ADC) module configured to digitize said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;
- digital circuitry configured to:
  - select said plurality of desired television channels from said digitized plurality of frequencies; and
  - output said selected plurality of television channels to a demodulator as a digital datastream.

**2**. The wideband receiver system of claim **1**, wherein said output of said digital datastream is via a serial interface.

**3**. The wideband receiver system of claim **1**, wherein said output of said digital datastream is via a parallel interface.

**4**. The wideband receiver system of claim **1**, wherein said mixer module comprises a first mixer configured to generate an in-phase signal and a second mixer configured to generate a quadrature signal.

**5**. The wideband receiver system of claim **1**, wherein said wideband analog-to-digital converter comprises:
- a first ADC configured to generate a digital in-phase signal; and
- a second ADC configured to generate a digital quadrature signal.

**6**. The wideband receiver system of claim **5**, wherein said digital circuitry comprises a plurality of complex mixers configured to frequency shift said selected plurality of desired television channels.

**7**. The wideband receiver system of claim **6**, wherein:
- prior to said frequency shift, said selected plurality of desired television channels occupy non-contiguous portions of a frequency spectrum; and
- after said frequency shift, said selected plurality of desired television channels occupy a contiguous frequency spectrum.

**8**. The wideband receiver system of claim **1**, wherein said digital circuitry comprises a plurality of channel filters configured to perform said selection of said plurality of desired television channels.

**9**. The wideband receiver system of claim **8**, wherein each one of said plurality of channel filters is a finite impulse response filter.

**10**. The wideband receiver system of claim **1**, wherein said digital circuitry comprises a decimator circuit configured to decimate one or more of said selected plurality of television channels prior to said output of said selected plurality of desired television channels.

**11**. A method comprising:
- in a wideband receiver system:
  - downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;
  - digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;
  - selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and
  - outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.

**12**. The method of claim **11**, comprising outputting, by said digital circuitry of said wideband receiver system, said digital datastream via a serial interface.

**13**. The method of claim **11**, comprising outputting, by said digital circuitry of said wideband receiver system, said digital datastream via a parallel interface.

**14**. The method of claim **11**, comprising:
- generating, by a first mixer of said mixer module, an in-phase signal; and
- generating, by a second mixer of said mixer module, a quadrature signal.

**15**. The method of claim **11**, comprising:
- generating, via a first ADC of said wideband analog-to-digital converter, a digital in-phase signal; and

generating, via a second ADC of said wideband analog-to-digital converter, a digital quadrature signal.

**16**. The method of claim **15**, comprising frequency shifting said selected plurality of desired television channels via a plurality of complex mixers of said digital circuitry.

**17**. The method of claim **16**, wherein:

prior to said frequency shifting, said selected plurality of desired television channels occupy non-contiguous portions of a frequency spectrum; and

after said frequency shifting, said selected plurality of desired television channels occupy a contiguous frequency spectrum.

**18**. The method of claim **11**, wherein said digital circuitry comprises a plurality of channel filters configured to perform said selecting.

**19**. The method of claim **18**, wherein each one of said plurality of channel filters is a finite impulse response filter.

**20**. The method of claim **11**, comprising decimating, by said digital circuitry, one or more of said selected plurality of desired television channels prior to said outputting of said selected plurality of television channels.

* * * * *

US011381866B2

(12) **United States Patent**
**Reddy et al.**

(10) **Patent No.: US 11,381,866 B2**
(45) **Date of Patent: *Jul. 5, 2022**

(54) **CABLE TELEVISION DEVICE**

(71) Applicant: **Entropic Communications, LLC**, New York, NY (US)

(72) Inventors: **Madhukar Reddy**, Carlsbad, CA (US); **Curtis Ling**, Carlsbad, CA (US); **Tim Gallagher**, Carlsbad, CA (US)

(73) Assignee: **Entropic Communications, LLC**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/587,415**

(22) Filed: **Jan. 28, 2022**

(65) **Prior Publication Data**

US 2022/0159331 A1 May 19, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 17/217,244, filed on Mar. 30, 2021, now abandoned, which is a

(Continued)

(51) **Int. Cl.**
***H04B 1/00*** (2006.01)
***H04N 21/41*** (2011.01)

(Continued)

(52) **U.S. Cl.**
CPC ....... ***H04N 21/4263*** (2013.01); ***H04B 1/0014*** (2013.01); ***H04N 5/455*** (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC ........ H04B 1/16; H04B 1/0014; H04N 5/454; H04N 5/455; H04N 5/50; H04N 21/4263;

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,280,636 A 1/1994 Kelley et al.
5,590,156 A 12/1996 Carney

(Continued)

FOREIGN PATENT DOCUMENTS

EP 2087623 A2 8/2009
WO WO-9748196 A1 * 12/1997 ....... H04B 10/25753
WO WO-02087230 A1 * 10/2002 ......... H04N 21/4384

OTHER PUBLICATIONS

Jeffrey A. Weldon, et al. A 1.75-GHz Highly Integrated Narrow-Band CMOS Transmitter With Harmonic-Rejection Mixers, IEEE Journal of Solid-State Circuits, Dec. 2001, pp. 2003-2015, vol. 36, No. 12, Seattle, Washington.

(Continued)

*Primary Examiner* — Blane J Jackson

(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

A wideband receiver system comprises a wideband analog-to-digital converter (ADC) module and a digital frontend (DFE) module. The wideband ADC is configured to concurrently digitize a band of frequencies comprising a plurality of desired channels and a plurality of undesired channels. The DFE module is coupled to the digital in-phase and quadrature signals. The DFE module is configured to select the plurality of desired channels from the digitized band of frequencies, and generate an intermediate frequency (IF) signal comprising the selected plurality of desired channels and having a bandwidth that is less than a bandwidth of the band of frequencies, where the generation comprises frequency shifting of the selected plurality of desired channels. The IF signal may be a digital signal and the DFE is configured to output the IF signal via a serial or parallel interface.

**82 Claims, 10 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 16/430,506, filed on Jun. 4, 2019, now Pat. No. 10,972,781, which is a continuation of application No. 15/792,318, filed on Oct. 24, 2017, now Pat. No. 10,313,733, which is a continuation of application No. 14/948,881, filed on Nov. 23, 2015, now Pat. No. 9,819,992, which is a continuation of application No. 14/617,973, filed on Feb. 10, 2015, now Pat. No. 9,210,363, which is a continuation of application No. 13/962,871, filed on Aug. 8, 2013, now Pat. No. 9,100,622, which is a continuation of application No. 12/762,900, filed on Apr. 19, 2010, now Pat. No. 8,526,898.

(60) Provisional application No. 61/170,526, filed on Apr. 17, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| ***H04B 1/16*** | (2006.01) |
| ***H04N 21/426*** | (2011.01) |
| ***H04N 5/50*** | (2006.01) |
| ***H04N 21/438*** | (2011.01) |
| ***H04N 21/454*** | (2011.01) |
| ***H04N 21/61*** | (2011.01) |
| ***H04N 5/455*** | (2006.01) |

(52) **U.S. Cl.**
CPC ........... ***H04N 5/50*** (2013.01); ***H04N 21/4382*** (2013.01); ***H04N 21/4383*** (2013.01); ***H04N 21/454*** (2013.01); ***H04N 21/6143*** (2013.01); ***H04N 21/6193*** (2013.01)

(58) **Field of Classification Search**
CPC ........... H04N 21/4382; H04N 21/4383; H04N 21/6143; H04N 21/6193
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,705,949 | A | 1/1998 | Alelyunas et al. |
| 5,768,268 | A | 6/1998 | Kline et al. |
| 6,253,094 | B1 | 6/2001 | Schmutz |
| 6,262,981 | B1 | 7/2001 | Schmutz |
| 6,282,184 | B1 | 8/2001 | Lehman et al. |
| 6,735,421 | B1 * | 5/2004 | Claxton ............... H04B 1/0007 455/313 |
| 6,760,342 | B1 * | 7/2004 | Skones .................... H04B 1/28 370/437 |
| 6,906,498 | B2 | 6/2005 | Breuch et al. |
| 6,920,185 | B2 | 7/2005 | Hinson |
| 6,992,855 | B2 | 1/2006 | Ehrlich |
| 7,095,454 | B2 | 8/2006 | Waight et al. |
| 7,130,576 | B1 | 10/2006 | Gurantz et al. |
| 7,145,972 | B2 | 12/2006 | Kumar |
| 7,167,694 | B2 | 1/2007 | Khoini-Poorfard et al. |
| 7,362,178 | B2 | 4/2008 | Montemayor et al. |
| 7,373,125 | B2 | 5/2008 | Godambe et al. |
| 7,421,259 | B2 | 9/2008 | Gomez et al. |
| 7,477,871 | B1 | 1/2009 | Gurantz et al. |
| 7,542,715 | B1 | 6/2009 | Gurantz et al. |
| 7,599,673 | B2 | 10/2009 | Maxim et al. |
| 7,783,958 | B1 | 8/2010 | Eidson et al. |
| 7,941,091 | B1 | 5/2011 | Doherty et al. |
| 8,023,912 | B2 | 9/2011 | Petrovic et al. |
| 8,086,170 | B2 | 12/2011 | Petrovic et al. |
| 8,107,916 | B2 | 1/2012 | Gatta et al. |
| 8,238,813 | B1 | 8/2012 | Popoli |
| 8,285,240 | B2 | 10/2012 | Seendripu et al. |
| 8,300,681 | B2 | 10/2012 | Petrovic et al. |
| 8,331,886 | B2 | 12/2012 | Wang et al. |
| 8,374,568 | B2 | 2/2013 | Seendripu et al. |
| 8,374,569 | B2 | 2/2013 | Seendripu et al. |
| 8,374,570 | B2 | 2/2013 | Seendripu et al. |
| 8,526,898 | B2 | 9/2013 | Reddy et al. |
| 8,566,678 | B2 | 10/2013 | Eidson et al. |
| 8,577,319 | B2 | 11/2013 | Ling et al. |
| 8,611,809 | B1 | 12/2013 | Popoli |
| 8,666,350 | B2 | 3/2014 | Vauhkonen |
| 8,892,026 | B2 | 11/2014 | Petrovic et al. |
| 8,892,225 | B2 | 11/2014 | Walsh et al. |
| 8,909,187 | B2 | 12/2014 | Seendripu et al. |
| 9,059,672 | B2 | 6/2015 | Ling et al. |
| 9,100,622 | B2 | 8/2015 | Reddy et al. |
| 9,210,362 | B2 | 12/2015 | Reddy et al. |
| 9,210,363 | B2 | 12/2015 | Reddy et al. |
| 9,219,557 | B2 | 12/2015 | Bargroff et al. |
| 9,225,373 | B2 | 12/2015 | Gomez et al. |
| 9,413,476 | B2 | 8/2016 | Petrovic et al. |
| 9,819,992 | B2 | 11/2017 | Reddy et al. |
| 9,853,757 | B2 | 12/2017 | Petrovic et al. |
| 9,942,598 | B2 | 4/2018 | Reddy et al. |
| 10,313,733 | B2 | 6/2019 | Reddy et al. |
| 10,439,746 | B2 | 10/2019 | Petrovic et al. |
| 10,972,781 | B2 | 4/2021 | Reddy et al. |
| 11,139,902 | B2 | 10/2021 | Petrovic et al. |
| 2003/0158614 | A1 | 8/2003 | Friel et al. |
| 2003/0228855 | A1 | 12/2003 | Herz et al. |
| 2004/0058661 | A1 | 3/2004 | Hsu et al. |
| 2004/0110522 | A1 | 6/2004 | Reddy et al. |
| 2005/0040909 | A1 | 2/2005 | Waight et al. |
| 2005/0286562 | A1 | 12/2005 | Nakao et al. |
| 2007/0002961 | A1 | 1/2007 | Hoctor et al. |
| 2007/0032220 | A1 | 2/2007 | Feher |
| 2007/0042742 | A1 | 2/2007 | Kim et al. |
| 2007/0111661 | A1 | 5/2007 | Bargroff et al. |
| 2007/0179649 | A1 | 8/2007 | Mitsuno |
| 2007/0263754 | A1 | 11/2007 | Currivan et al. |
| 2009/0075613 | A1 | 3/2009 | Safarian et al. |
| 2009/0258629 | A1 | 10/2009 | Ritchey et al. |
| 2011/0105068 | A1 | 5/2011 | Reddy et al. |

OTHER PUBLICATIONS

Int'l Search Report and Written Opinion Appln No. PCT/2010/031631 dated Jun. 17, 2010.
Int'l Search Report and Written Opinion Appln No. PCT/2010/031627 dated Jun. 18, 2010.

* cited by examiner




FIG. 1
(Prior Art)


200
RF Input
102
210
Radio Front End
LNA
202
203
M1
211
M2
221
90°
P1
205
206
207
212
222
V1
213
V2
223
214
224
215
F1
F2
225
216
226
Synthesizer
S1
ADC1
218
ADC 2
228
232
I
242
Q
230
Digital Front End DFE
BX1
BXN
Bank of N x complex mixers
250
252a-252n
N freq.-shifted desired channels in the baseband
260a
260n
260
262a-262n
270a
270n
270
Serial or parallel data interface to demodulator
272a-272n
N filtered and decimated baseband channels
I, Q signals
290
0
BW1/2
110
130
frfc
frf1
frf2
frf3
frf4
120
BW1 = 80 MHz

FIG. 2



I_i/M
Q_i/M
350
decimator
332
I_i
342
Q_i
330
CF_i
340
318
328
300
316
317
327
326
315
325
sin ( w_ci t )
cos ( w_ci t )
314
324
313
323
312
322
311
BF_i
321
BXi
232
242
I
Q


FIG. 3


400
RF input signal 102
LNA1
403
Radio Front End
410
M1
411
412
M2
421
422
90°
P1
406
Synthesizer
405
S1
V1
413
414
V2
423
424
F1
415
416
F2
425
426
ADC1
418
ADC2
428
433
I
444
Q
Digital Front End DFE
430
BX1
BXN
Bank of N x complex mixers, channel filters, and decimators
432
434
438a to 438n
N filtered and decimated channels (baseband I/Q) RCi
Tiled Upconversion
450
UX1
452a
452n
UXN
454a
454n
Bank of N x complex up-mixers and channel filters
452
454
N upconverted IF signals IFi
470
DAC
Summing DAC
IF output
475
BW2 = 32 MHz
BW1 = 80 MHz

FIG. 4


500
I
Q
501
502
510
520
512
522
UMI i
UMQ i
515
525
cos ( w ui t )
sin ( w ui t )
505
506
516
526
530
532
IF i
UX i

FIG. 5


600
Tuner1
Tuner2
RF Input
IF output
Synthesizer
Summing DAC
Digital Front End DFE
Upconversion
Bank of N x complex mixers, channel filters, and decimators
Bank of L x complex mixers, channel filters, and decimators
Bank of N x complex up-mixers and channel filters
Bank of L x complex up-mixers and channel filters
ADC1
ADC2
ADC3
ADC4
BW = 80 MHz
BW2 =32 MHz
fif~16 MHz

FIG. 6



Id2
731
741
Qd2
732A
M1 with NCO1
732L
M_L with NCO_L
Bank of L complex mixers
732
I-732A
Q-732A
I-732L
Q-732L
FIR filter
FIR filter
FIR filter
FIR filter
decimator
decimator
decimator
decimator
I-732A/M
Q-732A/M
I-732L/M
Q-732L/M
Bank of channels filters and decimators
734


FIG. 7


Contiguous L desired channels in the IF band
808A
808B
808L
Fif
Sub-portion of the IF band 686 (FIG. 6)
I-732A/M
Q-732A/M
806
807
UP-MIXER UM-A
I-732L/M
Q-732L/M
816
817
UP-MIXER UM-L
Bank of L complex up-mixers
752
Channel A
Channel L
Filter LP-A
Filter LP-L
808A
808L
Bank of L channel filters
754

FIG. 8


900
970
Summing DAC
950
Up-conversion
930
DFE
910
924
Crossbar switch
912
922
620
ADC
730
ADC
610
tuner1
720
tuner2

FIG. 9


1000
670
Summing DAC
650
Up-converter
760
Up-converter
1010
Crossbar switch
1012
1022
1024
1026
630
DFE
740
DFE
620
ADC
730
ADC
610
tuner1
720
tuner2

FIG. 10

# CABLE TELEVISION DEVICE

## PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 17/217,244 filed on Mar. 30, 2021, which is a continuation of U.S. patent application Ser. No. 16/430,506 (now U.S. Pat. No. 10,972,781) filed on Jun. 4, 2019, which is a continuation of U.S. patent application Ser. No. 15/792,318 (now U.S. Pat. No. 10,313,733) filed Oct. 24, 2017, which is a continuation of U.S. patent application Ser. No. 14/948,881 (now U.S. Pat. No. 9,819,992) filed Nov. 23, 2015, which is a continuation of U.S. patent application Ser. No. 14/617,973 (now U.S. Pat. No. 9,210,363) filed on Feb. 10, 2015, which is a continuation of U.S. patent application Ser. No. 13/962,871 (now U.S. Pat. No. 9,100,622) filed on Aug. 8, 2013, which is a continuation of U.S. patent application Ser. No. 12/762,900 filed on Apr. 19, 2010 (now U.S. Pat. No. 8,526,898), which claims the benefit of priority to U.S. provisional application 61/170,526 filed Apr. 17, 2009, now expired. Each of the above referenced documents is hereby incorporated by reference in its entirety.

## BACKGROUND

This invention relates to wideband receiver systems and methods having a wideband receiver that is capable of receiving multiple radio frequency channels located in a broad radio frequency spectrum. In particular, the invention relates to wideband receiver systems that are capable of receiving multiple desired television channels that extend over multiple non-contiguous portions of the broad frequency spectrum and grouping them into a contiguous, or substantially-contiguous, frequency spectrum.

Receivers used to down-convert and selectively filter TV channels are referred to as tuners, and tuners designed to concurrently receive several TV channels are referred to as wideband tuners. Existing tuners for these applications down-convert a swath of channels to an intermediate frequency, which are then sent to a demodulator. Because the swath of channels is not contiguous, this swath includes the desired channels as well as undesired channels. The demodulator employs a high-speed data converter to capture this swath of desired and undesired channels in the digital domain and subsequently filters out the desired channels.

In general, television channels broadcasted over the air or over cable networks are distributed across a broad frequency spectrum. That is, the channel frequencies may not be adjacent to each other. In certain applications such as DVR and picture-in-picture, the receiver system may have to concurrently receive several desired channels that may or may not be contiguous. The wideband receiver requirement poses a trade-off to the system to limit either the dynamic range of the wideband tuner or reduce the bandwidth covered by the tuner so that fewer channels may be received and processed by the demodulator.

FIG. **1** shows a conventional wideband tuner **100**. Tuner **100** may be a direct conversion tuner and includes a low noise amplifier LNA**1** having an input terminal coupled to a radio frequency (RF) input signal **102** and an output terminal coupled to a mixer M**1**. The RF signal may include one or more television channels receiving from a cable network via an RF connector or wirelessly via an antenna. The RF input signal may include the VHF and UHF television channels in a terrestrial television broadcasting system or the CATV channels in cable networks. In order to receive all broadcasted channels present in the RF input signal, LNA**1** must necessarily have a wide tuning range, high linearity, and low noise. Mixer M**1** is coupled to a synthesizer S**1** that can generate an oscillator frequency located around the center of the RF signal. Mixer M**1** frequency down-converts the received RF input signal to a more convenient intermediate frequency (IF) band. Tuner **100** includes an amplifier V**1** having a programmable gain for amplifying the IF signal, which is then band-pass filtered by a filter F**1** before outputting to a demodulator.



In general, the RF signal includes multiple desired channels that are located in non-contiguous portions of a radio frequency spectrum. As shown in FIG. **1**, the swath of channels **110** occupies a bandwidth BW**1** **120** at an RF center frequency $f_{rfc}$ **130**. Synthesizer S**1** may be tuned to a frequency around the center frequency $f_{rfc}$ **130** for mixing channels **110** to an intermediate frequency $f_{ifc}$ **160**, the frequency down-mixed channels **140** are amplified by amplifier V**1** and then filtered by F**1** to produce a swath of channels **170** centered around frequency $f_{ifc}$ **160**. In an exemplary application shown in FIG. **1**, bandwidth BW**1** contains 10 channels. In the case where channels are TV channels that are spaced at either 6 MHz or 8 MHz in most parts of the world, bandwidth BW**1** **120** would span from 60-80 MHz, i.e., the down-converted bandwidth at the intermediate frequency would require a bandwidth equal to at least BW**1**, or at least 80 MHz when such architecture is used. It is noted that in other applications where the desired RF channels are located in the low band such as channels numbers 2 to 6 (VHF in the terrestrial TV broadcast or CATV) and in the high band such as channels numbers 14 to 83 of the UHF TV broadcast or channel numbers 63-158 of the CATV's ultra band, the bandwidth BW**1** can be 800 MHz or higher. This wide bandwidth of 800 MHz would require a very expensive digital processing circuitry such as very high-speed analog to digital conversion and high-speed processor in the demodulator.

It is desirable to have wideband receiver systems that can increase the dynamic range without requiring expensive data conversion, filtering and channel selection at the demodulator.

## BRIEF SUMMARY

An embodiment of the present invention includes a wideband receiver system that is configured to concurrently receive multiple radio frequency (RF) channels including a number of desired channels that are located in non-contiguous portions of a frequency spectrum and group the desired channels in a contiguous or substantially-contiguous frequency band at an intermediate frequency spectrum, where the term "substantially-contiguous" includes spacing the desired channels close to each other (e.g. as a fraction of the total system bandwidth, or relative to a channel bandwidth) but with a spacing that can be variable to accommodate the needs of overall system. The term "contiguous" heretofore encompasses "substantially-contiguous." The term "spacing" is referred to as the frequency difference between adjacent channels. The system includes a wideband receiver having a complex mixer module for down-shifting the multiple RF channels and transforming them to an in-phase signal and a quadrature signal in the baseband or low intermediate frequency (IF) band. The system further includes a wideband analog-to-digital converter module that digitizes the in-phase and quadrature signals. The digital in-phase and quadrature signals are provided to a digital frontend module that contains a bank of complex mixers that

frequency-shift the number of desired channels to a baseband where the desired channels are individually filtered.

The digital frontend module may also include a decimator module that decimates the desired RF channels by a factor M before demodulating them to a digital data stream.

In certain embodiments of the present invention, the wideband receiver system additionally includes an up-converter module having multiple complex up-mixers, each of the complex up-mixers is configured to frequency up-shift each one of the desired RF channels to a sub-portion of an IF spectrum, wherein all sub-portions of the desired channels are adjacent to each another and form a contiguous frequency band in the IF spectrum. The act of frequency shifting the desired channels to the IF spectrum allows the wideband receiver system to directly interface with commercially available demodulators. Allowing the spacing of the desired channels in the contiguous spectrum to be variable allows a system to optimize placement of these desired channels for the purposes of avoiding sensitive portions of the spectrum which may either be vulnerable to spurious signals and interference; or which may generate interference directly or as a harmonic product, to other systems.

In another embodiment of the present invention, a multi-tuner receiver system having two or more tuners is provided to receive multiple desired RF channels that extend over several non-contiguous sub-portions of a broad frequency spectrum and group them into a contiguous frequency spectrum. The multi-tuner system includes at least a first tuner that processes a first sub-portion of the broad frequency spectrum into a first in-phase signal and a first quadrature signal and a second tuner that processes a second sub-portion of the broad frequency spectrum into a second in-phase signal and a second quadrature signal. The multi-tuner receiver system further includes a first analog-to-digital converter module that digitizes the first in-phase and quadrature signals and a second analog-to-digital converter module that digitizes the second in-phase and quadrature signals. In addition, the multi-tuner system includes a first digital frontend module having a first number of complex mixers corresponding to a first number of the desired RF channels located in the first sub-portion of the broad frequency spectrum and a second digital frontend module having a second number of complex mixers corresponding to a second number of the desired RF channels located in the second sub-portion of the broad frequency spectrum. The first digital frontend module frequency shifts the first number of the desired RF channels to a first plurality of baseband signals and the second digital frontend module frequency shifts the second number of the desired RF channels to a second plurality of baseband signals.

The multi-tuner system further includes a first up-converter module having a plurality of N complex mixers, wherein N is an integer value equal to the number of desired channel. The first up-converter module frequency up-shifts the first plurality of the baseband signals to a first portion of an intermediate frequency. In addition, the multi-tuner system includes a second up-converter module that frequency up-shifts the second plurality of the baseband signals to a second portion of an intermediate frequency. The first and the second portions of the intermediate frequency are non-overlapping and located adjacent to each other to form a contiguous intermediate frequency (IF) band. The multi-tuner system further includes a digital-to-analog converter that converts the contiguous IF band to an analog waveform signal.



## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a conventional wideband tuner;

FIG. **2** is a schematic block diagram of a wideband receiver system according to an embodiment of the present invention;

FIG. **3** is a simplified circuit diagram of a complex down-mixer according to an embodiment of the present invention;

FIG. **4** is a simplified schematic block diagram of a wideband receiver system according to another embodiment of the present invention;

FIG. **5** is a simplified circuit diagram of a complex up-mixer according to an embodiment of the present invention;

FIG. **6** is a simplified schematic block diagram of a wideband multi-tuner receiver system according to an embodiment of the present invention;

FIG. **7** is a block diagram illustrating an exemplary digital front end according to an embodiment of the present invention in more detail;

FIG. **8** is a block diagram illustrating an exemplary tiled up-converter module according to an embodiment of the present invention in more detail;

FIG. **9** is a simplified block diagram of a wideband multi-tuner receiver system **900** according to an embodiment of the present invention; and

FIG. **10** is a simplified block diagram of a wideband multi-tuner receiver system **1000** according to another embodiment of the present invention.

## DETAILED DESCRIPTION

FIG. **2** is a schematic block diagram of a wideband receiver system **200** according to an embodiment of the present invention. Wideband receiver system **200** includes a radio front end **210** and a digital front end **230**. Radio front end **210** may be a single very wide-band tuner receiver that captures the desired swath of channels located in non-contiguous portions of the spectrum having a frequency bandwidth BW**1** **120**. In this example, the number of available channels in BW**1** **120** is assumed to be 10 with each channel occupying an 8 MHz bandwidth for a total of 80 MHz. Radio front end **210** is shown as including a low noise amplifier LNA **202** having an input terminal configured to receive an RF input signal **102**. In the example shown, RF signal **102** includes four desired RF channels having the respective carrier frequency $f_{rf1}$, $f_{rf2}$, $f_{rf3}$, and $f_{rf4}$ that are located in non-contiguous portions of the wide frequency spectrum BW**1**. It is understood, however, that spectrum BW**1** **120** may have any other number of desired frequencies that are not contiguous. LNA **202** has a very low noise figure and very high linearity and a wide tuning range (i.e., very high IIP**2** and IIP**3** intercept points) to maximize a signal-to-noise-and distortion ratio (SNDR) at the amplifier output. LNA **202** may have a programmable gain to amplify RF signal **102** to adequate voltage levels for mixers M**1** **211** and M**2** **221**.

Mixers M**1** **211** and M**2** **221** may be conventional mixers formed using, for example, differential Gilbert cells. Each of the mixers **211** and **221** multiplies (mixes) an amplified RF signal **203** with a respective first oscillator frequency signal **205** and a second oscillator frequency signal **207** to generate an in-phase signal **212** and a quadrature signal **222** that have a phase shift of 90° degree between them. Mixers **211** and **221** are identical so that the amplitude of the in-phase signal

**212** and quadrature signal **222** are the same. The first and second oscillator frequencies **205** and **207** are identical and have a 90° degree phase shift generated through a 90° degree phase shifter P**1** **206**. Synthesizer S**1** may be a single local oscillator operable to generate the oscillator frequency **205** for converting the receive RF signal **102** to a zero-IF or low-IF band. Synthesizer S**1** can be a coarse (large step) phase locked loop. Synthesizer S**1** can also be programmable to cover the wideband frequency of the analog and digital terrestrial broadcast and/or the cable television system. The RF signal **102** may have relatively uniform signal strength in a cable network. However, its signal strength may extend in several orders of magnitude in a terrestrial broadcast system, thus, LNA **202** and/or mixers M**1** **211**, M**2** **221** are required to have a relatively high dynamic range to handle the large variations in the signal strength.

In-phase signal **212** and quadrature signal **222** are further amplified and filtered by respective amplifiers V**1** **213**, V**2** **223** and filters F**1** **215**, F**2** **225** to generate a filtered in-phase signal **216** and a filtered quadrature signal **226**. Filters F**1** **215** and F**2** **225** may be passive or active low-pass filters to filter out any unwanted frequency components of the signals **214** and **224** before digitizing them for further processing in digital front end **230**. It is understood that the in-phase path **216** and the quadrature path **226** must have the same amplitude spectrum and maintain a fixed phase relationship, i.e., amplifiers V**1** **213**, V**2** **223** and filters F**1** **215**, F**2** **225** must be substantially identical. Because the two paths **216** and **226** are in quadrature, the spectral components from both positive and negative frequencies can be overlaid so that the bandwidth (cutoff frequency) of filters F**1** **215** and F**2** **225** can be one half of the BW**1** bandwidth **120**.

Analog-to-digital converters ADC**1** **218** and ADC**2** **228** are high-speed (i.e., high sampling rate) converters to maximize the dynamic range. In an exemplary application, radio front end **210** operates as a nominal zero-IF down-mixer so that signals **216** and **226** have a nominal bandwidth **290** equal to one half of the RF signal bandwidth BW**1** thanks to the complex down-mixer architecture. In other embodiment, radio front end **210** operates as a low-IF down-mixer so that the nominal bandwidth **290** of signals **216** and **226** is greater than one half of the bandwidth BW**1**. In practice, the sampling rate of ADC**1** **218** and ADC**2** **228** is chosen to be higher than the Nyquist sampling requirement, i.e., the filtered analog quadrature signals **216** and **226** may be over-sampled in order to reduce or avoid aliasing of undesired signals into the digitized I and Q signals.

ADC**1** **218** generates a digital signal I **232** that is a digital representation of the analog filtered signal **216**; ADC**2** **228** generates a digital signal Q **242** that is a digital representation of the analog filtered signal **226**. Digital signals I **232** and Q **242** are then applied to a bank of N complex mixers **250**, wherein N is an integer value corresponding to the number of desired RF channels located in the non-contiguous portions of the frequency spectrum BW**1**. It is understood that the number N can be any integer value. In one embodiment, N can be equal to the number of all available channels that exist in the licensed frequency spectrum to provide system flexibility. In other embodiments, N can be equal to the number of all receivable channels within a geographic area. In yet another embodiment, N can be an integer value less than the number of receivable channels with the geographic area to reduce system costs. In the exemplary embodiment shown in FIG. **2**, the number of desired channels is 4. That is, each of the 4 complex mixers **250** mixes in-phase and quadrature signals **232** and **242** with an associated frequency to generate a corresponding baseband, which is then individually filtered, decimated and provided to an associated demodulator.



Each of the N complex mixers **250** receives the digital signals I **232** and Q **242** from ADCs **218** and **228** to extract a different one of the desired channels and frequency-shifts the extracted signals to the baseband frequency. Each of the frequency shifted desired channels **252** is filtered by an associated filter module (identified as **260*a*** to **260*n***). In an embodiment, each of the filtered signals **260*a*** to **260*n*** may be sent directly to an associated demodulator (identified as **270*a*** to **270*n***) for extracting the original information transmitted in the associated desired channel. In another embodiment, each of the filtered signals **262*a*** to **262*n*** is further decimated before providing to a demodulator. A path of digital front end **230** is described in more detail below.

FIG. **3** is a simplified circuit diagram of one of the signal paths **272*a*** to **272*n*** of digital front end **230** shown in FIG. **2** according to an embodiment of the present invention. In an embodiment, digital signal I **232** may be further filtered by a filter **311** to obtain a filtered signal **312**. Similarly, digital signal Q **242** may be further filtered by a filter **321** to obtain a filtered signal **322**. Thus, digital signals **312** and **322** only contain low-frequency components with undesired high-frequency components being eliminated by respective filters **311** and **321**. It is noted that filtered signals **312** and **322** are interposed between the respective ADCs **218**, **228** and the bank of N complex mixers **250**.

Mixer **300**, which represents one of the N complex mixers **250**, includes four multipliers **313**, **315**, **323**, and **325**. Multipliers **313** and **315** multiply the filtered signal **312** with respective $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals and generate respective products **314** and **316**. Similarly, multipliers **323** and **325** multiply the filtered Q signal **322** with respective $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals and generate respective products **324** and **326**. An adder **317** sums the products **314** and **326** to generate a frequency-shifted signal I **318**. An adder **327** sums the products **324** and **316** to generate a frequency-shifted signal Q **328**. Basically, complex mixer **300** causes a frequency shift of the filtered components **312** and **322** to respective baseband signals **318** and **328** in the digital domain according to the operation:

$$Y(t)=X(t)*e^{-j\omega_c t} \quad (1)$$

or taken the Fourier transform, we obtain:

$$Y(\omega)=X(\omega-\omega_c) \quad (2)$$

Multipliers **313**, **315**, **323**, and **325** are identical digital multipliers. In an embodiment, a numerically controlled oscillator with quadrature output generates the $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals. Numerically controlled oscillators (NCO) can be implemented using a phase accumulator and a look-up table. NCOs are known to those of skill in the art and will not be described herein. The frequency $\omega_{ci}$ is so chosen that each one of the desired channels embedded in the digital signals I **232** and Q **242** will be downshifted to the baseband. In the given example shown in FIG. **2**, the bank of N complex mixers will have four complex mixers, each one of the N (i.e., four) complex mixers is coupled to an individual NCO having a distinct frequency $\omega_{ci}$ so that when mixing the filtered digital I and Q signals **312** and **322** with that frequency, each one of the complex mixers will generate the signals I (**318**) and Q (**328**) of a corresponding one of the desired channels at the baseband.

In an embodiment, baseband signals **318** and **328** are further individually filtered by respective filters **330** and **340** that are identified as one of the filters **260*a-n*** in FIG. **2**. Filters **330** and **340** may be band-pass or low-pass filters

having a narrow bandwidth equal to the bandwidth of a desired channel. In certain embodiments, filters **330** and **340** can be analog passive or active low-pass or complex band-pass filters such as polyphase filters. In another embodiment, filters **330** and **340** can be digital low-pass filters, such as finite impulse response (FIR) filters to eliminate high frequency components that may be aliased back to the baseband signals Ii (**332**) and Qi (**342**) when decimated by subsequent decimator **350**.

The reduced sampling rate of the N desired baseband channels will be sent as a serial or parallel digital data stream to a demodulator using a serial or parallel data interface according to commonly known methods, as shown in FIG. **2**. This approach provides several advantages over conventional tuner architectures. First, it eliminates the need of expensive data conversion, filtering and channel selection on the demodulator side. Second, it removes undesired channels from the signal path at an early stage, thus relieves the large dynamic range requirement in the demodulator.

FIG. **4** shows a simplified schematic block diagram of a wideband receiver system **400** according to another embodiment of the present invention. Wideband receiver system **400** includes a radio front end **410**, a digital front end **430**, a tiled up-conversion module **450**, and a summing digital-to-analog converter module DAC **470**. Radio front end **410** includes a low noise amplifier LNA**1** that receives an RF input signal **102** and provides an amplified RF signal **403** to mixers M**1** **411** and M**2** **421**. Mixer M**1** **411** is coupled to an oscillator frequency **405** of a synthesizer S1 whereas mixer M**2** **421** is coupled with the oscillator frequency **405** via a phase shifter P**1** **406** that generates a 90° degree phase-shift to the oscillator frequency **405**. Mixers M**1** **411** and M**2** **421** generate respective in-phase signal **412** and quadrature signal **422** that are further amplified by respective amplifiers V**1** **413** and V**2** **423**. The amplified in-phase and quadrature signals **414**, **424** are then filtered by filters F**1** **415** and F**2** **425** to eliminate undesired frequency components that would be aliased back to the in-phase and quadrature signals when digitally sampled by subsequent analog-to-digital converters ADC**1** **418** and ADC**2** **428**. Digital signals I **422** and Q **442** at the input of digital front end **430** are digital representations of the filtered analog in-phase and quadrature signals **416**, **426** before the ADCs. Digital front end **430** include a bank of N complex mixers **432** comprising **432*a*** to **432*n*** identical mixers, where N is an integer value corresponding to the number of the desired channels located in non-contiguous portions of the frequency spectrum. Each of the N complex mixers **432*a*** to **432*n*** frequency down-converts signals I **432** and Q **442** to an associated baseband. Each of the frequency down-converted I and Q signals are coupled to respective low-pass, band-pass, or decimating filters **434**. In this regard, the radio front end **410** and the digital front end **430** are similar to respective radio front end **210** and digital front end **230** of FIG. **2** that have been described in detail above.

In an alternative embodiment of the present invention, the N filtered and decimated channels **438*a*** to **438*n*** (where indices a to n correspond to the associated number of desired channels) are not provided to a demodulator for demodulation. Instead, the N filtered and decimated channels **438*a*** to **438*n*** are further frequency up-converted to an intermediate frequency (IF) spectrum. In order to achieve that, the N filtered and decimated channels are coupled to a tiled up-conversion module **450** that includes a bank of N complex up-mixers, where N is an integer value correspond to the number of desired received channels. The N complex up-mixers include identical digital mixers **452*a*** to **452*n*** that will be described further in detail below with reference to FIG. **5**. The N up-shifted channels are then filtered by a subsequent bank of channel filters **454** that, in an embodiment, comprises N individual finite impulse response (FIR) filters. The N filtered channels are then digitally combined and converted to the analog domain by a summing digital-to-analog converter module DAC **470**. The N up-shifted channels are adjacent to each other and form a contiguous or substantially-contiguous set of channels **475** in the IF spectrum centered around $f_{if}$ as illustrated in FIG. **4**. In an embodiment, the spectra of the mixed products are spaced in such a way so as to avoid overlap with known frequency bands containing potential or actual interferers. In another embodiment, the spectra of the mixed products are spaced in such a way so as to avoid overlap with frequency bands that might introduce interference to other systems. In general, because the bandwidth $BW_2$ is substantially lower than $BW_1$, the IF frequency $f_{if}$ can be set proportionally lower, e.g., typically about 16 MHz to accommodate the spectrum of BW**2** of up to 32 MHz (corresponding to the total bandwidth of the four desired channels, each having a bandwidth of 8 MHz in this example).



The up-conversion approach of FIG. **4** provides several advantages over conventional tuner architectures. First, it allows the demodulator to operate the data converter at a lower data rate and with lower resolution (fewer bits) due to the fact that the contiguous channels have a narrower bandwidth. Second, the up-conversion approach provides full compatibility with existing demodulators that require an analog IF signal. Third, it removes undesired channels from the signal path at an early stage, thus relieves the requirement of a high dynamic range requirement of the demodulator's analog-to-digital converter and the demodulator itself.

FIG. **5** shows a simplified exemplary circuit diagram of a complex up-mixer **500** according to an embodiment of the present invention. Up-mixer **500** is one of the N complex up-mixers **452*a*** to **452*n*** in tiled up-conversion module **450** shown in FIG. **4**. Up-mixer **500** includes filter **510** and **520** configured to eliminate unwanted frequency components present in respective input signals I **501** and Q **502**. Filtered signals **512** and **522** are provided to up-mixers UMI **515** and UMQ **525** that multiply the filtered signals **512** and **522** with respective $\cos(\omega_u t)$ and $\sin(\omega_u t)$. The products **516** and **526** are summed in an adder **530** to generate an IF signal **532** according to the following equation:

$$IF(t)=I(t)*\cos(\omega_u t)+Q(t)*\sin(\omega_u t) \quad (3)$$

Up-mixers UMI **515** and UMQ **525** are identical digital multipliers that multiply the respective filtered signal **512** and **522** with a cosine function **505** and a sine function **506** that can be generated from a NCO using a digital phase accumulator and a look-up table.

As described above, TV channels are grouped into multiple frequency bands in North America. For example, channels 2 through 6 are grouped in VHF-low band (aka band I in Europe), channels 7 through 13 in VHF-high band (band III), and channels 14 through 69 in UHF band (bands IV and V). In order to receive such a wide frequency spectrum, the low noise amplifier and mixer must have very low noise, wide tuning range and high linearity as described above in the wideband receiver systems **200** and **400**. However, a wideband receiver having a single tuner with high sensitivity may have a high power consumption. For certain applications, it may be advantageous to use multiple tuners that are optimized for a given frequency band, such as a dedicated tuner for the low VHF band, another dedi-

cated tuner for the high VHF band and the UHF band, and yet other dedicated tuners for receiving the digital video broadcasting (DVB) via satellite (DVB-S), via cable (DVB-C), or terrestrial digital video broadcasting (DVB-T). The multi-tuner approach may also be advantageously applied to cable networks that carry TV programs on an 88 MHz to 860 MHz according to the Data Over Cable Service Interface Specification (DOCSIS) protocol.

FIG. **6** shows a simplified schematic block diagram of a wideband multi-tuner receiver system **600** according to an embodiment of the present invention. In an embodiment, multi-tuner system **600** includes low noise amplifier A**1** **602** for receiving an RF input signal **601**. Amplifier A**1** **602** is coupled to at least a tuner**1** **610** and a tuner**2** **720**. In another embodiment, multi-tuner system **600** may not include amplifier **602** so that RF input signal **601** can be received directly at each tuner **610** and **720**.

Tuner**1** **610** includes an amplifying filter AF**1** **613** that filters and amplifies a first portion BWtuner**1** **604** of a broad frequency spectrum **608** that contains a first plurality of RF channels **606** including desired channels **607** having respective channel frequencies $f_{rf1}$ and $f_{rf2}$. The first portion of the broad frequency spectrum BWtuner**1** **604** is then frequency down-converted to a low-IF or zero-IF in-phase signal I**1** **612** and a quadrature signal Q**1** **622** through respective mixer M**1** **611** and M**2** **621**. Signals I**1** **612** and Q**1** **622** are further amplified and low-pass filtered before applying to respective analog-to-digital converters ADC**1** **618** and ADC**2** **628** that convert analog signals Ia**1** **616** and Qa**1** **626** to respective digital in-phase signal Id**1** **631** and digital quadrature signal Qd**1** **641**. Because tuner**1** **610** only covers a portion BWtuner**1** **604** of the entire frequency spectrum **608** having fewer channels, the ADC**1** **618** and ADC**2** **628** can be slower-speed analog-to-digital converters with a large number of bits, i.e., large dynamic range.

Digital signals Id**1** **631** and Qd**1** **641** are then provided to a digital front end DFE **630** that includes a first bank of N complex mixers **632** and channel and decimating filters **634**. The first bank of N complex filters **632** has N identical complex mixers, where N is an integer value equal to the number of desired channels located in the first portion BWtuner**1** **604** of the broad frequency spectrum **608**. In an embodiment, each one of the first bank of N complex mixers includes four digital mixers that multiply digital stream Id**1** **631** and Qd**1** **641** with respective digitized cosine function and sine function to generate the sum and difference frequency components, as shown in FIG. **3**. The digitized cosine and sine frequency, i.e., the mixer frequency is so chosen so that when mixing signals Id**1** **631** and Qd**1** **641** will move them to a baseband or a low-IF band. In an embodiment, channel and decimating filters have similar structures as filters **330** and **340** and demodulator **350** as shown in FIG. **3**. That is, channel and decimating filters include digital low-pass filters **330** and **340** that eliminates unwanted high frequency components of the baseband signals I and Q prior to applying them to a decimator **350** (FIG. **3**) that reduces the sample frequency without any loss of information since Id**1** **631** and Qd**1** **641** are sampled at a much higher frequency by the respective ADC**1** **618** and ADC**2** **628**.

The decimated desired channels are then provided to an up-converter module **650** that includes a bank of N up-mixers. The bank of N up-mixers includes N identical up-mixers whose structure is shown in FIG. **5**. In an embodiment, N is an integer value equal to the number of desired channels present in BWtuner**1** **604**. Each one of the up-mixer frequency-shifts the baseband signals I and Q of each one of the desired channels to an appropriate portion of the intermediate frequency band according to Equation (3). In other words, the bank of N up-mixers is "frequency multiplexing" the desired channels onto a first portion **682** of an IF band **686**.

Similarly, tuner**2** **720** includes an amplifying filter AF**2** **713** that is configured to receive a second portion BWtuner**2** **704** of the broad frequency spectrum **608**. The second portion **704** contains a second plurality of RF channels **706** including a second number of desired channels. In the exemplary illustration of FIG. **6**, the second portion **704** has a frequency bandwidth of BWtuner**2** that contains desired channels **707** having respective channel frequencies $f_{rf3}$ and $f_{rf4}$. Tuner**2** **720** includes elements such as mixers M**3** **711**, M**4** **721**, amplifiers V**3** **714**, V**4** **724**, filters F**3** **715**, F**4** **725** and analog-to-digital converters ADC**3** **731** and ADC**4** **741** that are substantially the same as the like-named elements of the signal path of tuner**1** **610**. Thus, redundant description is omitted herein.

Digital in-phase signal Id**2** **731** and digital quadrature signal Qd**2** **741** are then provided to digital front end **740**. Digital front end **740** includes a bank of L complex filters, where L is an integer value equal to the number of desired channels in the second portion BWtuner**2** **704** of the broad frequency spectrum **608**. Each one of the bank of L complex filters is a digital complex mixer configured to transform the signals Id**2** **731** and Qd**2** **741** to baseband signals that are further filtered by individual digital low-pass filters such as FIR filters before decimated by a subsequent decimator. The elements of digital front end **740** are substantially similar to those described in digital front end **630**. Thus, redundant description is omitted herein.

The decimated baseband I and Q channels are further provided to a subsequent up-conversion module **760** that performs a function substantially similar to that of the up-conversion module **650** already described above. The outputs of up-conversion module **650** and **760** can be tiled to generate a contiguous set of IF frequencies **682**, **684** centered at $f_{if}$ **686**. In an embodiment, the outputs of up-conversion module **650** and **760** are digitally summed and converted to an analog signal by summing DAC **670**. In another embodiment, the up-conversion modules **650** and **760** and the digital summing function **672** can be performed using an inverse discrete Fourier transform or an inverse Fast Fourier transform operation.

The multi-tuner architecture provides the flexibility that multiple commercially available tuners can be used without the need of designing a wideband tuner. For example, a tuner designed for a terrestrial broadcast digital TV can be used together with a tuner dedicated to receiving a cable signal and/or a tuner for receiving a satellite broadcast signal. The multi-tuner receiver system provides an additional advantage that other tuners can be added quickly to the system to accommodate any future applications. Additionally, the multi-tuner architecture allows the use of slower speed (i.e., lower cost) analog-to-digital converters with a larger number of bits for achieving large dynamic range.

FIG. **7** shows a block diagram of an exemplary digital front end of the invention in more detail. In an embodiment, in-phase signal Id**2** **731** and quadrature signal Qd**2** **741** at the output of respective ADC converters **718** and **728** are provided to each of the L complex mixers **732** comprising mixers **732**A to **732**L. A more detailed description of each of L complex mixers is shown in FIG. **3**. Mixer **732**A multiplies Id**2** **731** and Qd**2** **741** with a cosine signal and a sine signal that are generated from an NCO**1** and produces an I-**732**A signal and a Q-**732**A signal that are further individu-

ally filtered by an FIR filter before decimating. The bank of L complex mixers corresponds to the block **732** in FIG. **6**; and the set of FIR filters and decimator corresponds to the block **734** in FIG. **6**. Each decimated pair of I-**732***i*/M in the baseband, where the index "i" is from A to L, is further provided to a subsequent up-mixer for frequency-shifting to an intermediate frequency as shown in FIG. **8**.

FIG. **8** shows an exemplary embodiment of a bank of L complex up-mixers according to the present invention. Each decimated pair of complex signals I-**732***i*/M and Q-**732***i*/M is provided to an associated complex up-mixer, whose frequency is so chosen that when mixing with the pair of complex signals I-**732***i*/M and Q-**732***i*/M will generate an associated channel at a predetermined sub-portion of the intermediate frequency band **686** (FIG. **6**). A more detailed schematic block of one of the L up-mixers is described above together with FIG. **5**.

FIG. **9** is a simplified block diagram of a wideband multi-tuner receiver system **900** according to an embodiment of the present invention. In an embodiment, system **900** includes a crossbar switch **910** having at least an input terminal **912** configured to receive signals from an analog-to-digital converter (ADC) **912** and an input terminal **922** configured to receive signals from an ADC **922**. Crossbar switch **910** also includes an output terminal **924** that is coupled to a digital front end **930**. In an embodiment, input terminals **912** and **922** of crossbar switch **910** have P inputs, where P is an integer value that is equal to the total number of desired channels received by tuner**1** **610** and tuner**2** **720**. Output terminal **924** of crossbar switch **910** have Q outputs, where Q is an integer value that is equal to the total number of desired channels received by tuner**1** **610** and tuner**2** **720**.

In an embodiment, digital front end **930** may include a bank of R complex mixers that frequency shifts the received channels to a baseband. Digital front end **930** may combine digital front end **630** and **740** shown in FIG. **6**. Similarly, a tiled up-conversion module **950** may include up-converter modules **650** and **760** of FIG. **6**.

System **900** further includes a summing DAC that operates similarly as summing DAC **470** and **670** that have been described in detail in relation with respective FIG. **4** and FIG. **6** above. Thus, redundant description is omitted herein.

FIG. **10** is a simplified block diagram of a wideband multi-tuner receiver system **1000** according to another embodiment of the present invention. System **1000** includes at least tuner**1** **610** coupled with digital front end **630** through an analog-to-digital converter **620** and tuner**2** **720** coupled with digital front end **740** through an analog-to-digital converter **730**. System **1000** further includes a crossbar switch **1010** that is interposed between digital front ends **630**, **740** and up-conversion modules **650**, **760**. Crossbar switch **1010** includes an input terminal **1012** having S inputs coupled with DFE **630** and an input terminal **1022** having T inputs coupled with DFE **740**. In an embodiment, S is an integer value equal to the number of desired channels processed in DFE **630** and T is an integer value equal to the number of desired channels processed in DFE **740**. Crossbar switch **1010** further includes an output terminal **1024** having U outputs coupled with up-converter module **650** and an output terminal **1024** having V outputs coupled with up-converter module **760**. In an embodiment, the total number of the outputs U and V is equal to the sum of the inputs S and T. Thus, crossbar switch **1010** allows the routing of any channel from either DFE **630** or DFE **740** to up-converters **650** or **760**. It is understood that system **1000** is not as flexible as system **900** because DFE **630** and DFE **740** are already pre-assigned to respective tuner**1** (**610**) and tuner**2**



(**720**). However, this pre-assigned arrangement allows a simpler implementation of crossbar switch **1010** that operates at lower speeds.

While several embodiments in accordance with the present invention have been described, it is to be understood that the above description is intended to be illustrative and not restrictive. Many embodiments will be apparent to those of skill in the art upon reviewing the above description. The scope of the invention should, therefore, be determined not with reference to the above description, but instead should be determined with reference to the appended claims along with their full scope of equivalents.

What is claimed is:

**1**. A cable television (TV) device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and

a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels, via a serial interface, without providing any of the plurality of undesired channels.

**2**. The cable TV device of claim **1**, wherein:

the cable TV device comprises a cable network connector, and

the input signal is operably communicated from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**3**. The cable TV device of claim **1**, wherein:

the DFE comprises a plurality of mixers, and

each mixer, of the plurality of mixers, is operable to generate a corresponding complex signal comprising an in-phase (I) component and a quadrature (Q) component.

**4**. The cable TV device of claim **3**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**5**. The cable TV device of claim **3**, wherein:

the DFE comprises a plurality of filters, and

each filter, of the plurality of filters, is operable to filter the corresponding complex signal comprising a 6 MHz channel.

**6**. The cable TV device of claim **3**, wherein:

the DFE comprises a plurality of digital demodulators, and

each digital demodulator, of the plurality of digital demodulators, is operable to demodulate the corresponding complex signal.

**7**. The cable TV device of claim **1**, wherein:

the DFE comprises a plurality of digital demodulators, and

each digital demodulator, of the plurality of digital demodulators, is operable to demodulate a desired channel, of the plurality of desired channels.

**8**. The cable TV device of claim **7**, wherein:

the DFE is operable to provide a plurality of demodulated desired channels via a parallel interface.

**9**. The cable TV device of claim **1**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**10**. The cable TV device of claim **1**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**11**. The cable TV device of claim **1**, wherein:

the cable TV device comprises a digital video recorder (DVR).

**12**. The cable TV device of claim **1**, wherein:

the cable TV device is operable to configure at least some of the plurality of desired channels as an output for a picture-in-picture display.

**13**. The cable TV device of claim **1**, wherein:

the contiguous band of frequencies comprises a portion of a frequency spectrum of the input signal.

**14**. A cable TV device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and

a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the plurality of digital down converters is operable to provide each digital channel output via a serial interface.

**15**. The cable TV device of claim **14**, wherein:

the cable TV device comprises a cable network connector, and

the input signal is operably communicated from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**16**. The cable TV device of claim **14**, wherein:

each digital down converter comprises a digital mixer operable to generate a corresponding complex signal comprising an in-phase (I) component and a quadrature (Q) component.

**17**. The cable TV device of claim **16**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**18**. The cable TV device of claim **16**, wherein:

each digital down converter comprises a filter operable to select the corresponding complex signal comprising a 6 MHz channel.

**19**. The cable TV device of claim **16**, wherein:

each digital down converter comprises a digital demodulator operable to demodulate the corresponding complex signal to provide a demodulated channel as the digital channel output.

**20**. The cable TV device of claim **14**, wherein:

each digital down converter comprises a digital demodulator operable to demodulate a desired channel, of the plurality of desired channels, to provide a demodulated channel as the digital channel output.

**21**. The cable TV device of claim **20**, wherein:

the plurality of digital down converters is operable to provide a plurality of demodulated desired channels via a parallel interface.

**22**. The cable TV device of claim **14**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**23**. The cable TV device of claim **14**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**24**. The cable TV device of claim **14**, wherein:

the cable TV device comprises a digital video recorder (DVR).



**25**. The cable TV of claim **14**, wherein:

the cable TV device is operable to provide a picture-in-picture display according to the plurality of digital channel outputs.

**26**. The cable TV device of claim **14**, wherein:

the plurality of desired channels and the plurality of undesired channels comprise a portion of a frequency spectrum of the input signal.

**27**. A cable television (TV) device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and

a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels, and wherein the cable TV device comprises a digital video recorder (DVR).

**28**. The cable TV device of claim **27**, wherein:

the cable TV device comprises a cable network connector, and

the input signal is operably communicated from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**29**. The cable TV device of claim **27**, wherein:

the DFE comprises a plurality of mixers, and

each mixer, of the plurality of mixers, is operable to generate a corresponding complex signal comprising an in-phase (I) component and a quadrature (Q) component.

**30**. The cable TV device of claim **29**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**31**. The cable TV device of claim **29**, wherein:

the DFE comprises a plurality of filters, and

each filter, of the plurality of filters, is operable to filter the corresponding complex signal comprising a 6 MHz channel.

**32**. The cable TV device of claim **29**, wherein:

the DFE comprises a plurality of digital demodulators, and

each digital demodulator, of the plurality of digital demodulators, is operable to demodulate the corresponding complex signal.

**33**. The cable TV device of claim **27**, wherein:

the DFE comprises a plurality of digital demodulators, and

each digital demodulator, of the plurality of digital demodulators, is operable to demodulate a desired channel, of the plurality of desired channels.

**34**. The cable TV device of claim **33**, wherein:

the DFE is operable to provide a plurality of demodulated desired channels via a parallel interface.

**35**. The cable TV device of claim **27**, wherein:

the DFE is operable to provide the plurality of desired channels via a parallel interface.

**36**. The cable TV device of claim **27**, wherein:

the DFE is operable to provide the plurality of desired channels via a serial interface.

**37**. The cable TV device of claim **27**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**38**. The cable TV device of claim **27**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**39**. The cable TV device of claim **27**, wherein:

the cable TV device is operable to configure at least some of the plurality of desired channels as an output for a picture-in-picture display.

**40**. The cable TV device of claim **27**, wherein:

the contiguous band of frequencies comprises a portion of a frequency spectrum of the input signal.

**41**. A cable TV device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and

a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the cable TV device comprises a digital video recorder (DVR).

**42**. The cable TV device of claim **41**, wherein:

the cable TV device comprises a cable network connector, and

the input signal is operably communicated from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**43**. The cable TV device of claim **41**, wherein:

each digital down converter comprises a digital mixer operable to generate a corresponding complex signal comprising an in-phase (I) component and a quadrature (Q) component.

**44**. The cable TV device of claim **43**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**45**. The cable TV device of claim **43**, wherein:

each digital down converter comprises a filter operable to select the corresponding complex signal comprising a 6 MHz channel.

**46**. The cable TV device of claim **43**, wherein:

each digital down converter comprises a digital demodulator operable to demodulate the corresponding complex signal to provide a demodulated channel as the digital channel output.

**47**. The cable TV device of claim **41**, wherein:

each digital down converter comprises a digital demodulator operable to demodulate a desired channel, of the plurality of desired channels, to provide a demodulated channel as the digital channel output.

**48**. The cable TV device of claim **47**, wherein:

the plurality of digital down converters is operable to provide a plurality of demodulated desired channels via a parallel interface.

**49**. The cable TV device of claim **41**, wherein:

the plurality of digital down converters is operable to provide a plurality of digital channel outputs, comprising each digital channel output, via a parallel interface.

**50**. The cable TV device of claim **41**, wherein:

the plurality of digital down converters is operable to provide each digital channel output via a serial interface.

**51**. The cable TV device of claim **41**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.



**52**. The cable TV device of claim **41**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**53**. The cable TV of claim **41**, wherein:

the cable TV device is operable to provide a picture-in-picture display according to the plurality of digital channel outputs.

**54**. The cable TV device of claim **41**, wherein:

the plurality of desired channels and the plurality of undesired channels comprise a portion of a frequency spectrum of the input signal.

**55**. A cable television (TV) device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and

a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels, and wherein the cable TV device is operable to configure at least some of the plurality of desired channels as an output for a picture-in-picture display.

**56**. The cable TV device of claim **55**, wherein:

the cable TV device comprises a cable network connector, and

the input signal is operably communicated from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**57**. The cable TV device of claim **55**, wherein:

the DFE comprises a plurality of mixers, and

each mixer, of the plurality of mixers, is operable to generate a corresponding complex signal comprising an in-phase (I) component and a quadrature (Q) component.

**58**. The cable TV device of claim **57**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**59**. The cable TV device of claim **57**, wherein:

the DFE comprises a plurality of filters, and

each filter, of the plurality of filters, is operable to filter the corresponding complex signal comprising a 6 MHz channel.

**60**. The cable TV device of claim **57**, wherein:

the DFE comprises a plurality of digital demodulators, and

each digital demodulator, of the plurality of digital demodulators, is operable to demodulate the corresponding complex signal.

**61**. The cable TV device of claim **55**, wherein:

the DFE comprises a plurality of digital demodulators, and

each digital demodulator, of the plurality of digital demodulators, is operable to demodulate a desired channel, of the plurality of desired channels.

**62**. The cable TV device of claim **61**, wherein:

the DFE is operable to provide a plurality of demodulated desired channels via a parallel interface.

**63**. The cable TV device of claim **55**, wherein:

the DFE is operable to provide the plurality of desired channels via a parallel interface.

**64**. The cable TV device of claim **55**, wherein:

the DFE is operable to provide the plurality of desired channels via a serial interface.

**65**. The cable TV device of claim **55**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**66**. The cable TV device of claim **55**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**67**. The cable TV device of claim **55**, wherein:

the cable TV device comprises a digital video recorder (DVR).

**68**. The cable TV device of claim **55**, wherein:

the contiguous band of frequencies comprises a portion of a frequency spectrum of the input signal.

**69**. A cable TV device comprising:

a wideband analog-to-digital converter (ADC) configured to digitize an input signal, wherein the input signal comprises a plurality of desired channels and a plurality of undesired channels; and

a plurality of digital down converters coupled to the wideband ADC, wherein each digital down converter, of the plurality of digital down converters, is operable to generate a digital channel output corresponding to each desired channel, of the plurality of desired channels, and wherein the cable TV device is operable to provide a picture-in-picture display according to the plurality of digital channel outputs.

**70**. The cable TV device of claim **69**, wherein:

the cable TV device comprises a cable network connector, and

the input signal is operably communicated from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**71**. The cable TV device of claim **69**, wherein:

each digital down converter comprises a digital mixer operable to generate a corresponding complex signal comprising an in-phase (I) component and a quadrature (Q) component.

**72**. The cable TV device of claim **71**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**73**. The cable TV device of claim **71**, wherein:

each digital down converter comprises a filter operable to select the corresponding complex signal comprising a 6 MHz channel.

**74**. The cable TV device of claim **71**, wherein:

each digital down converter comprises a digital demodulator operable to demodulate the corresponding complex signal to provide a demodulated channel as the digital channel output.

**75**. The cable TV device of claim **69**, wherein:

each digital down converter comprises a digital demodulator operable to demodulate a desired channel, of the plurality of desired channels, to provide a demodulated channel as the digital channel output.

**76**. The cable TV device of claim **75**, wherein:

the plurality of digital down converters is operable to provide a plurality of demodulated desired channels via a parallel interface.

**77**. The cable TV device of claim **69**, wherein:

the plurality of digital down converters is operable to provide a plurality of digital channel outputs, comprising each digital channel output, via a parallel interface.

**78**. The cable TV device of claim **69**, wherein:

the plurality of digital down converters is operable to provide each digital channel output via a serial interface.

**79**. The cable TV device of claim **69**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**80**. The cable TV device of claim **69**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**81**. The cable TV device of claim **69**, wherein:

the cable TV device comprises a digital video recorder (DVR).

**82**. The cable TV device of claim **69**, wherein:

the plurality of desired channels and the plurality of undesired channels comprise a portion of a frequency spectrum of the input signal.

* * * * *

US011399206B2

(12) **United States Patent**
**Reddy et al.**

(10) **Patent No.: US 11,399,206 B2**
(45) **Date of Patent: *Jul. 26, 2022**

(54) **METHOD FOR RECEIVING A TELEVISION SIGNAL**

(71) Applicant: **Entropic Communications, LLC**, Carlsbad, CA (US)

(72) Inventors: **Madhukar Reddy**, Carlsbad, CA (US); **Curtis Ling**, Carlsbad, CA (US); **Tim Gallagher**, Carlsbad, CA (US)

(73) Assignee: **ENTROPIC COMMUNICATIONS, LLC**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/587,462**

(22) Filed: **Jan. 28, 2022**

(65) **Prior Publication Data**

US 2022/0159332 A1 May 19, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 17/217,244, filed on Mar. 30, 2021, now abandoned, which is a

(Continued)

(51) **Int. Cl.**
***H04B 1/00*** (2006.01)
***H04N 21/41*** (2011.01)

(Continued)

(52) **U.S. Cl.**
CPC ....... ***H04N 21/4263*** (2013.01); ***H04B 1/0014*** (2013.01); ***H04N 5/455*** (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC ...... H04N 5/455; H04N 5/50; H04N 21/4382; H04N 21/4383; H04N 21/454;

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,280,636 A 1/1994 Kelley et al.
5,590,156 A 12/1996 Carney

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 2087623 A2 | | 8/2009 | |
| WO | WO-9748196 A1 | * | 12/1997 | ....... H04B 10/25753 |
| WO | WO-02087230 A1 | * | 10/2002 | ......... H04N 21/4384 |

OTHER PUBLICATIONS

Jeffrey A. Weldon, et al. A 1.75-GHz Highly Integrated Narrow-Band CMOS Transmitter With Harmonic-Rejection Mixers, IEEE Journal of Solid-State Circuits, Dec. 2001, pp. 2003-2015, vol. 36, No. 12, Seattle, Washington.

(Continued)

*Primary Examiner* — Blane J Jackson
(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

A wideband receiver system comprises a wideband analog-to-digital converter (ADC) module and a digital frontend (DFE) module. The wideband ADC is configured to concurrently digitize a band of frequencies comprising a plurality of desired channels and a plurality of undesired channels. The DFE module is coupled to the digital in-phase and quadrature signals. The DFE module is configured to select the plurality of desired channels from the digitized band of frequencies, and generate an intermediate frequency (IF) signal comprising the selected plurality of desired channels and having a bandwidth that is less than a bandwidth of the band of frequencies, where the generation comprises frequency shifting of the selected plurality of desired channels. The IF signal may be a digital signal and the DFE is configured to output the IF signal via a serial or parallel interface.

**76 Claims, 10 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 16/430,506, filed on Jun. 4, 2019, now Pat. No. 10,972,781, which is a continuation of application No. 15/792,318, filed on Oct. 24, 2017, now Pat. No. 10,313,733, which is a continuation of application No. 14/948,881, filed on Nov. 23, 2015, now Pat. No. 9,819,992, which is a continuation of application No. 14/617,973, filed on Feb. 10, 2015, now Pat. No. 9,210,363, which is a continuation of application No. 13/962,871, filed on Aug. 8, 2013, now Pat. No. 9,100,622, which is a continuation of application No. 12/762,900, filed on Apr. 19, 2010, now Pat. No. 8,526,898.

(60) Provisional application No. 61/170,526, filed on Apr. 17, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| ***H04B 1/16*** | (2006.01) |
| ***H04N 21/426*** | (2011.01) |
| ***H04N 5/50*** | (2006.01) |
| ***H04N 21/438*** | (2011.01) |
| ***H04N 21/454*** | (2011.01) |
| ***H04N 21/61*** | (2011.01) |
| ***H04N 5/455*** | (2006.01) |

(52) **U.S. Cl.**
CPC ........... ***H04N 5/50*** (2013.01); ***H04N 21/4382*** (2013.01); ***H04N 21/4383*** (2013.01); ***H04N 21/454*** (2013.01); ***H04N 21/6143*** (2013.01); ***H04N 21/6193*** (2013.01)

(58) **Field of Classification Search**
CPC .. H04N 21/6143; H04N 21/6193; H04B 1/16; H04B 1/0014
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,705,949 | A | 1/1998 | Alelyunas et al. |
| 5,768,268 | A | 6/1998 | Kline et al. |
| 6,253,094 | B1 | 6/2001 | Schmutz |
| 6,262,981 | B1 | 7/2001 | Schmutz |
| 6,282,184 | B1 | 8/2001 | Lehman et al. |
| 6,735,421 | B1 | 5/2004 | Claxton et al. |
| 6,760,342 | B1 * | 7/2004 | Skones .................... H04B 1/28 370/437 |
| 6,906,498 | B2 | 6/2005 | Breuch et al. |
| 6,920,185 | B2 | 7/2005 | Hinson |
| 6,992,855 | B2 | 1/2006 | Ehrlich |
| 7,095,454 | B2 | 8/2006 | Waight et al. |
| 7,130,576 | B1 | 10/2006 | Gurantz et al. |
| 7,145,972 | B2 * | 12/2006 | Kumar ...................... H04L 5/06 375/349 |
| 7,167,694 | B2 | 1/2007 | Khoini-Poorfard et al. |
| 7,362,178 | B2 | 4/2008 | Montemayor et al. |
| 7,373,125 | B2 | 5/2008 | Godambe et al. |
| 7,421,259 | B2 | 9/2008 | Gomez et al. |
| 7,477,871 | B1 | 1/2009 | Gurantz et al. |
| 7,542,715 | B1 | 6/2009 | Gurantz et al. |
| 7,599,673 | B2 | 10/2009 | Maxim et al. |
| 7,783,958 | B1 | 8/2010 | Eidson et al. |
| 7,941,091 | B1 | 5/2011 | Doherty et al. |
| 8,023,912 | B2 | 9/2011 | Petrovic et al. |
| 8,086,170 | B2 | 12/2011 | Petrovic et al. |
| 8,107,916 | B2 | 1/2012 | Gatta et al. |
| 8,238,813 | B1 | 8/2012 | Popoli |
| 8,285,240 | B2 | 10/2012 | Seendripu et al. |
| 8,300,681 | B2 | 10/2012 | Petrovic et al. |
| 8,331,886 | B2 | 12/2012 | Wang et al. |
| 8,374,568 | B2 | 2/2013 | Seendripu et al. |
| 8,374,569 | B2 | 2/2013 | Seendripu et al. |
| 8,374,570 | B2 | 2/2013 | Seendripu et al. |
| 8,526,898 | B2 | 9/2013 | Reddy et al. |
| 8,566,678 | B2 | 10/2013 | Eidson et al. |
| 8,577,319 | B2 | 11/2013 | Ling et al. |
| 8,611,809 | B1 | 12/2013 | Popoli |
| 8,666,350 | B2 | 3/2014 | Vauhkonen |
| 8,892,026 | B2 | 11/2014 | Petrovic et al. |
| 8,892,225 | B2 | 11/2014 | Walsh et al. |
| 8,909,187 | B2 | 12/2014 | Seendripu et al. |
| 9,059,672 | B2 | 6/2015 | Ling et al. |
| 9,100,622 | B2 | 8/2015 | Reddy et al. |
| 9,210,362 | B2 | 12/2015 | Reddy et al. |
| 9,210,363 | B2 | 12/2015 | Reddy et al. |
| 9,219,557 | B2 | 12/2015 | Bargroff et al. |
| 9,225,373 | B2 | 12/2015 | Gomez et al. |
| 9,413,476 | B2 | 8/2016 | Petrovic et al. |
| 9,819,992 | B2 | 11/2017 | Reddy et al. |
| 9,853,757 | B2 | 12/2017 | Petrovic et al. |
| 9,942,598 | B2 | 4/2018 | Reddy et al. |
| 10,313,733 | B2 | 6/2019 | Reddy et al. |
| 10,439,746 | B2 | 10/2019 | Petrovic et al. |
| 10,972,781 | B2 | 4/2021 | Reddy et al. |
| 11,139,902 | B2 | 10/2021 | Petrovic et al. |
| 2003/0158614 | A1 | 8/2003 | Friel et al. |
| 2003/0228855 | A1 | 12/2003 | Herz et al. |
| 2004/0058661 | A1 | 3/2004 | Hsu et al. |
| 2004/0110522 | A1 | 6/2004 | Reddy et al. |
| 2005/0040909 | A1 | 2/2005 | Waight et al. |
| 2005/0286562 | A1 | 12/2005 | Nakao et al. |
| 2007/0002961 | A1 | 1/2007 | Hoctor et al. |
| 2007/0032220 | A1 | 2/2007 | Feher |
| 2007/0042742 | A1 | 2/2007 | Kim et al. |
| 2007/0111661 | A1 | 5/2007 | Bargroff et al. |
| 2007/0179649 | A1 | 8/2007 | Mitsuno |
| 2007/0263754 | A1 | 11/2007 | Currivan et al. |
| 2009/0075613 | A1 | 3/2009 | Safarian et al. |
| 2009/0258629 | A1 | 10/2009 | Ritchey et al. |
| 2011/0105068 | A1 | 5/2011 | Reddy et al. |

OTHER PUBLICATIONS

Int'l Search Report and Written Opinion Appln No. PCT/2010/031631 dated Jun. 17, 2010.
Int'l Search Report and Written Opinion Appln No. PCT/2010/031627 dated Jun. 18, 2010.

* cited by examiner




FIG. 1
(Prior Art)


200
Radio Front End
210
Digital Front End DFE
230
RF Input 102
LNA
202
203
M1
211
M2
221
90°
P1
205
206
207
Synthesizer
S1
212
222
V1
213
V2
223
214
224
215
F1
F2
225
216
226
ADC1
218
ADC 2
228
232
I
242
Q
Bank of N x complex mixers
250
252a-252n
N freq.-shifted desired channels in the baseband
260a
260n
260
262a-262n
270a
270n
270
272a-272n
N filtered and decimated baseband channels
Serial or parallel data interface to demodulator
I, Q signals
290
0
BW1/2
f_rf1
f_rf2
f_rfc
f_rf3
f_rf4
130
110
120
BW1 = 80 MHz

FIG. 2


I
232
311
BFi
312
Q
242
321
BXi
322
300
313
314
315
316
317
318
323
324
325
326
327
328
sin ( w ci t )
cos ( w ci t )
330
340
CFi
332
Ii
342
Qi
350
decimator
Ii/M
Qi/M

FIG. 3


400
RF input signal 102
LNA1
403
Radio Front End
410
M1
411
412
M2
421
422
90°
P1
Synthesizer
S1
405
406
V1
413
414
V2
423
424
F1
415
416
F2
425
426
ADC1
418
ADC2
428
433 I
444 Q
Digital Front End DFE
430
BX1
BXN
Bank of N x complex mixers, channel filters, and decimators
432
434
438a to 438n
N filtered and decimated channels (baseband I/Q) RCi
Tiled Upconversion
450
UX1
452a
UXN
452n
454a
454n
Bank of N x complex up-mixers, and channel filters
452
454
N upconverted IF signals IFi
470
Summing DAC
DAC
IF output
475
BW2 = 32MHz
BW1 = 80 MHz

FIG. 4


500
I
501
510
512
UMI_i
515
516
530
532
IF_i
cos ( w_ui t )
sin ( w_ui t )
505
506
Q
502
520
522
UMQ_i
525
526
UX_i

FIG. 5


600
IF output
686
670
672
Summing DAC
DAC
684
682
$f_{if}$~16 MHz
$BW_2$ =32 MHz
Tuner1
610
Synthesizer
S1
ADC1
ADC2
Digital Front End DFE
Bank of N x complex mixers, channel filters, and decimators
Bank of N x complex up-mixers and channel filters
Upconversion
Tuner2
720
Synthesizer
S2
ADC3
ADC4
Bank of L x complex mixers, channel filters, and decimators
Bank of L x complex up-mixers and channel filters
RF Input
601
602
A1
604
606
607
$BW_{tuner1}$
704
706
707
$BW_{tuner2}$
608
BW= 80 MHz

FIG. 6


Id2
731
741
Qd2
732A
M1 with
NCO1
732L
$M_L$ with
$NCO_L$
Bank of L complex
mixers
732
I-732A
Q-732A
I-732L
Q-732L
FIR filter
FIR filter
FIR filter
FIR filter
decimator
decimator
decimator
decimator
I-732A/M
Q-732A/M
I-732L/M
Q-732L/M
Bank of channels filters and
decimators
734

FIG. 7


Contiguous L desired channels in the IF band
808A
808B
808L
Fif
Sub-portion of the IF band 686 (FIG. 6)
I-732A/M
Q-732A/M
806
807
UP-MIXER UM-A
Channel A
Filter LP-A
808A
I-732L/M
Q-732L/M
816
817
UP-MIXER UM-L
Channel L
Filter LP-L
808L
752
754
Bank of L complex up-mixers
Bank of L channel filters

FIG. 8


900
970
Summing DAC
950
Up-conversion
930
DFE
910
924
Crossbar switch
912
922
620
ADC
730
ADC
610
tuner1
720
tuner2

FIG. 9


1000
610
tuner1
620
ADC
630
DFE
720
tuner2
730
ADC
740
DFE
1010
Crossbar switch
1012
1022
1024
1026
650
Up-converter
760
Up-converter
670
Summing DAC

FIG. 10

# METHOD FOR RECEIVING A TELEVISION SIGNAL

## PRIORITY CLAIM

This application is a continuation of U.S. patent application Ser. No. 17/217,244 filed on Mar. 30, 2021, which is a continuation of U.S. patent application Ser. No. 16/430,506 (now U.S. Pat. No. 10,972,781) filed on Jun. 4, 2019, which is a continuation of U.S. patent application Ser. No. 15/792,318 (now U.S. Pat. No. 10,313,733) filed Oct. 24, 2017, which is a continuation of U.S. patent application Ser. No. 14/948,881 (now U.S. Pat. No. 9,819,992) filed Nov. 23, 2015, which is a continuation of U.S. patent application Ser. No. 14/617,973 (now U.S. Pat. No. 9,210,363) filed on Feb. 10, 2015, which is a continuation of U.S. patent application Ser. No. 13/962,871 (now U.S. Pat. No. 9,100,622) filed on Aug. 8, 2013, which is a continuation of U.S. patent application Ser. No. 12/762,900 filed on Apr. 19, 2010 (now U.S. Pat. No. 8,526,898), which claims the benefit of priority to U.S. provisional application 61/170,526 filed Apr. 17, 2009. Each of the above referenced documents is hereby incorporated by reference in its entirety.

## BACKGROUND

This invention relates to wideband receiver systems and methods having a wideband receiver that is capable of receiving multiple radio frequency channels located in a broad radio frequency spectrum. In particular, the invention relates to wideband receiver systems that are capable of receiving multiple desired television channels that extend over multiple non-contiguous portions of the broad frequency spectrum and grouping them into a contiguous, or substantially-contiguous, frequency spectrum.

Receivers used to down-convert and selectively filter TV channels are referred to as tuners, and tuners designed to concurrently receive several TV channels are referred to as wideband tuners. Existing tuners for these applications down-convert a swath of channels to an intermediate frequency, which are then sent to a demodulator. Because the swath of channels is not contiguous, this swath includes the desired channels as well as undesired channels. The demodulator employs a high-speed data converter to capture this swath of desired and undesired channels in the digital domain and subsequently filters out the desired channels.

In general, television channels broadcasted over the air or over cable networks are distributed across a broad frequency spectrum. That is, the channel frequencies may not be adjacent to each other. In certain applications such as DVR and picture-in-picture, the receiver system may have to concurrently receive several desired channels that may or may not be contiguous. The wideband receiver requirement poses a trade-off to the system to limit either the dynamic range of the wideband tuner or reduce the bandwidth covered by the tuner so that fewer channels may be received and processed by the demodulator.

FIG. **1** shows a conventional wideband tuner **100**. Tuner **100** may be a direct conversion tuner and includes a low noise amplifier LNA**1** having an input terminal coupled to a radio frequency (RF) input signal **102** and an output terminal coupled to a mixer M**1**. The RF signal may include one or more television channels receiving from a cable network via an RF connector or wirelessly via an antenna. The RF input signal may include the VHF and UHF television channels in a terrestrial television broadcasting system or the CATV channels in cable networks. In order to receive all broadcasted channels present in the RF input signal, LNA**1** must necessarily have a wide tuning range, high linearity, and low noise. Mixer M**1** is coupled to a synthesizer S**1** that can generate an oscillator frequency located around the center of the RF signal. Mixer M**1** frequency down-converts the received RF input signal to a more convenient intermediate frequency (IF) band. Tuner **100** includes an amplifier V**1** having a programmable gain for amplifying the IF signal, which is then band-pass filtered by a filter F**1** before outputting to a demodulator.

In general, the RF signal includes multiple desired channels that are located in non-contiguous portions of a radio frequency spectrum. As shown in FIG. **1**, the swath of channels **110** occupies a bandwidth BW**1** **120** at an RF center frequency $f_{rfc}$ **130**. Synthesizer S**1** may be tuned to a frequency around the center frequency $f_{rfc}$ **130** for mixing channels **110** to an intermediate frequency $f_{ifc}$ **160**, the frequency down-mixed channels **140** are amplified by amplifier V**1** and then filtered by F**1** to produce a swath of channels **170** centered around frequency $f_{ifc}$ **160**. In an exemplary application shown in FIG. **1**, bandwidth BW**1** contains 10 channels. In the case where channels are TV channels that are spaced at either 6 MHz or 8 MHz in most parts of the world, bandwidth BW**1** **120** would span from 60-80 MHz, i.e., the down-converted bandwidth at the intermediate frequency would require a bandwidth equal to at least BW**1**, or at least 80 MHz when such architecture is used. It is noted that in other applications where the desired RF channels are located in the low band such as channels numbers **2** to **6** (VHF in the terrestrial TV broadcast or CATV) and in the high band such as channels numbers **14** to **83** of the UHF TV broadcast or channel numbers **63**-**158** of the CATV's ultra band, the bandwidth BW**1** can be 800 MHz or higher. This wide bandwidth of 800 MHz would require a very expensive digital processing circuitry such as very high-speed analog to digital conversion and high-speed processor in the demodulator.

It is desirable to have wideband receiver systems that can increase the dynamic range without requiring expensive data conversion, filtering and channel selection at the demodulator.

## BRIEF SUMMARY

An embodiment of the present invention includes a wideband receiver system that is configured to concurrently receive multiple radio frequency (RF) channels including a number of desired channels that are located in non-contiguous portions of a frequency spectrum and group the desired channels in a contiguous or substantially-contiguous frequency band at an intermediate frequency spectrum, where the term "substantially-contiguous" includes spacing the desired channels close to each other (e.g. as a fraction of the total system bandwidth, or relative to a channel bandwidth) but with a spacing that can be variable to accommodate the needs of overall system. The term "contiguous" heretofore encompasses "substantially-contiguous." The term "spacing" is referred to as the frequency difference between adjacent channels. The system includes a wideband receiver having a complex mixer module for down-shifting the multiple RF channels and transforming them to an in-phase signal and a quadrature signal in the baseband or low intermediate frequency (IF) band. The system further includes a wideband analog-to-digital converter module that digitizes the in-phase and quadrature signals. The digital in-phase and quadrature signals are provided to a digital frontend module that contains a bank of complex mixers that

frequency-shift the number of desired channels to a baseband where the desired channels are individually filtered.

The digital frontend module may also include a decimator module that decimates the desired RF channels by a factor M before demodulating them to a digital data stream.

In certain embodiments of the present invention, the wideband receiver system additionally includes an up-converter module having multiple complex up-mixers, each of the complex up-mixers is configured to frequency up-shift each one of the desired RF channels to a sub-portion of an IF spectrum, wherein all sub-portions of the desired channels are adjacent to each another and form a contiguous frequency band in the IF spectrum. The act of frequency shifting the desired channels to the IF spectrum allows the wideband receiver system to directly interface with commercially available demodulators. Allowing the spacing of the desired channels in the contiguous spectrum to be variable allows a system to optimize placement of these desired channels for the purposes of avoiding sensitive portions of the spectrum which may either be vulnerable to spurious signals and interference; or which may generate interference directly or as a harmonic product, to other systems.

In another embodiment of the present invention, a multi-tuner receiver system having two or more tuners is provided to receive multiple desired RF channels that extend over several non-contiguous sub-portions of a broad frequency spectrum and group them into a contiguous frequency spectrum. The multi-tuner system includes at least a first tuner that processes a first sub-portion of the broad frequency spectrum into a first in-phase signal and a first quadrature signal and a second tuner that processes a second sub-portion of the broad frequency spectrum into a second in-phase signal and a second quadrature signal. The multi-tuner receiver system further includes a first analog-to-digital converter module that digitizes the first in-phase and quadrature signals and a second analog-to-digital converter module that digitizes the second in-phase and quadrature signals. In addition, the multi-tuner system includes a first digital frontend module having a first number of complex mixers corresponding to a first number of the desired RF channels located in the first sub-portion of the broad frequency spectrum and a second digital frontend module having a second number of complex mixers corresponding to a second number of the desired RF channels located in the second sub-portion of the broad frequency spectrum. The first digital frontend module frequency shifts the first number of the desired RF channels to a first plurality of baseband signals and the second digital frontend module frequency shifts the second number of the desired RF channels to a second plurality of baseband signals.

The multi-tuner system further includes a first up-converter module having a plurality of N complex mixers, wherein N is an integer value equal to the number of desired channel. The first up-converter module frequency up-shifts the first plurality of the baseband signals to a first portion of an intermediate frequency. In addition, the multi-tuner system includes a second up-converter module that frequency up-shifts the second plurality of the baseband signals to a second portion of an intermediate frequency. The first and the second portions of the intermediate frequency are non-overlapping and located adjacent to each other to form a contiguous intermediate frequency (IF) band. The multi-tuner system further includes a digital-to-analog converter that converts the contiguous IF band to an analog waveform signal.



## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a conventional wideband tuner;

FIG. **2** is a schematic block diagram of a wideband receiver system according to an embodiment of the present invention;

FIG. **3** is a simplified circuit diagram of a complex down-mixer according to an embodiment of the present invention;

FIG. **4** is a simplified schematic block diagram of a wideband receiver system according to another embodiment of the present invention;

FIG. **5** is a simplified circuit diagram of a complex up-mixer according to an embodiment of the present invention;

FIG. **6** is a simplified schematic block diagram of a wideband multi-tuner receiver system according to an embodiment of the present invention;

FIG. **7** is a block diagram illustrating an exemplary digital front end according to an embodiment of the present invention in more detail;

FIG. **8** is a block diagram illustrating an exemplary tiled up-converter module according to an embodiment of the present invention in more detail;

FIG. **9** is a simplified block diagram of a wideband multi-tuner receiver system **900** according to an embodiment of the present invention; and

FIG. **10** is a simplified block diagram of a wideband multi-tuner receiver system **1000** according to another embodiment of the present invention.

## DETAILED DESCRIPTION

FIG. **2** is a schematic block diagram of a wideband receiver system **200** according to an embodiment of the present invention. Wideband receiver system **200** includes a radio front end **210** and a digital front end **230**. Radio front end **210** may be a single very wide-band tuner receiver that captures the desired swath of channels located in non-contiguous portions of the spectrum having a frequency bandwidth BW**1** **120**. In this example, the number of available channels in BW**1** **120** is assumed to be 10 with each channel occupying an 8 MHz bandwidth for a total of 80 MHz. Radio front end **210** is shown as including a low noise amplifier LNA **202** having an input terminal configured to receive an RF input signal **102**. In the example shown, RF signal **102** includes four desired RF channels having the respective carrier frequency $f_{rf1}$, $f_{rf2}$, $f_{rf3}$, and $f_{rf4}$ that are located in non-contiguous portions of the wide frequency spectrum BW**1**. It is understood, however, that spectrum BW**1** **120** may have any other number of desired frequencies that are not contiguous. LNA **202** has a very low noise figure and very high linearity and a wide tuning range (i.e., very high IIP**2** and IIP**3** intercept points) to maximize a signal-to-noise-and distortion ratio (SNDR) at the amplifier output. LNA **202** may have a programmable gain to amplify RF signal **102** to adequate voltage levels for mixers M**1** **211** and M**2** **221**.

Mixers M**1** **211** and M**2** **221** may be conventional mixers formed using, for example, differential Gilbert cells. Each of the mixers **211** and **221** multiplies (mixes) an amplified RF signal **203** with a respective first oscillator frequency signal **205** and a second oscillator frequency signal **207** to generate an in-phase signal **212** and a quadrature signal **222** that have a phase shift of 90° degree between them. Mixers **211** and **221** are identical so that the amplitude of the in-phase signal

**212** and quadrature signal **222** are the same. The first and second oscillator frequencies **205** and **207** are identical and have a 90° degree phase shift generated through a 90° degree phase shifter P**1** **206**. Synthesizer S**1** may be a single local oscillator operable to generate the oscillator frequency **205** for converting the receive RF signal **102** to a zero-IF or low-IF band. Synthesizer S**1** can be a coarse (large step) phase locked loop. Synthesizer S**1** can also be programmable to cover the wideband frequency of the analog and digital terrestrial broadcast and/or the cable television system. The RF signal **102** may have relatively uniform signal strength in a cable network. However, its signal strength may extend in several orders of magnitude in a terrestrial broadcast system, thus, LNA **202** and/or mixers M**1** **211**, M**2** **221** are required to have a relatively high dynamic range to handle the large variations in the signal strength.

In-phase signal **212** and quadrature signal **222** are further amplified and filtered by respective amplifiers V**1** **213**, V**2** **223** and filters F**1** **215**, F**2** **225** to generate a filtered in-phase signal **216** and a filtered quadrature signal **226**. Filters F**1** **215** and F**2** **225** may be passive or active low-pass filters to filter out any unwanted frequency components of the signals **214** and **224** before digitizing them for further processing in digital front end **230**. It is understood that the in-phase path **216** and the quadrature path **226** must have the same amplitude spectrum and maintain a fixed phase relationship, i.e., amplifiers V**1** **213**, V**2** **223** and filters F**1** **215**, F**2** **225** must be substantially identical. Because the two paths **216** and **226** are in quadrature, the spectral components from both positive and negative frequencies can be overlaid so that the bandwidth (cutoff frequency) of filters F**1** **215** and F**2** **225** can be one half of the BW**1** bandwidth **120**.

Analog-to-digital converters ADC**1** **218** and ADC**2** **228** are high-speed (i.e., high sampling rate) converters to maximize the dynamic range. In an exemplary application, radio front end **210** operates as a nominal zero-IF down-mixer so that signals **216** and **226** have a nominal bandwidth **290** equal to one half of the RF signal bandwidth BW**1** thanks to the complex down-mixer architecture. In other embodiment, radio front end **210** operates as a low-IF down-mixer so that the nominal bandwidth **290** of signals **216** and **226** is greater than one half of the bandwidth BW**1**. In practice, the sampling rate of ADC**1** **218** and ADC**2** **228** is chosen to be higher than the Nyquist sampling requirement, i.e., the filtered analog quadrature signals **216** and **226** may be over-sampled in order to reduce or avoid aliasing of undesired signals into the digitized I and Q signals.

ADC**1** **218** generates a digital signal I **232** that is a digital representation of the analog filtered signal **216**; ADC**2** **228** generates a digital signal Q **242** that is a digital representation of the analog filtered signal **226**. Digital signals I **232** and Q **242** are then applied to a bank of N complex mixers **250**, wherein N is an integer value corresponding to the number of desired RF channels located in the non-contiguous portions of the frequency spectrum BW**1**. It is understood that the number N can be any integer value. In one embodiment, N can be equal to the number of all available channels that exist in the licensed frequency spectrum to provide system flexibility. In other embodiments, N can be equal to the number of all receivable channels within a geographic area. In yet another embodiment, N can be an integer value less than the number of receivable channels with the geographic area to reduce system costs. In the exemplary embodiment shown in FIG. **2**, the number of desired channels is 4. That is, each of the 4 complex mixers **250** mixes in-phase and quadrature signals **232** and **242** with an associated frequency to generate a corresponding baseband, which is then individually filtered, decimated and provided to an associated demodulator.

Each of the N complex mixers **250** receives the digital signals I **232** and Q **242** from ADCs **218** and **228** to extract a different one of the desired channels and frequency-shifts the extracted signals to the baseband frequency. Each of the frequency shifted desired channels **252** is filtered by an associated filter module (identified as **260***a* to **260***n*). In an embodiment, each of the filtered signals **260***a* to **260***n* may be sent directly to an associated demodulator (identified as **270***a* to **270***n*) for extracting the original information transmitted in the associated desired channel. In another embodiment, each of the filtered signals **262***a* to **262***n* is further decimated before providing to a demodulator. A path of digital front end **230** is described in more detail below.

FIG. **3** is a simplified circuit diagram of one of the signal paths **272***a* to **272***n* of digital front end **230** shown in FIG. **2** according to an embodiment of the present invention. In an embodiment, digital signal I **232** may be further filtered by a filter **311** to obtain a filtered signal **312**. Similarly, digital signal Q **242** may be further filtered by a filter **321** to obtain a filtered signal **322**. Thus, digital signals **312** and **322** only contain low-frequency components with undesired high-frequency components being eliminated by respective filters **311** and **321**. It is noted that filtered signals **312** and **322** are interposed between the respective ADCs **218**, **228** and the bank of N complex mixers **250**.

Mixer **300**, which represents one of the N complex mixers **250**, includes four multipliers **313**, **315**, **323**, and **325**. Multipliers **313** and **315** multiply the filtered signal **312** with respective $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals and generate respective products **314** and **316**. Similarly, multipliers **323** and **325** multiply the filtered Q signal **322** with respective $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals and generate respective products **324** and **326**. An adder **317** sums the products **314** and **326** to generate a frequency-shifted signal I **318**. An adder **327** sums the products **324** and **316** to generate a frequency-shifted signal Q **328**. Basically, complex mixer **300** causes a frequency shift of the filtered components **312** and **322** to respective baseband signals **318** and **328** in the digital domain according to the operation:

$$Y(t)=X(t)*e^{-j\omega_c t} \quad (1)$$

or taken the Fourier transform, we obtain:

$$Y(\omega)=X(\omega-\omega_c) \quad (2)$$

Multipliers **313**, **315**, **323**, and **325** are identical digital multipliers. In an embodiment, a numerically controlled oscillator with quadrature output generates the $\cos(\omega_{ci}t)$ and $\sin(\omega_{ci}t)$ signals. Numerically controlled oscillators (NCO) can be implemented using a phase accumulator and a look-up table. NCOs are known to those of skill in the art and will not be described herein. The frequency $\omega_{ci}$ is so chosen that each one of the desired channels embedded in the digital signals I **232** and Q **242** will be downshifted to the baseband. In the given example shown in FIG. **2**, the bank of N complex mixers will have four complex mixers, each one of the N (i.e., four) complex mixers is coupled to an individual NCO having a distinct frequency $\omega_{ci}$ so that when mixing the filtered digital I and Q signals **312** and **322** with that frequency, each one of the complex mixers will generate the signals I (**318**) and Q (**328**) of a corresponding one of the desired channels at the baseband.

In an embodiment, baseband signals **318** and **328** are further individually filtered by respective filters **330** and **340** that are identified as one of the filters **260***a-n* in FIG. **2**. Filters **330** and **340** may be band-pass or low-pass filters

having a narrow bandwidth equal to the bandwidth of a desired channel. In certain embodiments, filters **330** and **340** can be analog passive or active low-pass or complex band-pass filters such as polyphase filters. In another embodiment, filters **330** and **340** can be digital low-pass filters, such as finite impulse response (FIR) filters to eliminate high frequency components that may be aliased back to the baseband signals Ii (**332**) and Qi (**342**) when decimated by subsequent decimator **350**.

The reduced sampling rate of the N desired baseband channels will be sent as a serial or parallel digital data stream to a demodulator using a serial or parallel data interface according to commonly known methods, as shown in FIG. **2**. This approach provides several advantages over conventional tuner architectures. First, it eliminates the need of expensive data conversion, filtering and channel selection on the demodulator side. Second, it removes undesired channels from the signal path at an early stage, thus relieves the large dynamic range requirement in the demodulator.

FIG. **4** shows a simplified schematic block diagram of a wideband receiver system **400** according to another embodiment of the present invention. Wideband receiver system **400** includes a radio front end **410**, a digital front end **430**, a tiled up-conversion module **450**, and a summing digital-to-analog converter module DAC **470**. Radio front end **410** includes a low noise amplifier LNA**1** that receives an RF input signal **102** and provides an amplified RF signal **403** to mixers M**1** **411** and M**2** **421**. Mixer M**1** **411** is coupled to an oscillator frequency **405** of a synthesizer S1 whereas mixer M**2** **421** is coupled with the oscillator frequency **405** via a phase shifter P**1** **406** that generates a 90° degree phase-shift to the oscillator frequency **405**. Mixers M**1** **411** and M**2** **421** generate respective in-phase signal **412** and quadrature signal **422** that are further amplified by respective amplifiers V**1** **413** and V**2** **423**. The amplified in-phase and quadrature signals **414**, **424** are then filtered by filters F**1** **415** and F**2** **425** to eliminate undesired frequency components that would be aliased back to the in-phase and quadrature signals when digitally sampled by subsequent analog-to-digital converters ADC**1** **418** and ADC**2** **428**. Digital signals I **422** and Q **442** at the input of digital front end **430** are digital representations of the filtered analog in-phase and quadrature signals **416**, **426** before the ADCs. Digital front end **430** include a bank of N complex mixers **432** comprising **432*a*** to **432*n*** identical mixers, where N is an integer value corresponding to the number of the desired channels located in non-contiguous portions of the frequency spectrum. Each of the N complex mixers **432*a*** to **432*n*** frequency down-converts signals I **432** and Q **442** to an associated baseband. Each of the frequency down-converted I and Q signals are coupled to respective low-pass, band-pass, or decimating filters **434**. In this regard, the radio front end **410** and the digital front end **430** are similar to respective radio front end **210** and digital front end **230** of FIG. **2** that have been described in detail above.

In an alternative embodiment of the present invention, the N filtered and decimated channels **438*a*** to **438*n*** (where indices a to n correspond to the associated number of desired channels) are not provided to a demodulator for demodulation. Instead, the N filtered and decimated channels **438*a*** to **438*n*** are further frequency up-converted to an intermediate frequency (IF) spectrum. In order to achieve that, the N filtered and decimated channels are coupled to a tiled up-conversion module **450** that includes a bank of N complex up-mixers, where N is an integer value correspond to the number of desired received channels. The N complex up-mixers include identical digital mixers **452*a*** to **452*n*** that will be described further in detail below with reference to FIG. **5**. The N up-shifted channels are then filtered by a subsequent bank of channel filters **454** that, in an embodiment, comprises N individual finite impulse response (FIR) filters. The N filtered channels are then digitally combined and converted to the analog domain by a summing digital-to-analog converter module DAC **470**. The N up-shifted channels are adjacent to each other and form a contiguous or substantially-contiguous set of channels **475** in the IF spectrum centered around $f_{if}$ as illustrated in FIG. **4**. In an embodiment, the spectra of the mixed products are spaced in such a way so as to avoid overlap with known frequency bands containing potential or actual interferers. In another embodiment, the spectra of the mixed products are spaced in such a way so as to avoid overlap with frequency bands that might introduce interference to other systems. In general, because the bandwidth $BW_2$ is substantially lower than $BW_1$, the IF frequency $f_{if}$ can be set proportionally lower, e.g., typically about 16 MHz to accommodate the spectrum of BW**2** of up to 32 MHz (corresponding to the total bandwidth of the four desired channels, each having a bandwidth of 8 MHz in this example).

The up-conversion approach of FIG. **4** provides several advantages over conventional tuner architectures. First, it allows the demodulator to operate the data converter at a lower data rate and with lower resolution (fewer bits) due to the fact that the contiguous channels have a narrower bandwidth. Second, the up-conversion approach provides full compatibility with existing demodulators that require an analog IF signal. Third, it removes undesired channels from the signal path at an early stage, thus relieves the requirement of a high dynamic range requirement of the demodulator's analog-to-digital converter and the demodulator itself.

FIG. **5** shows a simplified exemplary circuit diagram of a complex up-mixer **500** according to an embodiment of the present invention. Up-mixer **500** is one of the N complex up-mixers **452*a*** to **452*n*** in tiled up-conversion module **450** shown in FIG. **4**. Up-mixer **500** includes filter **510** and **520** configured to eliminate unwanted frequency components present in respective input signals I **501** and Q **502**. Filtered signals **512** and **522** are provided to up-mixers UMI **515** and UMQ **525** that multiply the filtered signals **512** and **522** with respective $\cos(\omega_U t)$ and $\sin(\omega_U t)$. The products **516** and **526** are summed in an adder **530** to generate an IF signal **532** according to the following equation:

$$IF(t)=I(t)*\cos(\omega_U t)+Q(t)*\sin(\omega_U t) \quad (3)$$

Up-mixers UMI **515** and UMQ **525** are identical digital multipliers that multiply the respective filtered signal **512** and **522** with a cosine function **505** and a sine function **506** that can be generated from a NCO using a digital phase accumulator and a look-up table.

As described above, TV channels are grouped into multiple frequency bands in North America. For example, channels **2** through **6** are grouped in VHF-low band (aka band I in Europe), channels **7** through **13** in VHF-high band (band III), and channels **14** through **69** in UHF band (bands IV and V). In order to receive such a wide frequency spectrum, the low noise amplifier and mixer must have very low noise, wide tuning range and high linearity as described above in the wideband receiver systems **200** and **400**. However, a wideband receiver having a single tuner with high sensitivity may have a high power consumption. For certain applications, it may be advantageous to use multiple tuners that are optimized for a given frequency band, such as a dedicated tuner for the low VHF band, another dedi-

cated tuner for the high VHF band and the UHF band, and yet other dedicated tuners for receiving the digital video broadcasting (DVB) via satellite (DVB-S), via cable (DVB-C), or terrestrial digital video broadcasting (DVB-T). The multi-tuner approach may also be advantageously applied to cable networks that carry TV programs on an 88 MHz to 860 MHz according to the Data Over Cable Service Interface Specification (DOCSIS) protocol.

FIG. **6** shows a simplified schematic block diagram of a wideband multi-tuner receiver system **600** according to an embodiment of the present invention. In an embodiment, multi-tuner system **600** includes low noise amplifier A**1** **602** for receiving an RF input signal **601**. Amplifier A**1** **602** is coupled to at least a tuner**1** **610** and a tuner**2** **720**. In another embodiment, multi-tuner system **600** may not include amplifier **602** so that RF input signal **601** can be received directly at each tuner **610** and **720**.

Tuner**1** **610** includes an amplifying filter AF**1** **613** that filters and amplifies a first portion BWtuner**1** **604** of a broad frequency spectrum **608** that contains a first plurality of RF channels **606** including desired channels **607** having respective channel frequencies $f_{rf1}$ and $f_{rf2}$. The first portion of the broad frequency spectrum BWtuner**1** **604** is then frequency down-converted to a low-IF or zero-IF in-phase signal I**1** **612** and a quadrature signal Q**1** **622** through respective mixer M**1** **611** and M**2** **621**. Signals I**1** **612** and Q**1** **622** are further amplified and low-pass filtered before applying to respective analog-to-digital converters ADC**1** **618** and ADC**2** **628** that convert analog signals Ia**1** **616** and Qa**1** **626** to respective digital in-phase signal Id**1** **631** and digital quadrature signal Qd**1** **641**. Because tuner**1** **610** only covers a portion BWtuner**1** **604** of the entire frequency spectrum **608** having fewer channels, the ADC**1** **618** and ADC**2** **628** can be slower-speed analog-to-digital converters with a large number of bits, i.e., large dynamic range.

Digital signals Id**1** **631** and Qd**1** **641** are then provided to a digital front end DFE **630** that includes a first bank of N complex mixers **632** and channel and decimating filters **634**. The first bank of N complex filters **632** has N identical complex mixers, where N is an integer value equal to the number of desired channels located in the first portion BWtuner**1** **604** of the broad frequency spectrum **608**. In an embodiment, each one of the first bank of N complex mixers includes four digital mixers that multiply digital stream Id**1** **631** and Qd**1** **641** with respective digitized cosine function and sine function to generate the sum and difference frequency components, as shown in FIG. **3**. The digitized cosine and sine frequency, i.e., the mixer frequency is so chosen so that when mixing signals Id**1** **631** and Qd**1** **641** will move them to a baseband or a low-IF band. In an embodiment, channel and decimating filters have similar structures as filters **330** and **340** and demodulator **350** as shown in FIG. **3**. That is, channel and decimating filters include digital low-pass filters **330** and **340** that eliminates unwanted high frequency components of the baseband signals I and Q prior to applying them to a decimator **350** (FIG. **3**) that reduces the sample frequency without any loss of information since Id**1** **631** and Qd**1** **641** are sampled at a much higher frequency by the respective ADC**1** **618** and ADC**2** **628**.

The decimated desired channels are then provided to an up-converter module **650** that includes a bank of N up-mixers. The bank of N up-mixers includes N identical up-mixers whose structure is shown in FIG. **5**. In an embodiment, N is an integer value equal to the number of desired channels present in BWtuner**1** **604**. Each one of the up-mixer frequency-shifts the baseband signals I and Q of each one of the desired channels to an appropriate portion of the intermediate frequency band according to Equation (3). In other words, the bank of N up-mixers is "frequency multiplexing" the desired channels onto a first portion **682** of an IF band **686**.



Similarly, tuner**2** **720** includes an amplifying filter AF**2** **713** that is configured to receive a second portion BWtuner**2** **704** of the broad frequency spectrum **608**. The second portion **704** contains a second plurality of RF channels **706** including a second number of desired channels. In the exemplary illustration of FIG. **6**, the second portion **704** has a frequency bandwidth of BWtuner**2** that contains desired channels **707** having respective channel frequencies $f_{rf3}$ and $f_{rf4}$. Tuner**2** **720** includes elements such as mixers M**3** **711**, M**4** **721**, amplifiers V**3** **714**, V**4** **724**, filters F**3** **715**, F**4** **725** and analog-to-digital converters ADC**3** **731** and ADC**4** **741** that are substantially the same as the like-named elements of the signal path of tuner**1** **610**. Thus, redundant description is omitted herein.

Digital in-phase signal Id**2** **731** and digital quadrature signal Qd**2** **741** are then provided to digital front end **740**. Digital front end **740** includes a bank of L complex filters, where L is an integer value equal to the number of desired channels in the second portion BWtuner**2** **704** of the broad frequency spectrum **608**. Each one of the bank of L complex filters is a digital complex mixer configured to transform the signals Id**2** **731** and Qd**2** **741** to baseband signals that are further filtered by individual digital low-pass filters such as FIR filters before decimated by a subsequent decimator. The elements of digital front end **740** are substantially similar to those described in digital front end **630**. Thus, redundant description is omitted herein.

The decimated baseband I and Q channels are further provided to a subsequent up-conversion module **760** that performs a function substantially similar to that of the up-conversion module **650** already described above. The outputs of up-conversion module **650** and **760** can be tiled to generate a contiguous set of IF frequencies **682**, **684** centered at $f_{if}$ **686**. In an embodiment, the outputs of up-conversion module **650** and **760** are digitally summed and converted to an analog signal by summing DAC **670**. In another embodiment, the up-conversion modules **650** and **760** and the digital summing function **672** can be performed using an inverse discrete Fourier transform or an inverse Fast Fourier transform operation.

The multi-tuner architecture provides the flexibility that multiple commercially available tuners can be used without the need of designing a wideband tuner. For example, a tuner designed for a terrestrial broadcast digital TV can be used together with a tuner dedicated to receiving a cable signal and/or a tuner for receiving a satellite broadcast signal. The multi-tuner receiver system provides an additional advantage that other tuners can be added quickly to the system to accommodate any future applications. Additionally, the multi-tuner architecture allows the use of slower speed (i.e., lower cost) analog-to-digital converters with a larger number of bits for achieving large dynamic range.

FIG. **7** shows a block diagram of an exemplary digital front end of the invention in more detail. In an embodiment, in-phase signal Id**2** **731** and quadrature signal Qd**2** **741** at the output of respective ADC converters **718** and **728** are provided to each of the L complex mixers **732** comprising mixers **732**A to **732**L. A more detailed description of each of L complex mixers is shown in FIG. **3**. Mixer **732**A multiplies Id**2** **731** and Qd**2** **741** with a cosine signal and a sine signal that are generated from an NCO**1** and produces an I-**732**A signal and a Q-**732**A signal that are further individu-

ally filtered by an FIR filter before decimating. The bank of L complex mixers corresponds to the block **732** in FIG. **6**; and the set of FIR filters and decimator corresponds to the block **734** in FIG. **6**. Each decimated pair of I-**732***i*/M in the baseband, where the index "i" is from A to L, is further provided to a subsequent up-mixer for frequency-shifting to an intermediate frequency as shown in FIG. **8**.

FIG. **8** shows an exemplary embodiment of a bank of L complex up-mixers according to the present invention. Each decimated pair of complex signals I-**732***i*/M and Q-**732***i*/M is provided to an associated complex up-mixer, whose frequency is so chosen that when mixing with the pair of complex signals I-**732***i*/M and Q-**732***i*/M will generate an associated channel at a predetermined sub-portion of the intermediate frequency band **686** (FIG. **6**). A more detailed schematic block of one of the L up-mixers is described above together with FIG. **5**.

FIG. **9** is a simplified block diagram of a wideband multi-tuner receiver system **900** according to an embodiment of the present invention. In an embodiment, system **900** includes a crossbar switch **910** having at least an input terminal **912** configured to receive signals from an analog-to-digital converter (ADC) **912** and an input terminal **922** configured to receive signals from an ADC **922**. Crossbar switch **910** also includes an output terminal **924** that is coupled to a digital front end **930**. In an embodiment, input terminals **912** and **922** of crossbar switch **910** have P inputs, where P is an integer value that is equal to the total number of desired channels received by tuner**1** **610** and tuner**2** **720**. Output terminal **924** of crossbar switch **910** have Q outputs, where Q is an integer value that is equal to the total number of desired channels received by tuner**1** **610** and tuner**2** **720**.

In an embodiment, digital front end **930** may include a bank of R complex mixers that frequency shifts the received channels to a baseband. Digital front end **930** may combine digital front end **630** and **740** shown in FIG. **6**. Similarly, a tiled up-conversion module **950** may include up-converter modules **650** and **760** of FIG. **6**.

System **900** further includes a summing DAC that operates similarly as summing DAC **470** and **670** that have been described in detail in relation with respective FIG. **4** and FIG. **6** above. Thus, redundant description is omitted herein.

FIG. **10** is a simplified block diagram of a wideband multi-tuner receiver system **1000** according to another embodiment of the present invention. System **1000** includes at least tuner**1** **610** coupled with digital front end **630** through an analog-to-digital converter **620** and tuner**2** **720** coupled with digital front end **740** through an analog-to-digital converter **730**. System **1000** further includes a crossbar switch **1010** that is interposed between digital front ends **630**, **740** and up-conversion modules **650**, **760**. Crossbar switch **1010** includes an input terminal **1012** having S inputs coupled with DFE **630** and an input terminal **1022** having T inputs coupled with DFE **740**. In an embodiment, S is an integer value equal to the number of desired channels processed in DFE **630** and T is an integer value equal to the number of desired channels processed in DFE **740**. Crossbar switch **1010** further includes an output terminal **1024** having U outputs coupled with up-converter module **650** and an output terminal **1024** having V outputs coupled with up-converter module **760**. In an embodiment, the total number of the outputs U and V is equal to the sum of the inputs S and T. Thus, crossbar switch **1010** allows the routing of any channel from either DFE **630** or DFE **740** to up-converters **650** or **760**. It is understood that system **1000** is not as flexible as system **900** because DFE **630** and DFE **740** are already pre-assigned to respective tuner**1** (**610**) and tuner**2** (**720**). However, this pre-assigned arrangement allows a simpler implementation of crossbar switch **1010** that operates at lower speeds.

While several embodiments in accordance with the present invention have been described, it is to be understood that the above description is intended to be illustrative and not restrictive. Many embodiments will be apparent to those of skill in the art upon reviewing the above description. The scope of the invention should, therefore, be determined not with reference to the above description, but instead should be determined with reference to the appended claims along with their full scope of equivalents.

What is claimed is:

**1**. A method for receiving a television (TV) signal comprising:

receiving an input signal from a cable network;

digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels;

concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and

providing the plurality of desired channels via a serial interface.

**2**. The method of claim **1**, wherein the method comprises:

communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**3**. The method of claim **1**, wherein the method comprises: generating, via each mixer of a plurality of mixers, a complex signal corresponding to each of the plurality of desired channels, and wherein each corresponding complex signal comprises an in-phase (I) component and a quadrature (Q) component.

**4**. The method of claim **3**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**5**. The method of claim **3**, wherein the method comprises:

filtering, via each filter of a plurality of filters, the corresponding complex signal, and wherein each corresponding complex signal comprises a 6 MHz channel.

**6**. The method of claim **3**, wherein the method comprises:

demodulating, via each demodulator of a plurality of demodulators, the corresponding complex signal to generate a demodulated signal as a desired channel output.

**7**. The method of claim **1**, wherein the method comprises: demodulating, via each demodulator of a plurality of demodulators, a desired channel, of the plurality of desired channels.

**8**. The method of claim **7**, wherein the method comprises: providing a plurality of demodulated desired channels via a parallel interface.

**9**. The method of claim **1**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**10**. The method of claim **1**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**11**. The method of claim **1**, wherein:

the method is performed by a device comprising a digital video recorder (DVR).

12. The method of claim 1, wherein the method comprises:

configuring at least some of the plurality of desired channels as an output for a picture-in-picture display.

13. A method comprising:

receiving an input signal from a cable network;

digitizing all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels;

digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs; and

providing the plurality of digital channel outputs via a serial interface.

14. The method of claim 13, wherein the method comprises: communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

15. The method of claim 13, wherein:

digitally down converting comprises generating a corresponding complex signal for each of the plurality of desired channels, and wherein each corresponding complex signal comprises an in-phase (I) component and a quadrature (Q) component.

16. The method of claim 15, wherein:

the I and Q components of each corresponding complex signal are at baseband.

17. The method of claim 15, wherein the method comprises:

a filtering the corresponding complex signal, wherein a bandwidth of the complex signal is 6 MHz.

18. The method of claim 15, wherein the method comprises: demodulating the corresponding complex signal to provide a demodulated channel as a digital channel output.

19. The method of claim 13, wherein the method comprises: demodulating each digitally down converted, desired channel to generate a plurality of demodulated channels.

20. The method of claim 19, wherein the method comprises: providing the plurality of demodulated channels via a parallel interface.

21. The method of claim 13, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

22. The method of claim 13, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

23. The method of claim 13, wherein:

the method is performed by a device comprising a digital video recorder (DVR).

24. The method of claim 13, wherein the method comprises: providing a picture-in-picture display signal according to the plurality of digital channel outputs.

25. A method for receiving a television (TV) signal comprising:

receiving an input signal from a cable network;

digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels;

concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and

providing the plurality of desired channels,



wherein the method is performed by a device comprising a digital video recorder (DVR).

26. The method of claim 25, wherein the method comprises:

communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

27. The method of claim 25, wherein the method comprises:

generating, via each mixer of a plurality of mixers, a complex signal corresponding to each of the plurality of desired channels, and wherein each corresponding complex signal comprises an in-phase (I) component and a quadrature (Q) component.

28. The method of claim 27, wherein:

the I and Q components of each corresponding complex signal are at baseband.

29. The method of claim 27, wherein the method comprises:

filtering, via each filter of a plurality of filters, the corresponding complex signal, and wherein each corresponding complex signal comprises a 6 MHz channel.

30. The method of claim 27, wherein the method comprises:

demodulating, via each demodulator of a plurality of demodulators, the corresponding complex signal to generate a demodulated signal as a desired channel output.

31. The method of claim 25, wherein the method comprises:

demodulating, via each demodulator of a plurality of demodulators, a desired channel, of the plurality of desired channels.

32. The method of claim 31, wherein the method comprises: providing a plurality of demodulated desired channels via a parallel interface.

33. The method of claim 25, wherein the method comprises:

providing the plurality of desired channels via a parallel interface.

34. The method of claim 25, wherein the method comprises: providing the plurality of desired channels via a serial interface.

35. The method of claim 25, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

36. The method of claim 25, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

37. The method of claim 25, wherein the method comprises:

configuring at least some of the plurality of desired channels as an output for a picture-in-picture display.

38. A method comprising:

receiving an input signal from a cable network;

digitizing all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels; and

digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs,

wherein the method is performed by a device comprising a digital video recorder (DVR).

39. The method of claim 38, wherein the method comprises:

communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**40**. The method of claim **38**, wherein:

digitally down converting comprises generating a corresponding complex signal for each of the plurality of desired channels, and wherein each corresponding complex signal comprises an in-phase (I) component and a quadrature (Q) component.

**41**. The method of claim **40**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**42**. The method of claim **40**, wherein the method comprises:

a filtering the corresponding complex signal, wherein a bandwidth of the complex signal is 6 MHz.

**43**. The method of claim **40**, wherein the method comprises:

demodulating the corresponding complex signal to provide a demodulated channel as a digital channel output.

**44**. The method of claim **38**, wherein the method comprises:

demodulating each digitally down converted, desired channel to generate a plurality of demodulated channels.

**45**. The method of claim **44**, wherein the method comprises:

providing the plurality of demodulated channels via a parallel interface.

**46**. The method of claim **38**, wherein the method comprises: providing the plurality of digital channel outputs via a parallel interface.

**47**. The method of claim **38**, wherein the method comprises: providing the plurality of digital channel outputs via a serial interface.

**48**. The method of claim **38**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**49**. The method of claim **38**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**50**. The method of claim **38**, wherein the method comprises:

providing a picture-in-picture display signal according to the plurality of digital channel outputs.

**51**. A method for receiving a television (TV) signal comprising:

receiving an input signal from a cable network;

digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels;

concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels;

providing the plurality of desired channels; and

configuring at least some of the plurality of desired channels as an output for a picture-in-picture display.

**52**. The method of claim **51**, wherein the method comprises:

communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.



**53**. The method of claim **51**, wherein the method comprises:

generating, via each mixer of a plurality of mixers, a complex signal corresponding to each of the plurality of desired channels, and wherein each corresponding complex signal comprises an in-phase (I) component and a quadrature (Q) component.

**54**. The method of claim **53**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**55**. The method of claim **53**, wherein the method comprises:

filtering, via each filter of a plurality of filters, the corresponding complex signal, and wherein each corresponding complex signal comprises a 6 MHz channel.

**56**. The method of claim **53**, wherein the method comprises:

demodulating, via each demodulator of a plurality of demodulators, the corresponding complex signal to generate a demodulated signal as a desired channel output.

**57**. The method of claim **51**, wherein the method comprises:

demodulating, via each demodulator of a plurality of demodulators, a desired channel, of the plurality of desired channels.

**58**. The method of claim **57**, wherein the method comprises: providing a plurality of demodulated desired channels via a parallel interface.

**59**. The method of claim **51**, wherein the method comprises: providing the plurality of desired channels via a parallel interface.

**60**. The method of claim **51**, wherein the method comprises: providing the plurality of desired channels via a serial interface.

**61**. The method of claim **51**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**62**. The method of claim **51**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**63**. The method of claim **51**, wherein:

the method is performed by a device comprising a digital video recorder (DVR).

**64**. A method comprising:

receiving an input signal from a cable network;

digitizing all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels;

digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs; and

configuring at least some of the plurality of desired channels as an output for a picture-in-picture display.

**65**. The method of claim **64**, wherein the method comprises:

communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter.

**66**. The method of claim **64**, wherein:

digitally down converting comprises generating a corresponding complex signal for each of the plurality of desired channels, and wherein each corresponding complex signal comprises an in-phase (I) component and a quadrature (Q) component.

**67**. The method of claim **66**, wherein:

the I and Q components of each corresponding complex signal are at baseband.

**68**. The method of claim **66**, wherein the method comprises:

a filtering the corresponding complex signal, wherein a bandwidth of the complex signal is 6 MHz.

**69**. The method of claim **66**, wherein the method comprises:

demodulating the corresponding complex signal to provide a demodulated channel as a digital channel output.

**70**. The method of claim **64**, wherein the method comprises:

demodulating each digitally down converted, desired channel to generate a plurality of demodulated channels.

**71**. The method of claim **70**, wherein the method comprises: providing the plurality of demodulated channels via a parallel interface.



**72**. The method of claim **64**, wherein the method comprises: providing the plurality of digital channel outputs via a parallel interface.

**73**. The method of claim **64**, wherein the method comprises: providing the plurality of digital channel outputs via a serial interface.

**74**. The method of claim **64**, wherein:

the plurality of desired channels comprises at least one cable broadcast channel.

**75**. The method of claim **64**, wherein:

the plurality of desired channels comprises at least one channel delivered via a Data Over Cable Service Interface Specification (DOCSIS) protocol.

**76**. The method of claim **64**, wherein:

the method is performed by a device comprising a digital video recorder (DVR).

* * * * *

## CERTIFICATE OF SERVICE

I certify that counsel for the parties have been served with a true and correct copy of the foregoing document via the Court's CM/ECF system on September 8, 2026.

Date: September 8, 2026

*/s/ Parham Hendifar*
Parham Hendifar

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a) or Federal Circuit Rule 28.1. This brief contains 13,936 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Circuit Rule 28.1 and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font.

Date: September 8, 2026

*/s/ Parham Hendifar*
Parham Hendifar